**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

INDIANA CIVIL LIBERTIES
UNION, *et al.*,

     *Plaintiffs,*

v.

MIKE BRAUN,

     *Defendant.*

No. 1:00-cv-00811-SEB-VSS

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE**

The Fraternal Order of Eagles, by and through counsel, and pursuant to Federal Rule of Civil Procedure 7(b), respectfully moves this Court for leave as *amicus curiae* to file the accompanying brief in support of Defendant's Motion for Relief from the Final Judgment and Permanent Injunction.

The Fraternal Order of Eagles has donated over 100 monuments bearing the Ten Commandments to state and local governments across the nation, including the original monument that the monument in this case replaced. It thus has a crucial interest in ensuring the correct application of the law to the monument's placement on the Statehouse grounds in Indianapolis. The brief provides valuable insight into the history of religious influences on American public life, the tradition of public displays of the Ten Commandments in particular, and the lawfulness of the monument under Establishment Clause jurisprudence.

WHEREFORE, movant requests leave to file the accompanying brief as *amicus curiae* in support of Defendant's Motion for Relief from the Final Judgment and Permanent Injunction.

Dated: January 21, 2026            Respectfully submitted,

/s/ *Moriah O'Hare*

MORIAH O'HARE*
FIRST LIBERTY INSTITUTE
1331 Penn. Ave. NW
Suite 1410
Washington, DC 20004
Phone: (202) 921-4105
Fax: (972) 578-7865
mohare@firstliberty.org
*Supervised by D.C. bar member*

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2026, I filed a copy of the foregoing Motion for Leave to File Amicus Curiae Brief with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

I also certify that on January 21, 2026, a copy of the foregoing was served upon the following person by U.S. Mail and a courtesy copy was provided by email to the same:

Stephen Michael Schroeder
112 S. Beatty Street
Columbus, Indiana 47201
Protestantseparatist.ss@gmail.com

*/s/ Moriah O'Hare*