## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

INDIANA CIVIL LIBERTIES
UNION, *et al.*,

     *Plaintiffs,*

v.

MIKE BRAUN,

     *Defendant.*

No. 1:00-cv-00811-SEB-VSS

## ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF
## AMICUS CURIAE

The motion for leave to file a brief of *amicus curiae* on behalf of The Fraternal

Order of Eagles in support of Defendant's Motion for Relief from the Final Judgment

and Permanent Injunction is hereby granted.

So **ORDERED.**


Dated: _____          _____
                               M. Kendra Klump
                               United States Magistrate Judge
                               Southern District of Indiana