UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

INDIANA CIVIL LIBERTIES UNION,    )
INC, *et al.*,    )
   )
       Plaintiffs,    )
   )
       v.    )    No. 1:00-cv-00811-SEB-MKK
   )
MIKE BRAUN, in his official capacity as    )
Governor of the State of Indiana,    )
   )
       Defendant.    )

## ORDER

This matter is before the Court on the Parties' Joint Motion to Approve Schedule, Dkt. [96]. The Court, being duly advised, finds the Parties' proposed schedule should be **APPROVED AS AMENDED.**

It is therefore **ORDERED** that:

a. All expert disclosures and reports shall be due by **August 17, 2026**, with any rebuttal reports due by **August 31, 2026**;

b. All discovery shall be completed by **September 14, 2026**;

- Unless otherwise agreed to by the Parties or ordered by the Court, any electronically stored information ("ESI") shall be produced in its native format;

- In the event that a document protected by the attorney-client privilege, the attorney work product doctrine or other applicable privilege or protection is unintentionally produced by any party to this proceeding, the producing party may request that the document be returned. In the event that such a request is made, all parties to the litigation and their counsel shall promptly return all copies of the document in their possession, custody, or control to the producing party and shall not retain or make any copies of the document or any documents derived from such document. The producing party shall promptly identify the

returned document on a privilege log. The unintentional disclosure of a privileged or otherwise protected document shall not constitute a waiver of the privilege or protection with respect to that document or any other documents involving the same or similar subject matter.

c. On or before **September 21, 2026,** and consistent with the certification provisions of Fed. R. Civ. P. 11(b), the party with the burden of proof shall file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based.

d. Summary judgment motions and memoranda shall be filed as follows:

- Plaintiffs' motion by **September 28, 2026**;

- Defendant's combined cross-motion and response to Plaintiffs' motion by **October 19, 2026**;

- Plaintiffs' combined reply in support of their motion and reply to Defendant's cross-motion by **November 9, 2026**;

- Defendant's reply in support of his cross-motion by **November 23, 2026.**

- Absent leave of Court, and for good cause shown, all issues raised on summary judgment under Fed. R. Civ. P. 56 must be raised by a party in a single motion. *See* S.D. Ind. L.R. 56-1(i) ("The court disfavors collateral motions—such as motions to strike— in the summary judgment process. Any dispute over the admissibility or effect of evidence must be raised through an objection within a party's brief.")

So **ORDERED.**

Date: 07/20/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

2