**UNITED STATES DISTRICT COURT**
**SOURTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

INDIANA CIVIL LIBERTIES UNION, INC.,
INDIANA CIVIL LIBERTIES UNION
FOUNDATION, INC., together d/b/a the
American Civil Liberties Union of Indiana;
JAMES A. TANFORD;
REV. KEVIN ARMSTRONG;
PATRICE MUUMBA ABDUALLAH,

      Plaintiffs,

      v.                      No. 1:00-cv-00811-SEB-MKK

MIKE BRAUN, in his official capacity as the
Governor of the State of Indiana,

      Defendant.

**ORDER GRANTING MOTION**
**FOR LEAVE TO FILE ANSWER TO AMENDED COMPLAINT**

Defendant Mike Braun, in his official capacity as the Governor of Indiana, having filed his Motion for Leave to File Answer to Amended Complaint, and this Court having read the motion and being duly advised, GRANTS that motion. Defendant is ordered to file his Answer to Amended Complaint [Dkt. 98-1] within five (5) days after the Amended Complaint is filed on the docket.

Dated:  8/13/2026

                                   SARAH EVANS BARKER, JUDGE
                                   United States District Court
                                   Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email