UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA CIVIL LIBERTIES UNION,<br>TANFORD, JAMES A,<br>STEVEN SCHROEDER,<br>ABDUALLAH, PATRICE MUUMBA,<br>ARMSTRONG, KEVIN REV,<br><br>Plaintiffs,<br><br>v.<br><br>MIKE BRAUN,<br><br>Defendant. | ) | No. 1:00-cv-00811-SEB-MKK |

**SCHEDULING ORDER**

The Court, *sua sponte*, sets this matter for a telephonic status conference on **August 28, 2026, at 3:00 p.m. (Eastern)**. The purpose of the conference shall be to discuss case status. Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

SO ORDERED.

Date: 08/17/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via CM/ECF.

STEVEN SCHROEDER
112 S. Beatty Street
Columbus, IN 47201

KENNETH J FALK
INDIANA CIVIL LIBERTIES UNION
1031 E WASHINGTON ST
INDIANAPOLIS, IN 46202