UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA CIVIL LIBERTIES UNION, INC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:00-cv-00811-SEB-MKK |
| | ) | |
| MIKE BRAUN, | ) | |
| | ) | |
| Defendant. | ) | |

**Statement of Claims**

For their Statement of Claims plaintiffs state as follows:

The monument the Governor is seeking to place on the grounds of the Indiana Statehouse, which contains a version of the Ten Commandments, violates the Establishment Clause of the First Amendment to the United States Constitution as incorporated and made applicable to the defendant by the Fourteenth Amendment to the United States Constitution.

WHEREFORE, the plaintiffs submit their Statement of Claims.

Kenneth J. Falk
Gavin M. Rose
Stevie J. Pactor
Joshua T. Bleisch
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org
spactor@aclu-in.org

jbleisch@aclu-in.org

Attorneys for Plaintiffs