**UNITED STATES DISTRICT COURT**
**SOURTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

INDIANA CIVIL LIBERTIES UNION, INC., INDIANA CIVIL LIBERTIES UNION FOUNDATION, INC., together d/b/a the American Civil Liberties Union of Indiana; JAMES A. TANFORD; REV. KEVIN ARMSTRONG; PATRICE MUUMBA ABDUALLAH,

Plaintiffs,

v.

MIKE BRAUN, in his official capacity as the Governor of the State of Indiana,

Defendant.

No. 1:00-cv-00811-SEB-MKK

**STATEMENT OF DEFENSES**

Defendant Mike Braun, in his official capacity as the Governor of Indiana, pursuant to this Court's Case Management Plan, identifies the following defenses he intends to assert in this matter, without prejudice to any later contention about the burden of proof:

1. Plaintiffs lack standing to bring their claim. No plaintiff has suffered an injury recognized by law as sufficient to provide standing. Nor is the American Civil Liberties Union of Indiana entitled to associational standing.
2. Plaintiffs fail to state a claim on which relief can be granted. Placing the challenged monument on the Statehouse grounds is not an establishment of religion, within the meaning of the Establishment Clause. It is also a practice

consistent with this Nation's history and traditions, as recognized by Supreme Court precedent. *See, e.g.*, *Van Orden v. Perry*, 545 U.S. 677 (2005).

3. Sovereign immunity and the Eleventh Amendment bar Plaintiffs' claim and *Ex Parte Young*, 209 U.S. 123 (1908), does not apply.
4. Any of the original plaintiffs who did not file an amended complaint within the time prescribed by the Court have abandoned or forfeited their claims.
5. It would be inequitable to enjoin the Governor from erecting a monument to replace a monument defaced by Steven Schroeder, one of the original plaintiffs.

Dated: September 21, 2026

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General

By: /s/ James A. Barta
JAMES A. BARTA
Solicitor General

JOHN P. LOWREY
Deputy Solicitor General

Office of the Indiana
Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 232-0709
Fax: (317) 232-7979
Email: James.Barta@atg.in.gov

Joseph C. Davis*
Eric C. Rassbach*
Amanda L. Salz*
Benjamin A. Fleshman*
The Becket Fund for
Religious Liberty
1919 Pennsylvania Ave., N.W.
Suite 400
Washington, DC 20006
(202) 955-0095

*Admitted pro hac vice

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2026, I electronically filed the foregoing document using the Court's CM/ECF System and served it on all ECF-registered counsel. I also certify that on September 21, 2026, the foregoing document was served upon the following persons using U.S. mail, first class:

Steven Schroeder
112 S. Beatty Street
Columbus, IN 47201

/s/ James A. Barta
James A. Barta
Solicitor General

Office of the Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 232-0709
Fax: (317) 232-7979
Email: James.Barta@atg.in.gov