UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA CIVIL LIBERTIES UNION, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:00-cv-00811-SEB-MKK |
| | ) | |
| MIKE BRAUN, | ) | |
| | ) | |
| Defendant. | ) | |

**Appearance for Plaintiffs**

To: The Clerk of Court and all parties of record:

I am admitted to practice in this Court, and I appear as counsel for plaintiffs Indiana Civil Liberties Union, James A. Tanford, Patrice Muumba Abduallah, and Reverand Kevin Armstrong.

September 23, 2026

Grace C. Wenstrom
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
317/759-6423
fax: 317/635-4105
gwenstrom@aclu-in.org

Attorney for the Plaintiffs

**Certificate of Service**

I certify that a copy of the foregoing was served on this 23rd day of September 2026 through the Court's case management/electronic case filing system.

I also certify that a copy was served by first-class U.S. postage, pre-paid, and via electronic mail on this 23rd day of September 2026 on:

Stephen Schroeder
112 S. Beatty St.
Columbus, IN 47201
Protestantsseparatist.ss@gmail.com

Grace C. Wenstrom
Attorney at Law