UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA CIVIL LIBERTIES UNION, INC., *et al.*, Plaintiffs, | ) | |
| v. | ) | No. 1:00-cv-00811-SEB-MKK |
| MIKE BRAUN, in his official capacity as the Governor of the State of Indiana, Defendant. | ) | |

**Motion for Summary Judgment**

Plaintiffs, by their counsel, say that:

1. Governor Braun is planning to place a large monument containing a version of the Ten Commandments on the lawn of the Indiana Statehouse. This would violate the First Amendment to the United States Constitution. There are no material issues of fact in this case and plaintiffs are entitled to summary judgment as a matter of law.

2. In support of this motion the plaintiffs rely on the following evidentiary materials, all of which are incorporated by reference.

*The following exhibits, attached to this motion:*

Exhibit 1 - Declaration of Chad Blackwelder;

Exhibit 2 - Declaration of Rabbi Justin Kerber, with attachment;

Exhibit 3 - Declaration of the Very Reverend William Grainger Lesesne, Jr., with attachment;

Exhibit 4 - Expert Report of Mark A. Chancey, Ph.D., with attachment;

Exhibit 5 - Expert Report of Steven K. Green, J.D., Ph.D., with appendix and attachment;

Exhibit 6 - Deposition of the Very Reverend William Grainger Lesesne, Jr.;

Exhibit 7 - Deposition of Rabbi Justin Kerber, with exhibit;

Exhibit 8 - Deposition of Justin Shubow, with exhibit;

Exhibit 9 - *Courtroom Friezes: South and North Walls – Information Sheet*

Exhibit 10 - E. Barrett Prettyman Federal Courthouse;

Exhibit 11- Deposition of James Alexander Tanford;

Exhibit 12 - Deposition of Reverend Kevin Armstrong, with exhibits;

Exhibit 13- Deposition of Patrice M. Abduallah, with exhibit;

Exhibit 14 - Deposition of William O. Harrington, with exhibits;

Exhibit 15 - Deposition of McKenzie Conrad, with exhibit;

Exhibit 16 - Deposition of Danielle Drake.

*The following material already filed with the Court:*

Docket No. 59-3 - Stipulations of Fact;

Docket No. 59-7 - Declaration of Matthew Broadwell;

Docket No. 59-8 - Declaration of Brian Renner;

Docket No. 80-1 - Press Release;

Docket No. 102 - Answer to Amended Complaint.

3. In further support of this motion, the plaintiffs separately submit their memorandum of law, which is incorporated by reference.

WHEREFORE, plaintiffs request that this Court grant them summary judgment and permanently enjoin the Governor from placing the Ten Commandments monument on the grounds of the Indiana Statehouse, and for all other proper relief.

Kenneth J. Falk
Gavin M. Rose
Stevie J. Pactor
Joshua T. Bleisch
Grace C. Wenstrom

ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org
spactor@aclu-in.org
jbleisch@aclu-in.org
gwenstrom@aclu-in.org

Attorneys for Plaintiffs