UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA CIVIL LIBERTIES UNION, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:00-cv-00811-SEB-MKK |
| | ) | |
| MIKE BRAUN, in his official capacity as the Governor of the State of Indiana, | ) | |
| | ) | |
| Defendant. | ) | |

**Declaration of Chad Blackwelder**

Chad Blackwelder, being duly sworn upon his oath says that:

1. I am employed by the ACLU of Indiana as the Litigation Support Manager.

2. On September 14, 2026, I traveled to the Indiana Statehouse and I measured the 9/11 monument on the southwest portion of the lawn of the Indiana Statehouse.

3. The monument itself is 22 inches high, although it sits on an uneven base that is 6 inches to 9 inches in height.

4. The monument is 5 feet wide and the base on which it sits is 6 feet wide.



PLAINTIFF'S EXHIBIT 1

**Verification**

I verify under penalty of perjury that the foregoing is true and correct.

Date: 9/17/26

Chad Blackwelder

Prepared by:

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202