UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA CIVIL LIBERTIES UNION, INC., *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:00-cv-00811-SEB-MKK |
| MIKE BRAUN, in his official capacity as the Governor of the State of Indiana, | ) | |
| Defendant. | ) | |

**Declaration of Rabbi Justin Kerber**

Justin Kerber, being duly sworn upon his oath, says that:

1. I am an adult resident of the State of Indiana.

2. I have been asked by plaintiffs' counsel to render an opinion concerning the religious significance of the Ten Commandments and whether it can be deemed to be a secular document devoid of religious significance, either in whole or in part.

3. I am basing this opinion on my training and study as set out below and in my attached Curriculum Vitae.

4. I am currently the Rabbi at Congregation Beth Shalom, a Reform Jewish congregation located in Carmel, Indiana.

5. I was ordained as a Rabbi in 2007 after graduating from the Hebrew Union College-Jewish Institute of Religion in Cincinnati, Ohio.



PLAINTIFF'S EXHIBIT 2

6. I received a law degree from the Boston College Law School prior to my rabbinical studies and was admitted to the Massachusetts bar in 1996. My bar status is "retired."

7. As part of my rabbinical training, I have engaged in an extensive study of the Ten Commandments, both in English and Hebrew. I am fluent in Hebrew.

8. The Bible teaches that God gave the Ten Commandments to Moses on Mt. Sinai. They can be found, in slightly different versions, in Exodus 20:1-17 and Deuteronomy 5:6-21.

9. Jews do not believe that the Ten Commandments can be separated into "religious" and "secular" components. The document is held together by the fact that it is part of our Covenant with God. The entire document is therefore profoundly religious.

10. Moreover, focusing on the Ten Commandments alone ignores and trivializes the other important precepts of Judaism. In fact, Jewish teaching is that there are 613 commandments in the Bible and devout Jewish persons should live by all of these commandments. Focusing exclusively on the Ten Commandments misrepresents the Jewish system of belief and mistakenly assumes that these ten have an independent and superior status as "God-given."

11. Therefore, the public posting of the Ten Commandments distorts Jewish belief.

12. Christianity and Judaism utilize different versions of the Ten Commandments and there are significant differences between the versions. Judaism divides the commandments into two groups of five—five positive and five negative. It is my

understanding from my studies that Christians do not agreed on this division and differ among themselves about the enumeration and distribution of the commandments on the tablet shape where they are usually depicted. Additionally, the specific terminology differs between Jewish and Christian traditions. For example, the Sixth Commandment is commonly understood as "You Shall Not Kill." The anglicized Hebrew version, "*lo Tirzah*," means "You Shall Not Murder." The distinction is significant.

13. Among other things, the version of the Ten Commandments that the Governor wishes to post states "Thou shalt not kill." This does not correctly represent the commandment that Jews believe was given by God to Moses.

14. Most importantly, the public posting of the Ten Commandments, a deeply religious document, does violence to Jewish teachings and tradition that tells us that the law of God is to be followed because of a sense of duty to our Covenant with God, and not because of the imposition of governmental authority.

15. I have not testified as an expert at trial or by deposition in the last four years.

16. I am not being paid a fee for giving my opinions in this case.

**Verification**

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: 7/22/2026 | 10:52 AM EDT
DATE

Signed by:
Rabbi Justin Kerber
C1C026158D9F408...

Rabbi Justin Kerber

# Rabbi Justin Kerber, B.C.C.

**Professional Experience**

**August 2019 - Present. Rabbi, Congregation Beth Shalom, Indianapolis, IN**

Serve, guide and inspire as first full-time rabbi of start-up congregation, 100 families. Facilitate visioning of strategy for growth and development. Co-lead weekly sabbath and festival worship with cantorial soloist, including Torah reading and weekly sermons. Teach Hebrew and Judaism to children, teens, and adults, including weekly Shabbat Torah Study, Sunday morning religious school, and Introduction to Judaism (Jewish History). Provide pastoral care as needed, including occasional service as a Disaster Spiritual Care (DSC) chaplain with the American Red Cross.

**June 2013 - July 2019** **Chaplain, SSM Health Cardinal Glennon Children's Hospital, St. Louis, MO.**

Provide pastoral care to patients, visitors, and staff as member of the interdisciplinary care team (ICT), showing cultural, interfaith sensitivity in urban, Catholic-affiliated, pediatric acute care hospital, especially in Pediatric Intensive Care Unit and Emergency Department (Level I Pediatric Trauma Center). Empower discussion of advance directives for health care decisions. Facilitate conversation regarding tissue/organ donation between transplant service and grieving families. Frequent night and weekend on-call shifts.

**July 2016 - July 2019** **Chaplain, SSM Health Hospice, St. Louis, MO.**

Provide pastoral care to hospice patients and their families throughout the St. Louis region as a member of ICT of non-profit, Catholic-affiliated hospice. Demonstrate cultural and interfaith sensitivity. Manage caseload, periodic weekend and overnight on-call responsibility.

**May, 2017 - July 2019** **Rabbi, Agudas Achim Beth Israel Congregation, Belleville, IL.**

Lead monthly Jewish sabbath and festival worship, preach, lead adult education, provide pastoral counseling and leadership as needed for small, isolated Jewish community in eastern St. Louis metro area.

