UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA CIVIL LIBERTIES UNION, INC., *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:00-cv-00811-SEB-MKK |
| MIKE BRAUN, in his official capacity as the Governor of the State of Indiana, | ) | |
| Defendant. | ) | |

**DECLARATION OF THE VERY REVEREND WILLIAM GRAINGER LESESNE, JR.**

Comes now William Grainger Lesesne, Jr., being duly sworn upon his oath, and says that:

1. I am an adult resident of the State of Indiana.
2. I have been asked by plaintiffs' counsel to render an opinion concerning the religious significance of the Ten Commandments and whether the Ten Commandments can be deemed to be a secular document, either in whole or in part.
3. I am basing this opinion on my training and study as set out below and in my attached Curriculum Vitae.
4. I was ordained as an Episcopal Priest on June 15, 2002.
5. I have served in a number of ministry positions in the state of Indiana since 2008. I served as Canon and Senior Associate priest at Christ Church Cathedral in Indianapolis from 2008 to 2015. I then served as Church Planter and Vicar of Good Samaritan Episcopal Church in Brownsburg, Indiana from 2015 to 2020. Since 2020, I have been Dean and Rector of Christ Church Cathedral, the Episcopal Cathedral of the Diocese of Indianapolis, located on Monument Circle and the closest Christian congregation to the Indiana General Assembly. As Dean, I am the Chief Pastor and Chief Executive Officer of this Cathedral, having final responsibility for its well-being.
6. I hold a Bachelor of Arts in Religion and Philosophy from Presbyterian College (1997), a Master of Divinity from Virginia Theological Seminary (2001), and a Doctor of Ministry

PLAINTIFF'S EXHIBIT
3

from Virginia Theological Seminary (2012). I have taught as adjunct faculty at Christian Theological Seminary in Indianapolis. My areas of specialty are congregational development and narrative theology.

7. I have attached a current copy of my Curriculum Vitae.
8. I have studied the Ten Commandments and their place within Jewish and Christian tradition and have preached and taught on their meaning, including through the official Catechism of the Episcopal Church, which I use in my teaching ministry.
9. The Ten Commandments are a profoundly religious document for both the Jewish and Christian traditions. They appear in the Hebrew Scriptures in both Exodus and Deuteronomy, and they hold a place of central importance in Christian catechesis and moral formation.
10. The Ten Commandments must be read as a unified document. They stem from a particular community of faith in covenant with God, and they make full sense only within that community of faith and belief.
11. This is reflected directly in the teaching of my own tradition. The *Catechism of the Episcopal Church* does not present the Ten Commandments as ten separate rules. It presents them as a single answer to a single question: what do we learn from these commandments? The Catechism answers that we learn two things, our duty to God and our duty to our neighbors, and it then organizes all ten commandments under those two headings. The Catechism states plainly that the purpose of the Ten Commandments is to define our relationship with God and our neighbors, and that our shortcomings in keeping them reveal our need for redemption. This structure cannot be separated from its religious premise. It is taught, and understood by believers, as a single statement of relationship with God, not as ten independent civic or ethical maxims that happen to appear together.
12. Ultimately, within the life of the community of faith, none of the commandments make sense if they are separated from the notion that the Ten Commandments were given by God and that all righteousness and ethical life flow from a right relationship with God. The Christian church, including my own tradition as reflected in its Catechism, holds this same belief.

13. Therefore, to a person of genuine religious conviction, the Ten Commandments make sense only as a statement that they are God-given. Removing that premise removes the coherence of the document.
14. The placement of the Ten Commandments on government property, such as the grounds of the Indiana Statehouse, therefore represents the state's display of what is, in its origin and meaning, an extremely important statement of religious faith to both Jews and Christians, and not a neutral historical or civic artifact.
15. A Statehouse display, by presenting the Ten Commandments in a manner disconnected from their religious origin and meaning, would require me to spend additional pastoral and teaching effort correcting a public misrepresentation of a text central to my ministry. This creates an undue burden on my own free exercise and teaching of my faith, as it forces me to work against a state-sponsored framing of a sacred text in order to teach that text faithfully within my own tradition. As I frequently travel to the Statehouse to engage in advocacy designed to promote justice and peace as is central to my faith, I will be forced to confront the monument if it is placed on the Statehouse grounds. I object to having to confront the monument. I offer this testimony as one who will bear these burdens directly
16. I leave the legal application of these facts to counsel and to the Court.
17. I have not testified as an expert at trial or by deposition in the last four years.
18. I am not being paid a fee for my efforts in this case.

**VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/22/2026 | 10:44 AM EDT.

Signed by:
William G. Lesesne, Jr.
0E8F7833B1FE448...

The Very Reverend William Grainger Lesesne, Jr.,
D. Min., Dean and Rector, Christ Church Cathedral

# The Reverend Gray Lesesne, D.Min.

16 West 61st Street
Indianapolis, Indiana 46208
grayl@cccindy.org
317-989-2760

**MINISTRY EXPERIENCE**
**Dean and Rector**
**Christ Church Cathedral; Indianapolis, Indiana (2020-present)**
Christ Church Cathedral is a vibrant, multifaceted, corporate-sized urban congregation in the heart of Indianapolis. As the senior pastor, I lead the Cathedral's 24-person staff and oversee a $4.9 million budget that empowers us to be a spiritual hub of transformation for our city and the Episcopal Diocese of Indianapolis that glorifies God, serves our neighbors, and transforms our city. My principal ministry areas are in:

- Strategic and long-range planning, working with our lay leaders to articulate a cohesive vision that is life-giving and revitalizing.
- Endowment management, working with external investment advisors to oversee $90 million of assets.
- Stewardship and fundraising, inviting members into deeper generosity with their time, talent, and treasure. We have grown our annual giving by 287% in four years through intentional asking and relationship development.
- City leadership, showing up with and for our neighbors, especially those who are in the margins.

**Church Planter**
**Good Samaritan Episcopal Church; Brownsburg, Indiana (2015-2020)**
Good Samaritan is the first new intentional church plant in the Diocese of Indianapolis in more than 20 years. Our congregation grew from 0 to 180 members, with an average Sunday attendance of 120. As planter, I helped us to:

- Continually focus our work around our larger mission as the Church That Serves.
- Network within the larger community to meet people who have no connection with a church, teaching our members to do the same.
- Equip new followers of Christ with tools to engage with Holy Scriptures, learn Christian traditions, and participate in liturgies.
- Connect with local organizations (both for and not-for-profit) to leverage connections and relationships and to broaden the impact of our ministry.

**Canon and Senior Associate**
**Christ Church Cathedral; Indianapolis, Indiana (2008-2015)**

**Rector**
**All Saints' Episcopal Church and Preschool; Glen Rock, New Jersey (2003-2008)**

**Assistant Rector**
**St. Bartholomew's Episcopal Church; North Augusta, South Carolina (2001-2003)**

**OTHER MINISTRY EXPERIENCE**

- **Member,** Episcopal Church's Task Force on Church Planting and Congregational Redevelopment. (2018-present); joint appointment by the Presiding Bishop and President of the House of Deputies.
- **General Convention Deputy,** 2021
- **General Convention Deputy**, 2018; Chair of the Diocese of Indianapolis delegation. Served as Secretary of Church Planting and Evangelism Legislative Committee.
- **Lecturer,** Christian Theological Seminary (Fall 2016): Church Planting/Ministry Development Course

- **Co-Chair,** Diocese of Indianapolis' General Convention 2012 Host Team (2009-2012): Recruitment and integration of 300+ diocesan volunteers, a large-scale, public festival, and daily worship.

**SECULAR EMPLOYMENT EXPERIENCE**
**Account Executive, Chernoff/Silver and Associates; Columbia, South Carolina (1997-1998)**
(Advertising/Public Relations)

**EDUCATION**
**Doctor of Ministry, Virginia Theological Seminary**, Alexandria, Virginia. May 2013.

- Dissertation: *Narratives and newcomers: an exploration for lay leaders*.
- Focused studies in Missiology, Congregational and Ministry Development, and Preaching.

**Certificate, Spanish Language Intensive Immersion, Maryknoll School of Languages,** Cochabamba, Bolivia. May 2013. Intermediate-level Spanish (written and conversational).

**Graduate, Church Development Institute,** Seattle, Washington. January 2010. An intensive leadership training program for clergy and lay leaders focusing on the ministry of developing the spiritual, community, and organizational life of a congregation.

**Master in Divinity. Virginia Theological Seminary**, Alexandria, Virginia. May 2001.

**Bachelor of Arts, cum laude. Presbyterian College,** Clinton, South Carolina. May 1997.