**Expert Report of Mark A. Chancey**

Mark A. Chancey, being duly sworn, says that:

I. Qualifications and Materials Relied Upon

I am a Professor of Religious Studies and a University Distinguished Professor in Dedman College of Humanities and Sciences at Southern Methodist University, where I teach biblical studies courses and an overview of Judaism, Christianity, and Islam. I earned two degrees from the University of Georgia, a Bachelor of Arts with a major in political science and a minor in religion, and a Master of Arts in religion with a major in New Testament studies and a minor in Jewish studies. I attended Duke University for my doctoral work, earning a Ph.D. in Religion with New Testament studies as my major field and Jewish studies and Greco-Roman religion as my minor fields. Most of my published research has addressed two topics: how archaeological data and ancient textual sources illuminate early Judaism and early Christianity, and how public schools teach about the Bible and about other aspects of religion. A copy of my curriculum vitae ("C.V.") is attached.

I expanded my research to include the subject of public displays of the Ten Commandments in 2023, when a bill requiring public schools to post a version of them created by the Fraternal Order of Eagles was first introduced in Texas. My work has focused on the Fraternal Order of Eagles' campaign to spread the Ten Commandments in the form of paper copies and granite monuments, a project that began in the early 1950s. I have submitted an article on this topic to a scholarly journal and am currently working on a related essay for another venue as well as a co-authored book about American controversies over Ten Commandments displays. In addition, I have offered presentations on the matter at academic conferences, universities, and community events.

PLAINTIFF'S EXHIBIT 4

This report is based on my knowledge, research, and study of the Fraternal Order of Eagles' Ten Commandments project and other Ten Commandments displays. My preparation for it has included examination of pertinent archival collections, numerous Fraternal Order of Eagles documents, dozens of articles in that organization's *Eagle* magazine, and hundreds of newspaper articles. I have also consulted the work of reputable scholars in the areas of biblical studies, American religion, art history, and church-state studies.

In preparing the report, I reviewed the amended complaint in this case. The opinions in this report are solely my own and do not reflect the views of Southern Methodist University or any other institution.

I am receiving $250 per hour for my work in this case. I have not testified as an expert witness in the last four years in either a trial or deposition.

## I. Summary

I have been asked to render an opinion concerning whether there is a longstanding historical practice or tradition of placing monuments bearing a text of the Ten Commandments on public property and to render an opinion concerning the version of the Ten Commandments shown on the monument created by the Indiana Limestone Institute for display at the Indiana Statehouse.

This report addresses those issues by first discussing the lack of evidence for widespread Ten Commandments displays on public property prior to the Fraternal Order of Eagles' campaign. It next discusses the origins, nature, and impact of that campaign, which appears to mark the first time in American history that monuments bearing a text of the Ten Commandments were placed on public property.

The report also addresses the clear sectarian bias of the version of the Ten Commandments on the monument created by the Indiana Limestone Institute that is being considered for installation at the Indiana Statehouse.

## II. The Rarity of Displays of the Ten Commandments on Public Property Prior to the 1950s

If a long history and tradition of Ten Commandments displays on public property existed that predated the Fraternal Order of Eagles' project, one would expect to find numerous physical examples of those displays *in situ*; in archives, museums, and libraries; and for sale by collectors, auction companies, and other vendors. One would also expect to find frequent treatments of such displays, including discussions of specific examples, in scholarly literature. None of that is the case. The available evidence demonstrates instead that while some such displays existed before the 1950s, they were uncommon, atypical, or even rare.

It is notable that even strong advocates for such displays in our own time can appeal to only a limited number of pre-1950s precedents, as seen in a recent article by Mark David Hall and Andrea Picciotti-Bayer in *William & Mary Bill of Rights Journal.* Viewed from a national perspective, the examples amassed by Hall and Picciotti-Bayer are few indeed. Several of the depictions of Moses and/ or the Ten Commandments that they cite include little or none of the text of the Ten Commandments itself. Others post-date the 1950s.[1] Addressing the issue of monuments, Hall and Picciotti-Bayer acknowledge that "most of our examples were not created

[1] Mark David Hall and Andrea Picciotti-Bayer, "Ten Commandments in the Public Square and Public Schools," *William & Mary Bill of Rights Journal* 34:1 (2025–2026): 175–237, especially 214–216, at https://scholarship.law.wm.edu/wmborj/vol34/iss1/5.

until the twentieth century, and no one has claimed that governments were routinely erecting such symbols on public land in the eighteenth and nineteenth centuries."[2] They can point to no Ten Commandments monuments earlier than those of the Fraternal Order of Eagles' campaign.

Other scholars also cite no examples of earlier monuments. The most authoritative study of the Ten Commandments in American life, Jenna Weissman Joselit's *Set in Stone: America's Embrace of the Ten Commandments*, mentions none.[3] Classic mid-century reference works on church-state relations show no awareness of any.[4] Neither do the specific works on the history of

---

[2] Hall and Picciotti-Bayer, "Ten Commandments in the Public Square and Public Schools," 224.

[3] Jenna Weissman Joselit, *Set in Stone: America's Embrace of the Ten Commandments* (New York: Oxford University Press, 2017).

[4] E.g., Anson Phelps Stokes, *Church and State in the United States*, vol. 2 (New York: Harper & Brothers, 1950); Alvin W. Johnson and Frank H. Yost, *Separation of Church and State in the United States* (Minneapolis: The University of Minnesota Press, 1948); and Leo Pfeffer, *Church, State, and Freedom* (Boston: Beacon Press, 1953). For more recent considerations, see Steven K. Green, *Inventing a Christian America: The Myth of the Religious Founding* (New York: Oxford University Press, 2015); T. Jeremy Gunn, "Religious Symbols and Religious Expression in the Public Square," in *The Oxford Handbook of Church and State in the United States*, ed. Derek H. Davis (Oxford University Press, 2010), 276–310; and Philip Hamburger, *Separation of Church and State* (Cambridge: Harvard University Press, 2002).

biblical interpretation,[5] American religion,[6] and art history and public art[7] where one would most expect to find discussion of them, had they existed. A bestselling popular book on Moses in American culture likewise treats the Fraternal Order of Eagles' monuments as the first of their

---

[5] E.g., Michael Coogan, *The Ten Commandments: A Short History of an Ancient Text* (New Haven: Yale University Press, 2014); Scott M. Langston, *Exodus Through the Centuries* (Malden, MA: Blackwell, 2006); Dominik Markl, ed., *The Decalogue and its Cultural Influence* (Sheffield: Sheffield Phoenix Press, 2013); and Ben-Zion Segal and Gershon Levi, eds., *The Ten Commandments in History and Tradition* (Jerusalem: Magnes Press, Hebrew University, 1990).

[6] E.g., Mark A. Noll, *America's Book: The Rise and Decline of a Bible Civilization, 1794–1911* (New York: Oxford University Press, 2022)*;* Claudia Setzer and David A. Shefferman, *The Bible in the American Experience* (Atlanta: SBL Press, 2020)*;* Paul C. Gutjahr, ed., *The Oxford Handbook of the Bible in America* (New York: Oxford University Press, 2017)*;* Nathan O. Hatch and Mark A. Noll, eds. *The Bible in America: Essays in Cultural History* (New York: Oxford University Press, 1982)*;* and Scott M. Langston, "The Americanization of the Ten Commandments, 1880s–1920s," *Perspectives in Religious Studies* 35:4 (2008): 393–410.

[7] E.g., Sally M. Promey, *Religion in Plain View: Public Aesthetics of American Display* (Chicago: University of Chicago Press, 2024); Erin L. Thompson, *Smashing Statues: The Rise and Fall of America's Public Monuments* (New York: W. W. Norton & Company, 2022); Sierra Rooney, Jennifer Wingate, and Harriet F. Senie, *Teaching Monuments: Using Public Art to Spark Dialogue and Confront Controversy* (New York: Bloomsbury Visual Arts, 2020); and Sanford Levinson, *Written in Stone: Public Monuments in Changing Societies* (Durham: Duke University Press, 1988).

kind.[8] It is thus clear that large monuments bearing a text of the Ten Commandments on public property were unknown before the Fraternal Order of Eagles began creating them.

A consideration of Ten Commandments displays in a particular context, that of courthouses, illustrates their unusual nature. The introduction of such displays was often considered newsworthy, precisely because they were not considered a normal part of public life. For example, in 1918, the famous Christian social reformer Wilbur F. Crafts persuaded officials in Allegheny County, Pennsylvania, to post a bronze plaque with a version of the Ten Commandments in the local courthouse. Crafts proclaimed at its dedication, "This is the first instance, so far as we know, that a court house [sic] has displayed its real corner stone laid by Moses twenty-five hundred years ago, and again laid twelve hundred years ago when Justinian began the first code of modern civilization with the Ten Commandments and other related passages from Exodus."[9] Despite being a well-travelled and internationally connected figure, Crafts knew of no other such display at any other courthouse anywhere. He is not known to have had any luck himself in introducing the Ten Commandments to other courthouses.

The Allegheny County plaque inspired Protestant churches in Chester County, Pennsylvania, to lobby their own officials for permission to post a similar plaque in their own

---

[8] Bruce Feiler, *America's Prophet: Moses and the American Story* (New York: William Morrow, 2009), 234–235.

[9] "An Unusual Occurrence," *American Lutheran Survey,* May 1, 1918, 50–51. Crafts' suggestion that the Ten Commandments constituted the origin of law was inaccurate, as other law codes predated them. So, too, was his reference to the Code of Justinian, which makes no reference to the Ten Commandments.

courthouse in 1920. [10] A skeptic of the idea, unaware of the relatively new Allegheny County plaque, considered the proposal unprecedented. He wrote in the *Philadelphia Record* that "Chester county [sic] will be unique among the counties of the union if this project is carried through to completion."[11] Despite such critiques, the plaque was hung on the wall of the Chester County courthouse in December 1920.[12]

One reason that such displays were rare was that they created the risk of stoking religious tensions. In September 1941, the Caddo Parish, Louisiana, police jury (the equivalent of a board of county commissioners) donated a Ten Commandments plaque to the parish courthouse. A local newspaper reported that the plaque was "the only one of the sort in any public building any where [sic] in the nation, as far as learned by the Caddo police jury."[13] An Illinois newspaper agreed that the posting of the Ten Commandments was highly irregular, characterizing it as "an unusual incident."[14] Four months later, the plaque was removed because of "errors in the inscription," a parish official announced. He explained the problem: "The second commandment was omitted. The numbering of the last eight commandments was erroneous. The ninth

---

[10] "To Raise Funds for Bronze Tablet," *Daily Local News* (West Chester, PA), Mar. 3, 1920, 7.

[11] "A Quaint and Prosperous Town," *Daily Republican* (Phoenixville, PA), Apr. 22, 1920, 2, reprinting an article from the *Philadelphia Record*.

[12] "'Ten Commandments' Adorn Court House," *Daily Local News* (West Chester, PA), Dec. 13, 1920, 6.

[13] "Decalogue Plaque Removed After Error is Discovered," *Shreveport Journal*, Jan. 15, 1942, 9.