**June 2012 - July 2019** **Rabbi, B'nai Sholom Congregation, Quincy, IL**

Visit small, isolated Jewish community on (bi-) monthly weekend basis to serve as rabbi. Conduct High Holy Day, Sabbath, and festival worship services and life-cycle events. Teach children and adults about Judaism; tutor b'nai mitzvah candidates. Coach Hebrew literacy. Pastoral visits to Jewish residents of Illinois Veterans Home, including annual Veterans Day worship service in Veterans Home chapel. Provide spiritual support and companionship as congregation leaves its historic temple building.

**February 2014 - Sep. 2015** **Chaplain Resident, St. Luke's Hospital, Chesterfield, MO**

Provided spiritual care to patients, visitors, and staff as member of ICT, displaying multicultural and interfaith sensitivity in Presbyterian/Episcopal-affiliated hospital and at Surrey Place, its associated skilled nursing facility. Visited residents in assisted living, short-term rehabilitation, Medicare, and Memory Care units. Led daily interfaith worship with special attention for Jewish residents. Served 8-hour weekday shift plus night and weekend on call responsibilities; led interfaith morning/evening worship services. Completed 6 CPE units.

**October 2012 – February 2014** **Chaplain Extern, Barnes-Jewish Hospital, St. Louis, MO**

Provided spiritual care as member of ICT for neurology/neurosurgery patients, visitors, and hospital staff in urban acute care teaching hospital/Level I Trauma Center. Covered weeknight triage shifts. Completed 1.5 units of CPE.

**July 2009- May 2012** **Senior Rabbi, Temple Emanuel, Saint Louis MO**

Led congregation of 270 member families. Conducted weekly worship services with preaching and Torah reading. . Provided pastoral care to elderly, sick, shut-in members and as needed. Mentored b'nei mitzvah; taught confirmation classes, facilitated family education, adult learning. Conducted weddings, funerals and life-cycle ceremonies as needed. Revitalized worship services with advice, consent of liturgy committee. Established Sabbath morning Torah discussion group. Welcomed and facilitated absorption of new members. Formed relationship with St. Louis Islamic

Society. Planned, conducted annual multicultural-interfaith MLK celebrations. Organized volunteers and donation drive for 1st annual St. Louis Jewish/Muslim Day of Service, Dec. 25, 2011 and delivered invocation at event's kickoff breakfast. Connected with Washington University in St. Louis and St. Louis University students. 2010-2012 Songleader Boot Camp conference.

**July 2007 – June 2009** **Director, University of Georgia (UGA) Hillel, Athens, GA**
Led Foundation for Jewish Campus Life at state university of 35,000+ students; Managed professional staff of 2-3, student executive board of 7, and student volunteers. Conducted Sabbath, festival worship services. Created and facilitated Passover Freedom Seder featuring UGA African-American Choral Ensemble. Taught about Judaism to Jewish students and university community in formal and informal settings. Liaised with UGA faculty, administration, including Office of Institutional Diversity, Terry College of Business, School of Social Work, Campus Ministry Association, UGA Alumni Association, Office of Admissions, and campus sexual health and conflict resolution programs. Advocated for UGA's moral and spiritual life by delivering invocations at September diversity kickoff, October charity breakfast, May university community memorial service, and memorial service/ rally for Indian campus community. Developed next generation leaders in Jewish day schools, congregations, and summer camps. Raised funds in local and regional development campaigns (with Hillels of Georgia Development Director), hosted student telethons. Jewish Institute for Leadership Change (JILC).

**Professional Memberships and Certifications**
**Member, Central Conference of American Rabbis:** since ordination, June 2007.
**Certified Member, Neshama: The Association of Jewish Chaplains:** Board Certified Chaplain, #221 January 17, 2016.
**American Red Cross**, certified to provide Disaster Spiritual Care, January, 2017

YouTube channel: http://www.youtube.com/c/RabbiJustin

**Publications**
"Carried Away," On Sacred Ground: Jewish and Christian Clergy Reflect on Transformative Passages from the Five Books of Moses, ed. Jeff Bernhardt (New York, Los Angeles: Blackbird Books, 2012)

English translation of Sefer ha-Yirah, (The Book of Reverence), by Rabbi Jonah ben Avraham of Gerona, Spain, Published on Sefaria.org, with Translator's Preface, January 2022.

**Education**

July 2017 — **Chaplaincy Summer Research Institute**, Rush University Medical Center. 1 week intensive training in scientific research, statistical analysis, and designing a research protocol.

2006-2015 — **Clinical Pastoral Education (CPE):** 8.5 units completed as of Aug. 12, 2015. (Residency at St. Luke's Hospital, Chesterfield, MO; Extended units at Barnes Jewish Hospital, St. Louis, MO 2012-2013; Summer internship at Brigham & Women's Hospital, Boston, MA, 2005.

2002 – 2007 — **Hebrew Union College – Jewish Institute of Religion, Cincinnati, OH (**Rabbinical Ordination, Master of Arts in Hebrew Letters, Jun., 2007); Year-in-Israel, Jerusalem, 2005-2006.

1994- 1996 — **Boston College Law School, Newton, MA** (J.D., May 1996). Admitted to Massachusetts Bar, December 1996. (Completed first year 1991-1992. Admitted to Massachusetts Bar, December, 1996)

1992- 1993 — **Sherut La'am Volunteer, Kibbutz Ramat Yochanan; HaKfar HaYarok, Israel.** Volunteer on kibbutz, study Hebrew; tutor and mentor Israeli high school seniors in youth village/agricultural boarding school.

1987 – 1991 — **Columbia University, New York, NY (**B.A., June 1991). Major: urban studies, specialization in history. Theater arts, Kappa Delta Rho fraternity.

**References provided upon request**