[14] "A Lasting Reminder," *Messenger* (Belleville, IL), Oct. 10, 1941, 4.

commandment was divided into two commandments in the inscription, making it list 10."[15] What had actually happened was that the parish had unknowingly posted a Roman Catholic version of the Ten Commandments, which Protestants considered illegitimate. The police jury's characterization of the plaque as "erroneous" deeply offended the Roman Catholic priest who had spoken at its dedication.[16]

Because of the ensuing controversy, the plaque was apparently never replaced, despite the police jury's initial hopes to display a new, "corrected" version of the Ten Commandments. The Allegheny County and Chester County plaques, however, remained in place, eventually prompting legal challenges.[17] There are only a few other known examples of courthouse displays. Had they been a regular feature of American culture, one would have expected more controversies and more court cases about them over the years. Those that existed before the mid-twentieth century were the exception, not the norm. This characterization applies to Ten Commandments displays in other public contexts as well.

## III. The Fraternal Order of Eagles' Campaign to Promote the Ten Commandments

[15] "Ten Commandments Plaque Removed at Courthouse," *Shreveport Times*, Jan. 16, 1942, 5. The episode received national media attention, as seen in Associated Press, "The Commandments Revised," *Washington Post*, Jan. 16, 1942, 21.

[16] "Plaque Not Erroneous, Gaudin Says," *Shreveport Times*, Jan. 17, 1942, 2.

[17] *Modrovich v. Allegheny County*, 385 F.3d 397 (3d Cir. 2004); *Freethought Society of Greater Philadelphia v. Chester County*, 334 F.3d 247 (3d Cir. 2003).

The Fraternal Order of Eagles was the first organization to succeed in placing copies of the Ten Commandments on public property on a wide scale.[18] This idea was conceived by E. J. Ruegemer, a member who served as a juvenile judge in St. Cloud, Minnesota. Ruegemer became troubled by the fact that "nowhere in the courtroom was there a display of this code," i.e., the Ten Commandments.[19] Recognizing that this situation was the norm nationwide, he set out to introduce a copy to every courtroom. As he explained, "I thought that if multi-colored prints of the commandments could be placed in courtrooms, the judges could readily point out to the offenders, as well as their parents, the transgressions which had been committed."[20]

After working with a clergy committee to develop a version of the text of the Ten Commandments that he believed would be acceptable to Protestants, Roman Catholics, and

---

[18] On the Fraternal Order of Eagles' project, see Joselit, *Set in Stone*, 29–52; Joseph Haker, "Moses and the Marketplace: Ten Commandments Monuments and the Postwar Youth Crisis," in *A Destiny of Choice? New Directions in American Consumer History*, ed. David Blanke and David Steigerwald (Lanham, MD: Lexington Books, 2013), 135–153; and Kevin M. Kruse, *One Nation Under God: How Corporate America Invented Christian America* (New York: Basic Books, 2015), 145–148.

[19] E. J. Ruegemer, "Failure to Heed Ten Commandments, Parental Disregard Cited by Jurist as Primary Causes of Delinquency Rise," untitled collection (Fraternal Order of Eagles, c. 1955), 38–40, box 990, folder 6, Cecil B. DeMille Papers, L. Tom Perry Special Collections Library, Brigham Young University (hereafter cited as DeMille Papers).

[20] "Judge Helps Spread the Word About the Ten Commandments," *Minneapolis Tribune*, Nov. 17, 1957, Upper Midwest Section, 6.

Jews, Ruegemer persuaded the Fraternal Order of Eagles to adopt his project. In 1952, the Minnesota State Aerie (i.e., lodge) of the organization began giving away paper prints of the Ten Commandments. In 1954, the Fraternal Order of Eagles began national implementation of the initiative, encouraging all aeries to participate. Although Ruegemer's original focus had been to donate copies of the Commandments to courtrooms, the Fraternal Order of Eagles quickly expanded their target audience to include public places of all kinds as well as private groups and individuals. Similarly, while the organization's original impetus for starting the program had been to curb juvenile delinquency, it soon began promoting the Ten Commandments to young and old alike.[21]

The Fraternal Order of Eagles decided to spread the Ten Commandments precisely because it considered displays of them in public places to be rare and American knowledge of them to be limited. A 1954 *Eagle* article illustrates this point, noting that "too long the Commandments have slumbered in the national conscience" and celebrating the "revived attention" they were receiving because of the organization's project.[22]

In 1954, the Fraternal Order of Eagles began creating granite monuments bearing its text of the Ten Commandments as it continued to distribute its prints of them. The organization developed this idea in conversation with Hollywood director Cecil B. DeMille and Paramount Pictures, who at the time were making *The Ten Commandments*, a film that appeared in 1956.[23]

[21] Manny Meyers, "Spreading the Commandments," *Eagle* (Jul. 1954): 18–19.

[22] Meyers, "Spreading the Commandments."

[23] *The Ten Commandments*, directed by Cecil B. DeMille (Paramount Pictures, 1956); Joselit, *Set in Stone*, 31–32.

While some observers have characterized the monuments as primarily a marketing device for the movie, scholar Joseph Haker correctly observes that "it is much more accurate to say … that the Eagles used the hype surrounding the film and the techniques of Hollywood marketing in order to better sell the Ten Commandments to the public."[24]

The Fraternal Order of Eagles was unabashed about its religious intentions. It placed an essay on the back of its copies of the Ten Commandments that explained them in explicitly theological terms. "Presented to Moses on Mount Sinai by the hand of God as two stone tablets, the Ten Commandments stand today after more than 3500 years as God's law to the human race," it began. The commandments, it continued, outlined "our obligations to God" and "our obligations to fellow men," noting that there was no better guide for moral instruction "than the original program presented by God, The Ten Commandments." The group offered its hope for each print: "May it inspire in all who see it renewed respect for the Law of God, which is our greatest strength against the forces that threaten our way of life."[25] The organization's magazine also portrayed the Ten Commandments as divinely revealed instruction, describing them as "ten

[24] Haker, "Moses and the Marketplace," 147 n. 47.

[25] E. J. Ruegemer, "The Ten Commandments," on the back of a print in box 13, "Religion: Church-State: Minnesota Corresp. (2) 1958" folder, American Civil Liberties Union of Minnesota Records, Minnesota Historical Society, Minneapolis.

simple laws that were handed down to Moses over thirty-five hundred years ago on Mount Sinai,"[26] "the fundamental and the elemental laws of God,"[27] and "God's bequeathed laws."[28]

The project encountered criticism early in its history. In 1957, for example, the rabbi from the clergy group that had originally developed the organization's wording of the Ten Commandments—the only Jewish person involved in that process—withdrew his endorsement because he considered display of the Ten Commandments on public property inappropriate.[29] Other people objected to the details of that wording, noting that its lack of a prohibition of a graven image (cf. Exodus 20:4) and numbering of the Ten Commandments did not conform to the tradition of most Protestants. In response, in 1957–1958, the Fraternal Order of Eagles removed the Roman numerals that had accompanied each commandment and added the words "Thou shalt not make unto thyself any graven images."[30] This latter change put its text directly at

---

[26] "Youth Guidance Aims Gain Impetus from Ten Commandments Plan," *Eagle* (Oct. 1954): 26.

[27] "Leahy Presents Plaque to Judge Bob Hansen," *Eagle* (Dec. 1956): 28.

[28] Manuel Meyers, "Monolith in the Peace Garden," *Eagle* (Dec. 1956): 35.

[29] Albert G. Minda to E. J. Ruegemer, Jul. 13, 1957, box 490, folder 1, DeMille Papers. On Minda as the only Jewish member of the committee, see "Eagles Present Tablet to Local Church Leader," *St. Cloud Daily Times*, Dec. 13, 1956, 10, and Warren Wolfe, "Monumental Showdown Has St. Cloud Roots," *Minnesota Star Tribune*, Aug. 30, 2003, A1, A13.

[30] Sue A. Hoffman, *In Search of God and the Ten Commandments* (self-published, 2014), 73; "Changing 'Ten Commandments' Version in Granite Difficult," *Great Bend Daily Tribune* (KS), Jul. 23, 1958, 7. For an analysis of the revised Fraternal Order of Eagles text, see Marc Zvi Brettler and Jed Wyrick, "Ten Commandments in Every Classroom: The Texas Bill Version,"

odds with Catholic tradition, which does not regard that directive as a distinct commandment.[31] Decades of subsequent litigation have demonstrated that these changes were not successful in warding off controversy.

At some point, the Fraternal Order of Eagles ended its campaign of mass distribution of paper prints of the Ten Commandments, though exactly when this occurred is not clear. Today its project is better known for its granite monuments. It ultimately created approximately 200 of these, which it installed at aerie headquarters, parks, city halls, courthouses, and other types of locations.[32] Only seven states received monuments for their capitols: Colorado (1956), Montana (1957), Missouri (1958), Indiana (1958), Texas (1961), Arizona (1964), and Kentucky (1971).[33]

---

TheTorah.com (2023), https://www.thetorah.com/blogs/ten-commandments-in-every-classroom-the-texas-bill-version.

[31] *Catechism of the Catholic Church*, 2nd ed. (Washington, D.C.: United States Conference of Catholic Bishops—Libreria Editrice Vaticana, 1997), 496–497, available at United States Conference of Catholic Bishops, https://www.usccb.org/sites/default/files/flipbooks/catechism/498/.

[32] Hoffman, *In Search of God and the Ten Commandments*, 3–4, 25–29, and 98; and Robert V. Ritter, "Where Are the Eagles Ten Commandments Monuments?" Jefferson Madison Center for Religious Liberty, accessible at Internet Archive Wayback Machine, https://web.archive.org/web/20250619194545/https://www.eaglesmonuments.com/.

[33] Wes French, "Commandments Fight Flares," *Rocky Mountain News* (Denver), Jun. 25, 1960, 34; "Monolith Dedication is Set for 12:30 O' Clock This Afternoon at State Capitol," *Independent Record* (Helena, MT), Jun. 23, 1957, 1; "Ten Commandments Column Dedicated,"

Indiana is thus one of the small minority of states to have ever displayed a Ten Commandments monument at its capitol. Its monument retained the Fraternal Order of Eagles' original enumeration of the commandments and differed in design from most other monuments in including a cross among its decorations.[34] As was often the case at presentations of the Fraternal Order of Eagles' monuments, clergy spoke at its 1958 dedication, giving the ceremony a religious air.[35]

It is impossible to determine where, for how long, or even if each of the various governmental offices and agencies that received a paper copy of the Fraternal Order of Eagles' Ten Commandments displayed it. The fates of the monuments are easier to identify. While some remain at their original locations, others have been moved.[36] As is well known, the one given to Indiana in 1958 was vandalized and taken off Statehouse grounds. The Fraternal Order of Eagles' prints and monuments together raised interest among some American citizens in placing the text of the Ten Commandments in public places. Subsequent attempts to do so, particularly

*News and Tribune* (Jefferson City, MO), Jun. 29, 1958, 1, 2; "Eagles Give Monolith for Statehouse," *Indianapolis Star*, Oct. 19, 1958, 4; "Monolith Unveiling Set Today," *Austin American*, May 25, 1961, 51; "Arizona Eagles Give Monolith at Capital Grounds in Phoenix," *Eagle* (Oct. 1964): 23; "Order of Eagles has Ceremony at Frankfort," *Sun-Democrat* (Paducah, KY), Nov. 17, 1971, B4.

[34] Hoffman, *In Search of God and the Ten Commandments*, 209–211.

[35] "Eagles Give Monolith for Statehouse," *Indianapolis Star*, Oct. 19, 1958, 4.

[36] Hoffman, *In Search of God and the Ten Commandments*.

through the medium of monuments, reflect the influence of the Fraternal Order of Eagles' efforts, whether knowingly or unknowingly.

## IV. The Sectarian Nature of the Indiana Limestone Industry Monument

The Ten Commandments are religious teachings that are found in two biblical passages, Exodus 20:1–17 and Deuteronomy 5:6–21.[37] Because only Jews and Christians regard Exodus and Deuteronomy as sacred scripture, any display of the Ten Commandments showcases Jewish and/ or Christian religious material, depending on the particulars of the version displayed.[38]

---

[37] "Ten Commandments" is itself originally a Christian term. The traditional Jewish name for the material is *Aseret Hadevarim*, with *aseret* meaning "ten" and *hadevarim* meaning "statements," "words," or "things." An alternative Jewish name is *Aseret Hadibberot*, with *hadibberot* best rendered as "utterances." See Marc Zvi Brettler and Jed Wyrick, "The Decalogue: Ten Commandments or Ten Statements?" TheTorah.com (2023), https://www.thetorah.com/article/the-decalogue-ten-commandments-or-ten-statements. This report employs the term "Ten Commandments" because that is the term found on the monument. On the Ten Commandments generally, see Edward L. Greenstein, "Decalogue," in *The Oxford Encyclopedia of the Bible and Law*, ed. Brent Strawn, vol. 1 (Oxford: Oxford University Press, 2015), 164–172; Baruch J. Schwartz, "Ten Commandments," in *The Oxford Dictionary of the Jewish Religion*, ed. Adele Berlin, 2nd ed. (New York: Oxford University Press, 2011), 730–731; and Coogan, *Ten Commandments*.

[38] The Ten Commandments are not traditionally a part of Islamic teaching. While the Qur'an refers to the revelation of "tablets" to Moses, it does not describe the instruction found on the

Posting the Ten Commandments on public property thus promotes the sectarian views of Jews, Christians, or both groups above the views of other sects as well as above those of people who identify with no religious tradition.

Because even those traditions that regard the Ten Commandments as sacred scripture disagree on how to define them, particular presentations of them require interpretive judgments of a religious nature. For example, a comparison of the passages in Exodus and Deuteronomy reveals that while their words are often the same, they sometimes differ.[39] Any reproduction of a text of the Ten Commandments requires a determination of which biblical book to follow—literally, which one's words to reproduce—when the two disagree, a decision that reflects a judgement regarding which book is more authoritative and which is less. Furthermore, neither Exodus nor Deuteronomy separates its injunctions into ten distinct commands. Jews and

---

tablets, and classical Islamic sources do not interpret them as the Ten Commandments of Jewish and Christian tradition. See Sebastian Günther, "O People of the Scripture! Come to a Word Common to You and Us (Q. 3:64): The Ten Commandments and the Qur'an," *Journal of Qur'anic Studies* 9:1 (2007): 28–58.

[39] Compare, for example, "Remember the sabbath day to keep it holy" (Ex. 20:8) to "Keep the sabbath day to sanctify it, as the Lord thy God hath commanded thee" (Deut. 5:12) and "Honour thy father and thy mother that thy days may be long upon the land which the LORD thy God giveth thee" (Ex. 20:12) to "Honour thy father and they mother, as the Lord thy God hath commanded thee; that thy days may be prolonged, and that it may go well with thee, in the land which the Lord they God giveth thee" (Deut. 5:16). These translations are from the King James Bible, the source of the Indiana Limestone Institute monument's wording, as will be seen below.

Christians have disagreed from antiquity to the present on which of those commands constitute the "official" Ten Commandments as well as how to number them. In addition, both passages were originally written in Hebrew. Translating them into English or any other language requires judgments that are inherently interpretive in nature and have theological ramifications. Both passages are lengthy, requiring any party that seek to condense and summarize them to determine which biblical words are essential and which are unimportant.

All of these decisions have theological import and thus inevitably reflect particular sectarian biases. For this reason, any numbering, translation, or summarization of the Ten Commandments reflects some sort of religious bias. The only question is which bias it reflects.

**Comparison of the Indiana Limestone Industry's Monument and the King James Version**

| **Monument** | **King James Version**<br>Exodus 20 (number = verse number in Christian Bibles) |
|---|---|
| | 2 I am the LORD thy God, which have brought thee out of the land of Egypt, out of the house of bondage. |
| I. Thou shalt have no other gods before me | 3 Thou shalt have no other gods before me. |
| II. Thou shalt not make unto thee any graven image | 4 Thou shalt not make unto thee any graven image, or any likeness of any thing that is in heaven above, or that is in the earth beneath, or that is in the water under the earth. 5 Thou shalt not bow down thyself to them, nor serve |

| | |
|---|---|
| | them: for I the LORD thy God am a jealous God, visiting the iniquity of the fathers upon the children unto the third and fourth generation of them that hate me; [6] And shewing mercy unto thousands of them that love me, and keep my commandments. |
| III. Thou shalt not take the name of the Lord thy God in vain | [7] Thou shalt not take the name of the LORD thy God in vain; for the LORD will not hold him guiltless that taketh his name in vain. |
| IV. Remember the sabbath day to keep it holy | [8] Remember the sabbath day, to keep it holy. [9] Six days shalt thou labour, and do all thy work: [10] But the seventh day is the sabbath of the LORD thy God: in it thou shalt not do any work, thou, nor thy son, nor thy daughter, thy manservant, nor thy maidservant, nor thy cattle, nor thy stranger that is within thy gates: [11] For in six days the LORD made heaven and earth, the sea, and all that in them is, and rested the seventh day: wherefore the LORD blessed the sabbath day, and hallowed it. |

| | |
|---|---|
| V. Honor thy father and thy mother that thy days may be long upon the land which the Lord thy God giveth thee | 12 Honour thy father and thy mother: that thy days may be long upon the land which the LORD thy God giveth thee. |
| VI. Thou shalt not kill | 13 Thou shalt not kill. |
| VII. Thou shalt not commit adultery | 14 Thou shalt not commit adultery. |
| VIII. Thou shalt not steal | 15 Thou shalt not steal. |
| IX. Thou shalt not bear false witness against thy neighbor | 16 Thou shalt not bear false witness against thy neighbour. |
| X. Thou shalt not covet thy neighbors house or wife or anything that is thy neighbors | 17 Thou shalt not covet thy neighbour's house, thou shalt not covet thy neighbour's wife, nor his manservant, nor his maidservant, nor his ox, nor his ass, nor any thing that is thy neighbour's. |

The version of the Ten Commandments inscribed on the Indiana Limestone Industry monument explicitly reflects Protestant sectarian bias. The Roman numerals before each commandment (see chart above) correspond exactly to the enumeration used by most Protestants, but not those of Roman Catholics, Lutherans (who alone among Protestants generally follow Catholic custom in this regard), or Jews.[40] The monument's majority Protestant enumeration differs from that of Roman Catholics and Lutherans in, for example, treating the prohibition of a "graven image" as a distinct and separate commandment and in combining the

[40] See the comparative enumeration chart in Coogan, *Ten Commandments*, 28.

coveting prohibitions into one commandment rather than separating them into two. It differs further from Catholic tradition by not placing "wife" as the first thing not to covet.[41] It conflicts with Judaism by omitting entirely the declaration beginning, "I am the Lord your God…", which Jews consider to be the first commandment (or, translating the underlying Hebrew term more exactly, the first "word," "statement," or "thing"), and by treating the injunctions against worshipping other gods and using a "graven image" as separate commandments, rather than as a single one.[42]

The monument's version of the Ten Commandments is an abbreviated version of the King James Version's translation of Exodus 20, as shown in the chart above. The King James Version is an over 400-year-old translation produced by Protestants. Historically, Protestant insistence on its usage and Roman Catholic rejection of it prompted serious conflicts between the two traditions, some of it at times violent.[43] The translation is still strongly associated with

---

[41] *Catechism of the Catholic Church*, 2nd ed., 496–497; and Martin Luther, *The Small Catechism* (1529), available at Concordia Publishing House, "The Ten Commandments," Luther's Small Catechism, https://catechism.cph.org/en/10-commandments.html.

[42] J. Cornelis de Vos, "Adapting the Decalogue to Your Religion," TheTorah.com (2023), https://thetorah.com/article/adapting-the-decalogue-to-your-religion; Ronald H. Isaacs, "The Ten Commandments," My Jewish Learning, https://www.myjewishlearning.com/article/the-ten-commandments/.

[43] Ellie Gebarowski-Shafer, "Catholics and the King James Bible: Stories from England, Ireland and America," *Scottish Journal of Theology* 66:3 (2013): 253–260.

Protestantism and remains extremely popular in some circles.[44] Aside from the monument's omission of particular passages and words, the only differences between it and the King James Bible are its deletion of the letter "u" from the King James Bible's "honour" (Exodus 20:12) and "neighbour" (Exodus 20:16–17) and slight changes in punctuation. No other English translation of the Bible matches the text of the monument in this way, aside from older ones that themselves deliberately replicated the wording of the King James Bible whenever possible.[45]

Bible translations produced in the last 100 years have almost always avoided archaic language like that used in the King James Version, such as the phrase, "Thou shalt…." The result is that in modern American contexts, such language is now associated primarily with the King James Version and the forms of Protestantism that use it. The monument's text differs from the translation used in Roman Catholic worship, the New American Bible, and from other recent

[44] On contemporary use of the King James Version, see the "Bible Bestsellers, Best of 2025" list produced by ECPA, a Christian publishing trade association, at Christian Book Expo, https://christianbookexpo.com/bestseller/bibles.php?id=BO25.

[45] E.g., the Protestant-produced English Revised Version (1885) and the American Standard Version (1901), both of which are rarely used and little known today.

translations approved for Catholic usage.[46] It also differs from modern Jewish translations, such as the influential 1985 Jewish Publication Society *Tanakh*.[47]

The monument also deviates from Jewish understandings of the Ten Commandments in other ways. It leaves out content that Judaism traditionally considers essential to the meaning of the Ten Commandments, such as the identification of the god who reveals those commandments as the deity who delivered the Hebrews from slavery in Egypt (Exodus 20:2), the identification of the Sabbath day as the seventh day of the week (Exodus 20:9), and the association of the Sabbath with the Exodus and Creation stories (Exodus 20:10–11). Furthermore, the use of the word "kill" in the monument's sixth commandment (Exodus 20:13) differs from how most modern Jewish translations render the underlying Hebrew term, which is "murder."

The monument's text thus unambiguously privileges a Protestant version and understanding of the Ten Commandments over those of other traditions. Both its numbering and wording are distinctively Protestant. It is an inherently and indisputably sectarian text.

---

[46] United States Conference of Catholic Bishops, "Questions About the Scriptures Used During Mass," https://www.usccb.org/offices/new-american-bible/liturgy, and "USCCB Approved Translations of the Sacred Scriptures for Private Use and Study by Catholics," https://www.usccb.org/offices/new-american-bible/approved-translations-bible. On the New American Bible's rendering of the passage, see The Holy See, "New American Bible," Exodus 20, https://www.vatican.va/archive/ENG0839/__P21.HTM.

[47] *Tanakh: The Holy Scriptures: The New JPS Translation According to the Traditional Hebrew Text* (Philadelphia: Jewish Publication Society, 1985).

## V. Conclusion

History does not support the argument that placing a monument of a text of the Ten Commandments on the Statehouse lawn is part of any longstanding historical practice or tradition. Such monuments on public property were unknown until the 1950s and have never been introduced at the majority of state capitols.

The proposed monument does not present a religiously neutral version of the Ten Commandments, because there is no such thing. Its text instead presents a particular religious understanding of them. In numbering and wording, that understanding is blatantly Protestant in nature. The monument is thus not only sectarian in a general sense in bearing a text derived from Judaism and Christianity but also sectarian in the more specific sense of clearly privileging the religious beliefs of most Protestant traditions.

## Verification

I verify under the penalty of perjury that the foregoing is true and correct.

8/15/2026 | 10:53 AM CDT

DocuSigned by:

BB7691B406F945E...

Mark A. Chancey, Ph.D.

# MARK A. CHANCEY

Department of Religious Studies
Southern Methodist University
Box 750202
Dallas, TX 75275-0202
(214) 768-1460

## EDUCATION

Ph.D., Religion, Duke University, May 1999
Major: New Testament and Christian Origins, Minors: Judaism, Greco-Roman Religion
Dissertation: "The Myth of a Gentile Galilee: The Population of Galilee and New Testament Studies"

M.A., Religion, University of Georgia, June 1992
Major: New Testament, Minor: Judaism
Thesis: "Personal Spirits and *Stoicheia* in Colossians"

B.A., Political Science with Minor in Religion, University of Georgia, June 1990

## POSITIONS HELD

Department of Religious Studies, Dedman College of Humanities and Sciences, Southern Methodist University
University Distinguished Professor, Mar. 2025—present
Professor, May 2010—present
Chair of Department, Jan. 2008—July 2012
Associate Professor, Sep. 2006—May 2010
Assistant Professor, Aug. 2000—Aug. 2006

Department of Religion, Duke University
Visiting Assistant Professor, Sep. 1999—May 2000
Instructor, Sep. 1997—May 1999

Department of Religion and Philosophy, Meredith College
Adjunct Assistant Professor, Sep. 1999—Dec. 1999

## COURSES TAUGHT

### Undergraduate:

Introduction to Western Religions, Introduction to the Hebrew Bible, Introduction to the New Testament, Jesus and the Gospels, Life and Letters of Paul, World of the New Testament, Social and Religious Perspectives on the "Holy Land," Ethics and the Bible, Exegesis of the Gospel of Mark, Exegesis of Revelation

### Graduate:

Narrative Criticism, Early Judaism, Jesus and the Gospels, Greco-Roman Religion and Culture

## PUBLICATIONS

### Books, Authored:

*Alexander to Constantine: Archaeology of the Land of the Bible*, with Eric M. Meyers (New Haven: Yale University Press, 2012).

*Greco-Roman Culture and the Galilee of Jesus* (Cambridge: Cambridge University Press, 2005).

*The Myth of a Gentile Galilee* (Cambridge: Cambridge University Press, 2002).

### Books, Edited:

*The Bible in the Public Square: Its Enduring Influence in American Life*, co-edited with Carol Meyers and Eric M. Meyers (Atlanta: Society of Biblical Literature, 2014).

*Redefining First-Century Jewish and Christian Identities: Essays in Honor of Ed Parish Sanders*, co-edited with Fabian Udoh, Gregory Tatum, and Susannah Heschel (Notre Dame: University of Notre Dame Press, 2008).

### Journal Articles:

"Religious Bias and Texas's Bluebonnet Learning English Language Arts Lessons," *Religion & Education* 52:3-4 (2025): 92-111.

"Introduction to the Symposium on Claudia Setzer's *The Progressives' Bible: How Scriptural Interpretation Built a More Just America*," *Religious Studies Review* 51:1 (2025): 5-6.

"Turning *Schempp* on its Head to Privilege the Bible in American Public Schools," *Religion & Education* 52:1-2 (2025): 3-8.

"Religious Instruction, Public Education, and the Dallas High Schools Bible Study Course (1923-1985)," *Church History* 86:1 (2017): 145-177.

"Rewriting History for a Christian America: Religion and the Texas Social Studies Controversy of 2009-2010," *Journal of Religion* 94:3 (2014): 325-353.

"Public School Bible Courses in Historical Perspective: North Carolina as a Case Study," *Religion & Education* 40:3 (2013): 253-269; reprinted in Chancey, Meyers, and Meyers, eds., *The Bible in the Public Square: Its Enduring Influence in American Life* (2014); excerpted as "How Public Schools Began Offering Bible Courses: The Perspective from North Carolina" at The Bible and Interpretation (2014) (www.bibleinterp.com).

"The Bible, the First Amendment, and the Public Schools in Odessa, Texas," *Religion and American Culture* 19:2 (2009): 169-205.

"'Complete Victory is Our Objective': The National Council on Bible Curriculum in Public Schools," *Religion & Education* 35:1 (2008): 1-21.

"Sectarian Elements in Public School Bible Courses: Lessons from the Lone Star State," *Journal of Church and State* 49:4 (2007): 719-742.

"A Textbook Example of the Christian Right: The National Council on Bible Curriculum in Public Schools," *Journal of the American Academy of Religion* 75:3 (2007): 554-581.

"Bible Bills, Bible Curricula, and Controversies of Biblical Proportions: Legislative Efforts to Promote Bible Courses," *Religion & Education* 34:1 (2007): 28-47.

"The Archaeology of Roman Palestine," with Adam Porter, *Near Eastern Archaeology* 64:4 (2001): 164-203.

"The Cultural Milieu of Ancient Sepphoris," *New Testament Studies* 47:2 (2001): 127-145.

"Second Temple Studies in the Light of Recent Archaeology, Part II," with Eric M. Meyers, Adam Lynd-Porter, and Melissa Aubin, *Currents in Research: Biblical Studies* 3 (1995): 129-152.

**Other Articles:**

"Archaeology of Galilee, the Gospel of John, and the 'Judean' or 'Jew' Translation Debate," in James R. Strange and C. Thomas McCollough, eds., *Textured History: Studies in the Archaeological, Historical, and Literary Context of the New Testament in Honor of the Work of James F. Strange* (volume is under review with Brepols Publishing)

"The Bible and the Curriculum of American Public Schools (K-12) in the Twenty-First Century," in David Shefferman and Claudia Setzer, eds., *The Bible in American Culture* (Atlanta: SBL Press, 2020), 189-226.

"Museum of the Bible, Christian Zionism, and the Passages Israel Trip," in Jill Hicks-Keeton and Cavan Concannon, eds., *The Museum of the Bible: A Critical Introduction* (Lanham, MD: Lexington Books/ Fortress Academic, 2019), 275-294.

"Teaching about the Bible in a Social Studies Context," in Charles Haynes, ed., *Teaching about Religion in the Social Studies Classroom* (Silver Spring, MD: National Council for the Social Studies, 2019), 91-94.

"The Bible and American Public Schools in Historical Perspective," in Michael D. Waggoner and Nathan C. Walker, eds., *The Oxford Handbook on Religion and American Education* (Oxford: Oxford University Press, 2018), 271-282.

"Foreword," in E. P. Sanders, *Paul and Palestinian Judaism: A Comparison of Patterns of Religion* (Fortieth Anniversary Edition, Minneapolis: Fortress, 2017), xi-xxvi.

"Teaching about Religion in Red-State America," in Matthew Sutton and Darren Dochuk, eds., *Religion and Politics in Twenty-First Century America* (Oxford: Oxford University Press, 2015), 163-179.

"The Ethnicities of Galilee," in David A. Fiensy and James Riley Strange, eds., *Galilee in the Late Second Temple and Mishnaic Periods 100 BCE--200 CE* (Minneapolis: Fortress, 2014), 112-128.

"Disputed Issues in the Study of Cities, Villages, and the Economy in Jesus' Galilee," in Craig Evans, ed., *The World of Jesus and the Early Church: Identity and Interpretation in Communities of Faith* (Peabody, Mass.: Hendrickson, 2011), 53-67.

"Archaeology, Ethnicity, and First-Century CE Galilee: The Limits of Evidence," in Zuleika Rodgers with Margaret Daly-Denton and Anne Fitzpatrick McKinley, eds., *A Wandering Galilean: Essays in Honour of Sean Freyne* (Leiden: E. J. Brill, 2009), 205-218.

"Politics, Culture Wars, and the Good Book: Recent Controversies Over the Bible and Public Education," *Occasional Paper 23* (Dallas: The Cary M. Maguire Center for Ethics and Public Responsibility, Southern Methodist University, 2008), http://scholar.smu.edu/centers_maguireethics_occasional/.

"The Epigraphic Habit of Hellenistic and Roman Galilee," in Jürgen Zangenberg, Harold W. Attridge, and Dale B. Martin, eds., *Religion, Ethnicity, and Identity in Ancient Galilee: A Region in Transition* (Tübingen: J. C. B. Mohr [Paul Siebeck], 2007), 83-98.

"City Coins and Roman Power in Palestine: From Pompey to the Great Revolt," in Douglas R. Edwards, ed., *Religion and Society in Roman Palestine: Old Questions, New Approaches* (New York and London: Routledge, 2004), 103-112.

"Galilee and Greco-Roman Culture in the Time of Jesus: The Neglected Significance of Chronology," *SBL Seminar Papers, 2003* (Atlanta: Scholars Press, 2003), 173-188.

**Reference Articles:**

"Galilee," "Mosaics," and "Rome," in Daniel M. Gurtner and Loren T. Stuckenbruck, eds., *T & T Clark Companion to Second Temple Judaism* (London: Bloomsbury T & T Clark, 2019).

"Capernaum" and "Jerusalem in the New Testament Period," in John Kutsko et al, eds., *Bible Odyssey* (Atlanta: Society of Biblical Literature, 2014), https://www.bibleodyssey.org/.

"Second Temple Judaism Archaeology," in Claire Smith et al, eds., *Encyclopedia of Global Archaeology* (New York: Springer, 2013).

"Sepphoris," in Roger Bagnall et al, eds., *The Encyclopedia of Ancient History* (Oxford: Wiley-Blackwell, 2012).

"Banditry," in Hans-Josef Klauck et al, eds., *Encyclopedia of the Bible and its Reception* (Berlin and New York: Walter de Gruyter, 2011).

"Galilee," in Christopher Matthews, ed., *Oxford Bibliographies Online: Biblical Studies* (Oxford: Oxford University Press, 2010).

"Jotapata," "Romanization," "Sanders, E. P.," "Stone Vessels," and "Temple Tax," in John J. Collins and Daniel Harlow, eds., *The Eerdmans Dictionary of Early Judaism* (Grand Rapids: Eerdmans, 2010).

"Bible Literacy Project" and "National Council on Bible Curriculum in Public Schools," in James C. Carper and Tom Hunt, eds., *Praeger Handbook of Religion and Education (K-12) in the United States* (Westport, Conn. and London: Praeger, 2009).

"Capernaum," "Coinage, Roman," "Greco-Roman Culture in Israel," and "Sanders, E. P." in Craig Evans, ed., *Encyclopedia of the Historical Jesus* (New York and London: Routledge, 2008).

"Antigonus," "Athenaeus," "Athletics," "Aurelius, Marcus," and "Authorities, City," in Katharine Doob Sakenfeld et al, eds., *The New Interpreter's Dictionary of the Bible*, vol. 1 (Nashville: Abingdon Press, 2006) and "Galilee, Sea of," in *The New Interpreter's Dictionary of the Bible*, vol. 2 (Nashville: Abingdon Press, 2007).

**Book Reviews:**

Danny Syon, *Small Change in Hellenistic-Roman Galilee*, for *Review of Biblical Literature* (2016), www.bookreviews.org.

Bradley W. Root, *First Century Galilee* for *Shofar: An Interdisciplinary Journal of Jewish Studies* 34:1 (2015): 140-143.

Halvor Moxnes, *Jesus and the Rise of Nationalism: A New Quest for the Nineteenth-Century Historical Jesus* for *Journal of Church and State* 55:4 (2013): 800-802.

E. A. Myers, *The Ituraeans and the Roman Near East: Reassessing the Sources*, for *Review of Biblical Literature* (2012), www.bookreviews.org.

Uzi Leibner, *Settlement and History in Hellenistic, Roman, and Byzantine Galilee: An Archaeological Survey of the Eastern Galilee* for *Catholic Biblical Quarterly* 73 (2011): 396-397.

John S. Kloppenborg, *The Tenants in the Vineyard* for *Toronto Journal of Theology* 26:1 (2010): 115-117.

Jane DeRose Evans, *The Coins and the Hellenistic, Roman and Byzantine Economy of Palestine* for *Review of Biblical Literature* (2008), www.bookreviews.org.

Paula M. Cooey, *Willing the Good: Jesus, Dissent, and Desire* for *Journal of Church and State* 49 (2007): 370-371.

Morten Hørning Jensen, *Herod Antipas in Galilee* for *Review of Biblical Literature* (2007), www.bookreviews.org.

John Howard Yoder, *The Jewish-Christian Schism Revisited*, in *The Christian Century*, June 14, 2005, 38-39.

Robert L. Funk, *A Credible Jesus* in *Review of Biblical Literature 2003* (Atlanta: Society of Biblical Literature, 2003), 395-397 and www.bookreviews.org.

E. E. Ellis, *The Making of the New Testament Documents* in *Journal of Biblical Literature* 120 (2001): 767-769 and *Review of Biblical Literature 2001*, www.bookreviews.org.

David Trobisch, *Die Endredaktion des Neuen Testaments: Eine Untersuchung zur Entstehung der christlichen Bibel* in *Review of Biblical Literature* (2000), www.bookreviews.org.

David Rensberger, *Johannine Faith and Liberating Community* in *Africa Theological Journal* 21 (1992): 207-209.

**Popular Publications:**

"A Fitting Place for the Bible in Public Schooling," *School Administrator* (Nov. 2025): 30-34.

"To the Texas Lege: Thou Shalt Not Violate Our Religious Freedom," *San Antonio Express-News*, May 14, 2025, https://www.expressnews.com/opinion/commentary/article/ten-commandments-texas-sb10-20325183.php.

"Proposed New Texas Curriculum Plays Religious Favorites," *San Antonio Express-News*, July 18, 2024, https://www.expressnews.com/opinion/commentary/article/texas-curriculum-christianity-19581785.php.

"Louisiana's Ten Commandments Law is Dangerously Wrong," *The Hill*, June 27, 2024, https://thehill.com/opinion/education/4739660-louisiana-ten-commandments-law/.

"The Ten Commandments Bill: Thou Shalt Not Play Favorites," with Marc Zvi Brettler, *Austin American-Statesman*, May 17, 2023, https://www.statesman.com/story/opinion/columns/your-voice/2023/05/17/opinion-the-ten-commandments-bill-thou-shalt-not-play-favorites/70219572007/.

"Texas Wants the Ten Commandments in Each Public Classroom," with Marc Zvi Brettler, *Forward*, May 17, 2023, https://forward.com/opinion/547449/texas-the-ten-commandments-public-schools/.

"Remembering E. P. Sanders, A New Testament Scholar who Offered a New Look at Judaism," Religion News Service, Dec. 4, 2022, https://religionnews.com/2022/12/05/e-p-sanders-a-new-testament-scholar-who-redeemed-jesus-judaism/.

*Bible Electives in Public Schools: A Guide*, with the Society of Biblical Literature Educational Resources and Review Committee, revised edition (Atlanta: Society of Biblical Literature, 2020); original 2008 edition reprinted in *Religion & Education* 36:1 (2009): 94-112.

"Project Blitz's Bible Literacy Act and the 2019 Bible Course Bills," *The Bible and Interpretation* (2019), https://bibleinterp.arizona.edu/articles/project-blitzs-bible-literacy-act-and-2019-bible-course-bills.

"President Trump Just Tweeted Support for Bible Courses, But It's Already Legal to Teach about the Bible," *Washington Post*, Jan. 30, 2019 (reposted at *The Bible and Interpretation*, https://bibleinterp.arizona.edu/articles/president-trump-just-tweeted-support-bible-courses-its-already-legal-teach-about-bible).

"When Hobby Lobby Tours the Holy Land: The Back Story of Passages, Museum of the Bible's Christian Zionist Pilgrimage," *The Bible and Interpretation* (2017), https://bibleinterp.arizona.edu/articles/2017/09/cha418027.

*Can This Class Be Saved? The "Hobby Lobby" Bible Curriculum* (Austin: Texas Freedom Network Education Fund, 2014), https://tfn.org/resources/publications/.

"How Should We Teach the Bible in Public Schools?" *Religion & Politics*, Jan. 7, 2014 (John C. Danforth Center on Religion & Politics, Washington University), republished in *Arc: Religion, Politics*, Et Cetera, https://arcmag.org/how-should-we-teach-the-bible-in-public-schools/, 2024.

"Bible Courses a Mixed Bag in School," *Houston Chronicle*, March 9, 2013, https://www.chron.com/opinion/outlook/article/bible-courses-a-mixed-bag-in-school-4342809.php.

"New Report: Angels and Aliens in Texas Schools," *Religion Dispatches* (2013), https://religiondispatches.org/new-report-angels-aliens-in-texas-schools/.

*Reading, Writing & Religion II: Texas Public School Bible Courses in 2011-12* (Austin: Texas Freedom Network Education Fund, 2013), https://tfn.org/resources/publications/.

"A Bill Too Far: Teaching the Bible in Wyoming," with Mark Elliott, *Wyoming Tribune Eagle*, Feb. 6, 2013. (reposted at *The Bible and Interpretation*, https://bibleinterp.arizona.edu/opeds/2013/cha378007).

"Bible Courses, Public Education, and the Law," *Fourth R* 23:4 (2010): 9-14.

"Religious Studies Professor Examines Intelligent Design Academically," *Daily Campus* (SMU), Oct. 4, 2010, https://smudailycampus.com/112247/opinion/religious-studies-professor-examines-intelligent-design-academically/.

"Islam Resolution Reflects Frightening Agenda," *Dallas Morning News*, Sep. 17, 2010 (reposted at History News Network, https://www.hnn.us/article/mark-a-chancey-islam-resolution-reflects-frighteni).

"The Bible and Public Education: Recent Developments," *The Bible and Interpretation* (2009), https://bibleinterp.arizona.edu/articles/bible-and-public-education-recent-developments.

"How Jewish was Jesus' Galilee?" *Biblical Archaeology Review* 33:4 (2007): 42-50, 76; reprinted in *The Galilee Jesus Knew* (Washington, D.C.: Biblical Archaeology Society, 2008), 2-13; *Israel: An Archaeological Journey* (Washington, D.C.: Biblical Archaeology Society, 2009), 26-43; and *Jesus & Archaeology* (Washington, D.C.: Biblical Archaeology Society, 2016), 36-45.

"Bible Courses in Public Schools: SBL's Response to a Growing Trend," *SBL Forum*, April 2007, http://www.sbl-site.org/Article.aspx?ArticleId=664.

"Textbook Case: Bible Class in Public School," *Christian Century*, November 14, 2006, 12-13; reprinted in *Texas Lyceum Journal*, July 2007, 25-26 and Mike Wilson, ed., *Christianity* (Introducing Issues with Opposing Viewpoints Series, Farmington Hills, MI: Greenhaven Press, 2008), 120-126.

*Reading, Writing & Religion: Teaching the Bible in Texas Public Schools* (Austin: Texas Freedom Network Education Fund, 2006), https://tfn.org/resources/publications/.

"Paul and the Law: E. P. Sanders's Retrieval of Judaism," *Christian Century*, June 13, 2006, 20-23.

"The Revised Curriculum of the National Council on Bible Curriculum in Public Schools," *The Bible and Interpretation* (2005), https://bibleinterp.arizona.edu/articles/revised-curriculum-national-council-bible-curriculum-public-schools.

"Lesson Plans: The Bible in the Classroom," *Christian Century*, Aug. 23, 2005, 18-21; reprinted in *Christian Ethics Today* 56 (2005): 18-20.

"Coming Soon to a School District Near You? The National Council on Bible Curriculum in Public Schools," at *The Bible and Interpretation* (2005), https://bibleinterp.arizona.edu/articles/coming-soon-school-district-near-you-national-council-bible-curriculum-public-schools.

*The Bible and Public Schools: Report on the National Council on Bible Curriculum in Public Schools* (Austin: Texas Freedom Network Education Fund, 2005), https://tfn.org/resources/publications/.

"An Unacknowledged Passion," at *The Bible and Interpretation* (2004), https://bibleinterp.arizona.edu/articles/Chancey_Unacknowledged_Passion.

"The Myth of a Gentile Galilee," at *The Bible and Interpretation* (2003), https://bibleinterp.arizona.edu/articles/Myth_Gentile_Galilee.

"How Jewish was Sepphoris in Jesus' Time?" with Eric M. Meyers, *Biblical Archaeology Review* 26:4 (2000): 18-33, 61; reprinted in Hershel Shanks, ed., *Where Christianity was Born* (Washington, D.C.: Biblical Archaeology Society, 2006), 2-19 and Sarah Yeomans, ed., *Israel: An Archaeological Journey* (Washington, D.C.: Biblical Archaeology Society, 2009), 26-43.

**Works in Preparation:**

"Ten Commandments Displays and the Fraternal Order of Eagles' 'Universally Acceptable Translation,'" to be submitted to an academic journal.

*Taking the Lord's Name in Vain: Controversies over Public Displays of the Ten Commandments*

*The Good Book as Textbook: Teaching about the Bible in American Public Schools*.

## GRANTS, FELLOWSHIPS, AND RESEARCH AWARDS

University Distinguished Professorship, Southern Methodist University, Aug. 2025—present

Sam Taylor Fellowship, General Board of Higher Education and Ministry, The United Methodist Church, 2019—2020, 2007—2008

Guggenheim Fellowship, John Simon Guggenheim Memorial Foundation, 2017—2018

Gerald J. Ford Research Fellowship, SMU, 2016

Dedman College Dean's Research Council Research Grant, SMU, 2015

University Research Council Research Grant, SMU, 2015 (declined), 2011, 2008, 2003, 2001

Dedman College Interdisciplinary Institute Annual Fellow, SMU, 2013—2014

President's Partner Grant, SMU, 2010, 2005

University Research Fellowship, SMU, 2007, 2003

American Academy of Religion Collaborative Research Grant, 2002

James B. Duke Fellowship, Duke University, 1993—1997

Dorot Foundation Travel Grant, 1996

Endowment for Biblical Research Grant, American Schools for Oriental Research, 1994

## HONORS

Excellence in Religion Reporting Award, Honorable Mention, Religion News Association, 2026

Religious Freedom Center Distinguished Fellowship (Newseum Institute and Freedom Forum Institute), 2017—2021

Caren Prothro Faculty Service Award, Dedman College of Humanities and Sciences, SMU, 2018

Perrine Prize (for “excellence in scholarship and teaching”), Phi Beta Kappa, SMU, 2011

“M” Award (for university service), SMU, 2009

Samantha Smoot Activist of the Year, Texas Freedom Network, Austin, TX, 2008

Maguire Public Scholar, Maguire Center for Ethics and Public Responsibility, SMU, 2006

Godbey Lecture Series Author Award, SMU, 2003

National Society of Biblical Literature Regional Scholar, 2003

Society of Biblical Literature Southwestern Region Regional Scholar Nominee, 2002

Joseph A. Callaway Prize for Biblical Archaeology, Southeastern Region of American Schools of Oriental Research, 1999

M.A. Thesis passed with distinction, University of Georgia, June 1992

University of Georgia Summa cum Laude Graduate, with Highest Honors, 1990

Phi Beta Kappa Honor Society, 1990

## TEACHING AWARDS

Extra Mile Award, Students for New Learning and Disabilities Accommodations and Success Strategies, SMU, 2021

HOPE ("Honoring Our Professors' Excellence") Honoree, SMU Department of Residence Life and Student Housing, 2021, 2020, 2016, 2012, 2009, 2006, 2003, 2002

HOPE ("Honoring Our Professors' Excellence") Professor of the Year, SMU Department of Residence Life and Student Housing, 2017, 2004

Panhellenic Professor of the Month, Panhellenic Council, SMU, Sep. 2011

Mirabeau B. Lamar Award of Excellence, Hillcrest Lodge, Ancient Free and Accepted Masons, Dallas, TX, 2008

Altshuler Distinguished Teaching Professor Award, SMU Center for Teaching Excellence, 2007

Golden Mustang Outstanding Faculty Award, SMU Golden Mustang Alumni and SMU Center for Teaching Excellence, 2004

Rotunda Outstanding Professor, SMU Yearbook, 2003

Honorary Member, SMU Chapter of the Golden Key International Honor Society, 2002

Faculty Member of the Month, SMU Student Senate, Apr. 2002

## CONFERENCES ORGANIZED

Telling the Story of Religion in Texas through Journalism, Apr. 8, 2025, Southern Methodist University, cosponsored by SMU Department of Religious Studies, the Institute for Diversity and Civic Life, the *Texas Tribune*, and Religion News Service.

The Bible and the Public Square, Sep. 9—10, 2012, Center for Jewish Studies, Duke University, organized with Eric M. Meyers, Carol L. Meyers, and Shalom L. Goldman.

New Views of First-Century Jewish and Christian Self-Definition: An International Conference in Honor of E. P. Sanders, Apr. 10—13, 2003, University of Notre Dame, organized with Fabian Udoh, Gregory Tatum, and Susannah Heschel.

**CONFERENCE PRESENTATIONS**

"Contemporary Ten Commandments Controversies" (panelist). Society of Biblical Literature, Denver, CO, Nov. 2026.

"The Bible and Public Education: Current Issues" (with Steven K. Green). American Academy of Religion Northeast Regional Meeting, Princeton, NJ, May 2026.

"Ten Commandments Displays in Public Schools." The Bible in the Public Square Revisited, Duke University Department of Religion, Feb. 2026.

"10 Commandments Posters and Bible Mandates: Covering Religion and Public Schools" (panelist). Education Writers Association National Seminar, St. Louis, MO, May 2025.

"Christian Nationalism in the Texas Public Sphere" (panelist). Telling the Story of Religion in Texas through Journalism, Southern Methodist University, cosponsored by SMU Department of Religious Studies, the Institute for Diversity and Civic Life, the *Texas Tribune*, and Religion News Service, Apr. 2025.

"How Texas Decided to Teach Bible Stories to Other People's Five-Year-Olds." Society of Biblical Literature, San Diego, CA, Nov. 2024.

"E. P. Sanders as a Mentor and a Colleague." Society of Biblical Literature, San Antonio, TX, Nov. 2023.

"Colorado and the Invention of Public School Bible Courses." Society of Biblical Literature, Denver, CO, 2022.

"Bible Literacy Bills and the 2006 Texas Bible Course Law." American Academy of Religion, San Antonio, TX, Nov. 2021 (virtual).

"Church, State, and Teaching about Religion," Religion in Strange Times: Honoring the Scholarly Passion of Dr. Ron Flowers, Department of Religion, Texas Christian University, Fort Worth, TX, Feb. 2020.

"*The Third Disestablishment: Church, State & American Culture, 1940-1975*: Review Session" (panelist). American Academy of Religion, San Diego, CA, Nov. 2019.

"Teaching about Religion in Texas Public Schools: A Historical Perspective." New History at Old Red: A Conference on Texas, United States, & World History, sponsored by the Old Red Museum, Dallas, TX, Oct. 2019.

"The Future of K-12 Religious Studies Education in American Schools" (panelist). A National Summit on Religion and Education, sponsored by the Religious Freedom Center of the Freedom Forum Institute, the American Academy of Religion, Boston College's Lynch School of Education and Human Development, and the National Council for the Social Studies, Washington, DC, Sep. 2019.

"Romans 1:26-27 and 'Natural Sex' in its Cultural Context and Ours." The Post-Way Forward United Methodist Scholars Conference, Dallas, TX, Aug. 2019.

"Museum of the Bible's Politicized Holy Land Trip." Society of Biblical Literature Southwest Regional Meeting, Dallas, TX, Mar. 2019.

"*The Oxford Handbook on Religion and American Education*: Religion and Public Schools." American Academy of Religion Annual Meeting, Denver, CO, Nov. 2018.

"The United States of Hobby Lobby: Review of *Bible Nation*" (panelist). Society of Biblical Literature Annual Meeting, Boston, MA, Nov. 2017.

"The Bible and Public Life During the Time of Trump" (panelist). Society of Biblical Literature Annual Meeting, Boston, MA, Nov. 2017.

"Religion and Public Education in the United States: An Interdisciplinary Symposium" (panelist). American Educational Research Association Annual Meeting, San Antonio, TX, April 2017.

"The Scholar as Activist, Commentator, Specialist" (panelist). American Academy of Religion Annual Meeting, San Antonio, TX, Nov. 2016.

"Galilean Regionalism, the 'Judean' or 'Jew' Translation Debate, and the Gospel of John." American Schools of Oriental Research Meeting, Atlanta, GA, Nov. 2015.

Author's response to panel review of *Alexander to Constantine: Archaeology of the Land of the Bible*. American Schools of Oriental Research and Society of Biblical Literature Southwest Regional Meeting, Irving, TX, March 2015.

"One Hundred Years of the Good Book as Textbook in American Public Schools." American Society of Church History Annual Conference, New York City, Jan. 2015.

"Teaching about Religion in Red State America." Religion and Politics in 21st Century America Conference. John C. Danforth Center on Religion and Politics at Washington University and Center for Presidential History, Southern Methodist University, Dallas, TX, Nov. 2014.

"Teaching about Religion in Public Schools: The Fiftieth Anniversary of *Abington v. Schempp*" (panelist). Society of Biblical Literature and American Academy of Religion Annual Meeting, Baltimore, MD, Nov. 2013.

"Protestant Bible Courses in the Shadow of Court Decisions: The Dallas High Schools Bible Course as a Case Study." Religious Studies 50 Years after *Schempp*: History, Institutions, Theory, Department of Religious Studies Conference, Indiana University, Bloomington, IN, Sep. 2013.

"The Good Book as Textbook in Historical Perspective." The Bible in the Public Square Conference, Duke Center for Jewish Studies and Southern Methodist University, Durham, NC, Sep. 2012.

"The Texas Textbook Controversy" (panelist). Organization of American Historians Annual Meeting, Houston, TX, Mar. 2011.

"John and the Archaeology of Galilee." Society of Biblical Literature Annual Meeting, New Orleans, LA, Nov. 2009.

"Disputed Issues in the Study of Cities, Villages, and the Economy in Jesus' Galilee." Society of Biblical Literature Annual Meeting, Boston, MA, Nov. 2008.

"The AAR Guidelines for Teaching About Religion in K-12 Schools" (panel member). American Academy of Religion Annual Meeting, Chicago, IL, Nov. 2008.

"What Makes a Bible Course Legal—Or Not?" Society of Biblical Literature Southeast Regional Meeting, Atlanta, GA, Mar. 2008.

"Engaging Global Fundamentalisms" (panelist). Society of Biblical Literature Annual Meeting, San Diego, CA, Nov. 2007.

"The Bible and Public Education" (panelist). Society of Biblical Literature Annual Meeting, San Diego, CA, Nov. 2007.

"When the Good Book is the Textbook: Bible Courses in Public Schools" (panelist). Society of Biblical Literature Southeast Regional Meeting, Nashville, TN, Mar. 2007.

"Teaching the Bible in the Public Schools: Introduction and Perspectives" (panelist). Society of Biblical Literature Annual Meeting, Washington, DC, Nov. 2006.

"Biblical Studies and Study Bibles: Intersections for a Wider Audience" (panelist). Society of Biblical Literature Annual Meeting, Washington, DC, Nov. 2006.

"'All Judaism is Hellenistic Judaism': The Influence of Martin Hengel on Conceptions of Galilee." Society of Biblical Literature Annual Meeting, Washington, DC, Nov. 2006.

"Written Languages, Oral Languages, and the Epigraphic Habit in Ancient Galilee." Society of Biblical Literature and American Schools of Oriental Research Southeast Regional Meeting, Winston-Salem, NC, Mar. 2005.

"Hellenization, Romanization, and Galilean Judaism." Society of Biblical Literature Annual Meeting, San Antonio, TX, Nov. 2004.

"Hellenization, Romanization, and the Epigraphic Habit of Galilee." Conference on The Ancient Galilee in Interaction: Religion: Ethnicity, and Identity, Yale University, New Haven, CT, Oct. 2004.

"Archaeology and the Population of Galilee: Recent Developments." American Schools of Oriental Research Southwest Regional Meeting, Irving, TX, Mar. 2004.

"Galilee and Greco-Roman Culture in the Time of Jesus: The Neglected Significance of Chronology." Society of Biblical Literature Annual Meeting, Atlanta, GA, Nov. 2003.

"Archaeology, Ethnicity, and First-Century CE Galilee: The Limits of Evidence." Society of Biblical Literature International Meeting, Cambridge, England, July 2003 (delivered in absentia).

"Jesus, the Centurion, and the Shadow of Rome." Society of Biblical Literature Annual Meeting, Toronto, Canada, Nov. 2002.

"Greco-Roman Culture and the Galilee of Jesus." Society of Biblical Literature Southwest Regional Meeting, Irving, TX, Mar. 2002 (winner of the Regional Scholar Award).

"Matthew 4:15 and the Name of Galilee." Society of Biblical Literature Southwest Regional Meeting, Irving, TX, Mar. 2001.

"Jews and Gentiles in Roman Galilee." Society of Biblical Literature Annual Meeting, Nashville, TN, Nov. 2000.

"The Population of Sepphoris in the Roman Period." American Schools of Oriental Research Southeast Regional Meeting, Durham, NC, Mar. 1999 (winner of the Joseph A. Callaway Prize for Biblical Archaeology).

"Sepphoris: Urbanism, Hellenism, and First-Century C.E. Galilee." Society of Biblical Literature Annual Meeting, Orlando, FL, Nov. 1998.

"'Galilee of the Gentiles' and the Historical Jesus." Society of Biblical Literature Annual Meeting, San Francisco, CA, Nov. 1997.

"'Galilee of the Gentiles' and New Testament Studies." Society of Biblical Literature Annual Meeting, San Francisco, CA, Nov. 1997.

"First Corinthians 5:1-5: A Test Case in Church Discipline." Society of Biblical Literature Southeast Regional Meeting, Macon, GA, Mar. 1997.

"History, Irony, and the Barabbas Incident." Society of Biblical Literature Annual Meeting, New Orleans, LA, Nov. 1996.

"Co-opting Proof Texts or Personal Theology? Paul's Use of the Abraham Tradition in Galatians." Society of Biblical Literature Southeast Regional Meeting, Columbia, SC, Mar. 1996.

## INVITED PRESENTATIONS, ACADEMIC (SELECTED)

"Ten Commandments Displays in American Public Life," Department of History, University of Oklahoma, Oct. 2026.

"Faith Matters: Religious Freedom in Society" (panelist), First Amendment Day, University of North Carolina Center for Media Law & Policy, Oct. 2025 (virtual).

"Moses and 'Merica: Thou Shalt Post the Ten Commandments in Public Schools?" Martin Marty Center, University of Chicago Divinity School, May 2025.

"'There and Back Again': Teaching about the Bible in American Public Schools," Department of Religious Studies, Stanford University, Apr. 2025.

"Spreading the Bible in Public Schools: How Texas's New Bluebonnet Reading Lessons Play Religious Favorites," University of Houston, Feb. 2025.

"What is the Bible's Place in K-12 Public Education? Current Controversies," Teaching Together Network, Religion & Education Collaborative, Interfaith Center of New York, Tanenbaum Center for Interreligious Understanding, Institute for Islamic · Christian · Jewish Studies, Nov. 2024 (virtual).

"Teaching about the Bible in a Pluralistic Classroom," Practicing Pluralism: Religion, Culture, and the Arts for Secondary School Studies and English Language Arts and Reading Educators, Boniuk Institute for Religious Tolerance, Rice University, Jun. 2022 (virtual).

"Teaching the Bible in Public Schools? History, Controversies, and Prospects," National Humanities Center, Dec. 2021 (virtual).

"Policy, Politics, and the Bible in Public Schools: Is There a Space for Religious Literacy?" John Goodwin Tower Center for Political Studies, SMU, April 2019.

"Religious Literacy, Religious Liberty, and the Bible in American Public Schools," Department of Religion, Carthage College, Kenosha, WI, Oct. 2016.

"The Constitutional Conundrum of Teaching 'Bible History' in American Public Schools," Lennox Lecture, Trinity University, San Antonio, TX, April 2016.

"Archaeology of Galilee, the Gospel of John, and the 'Judean'/ 'Jew' Translation Debate," Early Christian Studies Workshop, University of Chicago, Chicago, IL, Feb. 2016.

"Studying the Bible in Texas Public Schools: The First Hundred Years," Dedman College Dean's Research Council Lecture, SMU, Jan. 2016.

"Revisiting Sepphoris: Another Look at the Interplay of Greek, Roman, and Jewish Culture in a Galilean City," Archaeological Institute of America and SMU Classical Studies Club, SMU, April 2015.

"Revisiting Sepphoris and the Romanization of Galilee," Jewish Studies Program and Department of Religious Studies, University of Georgia, Athens, GA, April 2014.

"Revisiting Sepphoris: Another Look at the Romanization of Galilee," Willis D. Wood Lecture, Amherst College, Amherst, MA, March 2014.

"Rewriting History for a 'Christian America': The Texas Social Studies Controversy," Allen-Head Lecture, Austin College, Sherman, TX, Feb. 2014.

"Teaching about the Bible in the Shadow of Court Decisions: Bible Courses, Public Education, and the Changing Terrain of Church-State Relations in Texas," Allen-Head Lecture, Austin College, Sherman, TX, Feb. 2014.

"The Bible and Public Education: A First Amendment Controversy of Biblical Proportions," Jean Fortner Ward Lecture, Greensboro College, Greensboro, NC, March 2012.

"Educating for a Christian America: Religion and the Texas Social Studies Controversy," The Paine Lecture on Religion and Public Life, Department of Religious Studies, University of Missouri, Columbia, MO, March 2012.

"The Constitution, the First Amendment, and the Myth of a Christian America," The Godbey Lecture Series, SMU, Sep. 2011.

"Educating for a 'Christian America?' Bible Courses, Social Studies Standards, and the Texas Controversy," James A. Baker III Institute for Public Policy, Rice University, Houston, TX, Feb. 2011.

"Christianizing Public Schools: Bible Courses, Social Studies Standards, and Why the Texas Controversy Matters," Department of Religion, Mount Holyoke College, South Hadley, MA, April 2010.

"Battles of Biblical Proportions: The Bible in the Public Schools," The Jackson Lecture, Ministers Week, Perkins School of Theology, SMU, Feb. 2010.

"The Bible in American Public Education," The Bible in American Public Life: A Symposium Honoring Harold W. Attridge, Perkins School of Theology, SMU, May 2009.

"The Bible, the First Amendment, and Public Schools: Lessons from Odessa, Texas," Departments of Religion and Education, Trinity University, San Antonio, TX, April 2009 (two lectures).

"The Bible, the Classroom, and the Separation of Church and State," Constitution Day Lecture, Brookhaven College, Dallas, Sep. 2008.

"Has Jesus Learned to Speak Greek Yet? A Case Study in the Use and Abuse of Archaeological Evidence in New Testament Scholarship," New Testament Graduate Student Colloquium, Duke University, Durham, NC, Feb. 2007.

"Jewish Coins and Jewish Identity in an Age of Empire," Bridwell Annual Judaica Lecture, SMU, Nov. 2006.

"Another Notch in the Bible Belt? The Fight over Bible Curricula in Odessa, Texas," Illinois Forum on Religion in America, University of Illinois at Urbana-Champaign, April 2006.

"Politics, Culture Wars, and the Good Book: Recent Controversies over Bible Courses in Public Schools," Maguire Center for Ethics Public Scholar Lecture, SMU, April 2006.

"*The Da Vinci Code*: Fact, Fiction, and the Birth of Christianity," The Godbey Lecture Series, SMU, Sep.—Oct. 2004 (four lectures).

"Judaism and Greco-Roman Culture in Ancient Galilee: The Case of Sepphoris," Bridwell Annual Judaica Lecture, SMU, Nov. 2001.

## INVITED PRESENTATIONS, POPULAR (SELECTED)

"When Religion Enters Public Schools," Rabbi David Lefkowitz Memorial Lectures, Temple Emanu-el, Dallas, TX, Oct. 2025 (four presentations).

"The Use and Abuse of the Bible in Public Schools," National Religious Freedom in Public Schools Summit, Interfaith Alliance, Dallas, Sep. 2025.

"Can Mandated Faith Fix Public Education? Understanding the 10 Commandments Bill and What Our Schools Deserve" (panelist), Texas Freedom Network and Texas Impact, Austin, May 2025.

"Varieties of Christian Nationalism," Highland Park United Methodist Church, Dallas, Oct. 2024.

"Christian Nationalism and Public Education in Texas," Highland Park United Methodist Church, Dallas, Oct. 2024.

"Archaeology and the World of Jesus," Cochran Chapel United Methodist Church, Dallas, July 2024 (3 sessions).

"Ossuary Oddities and Archaeological Scandals: Jewish Burials, Christian Bodies?" One Day Jewish University, SMU Jewish Studies Program, Apr. 2021 (virtual).

"Shabbat, Sabbath, and Lord's Day in Jewish and Christian Perspectives," One Day Jewish University, SMU Jewish Studies Program, Feb. 2018.

"Faith, Religion, and Diversity of Thought" (moderator) Annual Multicultural Luncheon, Weil, Gotshal & Manges LLP, Dallas, TX, June 2017.

"Understanding Islamophobia," Lovers Lane United Methodist Church, Dallas, TX, Apr. 2017.

"Understanding Antisemitism," Lovers Lane United Methodist Church, Dallas, TX, Feb. 2017.

"Christian Perspectives on the Ten Commandments," One Day Jewish University, SMU Jewish Studies Program, Feb. 2017.

"Understanding Islamophobia," Saint Michael and All Angels Episcopal Church, Dallas, TX, Dec. 2016.

"Understanding Antisemitism," Saint Michael and All Angels Episcopal Church, Dallas, TX, Dec. 2016.

"Reading, Writing & Religion: Talking about Tolerance in Public Schools" (panelist), Dallas Jewish Bookfest and Jewish Community Relations Council, Dallas, TX, Apr. 2016.

"Jews and their Neighbors in Ancient Sepphoris," One Day Jewish University, SMU Jewish Studies Program, Oct. 2015.

"The Bible in Public Schools? Why Not?" Americans United for Separation of Church and State, Houston Chapter, Houston, TX, Feb. 2015.

"The Significance of the Duke University Excavations in Galilee," Duke Diggers Reunion, Duke University, Durham, NC, Sep. 2014.

"Reading Revelation as Resistance Literature, or How I Learned to Stop Worrying about the Rapture and Love the Apocalypse," Faith Voices on Justice Lecture Series, Northaven United Methodist Church and Dallas Area Christian Progressives Alliance, Dallas, TX, Oct. 2013.

"Respecting Religious Diversity in the Public School: Teaching about the Bible," Summer Educators Institute, Anti-Defamation League, Austin, TX, June 2013.

"The Bones of Jesus: Jewish Burial Customs, Ossuaries, and Fantastic Archaeology," Wesley Arts Series, First United Methodist Church, Rockwall, TX, Sep. 2012.

"Understanding the Israel-Palestine Conflict," Dallas Junior League, Dallas, Feb. 2012.

"The First Amendment and the Question of America's Religious Identity," Institute of Interfaith Dialog, Dallas, Oct. 2011.

"Civic Peacebuilding against Fanaticism" (panelist), Dallas Islamic Center, Dallas, TX, Sep. 2011.

"Teaching about the Bible in the School and the Church," Christian Educators Fellowship, North Texas Conference, United Methodist Church, Plano, TX, June 2011.

"The Dalai Lama and His Religion," Hart Global Leaders High School Forum, SMU, May 2011.

"Parallel Pathways: A Jewish-Christian Dialogue," Katherine F. Baum Lecture Series, Temple Emanu-El, Dallas, TX, April-May 2011 (three lectures).

"Threats to Our Constitutional Freedoms: Religious Liberty and the Texas Social Studies Controversy," Southwest Jewish Congress, Dallas, TX, Apr. 2011.

"Understanding Historical Jesus Research," First the Word Lecture Series, First United Methodist Church, Dallas, TX, Mar. 2010 (four lectures).

"The Bible, the First Amendment, and Public Education," Westar Institute, Santa Rosa, CA, March 2009 (four lectures).

"What's Right and What's Wrong: The Bible, Moral Values, and Public Education" (panelist), Henry D. Schlinger Ethics Symposium, Temple Emanu-el, Dallas, TX, Dec. 2008.

"The New Testament: First-Century Jews, First-Century Christians," Katherine F. Baum Lecture Series, Temple Emanu-El, Dallas, TX, Jan. 2008 (four lectures).

"The Bible in Public Schools," Texas Lyceum, Austin, TX, July 2007.

"Lessons from the Lone Star State: Bible Courses in Public Schools?" American Jewish Congress, Southwest Region, Dallas, TX, Feb. 2007.

"Bible Courses in Texas Public Schools," American Civil Liberties Union, Dallas Chapter, Dallas, TX, Nov. 2006.

"Legislative Efforts to Teach the Bible in Public Schools," Constitution Society, Dallas, TX, Feb. 2006.

"The Bible in Public Schools," University Baptist Church and Congregation Agudas Achim, Austin, TX, Aug. 2005.

"Understanding The Passion Narratives," Congregation Anshai Torah, Plano, TX, Mar. 2004.

"Understanding the Passion," Preston Hollow United Methodist Church, Dallas, TX, Mar. 2004 (two sessions).

"The Passion" (panelist), SMU Chaplain's Office and American Jewish Congress, Mar. 2004.

"The Passion Narratives," Congregation Shearith Israel, Dallas, TX, Feb. 2004.

## SERVICE TO THE UNIVERSITY COMMUNITY

Advisory Committee to Evaluate Dossiers for Promotion to Senior Lecturer I, Dedman College of Humanities and Sciences (Nov. 2024—present)

Member, Jewish Studies Program Steering Committee, Dedman College of Humanities and Sciences (Aug. 2014—present)

Faculty Advisor, UKIRK Campus Ministry (Aug. 2022— May 2026)

Member, Hyer Society Selection Committee, Office of the Provost (Oct. 2021—May 2025)

Member, Faculty Search Committee, Department of Religious Studies (Aug. 2023—May 2024)

Member, Steering Committee, Graduate Program in Religious Studies (Jan. 2023—May 2023; Aug. 2015—May 2017; Jan. 2008—Aug. 2012, Aug. 2001—May 2003)

Member, Board of Visitors, Baptist House of Studies, Perkins School of Theology (Sep. 2019—May 2022)

Chair, Departmental Workload Committee, Department of Religious Studies (Feb.—Mar. 2021)

Member, Graduate Council, Moody Graduate School (Mar. 2019—June 2020)

Outside Member, Corporate Communications and Public Affairs Departmental Tenure Committee, Meadows School of the Arts (Aug.—Oct. 2019)

Organizer and Moderator, "Comparing Early Judaism and Early Christianity: The Scholarship of E.P. Sanders," Symposium Honoring Honorary Degree Recipient (May 2017)

Faculty Host of Honorary Degree Recipient (May 2017)

Faculty Representative to Committee on Development and External Affairs, Board of Trustees (Aug. 2015—May 2017)

Member, Advisory Committee for Promotion to Full Professor, Dedman College of Humanities and Sciences (Aug. 2015—May 2017)

Member, Task Force on Scholarly Research and Creative Impact, Office of the Provost (Oct. 2016—April 2017)

Member, Selection Committee for History Department Writing Fellowship, Center for Presidential History (Aug. 2014—October 2015)

Member, Advisory Committee for Promotion to Associate Professor, Dedman College of Humanities and Sciences (Aug. 2014—May 2015, June 2008—May 2011)

Member, Godbey Lecture Series Author Award Selection Committee, Dedman College Interdisciplinary Institute (Feb.—March 2015)

Chair of Department of Religious Studies (Jan. 2008—Aug. 2012)

Faculty Secretary, Dedman College of Humanities and Sciences (Aug. 2011—May 2012)

Member, Embrey Human Rights Program Advisory Board (Aug. 2011—May 2012)

Member, University Curriculum Honors Program Committee (Nov. 2010—May 2011)

Member, Parents Board, SMU Preschool and Childcare Center (May 2009—May 2010)

Faculty Advisor, Religious Studies Club (Aug. —Dec. 2009, Aug. 2004—May 2006)

Member, Daycare User Group (Sep. 2008—May 2009)

Member, Advisory Committee for Graduate Program in Religious Studies Wabash Grant Proposal (April—Dec.2008)

Member, Academy of Distinguished Teachers, Center for Teaching Excellence (May 2007—May 2008)

Member, Departmental Tenure Committee (Aug. 2007—Dec. 2007)

Member, Center for Teaching Excellence Advisory Board (July 2006—May 2007)

Member, Faculty Senate, Student Policies Committee (May 2004—May 2007; Chair of Committee, May 2005—May 2006)

Member, Task Force on the University Honors Program (Sep. 2006—April 2007)

Member, Vice President for Student Affairs Search Committee (Aug. 2006—Feb. 2007)

Faculty Representative, Student Affairs Committee, Board of Trustees (Sep. 2005—Dec. 2006)

Co-chair, University Ad Hoc Committee on Greek Recruitment (July 2005—Aug. 2006)

Member, Departmental Search Committee (2005—2006, 2004—2005, 2002—2003, 2001—2002)

Member, Building Bridges Committee (Feb.—July 2005)

Faculty Advisor, Gamma Phi Beta Sorority (Oct. 2003—July 2005)

**SERVICE TO THE PROFESSION**

Co-chair, Steering Committee for the Bible in America program unit, Society of Biblical Literature (Co-chair, Jan. 2023—present; Member, Feb. 2020—May 2023)

Member, Working Group for Religious Literacy, Southwest Commission on the Study of Religion (Mar. 2021—May 2023)

Chair, Educational Resources Review Committee, Society of Biblical Literature (Sep. 2013—Dec. 2021)

Member, Advisory Board for National Social Studies Religious Literacy Standards, Religious Freedom Center of the Newseum Institute, National Council for the Social Studies, American Academy of Religion (Oct. 2016—June 2017)

Departmental Reviewer, Religion and Humanities Department, Texas Wesleyan University, Fort Worth, TX (Spring 2015)

Co-Chair, "Sacred Texts and Public Life" program unit, Society of Biblical Literature (Jan. 2013—Dec. 2015)

Member, Review team for CSCOPE World History curriculum (online public high school lesson plans), Texas Education Agency and Texas State Board of Education (Sep.-Nov. 2013)

Co-Chair, Working Group on the Bible and Public Education, Society of Biblical Literature (Nov. 2006—Sep. 2013)

Member, Regional Scholar Award Selection Committee, Society of Biblical Literature (June 2010—June 2011)

Member, Dempster Graduate Fellowship Selection Committee, General Board of Higher Education and Ministry, The United Methodist Church (Nov.—Dec. 2010)

Member, Religion in the Schools Task Force, American Academy of Religion (Sep. 2008—May 2010)

"Teaching Bible Electives in School Systems: A Workshop for Faculty," Southwest Regional Society of Biblical Literature Meeting, Irving, TX, March 2009

Co-planner for special session honoring E. P. Sanders, Society of Biblical Literature Meeting, Boston, MA (Nov. 2008)

Co-planner for special session on "Teaching the Bible in Public Schools," Southeast Regional Society of Biblical Literature Meeting, Nashville, TN (Mar. 2007)

Co-planner for special session on "Teaching the Bible in Public Schools: Introduction and Perspectives," Society of Biblical Literature Meeting, Washington, D.C. (Nov. 2006)

## SERVICE AS EDITOR AND REFEREE

Member of the Editorial Board, *Journal of the American Academy of Religion* (Jan. 2018—present)

Member of the Editorial Board, *Religion & Education* (2009—present)

Reviewed book manuscripts for Cambridge University Press (2022, 2018, 2017)

General Editor, Lesson Plans for Teaching about the Bible in High School Social Studies and English Language Arts Courses, Society of Biblical Literature and the Georgia 3Rs Project (2016—2021)

Reviewed article for *Religion Compass* (2021)

Reviewed book manuscript for Bloomsbury (2017)

Reviewed book proposal for Baylor University Press (2016)

Reviewed article for *Journal of Ancient Judaism* (2016, 2015)

Reviewed article for *Journal of Biblical Literature* (2015)

Reviewed book proposal for Oxford University Press (2013)

Member of the Advisory Board, *Teaching the Bible* (a Society of Biblical Literature e-pub for secondary school educators) (2009—2012)

Reviewed article for *Journal of Religion and Popular Culture* (2011)

Reviewed book proposal for Rowman & Littlefield (2009)

Reviewed article for *Journal of the American Academy of Religion* (2009)

Reviewed journal for Cambridge University Press (2009)

Reviewed grant proposal for the Council for the Humanities of the Netherlands Organization for Scientific Research (2009)

Reviewed grant proposals for the Israel Science Foundation (2008, 2005)

Reviewed book proposal for Blackwell Publishing (2007)

Reviewed articles submitted to *Near Eastern Archaeology* (2007, 2004)

Reviewed two book proposals for Cambridge University Press (2006)

## SERVICE TO THE PUBLIC

Member, Board of Directors, Texas Freedom Network (a nonpartisan grassroots organization that advocates for religious freedom, individual liberties and public education), Austin, TX (Jan. 2014—Dec. 2023)

Member, Advisory Board, Religious Freedom Center of Freedom Forum Institute (a nonpartisan center dedicated to educating the public about the religious liberty principles of the First Amendment), Washington, D.C. (Nov. 2016—Dec. 2019)

## SERVICE AS RESOURCE FOR THE MEDIA

Over 225 interviews with media outlets including *New York Times*, *Wall Street Journal*, *Washington Post*, *Los Angeles Times*, National Public Radio, Associated Press, *Time Magazine*, *Newsweek*, *USA Today*, *The Guardian*, *Christian Science Monitor*, *Smithsonian Magazine*, *Washingtonian Magazine*, Religion News Service*, Education Week, The 74*, *Des Moines Register*, *Houston Chronicle*, *Austin American-Statesman*, *Dallas Morning News*, *Texas Tribune*, *Daily Tennessean*, *St. Louis Post-Dispatch*, *Atlanta Journal-Constitution*, *Raleigh News & Observer*, *Louisville Courier-Journal*, *Kansas City Beacon*, *Raleigh News & Observer*, *Forward*, *United Methodist Reporter, School Administrator*, *Teaching Tolerance*, CNN, *Fox Dayside*, *MSNBC Connected Coast to Coast*, *ABC News Now*

## LANGUAGES

French, German, classical and Koine Greek, Biblical Hebrew, Aramaic

## ARCHAEOLOGICAL EXPERIENCE

Area Assistant Supervisor, Sepphoris Regional Project. Supervised students and volunteers at archaeological excavation in Israel, Summers 1994, 1996, 1997

## PROFESSIONAL AFFILIATIONS

American Academy of Religion

American Society of Overseas Research

Society of Biblical Literature