**In the Matter Of:**

*INDIANA CIVIL LIBERTIES UNION, ET AL.*

*-v-*

*MIKE BRAUN*

---

**William Grainger Lesesne, Jr.**

*September 03, 2026*

---

PLAINTIFF'S EXHIBIT

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

INDIANA CIVIL LIBERTIES UNION, et al.,

Plaintiffs,

-v-

MIKE BRAUN,

Defendant.

No. 1:00-cv-00811-SEB-VSS

The deposition upon oral examination of WILLIAM GRAINGER LESESNE, JR., a witness produced, and sworn by me, Sandra Marchky, RMR, CRR, Notary Public, in and for the County of Marion, State of Indiana, taken remotely, on behalf of the Defendant, on September 3, 2026, at 1:29 p.m. Eastern, pursuant to the Federal Rules of Civil Procedure.

A P P E A R A N C E S

(All participants appeared via Zoom videoconference)

FOR THE PLAINTIFFS and THE DEPONENT:

Kenneth J. Falk, Esq.
Joshua T. Bleisch, Esq.
ACLU OF INDIANA
1031 E. Washington Street
Indianapolis, IN 46202
kfalk@aclu-in.org
jbleisch@aclu-in.org

FOR THE DEFENDANT:

Amanda L. Salz, Esq.
Benjamin A. Fleshman, Esq.
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave NW
Washington, DC 20006
asalz@becketfund.org
bfleshman@becketfund.org

# I N D E X

## EXAMINATION INDEX


| | PAGE |
| --- | --- |
| WILLIAM GRAINGER LESESNE, JR. | |
| BY MS. SALZ | 4 |
| BY MR. FALK | 57 |


(NO EXHIBITS WERE MARKED)

COURT REPORTER: Today is September 3, 2026. The time is 1:29 p.m. Eastern. My name is Sandy Marchky, in association with Stewart Richardson, Indianapolis, Indiana. This is the remote deposition of Reverend Lesesne.

Will counsel please identify themselves for the record and any persons present with you.

MR. FALK: Ken Falk and Josh Bleisch for the plaintiffs, and obviously for Reverend Lesesne.

MS. SALZ: I'm Amanda Salz on behalf of defendant, Mike Braun. I'm here with my colleague, Ben Fleshman.

COURT REPORTER: Does counsel agree that I may swear the witness remotely?

MR. FALK: Of course.

MS. SALZ: Yes.

WILLIAM GRAINGER LESESNE, JR.

having been first duly sworn/affirmed, was examined and testified as follows:

EXAMINATION

BY MS. SALZ:

Q. Well, good afternoon, Reverend Lesesne. Please state your full name for the record.

A. William Granger Lesesne, Jr. I also have the nickname of Gray, G-R-A-Y.

Q. Do you understand that you're under oath to tell the truth?
A. Yes.
Q. Is there anything that would prevent you today from giving your full attention to truthfully answering my questions?
A. No.
Q. Have you ever been deposed before?
A. No.
Q. Great. Well, then I will just briefly go through a couple of cardinal rules of depositions.
First, we should avoid talking over one another to ensure that the court reporter can make a clean record.
Does that sound doable?
A. Yes.
Q. And then second, all yes or no questions should be answered with a verbal yes or no rather than with any variations like uh-huh or any motions like nodding your head.
Does that also sound doable?
A. Yes.
Q. Great. You were asked by counsel for the plaintiffs to give an expert opinion in this case; is that right?

A. Yes.
Q. And are you currently here testifying in your capacity as one of plaintiffs' proposed experts?
A. Yes.
Q. Are you also a member of the Indiana Civil Liberties Union?
A. I am. It's the American Civil Liberties Union of Indiana.
Q. Okay. Great. So for purposes of this deposition, do you mind if I refer to that organization as either the ACLU or ICLU?
A. Thank you. Yes.
Q. And are you here testifying in your capacity as a member of the ACLU?
A. Yes.
Q. Aside from talking to your attorneys, which I do not want you to tell me anything about, what did you do to prepare for this deposition?
A. I reviewed materials that I use for teaching of the Ten Commandments. I reviewed the Episcopal Catechism. I reviewed news articles related to this proposed action. I reviewed the materials that were provided to me by my attorneys from the other expert witnesses.

Q. Did you review any other experts' reports then, reports or declarations?
A. The ones that were submitted in this case, yes.
Q. Okay. Starting with your expert opinions, I'll direct your attention to your declaration which we all should have up.
Is this the declaration that you submitted in this case?
A. Yes.
Q. It says here, in paragraph 2, that you were asked to render an opinion concerning the religious significance of the Ten Commandments; is that correct?
A. Yes.
Q. It also says that you were asked to render an opinion on whether the Ten Commandments can be deemed to be a secular document, either in whole or in part, correct?
A. Yes.
Q. So are those the questions that your declaration addresses?
A. Yes.
Q. And your declaration is a complete statement of the opinions that you intend to testify

to as an expert in this case, correct?
A. Correct.
Q. In recounting your background, your declaration says, in paragraph 5, that you have served in a number of ministry positions, correct?
A. Correct.
Q. And then paragraph 6 describes that you studied and have taught courses on topics concerning religion and theology.
Would you agree with that?
A. Yes.
Q. Okay. It says your areas of specialty are congressional development and narrative theology.
Is that stated expertise based on your education?
A. Yes. That's particularly my emphasis for my doctoral degree.
Q. Is it based on anything in addition to your education?
A. And practical experience.
Q. What would you say is included in practical experience?
A. 25 years of parish ministry, preaching and teaching, and public ministry with regards to work with justice-oriented organizations.

Q. And as using your declaration, what is congressional development?

A. Congressional development is an area of study that blends both theological and religious leadership with principles of organizational development. So if you think of practical -- in the practical world how nonprofit associations deepen and enhance their connections with their members, that's the organizational development side that is married with the theological principles on the religious side. So it's particularly geared towards parish priests and those who are in positions of ministry leadership in local congregations.

Q. Thank you. And what is narrative theology?

A. Narrative theology is a subset of a broader sort of study of theology that focuses on story -- biblical story and how one forms their faith by understanding both the biblical narrative and one's integration of one's own personal story into that biblical story.

Q. Great. Thank you. Moving to paragraph 8, your declaration says that you've studied the Ten Commandments and their place within Jewish and Christian tradition and have preached and taught on

their meaning, including through the official Catechism of the Episcopal Church.

Did I read that all correctly?

A. That is correct.

Q. Great. Are your stated views on the Ten Commandments all consistent with the Catechism of the Episcopal Church?

A. Yes.

Q. And is the Catechism of the Episcopal Church binding on all Episcopalians?

A. It is not binding on lay members, but it is binding for clergy.

Q. Okay. So would you say that all Episcopalians follow the Catechism of the Episcopal Church?

A. Yes, it is -- it is our widely-held doctrinal views.

Q. Do your stated views, as you said, that are consistent with the Catechism, do they differ at all from other Episcopalian's views?

A. No, not that I'm aware of.

Q. All right. And then is the Catechism of the Episcopal Church binding on all Protestants, more broadly?

A. No, because we can only speak for our own

denomination. While the Episcopal Church is a Protestant church, it is not the only Protestant church, and each church has its own doctrine, discipline and standards.

Q. Okay.

A. So, for example, we would not -- our Catechism would not be binding on a Presbyterian, for example.

Q. So whether it's a Presbyterian or any other Protestant, then you would say some of your views would not be consistent with other non-Episcopalian Protestants' views; is that accurate?

A. That is possible.

Q. Then directing you to paragraph 9, you say that the Ten Commandments are a profoundly religious document for both the Jewish and Christian traditions, correct?

A. Correct.

Q. And then in that same paragraph, you say that they hold a place of central importance in Christian catechesis and moral formation, correct?

A. Correct.

Q. When you refer to Christian catechesis there, are you referring specifically to the

Catechism of the Episcopal Church?
A. Yes, because that is my own tradition.
Q. Okay. So you're not referring to Protestant catechesis, more broadly?
A. I'm not referring to any other tradition other than my own.
Q. Okay. Turning to paragraph 10, you state that the Ten Commandments must be read as a unified document, correct?
A. Yes.
Q. And then turning to paragraph 11, you say that it's improper to understand them as ten independent civic or ethical maxims that happen to appear together, correct?
A. Correct.
Q. Do you disagree that there is, in fact, a list of ten laws given to Moses that we refer to as the Ten Commandments?
A. Could you ask that question again, please?
Q. Yes. Do you disagree that there is a list of ten laws given to Moses that we call the Ten Commandments?
A. I do not disagree with that.
Q. Okay. And it wouldn't be objectionable to number them, according to your views, would it?

A. I have no objection around -- I realize that there are different and varying opinions about the numbering of the commandments. And my objection is not founded on the numbering. Regardless of which numbering variety is chosen, I object to the publication of the Ten Commandments in any form on state property.

Q. Okay. Do you believe that the monument at issue in this case improperly depicts the Ten Commandments then as ten independent maxims rather than as a unified document?

A. Yes, because it is a inherently religious -- religious document.

Q. Okay. How does the inherent religiousness of the document indicate that it improperly depicts the Ten Commandments as independent maxims rather than as unified document?

A. Well, yes, the first objection I would hold is that commandment number 1, You shall have no other Gods but me, in the version as published in the proposed monument omits a significant piece of both the scripture, wherever you choose to use it from, Deuteronomy or Exodus, which is, I am the Lord your God who brought you out of the land of Egypt, you shall have no other gods before me, that is the

premise by which all of the rest of the commandments flow. God chose the Hebrew people and removed them from Egypt in a salvific act. And these Ten Commandments are implications of the way in which the Hebrew people are to live their lives in relationship with the God who saved them. By extension, Christians are now -- we consider ourselves part of that fold.

So the first commandment, you shall have no other gods from me, from that, stems the other commandments. And the piece that has been omitted about I am the Lord your God who brought you out of the land of Egypt is critical for the interpretation of these commandments. To not have that on any document that contains the commandments is a disservice to them.

Q. Okay. So is the reason then that it is -- you don't view this monument as a unified document because it doesn't include that preface?

A. That's one problem, yes.

Q. Okay. What are some other problems that make it a not a unified document?

A. Well, to take any one of these individual commandments, particularly the ones that do not seemingly relate to God but rather our interaction

with our neighbors, is to miss the point. That, for example, to honor your father and mother, to not steal, to not commit adultery, those are all centrally-rooted in the Hebrew people's relationship with God and God's salvific act of removing them from Egypt.

That is the why and the what. The commandments we would interrupt are the how, how you live your life and in thanksgiving to God for being removed from slavery and saved.

Q. Are there any other issues that you would say contribute to it not being viewed as a unified document?

A. Those are two what I would interpret as biblical theological interpretive problems. And I have, you know, a central objection to the state putting any religious document on state grounds. But those would be two of the primary concerns I have about the document, as it is published now.

Q. Does the monument say that the Ten Commandments are independent maxims?

A. The monument that -- that is proposed?

Q. Yes.

A. It does not.

Q. Okay.

A. Which is also concerning.
Q. Why is that concerning?
A. Again, if a passerby were to see this and to interpret this as civic maxims, they would miss the point that this is an inherently religious document; and that not only does -- do these commandments flow from each other, but they also reference other passages in the Bible and are interpreted throughout the Bible, both the Hebrew scripture and the Christian scriptures, in various ways.
So as an example, Jesus heals on the Sabbath day, that's held in direct contrast to, you know, you shall observe the Sabbath day and keep it holy. That would be not evident to a passerby who would not understand that these are part of a larger story, a religious story, that the state is seemingly endorsing by placing on state property.
Q. Is there any way that the state could correct these problems in the monument?
A. No.
Q. And why is that?
A. That's up to the state, not me. But any publication of any religious document is concerning to me.

Q. Okay. I'm sorry if I'm getting in the weeds here. I'm just trying to understand, I guess, what your -- the crux of your issue is.
So is the issue the way that the commandments are displayed?
A. No. The issue is the commandments themselves. They are an inherently religious document that the state is proposing to place on state grounds which is a state interpretation of or an endorsement of a religious tradition.
Q. Okay. So it's not the improper depiction of the Ten Commandments?
A. That is also problematic.
Q. Okay. I just want to make sure I get all of your objections out there.
A. Thank you.
Q. So it is the placement -- the placement of the commandments on public property?
A. It is the existence. It is the placement. It is the lack of context. It is the lack of respect for any other religious tradition. It is the lack of respect for people with no religious tradition. It the gross misinterpretation of something that is meant as a religious document, as a secular document.

Q. Okay. I think we'll get into many of those topics.

But just to briefly revert, how have you concluded that the Ten Commandments must be read as a unified document?

A. I'm concluding that from both my theological training and my 25 years of expertise in offering them in a religious tradition.

Q. So do all religious believers agree with you on that point?

A. I can't speak for all religious believers.

Q. Could you speak for all Jews on that point?

A. No, because I'm not Jewish.

Q. Okay. What about all Protestants?

A. I'm only part of one Protestant tradition. And so I can speak for my own tradition.

Q. Okay. So would you say you could speak for all Episcopalians on that point?

A. I can speak for my own congregation and myself.

Q. Okay. Could you speak for all clergy -- all Episcopalian clergy?

A. I think that my views would be representative of a majority of Episcopal clergy. I

can't claim to speak on behalf of the Episcopal Church.

Q. Okay. Returning to your declaration, you say the Ten Commandments -- this is paragraph 10 -- you say the Ten Commandments stem from a particular community of faith in covenant of God, and that they make full sense only within the community of faith and belief.

A. Correct.

Q. In this paragraph, who is this particular community?

A. So, here, I'm referring to the community of faith originally as the Hebrew people with whom God is in covenant, according to our tradition and the Hebrew tradition. I refer to the Christian community by extension, understanding our roots within Judaism.

Q. Okay. So the particular community there would include the original Hebrew people but also the broader Christian community today?

A. Yes.

Q. Okay. And is it your view that the Ten Commandments could not make sense to anyone except for the original Hebrew people and the broader Christian community today?

A. Would you please ask that question again?

MS. SALZ: Yeah. Sandy, are you able to read that back?

(Question read back)

A. My view is that the Ten Commandments must be read within the context of which they were written and in context of the tradition in which they were given.

BY MS. SALZ:

Q. Okay. So could anyone who is not part of the original Hebrew people or the Christian community today make sense of the Ten Commandments?

A. I can't speculate as to what anyone might do. But I would encourage that if someone were reading them, that they would ask themselves what is the context of which this document was written, how does it belong into a proper tradition. And it was never intended to be a list of civic maxims.

Q. Okay. And if they read them differently, then you say that they are wrong to read them differently?

A. I'm not saying that they're wrong. I'm saying that they are not understanding the whole document and its context.

Q. Okay. Moving to paragraph 12, you state

that, within the life of the community of faith, none of the commandments make sense if they are separated from the notion that the Ten Commandments were given by God and that all righteousness and ethical life flow from a right relationship with God.

Did I read that correctly?

A. That is correct.

Q. Is it your view that the monument at issue here denies the Ten Commandments were given by God?

A. Well, again, without that contextual piece that's missing from the first commandment, it's problematic.

Q. So just looking for a yes or no here.

Is it your view that the monument at issue here denies the Ten Commandments were given by God?

A. Yes.

Q. Okay. How so?

A. As I just noted, there's a piece missing from the first commandment.

Q. Are you aware that the monument at issue here renders the first commandment as thou shalt have no other gods before me?

A. Yes.

Q. Would you say that the "me" there suggests

that the speaker of the Ten Commandments was God or do you have a different view?

A. I believe that that was God.

Q. So if that's God speaking, I just want to understand why you would say that it denies the Ten Commandments were given by God?

A. Again, it doesn't put it in the proper context. Which God, why was it given, what were the circumstance under which they were given, these are all critical pieces of interpreting this document.

Q. Okay. And you would say that that same issue affects every other commandment that's on the monument?

A. Yes, because from that first commandment flow all the other commandments.

Q. Okay. So just to make sure this applies to each, looking at the sixth commandment, you don't believe that the commandment thou shalt not kill makes sense outside of that context?

A. I believe that this particular commandment was given because of the sanctity of life that stems from God's covenant relationship with the Hebrew people as it's outlined in commandment number one.

Q. Moving to the next commandment, would you say that thou shalt not commit adultery also does

not make sense outside of that context?

A. Again, I would emphasize that the relationship between a husband and wife finds its roots in the relationship between God and God's people that is given in commandment number 1.

Q. And then same question about the next commandment, thou shalt not steal, your view is that it doesn't make sense outside of that context?

A. That is correct.

Q. Okay. Moving down to paragraph 13, you state that, to a person of genuine religious conviction, the Ten Commandments makes sense only as a statement that they are God-given, correct?

A. That is correct.

Q. So is it your view that all persons of genuine religious conviction have to agree with your interpretation of the Ten Commandments?

A. I realize that there are different views. I'm offering my view to you as a parish priest and practitioner of 25 years.

Q. Okay. So as a parish priest and practitioner, if someone were to disagree with you on that point, would you conclude that that individual is not a person of genuine religious conviction?

A. I would conclude that they are not understanding correctly the framework in which these commandments exist and that which biblical experts agree.

Q. In paragraph 14, you state that displaying the commandments on government property represents the state's display of what is, in its origin and meaning, an extremely important statement of religious faith to both Jews and Christians, and not a neutral historical or civic artifact; is that correct?

A. Correct.

Q. Okay. Putting aside neutrality for just a moment, would you agree that the Ten Commandments are a historical or civic artifact?

A. No.

Q. No. Why not?

A. Because they are a religious artifact.

Q. Okay. But would you dispute that the Ten Commandments are part of a historical event?

A. There are many historical events that occurred. But it is primarily a religious event.

Q. Would you say that the Ten Commandments are part of a historical event then?

A. As recorded in the Bible, yes.

Q. And do you dispute the Ten Commandments have had a significant influence on later history?
A. I don't think I can speak to that beyond what I'm prepared to talk about in terms of my own parish and kind of in pastoral experience. I'm not an expert in that area, around the history and the tradition of the use of the Ten Commandments.
Q. Okay. So in addition to your view on it not being -- or scratch that.
I'll just say, so you also believe the Ten Commandments are not neutral?
A. They're a religious document. They are not neutral.
Q. Okay. In paragraph 15, you refer to a Statehouse display as presenting the Ten Commandments in a manner disconnected from their religious origin and meaning.
So is it your view that this is a secular monument?
A. As it exists now?
Q. Yes.
A. It is a monument that is -- no, I think it's a monument that the state is wishing to place on state grounds that has a religious document on it. It is not secular or neutral.

Q. So your view is that they're disconnected from their religious meaning?

A. As they exist on this proposed monument?

Q. Yes.

A. I think that they don't offer the complete context in which they are given.

Q. Is it your view that any display of the Ten Commandments on Statehouse grounds would be inherently disconnected from the commandments' origin and meaning?

A. Yes.

Q. Why's that?

A. Again, it's a religious document and doesn't properly belong on state property.

Q. So there's nothing that the state could do to change the monument to make it --

A. No, not in my mind.

Q. Okay.

MR. FALK: Just I'm going to object because I think you answered no to a negative question. I don't know if the -- I don't know if you answered the question.

MS. SALZ: I'll ask it again.

MR. FALK: Okay. Thank you. I do this all the time. I'm sorry. I apologize.

BY MS. SALZ:

Q. So is there anything that Indiana could do to make this monument acceptable, from your view, to display on Statehouse grounds?

A. No.

Q. Okay. Paragraph 15 of your declaration states that you frequently travel to the Statehouse. How frequently?

A. During the legislative session, especially at the beginning of the session, I'm there quite often as part of committee testimony work and as part of our advocacy work. As the session wears on, it depends on the nature of the legislation that's being considered and timing. Often committees do much of their work in terms of the testimony at the beginning. So it varies depending on the length and the content of the session. But quite frequently, at least once a week, during legislative session.

Q. And as part of legislative session, you're there, as your declaration says, to engage in advocacy designed to promote justice and peace as is central to your faith, right?

A. Yes, that is correct.

Q. And what does engaging in advocacy entail?

A. Offering testimony on legislation,

speaking with legislators, speaking with lobbyist, advocating and gathering with other groups who are working on same pieces of legislation, engaging my parishioners in offering testimony and speaking with their legislators, engaging in public acts of witness.

Q. And what issues have you advocated on?

A. We have spoken up most recently, for example, on the -- I believe it was S bill -- SC -- Senate Bill 285, the homelessness camping bill. That was the most recent action that we've spoken out about. But we've been there for other legislation related to the establishment of a specialized tax district for Mile Square. We've been present with legislation regarding abortion, legislation regarding acceptance of LGBTQ folks. We've been there with legislation regarding diversity, equity, inclusion. So there are a variety of issues that we've spoken on.

Q. And do you live in Indianapolis?

A. I do.

Q. When you come to the Statehouse, do you walk there or drive there?

A. I walk to the Statehouse.

Q. Where do you walk from?

A. I frequently walk from my church or my office. I go down Market Street.

Q. Okay. I believe I know where your church is. But I'm just going to pull up Google Maps and make sure.

It's Christ Church Cathedral on Meridian Street and Ohio; is that correct?

A. Correct, yes.

Q. Okay. When you travel there, could you just walk me through the streets you take?

A. Sure. I enter from a variety of doors. So I enter from -- sometimes from -- I go down Market Street and enter from the east doors. There are times in which I -- because the line is long or because I'm meeting with other folks, I will enter -- go -- cross over onto the south lawn and enter from the west doors. We also are frequently -- not frequently but occasional at the north doors. So, for example, during the season of lent, we offer on Ash Wednesday ashes to go for Statehouse employees and legislators on the north stairs. So I'm quite frequently around different areas of the Statehouse.

Q. Okay. And again so which streets would you walk or are you --

A. Sure. Market, Capitol, Washington, Senate, and whatever the street is that's north of the parking lot, the north -- the east-west street. Is that -- would that be Ohio; is that correct?
Q. Yes, north of the Capitol would be Ohio.
A. Depending on where I'm going, I use all of those streets.
Q. Okay. Thank you. Do you ever walk through the Statehouse grounds property?
A. I do.
Q. What do you do so for?
A. I've been on the Statehouse grounds for protests. I've been on the Statehouse grounds for my own enjoyment. I'm a runner. So I also typically run down Washington Street and sometimes will take a breather on the Statehouse grounds.
Q. Okay. And do you know of any other monuments that are on the Statehouse grounds?
A. I do.
Q. Which ones are you aware of?
A. I'm particularly aware of the Hendricks Monument, the former vice president. I'm aware of the plaque that commemorates the funeral train for Abraham Lincoln.
Q. Do you know if either of those monuments

have inscriptions?
A. They both do.
Q. Have you ever read them?
A. I have.
Q. Okay. Do you recall anything about their inscriptions?
A. I was a political science minor in college. And so I enjoyed reading about Hendricks and that he was a vice president from Indiana. But beyond that, the other historical data I remember is about Lincoln's funeral train passing through at a particular hour.
Q. Are you familiar with the George Washington statue displayed on Statehouse grounds?
A. Not -- I don't recall that one immediately.
Q. Well, I'll represent to you that it includes an inscription -- and I'll read what that inscription says -- one of the inscriptions rather reads, Observe good faith and justice toward all nations; cultivate peace and harmony with all; religion and morality enjoin this conduct.
Does that inscription being on Statehouse grounds bother you?
A. No, because it is not a representation of

any one religious tradition.
Q. Okay. So the reference to religion, enjoining conduct doesn't bother you?
A. For me, it is not a state endorsement of a religion.
Q. Okay.
A. It's a quote -- a historical quote that someone said.
Q. Is it a state endorsement of religion generally?
A. I would not -- no, I would not think so.
Q. Okay. Are you familiar with the mural titled Apotheosis of Indiana or Spirit of Indiana that's on the walls of the Indiana Statehouse?
A. I know of it, but I don't recall it.
Q. Okay. I'll represent that it depicts Indiana as a woman surrounded by Roman and Greek gods and goddesses.
Would such a mural depicting gods and goddesses within the Statehouse make you uncomfortable?
A. It wouldn't be my first choice for a mural.
Q. Would you object to it being within the Statehouse?
A. Personally, yes.

Q. Would you consider suing to remove it?
A. I'm not a plaintiff in this case.
Q. Do you -- would you say that you are injured by the monument that's at issue in this case?
A. Yes.
Q. Okay. What I'm getting at, I understand you're not a plaintiff, but my understanding is that the ACLU is relying on you as a basis for its standing?
A. Yes.
Q. So I think that your view and your offense probably is relevant. So I'm trying to understand --
A. Sure.
Q. -- if that's something you would say you are injured by.
A. I think what the issue is for me particularly with this particular monument is using scripture -- a scripture from a particular religious tradition. You know, in an art, in a mural, that is an illusion, it's a metaphor. But it is not explicitly stating holy scripture as something that has been endorsed by the state by its presence.
Q. We've obviously been talking about the

monument at issue.

Have you ever seen the specific monument that Indiana would like to place on the Statehouse grounds?

A. I've seen the photos in the complaint itself.

Q. So you have not seen it in person?

A. In Bedford?

Q. Correct.

A. I have not seen that in Bedford, no.

Q. Okay. Does seeing a photo of the monument make you uncomfortable?

A. Yes.

Q. Does it matter where it's located?

A. On the Statehouse grounds or where it is currently located?

Q. Where it is currently located, does it both you where it's currently located?

A. My understanding is that it's on a church property in Bedford.

Q. Correct.

A. I don't have an objection to it being on a church property.

Q. Okay. But you would still say it contains the same issues that you identified previously?

A. Yes.

Q. Okay. Is it accurate that you believe you would be injured if you were forced to confront the Ten Commandments monument on Statehouse property?

A. Yes.

Q. And by confront, as you say in your declaration, do you mean that you'd be injured by seeing it?

A. Personally, yes; but then vocationally, the other consequences that would come from that.

Q. So sticking to seeing it initially, how would that injure you?

A. It is a direct affront to my faith to present a piece of something from my faith without the context that appropriately belongs with it. It is a state endorsement of a particular religious sect and when the state has no ability to do that or responsible or should not do that. And it requires then -- it places stress on me, as I think about my own vocational commitments, as to what I will need to do to be reparative in correcting these errors.

Q. Would you describe any of those as a monetary injury?

A. No.

Q. Would you describe them as physical

injuries?
A. I would describe them as psychosocial.
Q. Psychosocial, okay.
A. Yeah.
Q. How would you define psychosocial?
A. It bring stress to my body to see that. It raises my anxiety. It cause -- which can cause physical harm. It causes stress.
Q. So you do believe it would be a physical injury?
A. It would cause me stress.
Q. Okay. Would you characterize it as a psychological injury as well?
A. Yes.
Q. Okay. Would it make you feel like the government was requiring you to follow the Ten Commandments or face any liabilities or -- liability or penalties?
A. It would make me feel as if the government were implying that the Ten Commandments, as presented, were the state's official view of a religion.
Q. Would that make you feel bound or compelled to follow them?
A. No, because it's a religious maxim, not a

civic maxim.

Q. All right. And I want to make sure that I'm staying true to your characterization.

So you mentioned that it would cause -- as far as seeing the monument, it would cause stress --

A. Yes.

Q. -- and psychosocial injury?

A. Yes.

Q. Okay. And is this a full statement of how you believe that it would injure you -- seeing the monument would injure you?

A. No. I think that the injury, it really comes in the vocational and professional obligations that I will face as a result of this being constructed on Statehouse grounds.

Q. Okay. So on that point -- sorry, one moment.

A. Yep.

Q. Is that -- are you referring to the part of your declaration where you say that it would require you to spend additional pastoral and teaching effort correcting a public misrepresentation of a text central to your ministry?

A. That is correct.

Q. And you mentioned you are aware that the monument is currently on display in Bedford, correct?
A. That is correct, yes.
Q. Have you ever spent any additional pastoral or teaching efforts correcting the monument's representations that you've highlighted in the past?
A. As it exists now on a church property?
Q. Correct.
A. No.
Q. Okay. Have you ever corrected -- have you ever spent any of your pastoral or teaching efforts correcting depictions of the Ten Commandments that don't include that preface that you referred to?
A. We teach that as part of the Ten Commandments when we're presenting it in a class or in our newcomers class, for example. We teach that it is critical to understand those commandments within that context.
Q. Okay. So have you ever taught with respect to specific other documents that include depictions of the Ten Commandments that are very similar to the ones in the monument at issue here?
A. No, I mean, partly because my context is

Indianapolis and not Bedford.
Q. If there were a monument including the same depiction as the one at issue here but it were on private property, would you feel any -- any need to correct the misrepresentation that that monument would create?
A. If it were on private property in Indianapolis?
Q. Yes.
A. I think it would be an interesting conversation point, particularly to point out the lack of context. But again what people want to do on their own private property is their own business.
Q. If you were to see that on another church property, would you feel the need to correct it?
A. Within my own congregation?
Q. Initially, no, just any church property.
A. No. I don't speak about other churches and what they do with their property. But if a congregant asked me about it and said, you know, let's talk about why this church has the Ten Commandments on a monument on their property, that might make for an interesting teaching moment.
Q. Okay. And what if you saw a similar monument on another Episcopal church's property?

A. That's up to them to decide if they want to put -- the Ten Commandments -- just so you know -- are frequently displayed within Episcopal churches. They are not displayed within our church. But they are frequently displayed in Episcopal churches.

Q. Okay. Are you aware that there are other public monuments and displays featuring religious imagery in Indiana and elsewhere?

A. Yes.

Q. Have you ever spent additional pastoral and teaching effort related to those displays?

A. No.

Q. Why not?

A. Primarily because the monuments -- I realize there are other religious -- or monuments that have religious metaphor or imagery. But none are in -- that I'm aware of -- are in our neighborhood or within our current pastoral context.

Q. Okay. Just to make sure I understand. You're saying basically your congregation doesn't interact with those at all, so there's no need to correct them?

A. I am saying that they're not -- none of them are on current state property that I'm aware of

that would be problematic in the way this would be.

Q. Okay. And that's because your congregation is not seeing them or they just -- you don't believe that they exist?

A. I'm saying because my congregation has not seen them currently. No one's brought it up to me.

Q. What about the Apotheosis of Indiana mural that we just discussed?

A. Yeah, no one has mentioned that to me.

Q. So if they didn't mention it, the assumption would be that they're not affected by it?

A. I can't assume that.

Q. Are you assuming though that they are not affected by the Apotheosis of Indiana?

A. Until they mention it, correct.

Q. Okay.

A. I'm sorry. I'm not following you. Do you want to rephrase that?

Q. Yeah, I think I'm also not following.

A. Okay.

Q. I'm trying to understand how you would determine that your congregation is affected by a monument including any sort of religious depiction?

A. Sure. Yes. No one has mentioned that particular mural to me. If someone did, then I

would need to address it.

Q. So the reason you would ever need to address a particular monument would be because your congregation -- someone in your congregation brought it up?

A. That is one reason. But, you know, I am also a citizen that is on Statehouse property. And I would find particularly this particular monument we're talking about today objectionable both as a priest and as a private citizen.

Q. Okay. But you also said that you found the Apotheosis of Indiana objectionable?

A. I do.

Q. So why have you not taught or spent any pastoral efforts to correct that?

A. My pastoral teaching and my pastoral efforts are determined by a variety of causes. And that's not a high priority for me.

Q. Okay. So would you say that correcting any such misinterpretations would be part of your regular pastoral duties?

A. When they are as blatantly offensive as this proposed monument is, yes.

Q. Okay. And I know you've already answered this. But --

A. That's okay.

Q. -- just to make sure we get the next line of questioning correct, could you please remind me what the representations are that you feel the need to correct?

A. Sure. Again, this document needs to be read as part of a unified whole and not as an independent list of civic maxims. This whole document stems from the Hebrew people's connection with God and their salvific relationship with God, and outlines both a relationship with God and neighbor that all stems from that particular relationship. That relationship is outlined in the first commandment and is omitted from the current monument's first commandment. Those are my primary objections.

Q. So in addition to the fact that that initial preface is omitted, is there anything within the current monument that you would feel the need to correct with respect to the monument's text?

A. Well, again -- and I realize I'm repeating myself -- the context of the entire document is not one that can just be plucked out and put on a piece of paper. It needs history. It needs explanation. It needs context both of why that document exists in

terms of God and the people of Israel, but also -- and when I say people of Israel, the Hebrew people -- and also it needs context of where else in both Hebrew and Christian scriptures there are cross-references.

So it is an incomplete document as it appears. And it is also a grave disservice to the document itself and its holistic religious nature. It was never intended for the purpose that the state is proposing.

Q. Okay. Is there anything with respect to the specific translation or version of the Ten Commandments on the monument that you feel a need to correct?

A. Either -- you know, any or all translations would be concerning to me.

Q. Okay. You also state in your declaration that the display forces you to work against a state-sponsored framing of a sacred text in order to teach that text faithfully within your own tradition; is that correct?

A. That is correct.

Q. Okay. Is the government forcing you to work against that framing?

A. By -- sorry, Ken, did you want to say

something?

MR. FALK: No.

A. Okay. By publishing -- by erecting that monument, the government would be forcing me to begin correcting a state-sponsored interpretation of a religious view.

BY MS. SALZ:

Q. So just the display itself?

A. The very nature of the display is going to shift vocational priorities and in my time, my teaching, my energy.

Q. Okay. Would -- sorry, I just lost my train of thought.

A. That's fine. No worries.

Q. In addition to just displaying the monument, has the government done anything to force or compel you to work against the framing aside from just displaying the Ten Commandments?

A. Again, does the government force or compel me to what? Ask that one more time.

Q. In addition to just displaying the Ten Commandments, I'm trying to understand if there's anything that you believe the government is doing to force or compel you to discuss them?

A. No. But by the very act of erecting the

monument will require that of me additionally.
Q. Okay. But as you said before, correcting those misrepresentations would be part of your regular pastoral duties, correct?
A. It will be additional work because the monument doesn't exist right now.
Q. Okay. But it's the sort of thing that you do regularly as a pastor?
A. I don't spend a lot of time correcting other people's misinterpretations of religion as parts of my daily practices. But I will be forced to do so if this monument were erected.
Q. Okay.
A. I tend to be more proactive in my teaching. And so, you know, I'm not really wandering around looking for infractions to fuss about. I'm teaching people about God's love for us and for our neighbors.
Q. So if you do find something though that you believe warrants your correction, you would feel internally compelled to correct that misrepresentation, right?
A. Yes. And by association with this -- you know, if I'm a Christian minister on the grounds of the Statehouse doing efficacy work, as an example, a

lobbyist or a legislator with whom I interact might well interpret that I am in agreement with the existence of that monument, that my understanding of the Christian faith would endorse such a thing, which is not true.

Q. But you mentioned before that you don't feel compelled to address every example of a misrepresentation --

A. I don't.

Q. -- correct?

A. But I do feel compelled to address such a gross misrepresentation of a scripture. You know, an image, an artifact, a commemoration of a historical gathering -- for example, I think there's a plaque in the rotunda that commemorates the first religious service -- those, to me, are not the same as an endorsement of scriptures that are not intended for this purpose.

Q. So how would you determine which religious monuments or displays do warrant that decision to discuss them and to correct the misrepresentations --

A. Again, what you're saying -- in my mind -- and again this is me speaking as a parish priest and minister -- it's when pieces of the holy scripture

are published without context.

Q. Okay. Do you expect that the members of your congregation will go to the Statehouse and study this new monument closely?

A. Yes.

Q. Are they required to do so?

A. No.

Q. Have members of your congregation ever asked you about other monuments that are at the Statehouse?

A. I'm thinking. Give me a moment here. Not that I can recall.

Q. Another one of the witnesses in this case who is a Catholic priest testified that he would be surprised if Catholics took theological cues from monuments on Statehouse lawns.

Would you think the same would be true for Episcopalians?

A. I think that the members of my congregation, that I can speak best for them, having learned about in their -- you know, in our teaching, in our Catechism, having learned that the Ten Commandments you're a holistic document that are religious in nature would be surprised and concerned.

Q. Do you think that they would believe the state's understanding or representation of the Ten Commandments over what you just discussed as the Episcopal Church's teachings?

A. I think that their individual practice of their own religion would be threatened by the state publishing a religious document on Statehouse grounds.

Q. Do you believe that the accurate view of the Ten Commandments is set out in the Catechism of the Episcopal Church?

A. Yes.

Q. And does your church make the Catechism available to its members?

A. Yes.

Q. How so?

A. It is in the back of our Book of Common Prayer which is in every pew. We review the Catechism as part of our teaching in newcomers classes. We reference the Catechism quite frequently when offering classes or sermons. The -- those are the main ways in which our members would engage with the Catechism.

Q. So would you say that your members have already learned about the Episcopal Church's views

on the Ten Commandments?

A. I would hope so, yes.

Q. And if a congregant didn't understand or needed a refresher, is it your position that they could look to the Book of Common Prayer that you mentioned is in the pews?

A. They could, or consult a member of the clergy.

Q. Are you aware that there was a prior version of the Ten Commandments that was on Statehouse grounds between 1958 and 1991?

A. Yes.

Q. Was your church around at that time?

A. It was.

Q. Are you aware of any of your predecessors at the cathedral expending pastoral and teaching effort correcting that monument's representations?

A. My predecessor, the Very Reverent Bob Giannini, was part of the initial suit that objected to this monument. And Ken Falk could probably tell you more about that than I could.

Q. Are you aware of him expending any pastoral time or resources to talk to the congregation about it?

A. I've not spoken with Bob about this.

Q. In general, do you feel compelled to correct and work against any government message you disagree with?

A. That's an awfully broad question. I'm confused as to what you're asking.

Q. I'm asking that if there is a government message that you disagree with, do you universally and in a broad way, like you said, feel compelled to work against it?

A. I have to be thoughtful. I mean, but, yes. I mean, as a person of faith, as a faith leader in the community, my job is to work for the justice and peace of our community and to respect the dignity of every human being. And so I often speak up and out about issues that are important to me.

Q. What other government messages have you felt the need to correct and work against?

A. I've been particularly concerned, for example, with the Christian nationalist messages that have come from the Lieutenant Governor's Office and have been part of a group of clergy that have spoken out against that.

Q. And do you view that as part of your role as a pastor?

A. Yes.
Q. Okay. Sorry. We've hopped around a little bit. So I'm --
A. That's okay. Take your time. I'll have some water.
Q. So we discussed earlier plenty of your objections to this monument. And you mentioned that there are at least some instances in which the Ten Commandments would be displayed on private property that would not bother you; is that accurate?
A. That is correct.
Q. Okay. Would it ever bother you to see the Ten Commandments on private property?
A. On private property?
Q. Yes.
A. No. That's -- that's up to the private property owner.
Q. Okay. And but would you still disagree with their depiction if they looked exactly like the monument at issue here?
A. I would find them theologically concerning and objectionable. But, again, what concerns me is not the content, it is the fact that the state is placing this on public property and, by doing so, is espousing a particular religious view, whether they

intend that or not.

Q. Are you aware the Ten Commandments are displayed in several government buildings across the country, including in the U.S. Supreme Court?

A. I'm not aware of that. I'm speaking today only about this particular monument and this particular circumstance.

Q. Okay. So you've never seen any other Ten Commandments display on public property?

A. In a public venue?

Q. Correct.

A. No.

Q. Okay. Does the existence of those displays make you uncomfortable?

A. Yes.

MR. FALK: I'm going to object. Let me just object for the record because those displays are markedly different than this monument and he hasn't seen or the other displays. But he can answer which he already did. So I will desist.

BY MS. SALZ:

Q. I'm happy to acknowledge that and dig into that as well.

My understanding before was that merely posting the Ten Commandments on public property would bother

you; is that accurate?
A. Yes.
Q. Okay. So putting aside and agreeing with the fact that these monuments are different in various ways, the fact that they are Ten Commandments monuments on public property would bother you?
A. I find it objectionable, yes.
Q. Okay. What about other religious symbols or texts, would any religious symbol or text on public property make you uncomfortable?
A. It makes me personally uncomfortable.
Q. Would it offend you and cause you any injury?
A. It depends on what the circumstance is. Again, I'm speaking today about this particular monument and this particular context.
Q. Would you say you experience a psychosocial -- is that the correct word; is that accurate?
A. Or psychological, yes, whatever, yes, yeah.
Q. Would you say that you would experience a psychological injury from viewing a cross that's on the Indiana Statehouse grounds?

A. That -- unless -- are you being speculative here?

Q. Yes. I'm trying to get at what sort of religious display would be objectionable if on public property?

A. I personally find all religious symbols on public property to be objectionable. I realize that some are more metaphorical and some are part of artwork. Those are, to me, not as concerning as holy scripture written in a display that espouses the state's understanding of a religious tradition, that there's a very significance -- they are all objectionable to me, but this is particularly objectionable.

Q. Okay. Would seeing, for example, the text of the Beatitudes, so scripture, on public property, would that cause you the same or similar psychological injury?

A. Yes.

Q. What about if you were to see a monument that included an inscription quoting the Bible saying, The judgments of the Lord are true and righteous altogether, would that cause the same sort of psychological injury?

A. Yes.

Q. Okay. Are you familiar with the Lincoln Memorial in Washington, D.C.?
A. Yes, from my childhood and, you know, occasional visits.
Q. Were you aware that the Lincoln Memorial included that quotation on the monument?
A. A reference to scripture such as that, I'm not aware -- no, I was not aware that there was a reference to scripture.
Q. Okay. Well, given that reference to scripture, would you similarly object and feel psychologically injured by the Lincoln Memorial?
A. I would -- I would find it concerning, yes.
Q. What about a statue of Dr. Martin Luther King, Jr. that includes an inscription in which he is quoting scripture?
A. I understand that Dr. King was a minister and a preacher. And so that makes contextually more sense to me. But, again, that's about a speech and historical event that he offered as opposed to a state's endorsement of religion.
Q. Okay. So you would be less offended by the Martin Luther King, Jr. statue than, say, the Lincoln Memorial?

A. I can understand the context of Dr. King's speech because he is a Christian minister.

Q. Okay. Would you say that you would experience those same psychological injuries if you viewed a statue that included an inscription of something that you found politically inconsistent with your religious beliefs?

A. Yes.

MS. SALZ: Okay. I may be done here. But we're at about the hour mark. So if it's all right with everyone, I'd like to take just a five-minute break and see if there's anything else to follow up on.

MR. FALK: Sure, that will be fine.

MS. SALZ: Okay.

(Recess taken)

MS. SALZ: Subject to any follow-up on your redirect, Ken, I don't have anything else.

MR. FALK: Thank you.

EXAMINATION

BY MR. FALK:

Q. Just two questions. Number one, you indicated that you go jogging --

A. Yes.

Q. -- on Washington Street; is that correct?

A. Correct.
Q. So is it correct that you go west past the lawn of the Statehouse?
A. Yes.
Q. And we had a lot of questions about the Ten Commandments monument and different parts of it. And I know you said this, but I just want to make sure the record's clear.
Would you object to any posting of a religious document, Ten Commandments or other document, on the Statehouse lawn?
A. Yes.
Q. And you've indicated the reasons why; is that correct?
A. Yes.
MR. FALK: I have no further questions.
MS. SALZ: I don't have anything further either.
MR. FALK: We'll take signature.
MS. SALZ: Thank you all.
COURT REPORTER: Counsel, did you want to order?
MS. SALZ: Yes.
THE WITNESS: Sandy, thank you for your time.

COURT REPORTER: Thank you.

(Deposition concluded at 2:36 p.m.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

INDIANA CIVIL LIBERTIES UNION, et al.,

Plaintiffs,

-v- No. 1:00-cv-00811-SEB-VSS

MIKE BRAUN,

Defendant.

Job No. 209730

I, WILLIAM GRAINGER LESESNE, JR., state that I have read the foregoing transcript of the testimony given by me at my deposition on September 3, 2026, and that said transcript constitutes a true and correct record of the testimony given by me at said deposition except as I have so indicated on the errata sheets provided herein.

________________________________
WILLIAM GRAINGER LESESNE, JR.

STEWART RICHARDSON & ASSOCIATES
Registered Professional Reporters
One Indiana Square, Suite 2425
Indianapolis, IN 46204
(800)869-0873

STATE OF INDIANA )
) SS:
COUNTY OF MARION )

I, Sandra Marchky, a Notary Public in and for the county and state, do hereby certify that the deponent herein was by me first duly sworn to tell the truth, the whole truth, and nothing but the truth in the aforementioned matter;

That the foregoing deposition was taken on behalf of the Defendant; that said deposition was taken at the time and place heretofore mentioned between 1:29 p.m. and 2:36 p.m.;

That said deposition was taken down in stenograph notes and afterwards reduced to typewriting under my direction; and that the typewritten transcript is a true record of the testimony given by said deponent;

And thereafter presented to said witness for signature; that this certificate does not purport to acknowledge or verify the signature hereto of the deponent.

I do further certify that I am a disinterested person in this cause of action; that I am not a relative of the attorney for any of the parties.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 9th day of September, 2026.




My Commission Expires:
August 8, 2027

Job No. 209730

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

INDIANA CIVIL LIBERTIES )
UNION, et al. )
)
Plaintiffs, )
)
)
-v- ) No. 1:00-cv-00811-SEB-VSS
)
MIKE BRAUN, )
)
Defendant. )

Job No. 209730

I, WILLIAM GRAINGER LESESNE, JR., state that I have read the foregoing transcript of the testimony given by me at my deposition on September 3, 2026, and that said transcript constitutes a true and correct record of the testimony given by me at said deposition except as I have so indicated on the errata sheets provided herein.

[signature]

WILLIAM GRAINGER LESESNE, JR.

STEWART RICHARDSON & ASSOCIATES
Registered Professional Reporters
One Indiana Square, Suite 2425
Indianapolis, IN 46204
(800)869-0873

**PLEASE DO NOT MARK ON DEPOSITION PAGES. MAKE ALL CORRECTIONS ON THIS FORM.**

**StewartRichardson**
**DEPOSITION SERVICES**

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

RE: Indiana Rules of Procedure, Trial 30(E) and/or Federal rules of Civil Procedure

After having read my deposition, I wish to make the following changes:

PAGE 22 LINE 9
CHANGE circumstance
TO circumstances
REASON FOR CHANGE transcription error

PAGE 28 LINE 1
CHANGE lobbyist
TO lobbyists
REASON FOR CHANGE transcription error

PAGE 29 LINE 7
CHANGE Ohio
TO Monument Circle
REASON FOR CHANGE while this is the State's Counsel's error, I wanted to note it as it is factually incor

PAGE 35 LINE 18
CHANGE responsible
TO responsibly
REASON FOR CHANGE transcription error

PAGE 46 LINE 25
CHANGE efficacy
TO advocacy
REASON FOR CHANGE transcription error

PAGE_____ LINE_____
CHANGE_____
TO_____
REASON FOR CHANGE_____

☐ **Please check for no changes**

(Signature of deponent)

## 1

**1** 13:19 23:5
**10** 12:7 19:4
**11** 12:11
**12** 20:25
**13** 23:10
**14** 24:5
**15** 25:14 27:6
**1958** 50:11
**1991** 50:11
**1:29** 4:2

## 2

**2** 7:11
**2026** 4:2
**25** 8:23 18:7 23:20
**285** 28:10
**2:36** 59:2

## 3

**3** 4:1

## 5

**5** 8:4

## 6

**6** 8:7

## 8

**8** 9:22

## 9

**9** 11:15

## A

**ability** 35:17
**able** 20:2
**abortion** 28:15
**about** 6:18 13:2 14:12 15:19 18:15 23:6 25:4 28:12 31:5,8,11 33:25 35:19 39:18,20,21 41:7 42:9 46:17 48:9,21 49:25 50:21, 24,25 51:15 53:6 54:9,16 55:20 56:15,20 57:10 58:5
**Abraham** 30:24
**acceptable** 27:3
**acceptance** 28:16
**according** 12:25 19:14
**accurate** 11:13 35:2 49:9 52:10 54:1,20
**acknowledge** 53:22
**ACLU** 6:12,15 33:9
**across** 53:3
**act** 14:3 15:5 45:25
**action** 6:23 28:11
**acts** 28:5
**addition** 8:18 25:8 43:17 45:15, 21
**additional** 37:21 38:5 40:11 46:5
**additionally** 46:1
**address** 42:1,3 47:7,11
**addresses** 7:22
**adultery** 15:3 22:25
**advocacy** 27:12,21,24
**advocated** 28:7
**advocating** 28:2
**affected** 41:11,14,22
**affects** 22:12
**affront** 35:13
**afternoon** 4:22
**again** 12:19 16:3 20:1 21:11 22:7 23:2 26:13,23 29:24 39:12 43:6,21 45:19 47:23,24 52:22 54:16 56:20
**against** 44:18,24 45:17 51:2,9, 18,23
**agree** 4:13 8:10 18:9 23:16 24:4,14
**agreeing** 54:3
**agreement** 47:2
**all** 5:17 7:7 10:3,6,10,13,20,22, 23 14:1 15:3 18:9,11,12,15,19, 22,23 21:4 22:10,15 23:15 26:25 30:6 31:20,21 37:2 40:22 43:12 44:15 55:6,12 57:10 58:20
**already** 42:24 49:25 53:20
**also** 4:24 5:21 6:6 7:16 16:1,7 17:13 19:19 22:25 25:10 29:17 30:14 41:19 42:7,11 44:1,3,7,17
**altogether** 55:23
**am** 6:8 13:23 14:12 40:24 42:6 47:2
**Amanda** 4:10
**American** 6:8
**an** 5:24 7:12,17 8:1 9:3 16:5,12 17:7,10 24:8 25:6 31:18 33:21, 22 34:22 39:10,23 43:7 44:6 46:25 47:13,17 51:4 55:21 56:16 57:5
**and** 4:7,8,9,19 5:17 6:2,14 7:24 8:7,8,9,13,20,23,24 9:1,4,8,12, 14,18,20,24,25 10:9,22 11:3,4, 17,20,22 12:11,24 13:2,3 14:2,3, 11 15:2,5,7,9,10,15 16:3,6,8,10, 14,22 18:7,17,20 19:6,8,14,22, 24 20:7,17,19,24 21:4 22:11 23:3,4,6,19,21 24:3,7,9 25:1,5,6, 17 26:10,13 27:11,14,16,19,21, 24 28:2,4,7,20 29:4,7,13,16,21, 24 30:2,15,17 31:8,9,18,20,21, 22 32:17,18,19 33:12 35:6,17,18 37:2,7,9,13,21 38:1 39:1,19,20, 24 40:8,9,12 41:2 42:7,10,16,17, 24 43:7,10,11,14,21,23 44:1,2,3, 4,7,8 45:10 46:15,18,23 47:21, 24 48:3,24 49:13 50:3,11,16,20 51:2,8,13,14,15,18,22,24 52:7, 18,22,24 53:6,18,22 54:3,13,17 55:8,22 56:3,11,19,20 57:12 58:5,6,7,13

**another** 5:12 39:14,25 48:13

**answer** 53:20

**answered** 5:18 26:20,22 42:24

**answering** 5:6

**anxiety** 36:7

**any** 4:7 5:19 7:1 11:9 12:5 13:6 14:14,23 15:11,17 16:19,23,24 17:21 26:7 30:17 32:1 35:22 36:17 38:5,13 39:4,17 41:23 42:14,20 44:15 50:15,22 51:2 53:8 54:10,13 57:17 58:9

**anyone** 19:23 20:10,13

**anything** 5:4 6:18 8:18 27:2 31:5 43:18 44:11 45:16,23 57:12,18 58:17

**apologize** 26:25

**Apotheosis** 32:13 41:7,14 42:12

**appear** 12:14

**appears** 44:6

**applies** 22:16

**appropriately** 35:15

**are** 6:2,6,14 7:21 8:12 9:12 10:5, 19 11:16,25 13:2 14:4,5,7,21 15:3,8,11,14,21 16:8,16 17:5,7 20:2,20,23 21:2,21 22:9 23:13, 18 24:1,15,18,20,21,24 25:11,12 26:6 28:2,18 29:14,17,25 30:18, 20 31:13 32:12 33:3,17 37:19 38:1,23 40:3,4,5,7,16,18,25 41:13 42:17,22 43:4,15 44:4 47:16,17 48:1,6,9,23 49:22 50:9, 15,22 51:15 52:8 53:2,18 54:4,5 55:1,8,9,12,22 56:1

**area** 9:3 25:6

**areas** 8:12 29:23

**around** 13:1 25:6 29:22 46:16 50:13 52:2

**art** 33:21

**articles** 6:22

**artifact** 24:10,15,18 47:13

**artwork** 55:9

**as** 4:19 6:3,12,15 8:1 9:1 10:18 12:8,12,17 13:10,11,16,17,20 14:18 15:12,14,19 16:4,12 17:24 18:4 19:13 20:13 21:19,22 22:23 23:12,19,21 24:25 25:15,20 26:3 27:11,12,19,20,21 32:17 33:9,23 35:6,19,20,22,25 36:2,12,13,19, 20 37:4,5,14 38:9,16 39:3 42:9, 10,22 43:7 44:6 46:2,8,10,25 47:17,24 49:3,19 51:5,11,24,25 53:23 55:9 56:7,21

**Ash** 29:20

**ashes** 29:20

**aside** 6:17 24:13 45:17 54:3

**ask** 12:19 20:1,15 26:23 45:20

**asked** 5:23 7:12,16 39:20 48:9

**asking** 51:5,6

**association** 4:3 46:23

**associations** 9:7

**assume** 41:12

**assuming** 41:13

**assumption** 41:11

**at** 10:19 13:8 21:9,15,21 22:17 27:10,15,18 29:18 31:11 33:4,7 34:1 38:24 39:3 40:22 48:9 50:13,16 52:8,20 55:3 57:10 59:2

**attention** 5:5 7:6

**attorneys** 6:17,24

**available** 49:14

**avoid** 5:12

**aware** 10:21 21:21 30:20,21,22 38:1 40:7,18,25 50:9,15,22 53:2, 5 56:5,8

**awfully** 51:4

**B**

**back** 20:3,4 49:17

**background** 8:3

**based** 8:14,18

**basically** 40:21

**basis** 33:9

**be** 5:18 7:17,18 11:7,11 12:8,24 15:18 16:15 18:4,24 20:6,18 26:8 30:4,5 32:21 35:3,7,21 36:9 39:10 41:1,11 42:3,20 43:6,23 44:16 45:4 46:3,5,11,14 48:14, 17,24 49:6 51:10 52:9 55:4,7 56:23 57:9,14

**Beatitudes** 55:16

**because** 10:25 12:2 13:12 14:19 18:14 22:14,21 24:18 26:20 29:14,15 31:25 36:25 38:25 40:15 41:2,5 42:3 46:5 53:17 57:2

**Bedford** 34:8,10,20 38:2 39:1

**been** 4:18 5:8 14:11 28:12,15,17 30:12,13 33:24,25 51:19,22

**before** 5:8 13:25 21:23 46:2 47:6 53:24

**begin** 45:5

**beginning** 27:10,16

**behalf** 4:10 19:1

**being** 15:9,12 25:9 27:14 31:23 32:23 34:22 37:14 51:14 55:1

**belief** 19:8

**beliefs** 57:7

**believe** 13:8 22:3,18,20 25:10 28:9 29:3 35:2 36:9 37:10 41:4 45:23 46:20 49:1,9

**believers** 18:9,11

**belong** 20:17 26:14

**belongs** 35:15

**Ben** 4:12

**best** 48:20

**between** 23:3,4 50:11

**beyond** 25:3 31:10

**Bible** 16:8,9 24:25 55:21

**biblical** 9:18,19,21 15:15 24:3

**bill** 28:9,10

**binding** 10:10,11,12,23 11:7

**bit** 52:3

**blatantly** 42:22

**Bleisch** 4:8

**blends** 9:4

**Bob** 50:18,25

**body** 36:6

**Book** 49:17 50:5

**both** 9:4,19 11:17 13:22 16:9 18:6 24:9 31:2 34:18 42:9 43:11, 25 44:4

**bother** 31:24 32:3 52:10,12 53:25 54:7

**bound** 36:23

**Braun** 4:11

**break** 57:12

**breather** 30:16

**briefly** 5:10 18:3

**bring** 36:6

**broad** 51:4,8

**broader** 9:17 19:20,24

**broadly** 10:24 12:4

**brought** 13:24 14:12 41:6 42:4

**buildings** 53:3

**business** 39:13

**but** 10:11 13:20 14:25 15:18 16:7,23 18:3 19:19 20:14 24:19, 22 27:17 28:12 29:4,18 31:9 32:15 33:8,22 34:24 35:9 39:3, 12,19 40:5,17 42:6,11,25 44:1 45:25 46:2,7,11 47:6,11 51:10 52:18,22 53:19 55:13 56:20 57:9 58:7

**by** 4:21 5:23 6:24 9:19 14:1,6 16:18 19:16 20:9 21:4,10,16 22:6 27:1 32:17 33:4,17,24 35:6, 7 41:11,14,22 42:17 44:25 45:3, 7,25 46:23 49:6 52:24 53:21 56:12,23 57:21

**C**

**call** 12:21

**camping** 28:10

**can** 5:13 7:17 10:25 18:17,20 25:3 36:7 43:23 48:12,20 53:19 57:1

**can't** 18:11 19:1 20:13 41:12

**capacity** 6:3,15

**Capitol** 30:1,5

**cardinal** 5:11

**case** 5:25 7:3,9 8:1 13:9 33:2,5 48:13

**catechesis** 11:22,24 12:4

**Catechism** 6:22 10:2,6,9,14,19, 22 11:7 12:1 48:22 49:10,13,19, 20,23

**cathedral** 29:6 50:16

**Catholic** 48:14

**Catholics** 48:15

**cause** 36:7,11 37:4,5 54:13 55:17,23

**causes** 36:8 42:17

**central** 11:21 15:16 27:22 37:23

**centrally-rooted** 15:4

**change** 26:16

**characterization** 37:3

**characterize** 36:12

**childhood** 56:3

**choice** 32:21

**choose** 13:22

**chose** 14:2

**chosen** 13:5

**Christ** 29:6

**Christian** 9:25 11:17,22,24 16:10 19:15,20,25 20:11 44:4 46:24 47:4 51:20 57:2

**Christians** 14:7 24:9

**church** 10:2,7,10,15,23 11:1,2,3 12:1 19:2 29:1,3,6 34:19,23 38:9 39:14,17,21 40:4 49:11,13 50:13

**church's** 39:25 49:4,25

**churches** 39:18 40:4,6

**circumstance** 22:9 53:7 54:15

**citizen** 42:7,10

**civic** 12:13 16:4 20:18 24:10,15 37:1 43:8

**Civil** 6:6,8

**claim** 19:1

**class** 38:17,18

**classes** 49:20,21

**clean** 5:13

**clear** 58:8

**clergy** 10:12 18:22,23,25 50:8 51:22

**closely** 48:4

**colleague** 4:11

**college** 31:8

**come** 28:22 35:10 51:21

**comes** 37:13

**commandment** 13:19 14:9 21:12,20,22 22:12,14,17,18,20, 23,24 23:5,7 43:14,15

**commandments** 6:21 7:13,17 9:24 10:6 11:16 12:8,18,22 13:3, 6,10,16 14:1,4,11,14,15,24 15:7, 21 16:7 17:4,6,12,18 18:4 19:4, 5,23 20:5,12 21:2,3,10,16 22:1, 6,15 23:12,17 24:3,6,14,20,23 25:1,7,11,16 26:8 35:4 36:17,20 38:14,17,19,23 39:22 40:2 44:13 45:18,22 48:23 49:3,10 50:1,10 52:9,13 53:2,9,25 54:6 58:6,10

**commandments'** 26:9

**commemorates** 30:23 47:15

**commemoration** 47:13

**commit** 15:3 22:25

**commitments** 35:20

**committee** 27:11

**committees** 27:14

**Common** 49:17 50:5

**community** 19:6,7,11,12,16,18, 20,25 20:12 21:1 51:12,13

**compel** 45:17,19,24

**compelled** 36:24 46:21 47:7,11 51:1,8

**complaint** 34:5

**complete** 7:24 26:5

**concerned** 48:25 51:19

**concerning** 7:12 8:8 16:1,2,24 44:16 52:21 55:9 56:13

**concerns** 15:18 52:22

**conclude** 23:23 24:1

**concluded** 18:4 59:2

**concluding** 18:6

**conduct** 31:22 32:3

**confront** 35:3,6

**confused** 51:5

**congregant** 39:20 50:3

**congregation** 18:20 39:16 40:21 41:3,5,22 42:4 48:3,8,20 50:24

**congregations** 9:13

**congressional** 8:13 9:2,3

**connection** 43:9

**connections** 9:8

**consequences** 35:10

**consider** 14:7 33:1

**considered** 27:14

**consistent** 10:6,19 11:11

**constructed** 37:15

**consult** 50:7

**contains** 14:15 34:24

**content** 27:17 52:23

**context** 17:20 20:6,7,16,24 22:8,19 23:1,8 26:6 35:15 38:20, 25 39:12 40:19 43:22,25 44:3 48:1 54:17 57:1

**contextual** 21:11

**contextually** 56:19

**contrast** 16:13

**contribute** 15:12

**conversation** 39:11

**conviction** 23:12,16,25

**correct** 7:14,19 8:1,2,5,6 10:4 11:18,19,22,23 12:9,14,15 16:20 19:9 21:8 23:9,13,14 24:11,12 27:23 29:7,8 30:4 34:9,21 37:25 38:3,4,10 39:5,15 40:23 41:15 42:15 43:3,5,20 44:14,21,22 46:4,21 47:10,21 51:2,18 52:11 53:11 54:19 57:25 58:1,2,14

**corrected** 38:12

**correcting** 35:21 37:22 38:6,14 42:19 45:5 46:2,9 50:17

**correction** 46:20

**correctly** 10:3 21:7 24:2

**could** 12:19 16:19 18:12,18,22 19:23 20:10 26:15 27:2 29:9 43:3 50:5,7,20,21

**counsel** 4:6,13 5:23 58:21

**country** 53:4

**couple** 5:11

**course** 4:15

**courses** 8:8

**court** 4:1,13 5:13 53:4 58:21 59:1

**covenant** 19:6,14 22:22

**create** 39:6

**critical** 14:13 22:10 38:19

**cross** 29:16 54:24

**cross-references** 44:5

**crux** 17:3

**cues** 48:15

**cultivate** 31:21

**current** 40:19,25 43:14,19

**currently** 6:2 34:16,17,18 38:2 41:6

**D**

**D.C.** 56:2

**daily** 46:11

**data** 31:10

**day** 16:13,14

**decide** 40:1

**decision** 47:20

**declaration** 7:6,8,22,24 8:4 9:1, 23 19:3 27:6,20 35:7 37:20 44:17

**declarations** 7:2

**deemed** 7:18

**deepen** 9:7

**defendant** 4:11

**define** 36:5

**degree** 8:17

**denies** 21:10,16 22:5

**denomination** 11:1

**depending** 27:16 30:6

**depends** 27:13 54:15

**depicting** 32:19

**depiction** 17:11 39:3 41:23 52:19

**depictions** 38:14,23

**depicts** 13:9,15 32:16

**deposed** 5:8

**deposition** 4:5 6:11,19 59:2

**depositions** 5:11

**describe** 35:22,25 36:2

**describes** 8:7

**designed** 27:21

**desist** 53:20

**determine** 41:22 47:19

**determined** 42:17

**Deuteronomy** 13:23

**development** 8:13 9:2,3,6,9

**did** 6:19 7:1 10:3 21:7 41:25 44:25 53:20 58:21

**didn't** 41:10 50:3

**differ** 10:19

**different** 13:2 22:2 23:18 29:22 53:18 54:4 58:6

**differently** 20:19,21

**dig** 53:22

**dignity** 51:14

**direct** 7:6 16:13 35:13

**directing** 11:15

**disagree** 12:16,20,23 23:22

51:3,7 52:18

**discipline** 11:4

**disconnected** 25:16 26:1,9

**discuss** 45:24 47:21

**discussed** 41:8 49:3 52:6

**display** 24:7 25:15 26:7 27:4 38:2 44:18 45:8,9 53:9 55:4,10

**displayed** 17:5 31:14 40:3,4,5 52:9 53:3

**displaying** 24:5 45:15,18,21

**displays** 40:8,12 47:20 53:14, 17,19

**dispute** 24:19 25:1

**disservice** 14:16 44:7

**district** 28:14

**diversity** 28:18

**do** 5:1 6:11,18,19 10:18,19 12:16,20,23 13:8 14:24 16:6 18:9 20:14 22:2 25:1 26:15,24 27:2,14 28:20,21,22,25 30:8,10, 11,17,19,25 31:2,5 33:3 35:7,17, 18,21 36:9 39:12,19 41:17 42:13 46:8,12,19 47:11,20 48:2,6 49:1, 9 51:1,7,24

**doable** 5:15,21

**doctoral** 8:17

**doctrinal** 10:17

**doctrine** 11:3

**document** 7:18 11:17 12:9 13:11,13,15,17 14:15,18,22 15:13,17,19 16:6,24 17:8,24,25 18:5 20:16,24 22:10 25:12,24 26:13 43:6,9,22,25 44:6,7 48:23 49:7 58:10

**documents** 38:22

**does** 4:13 5:15,21 13:14 15:20, 24 16:6 20:17 22:25 27:24 31:23 34:11,14,17 45:19 49:13 53:13

**doesn't** 14:19 22:7 23:8 26:14 32:3 40:21 46:6

**doing** 45:23 46:25 52:24

**don't** 14:18 22:17 25:3 26:5,21 31:15 32:15 34:22 38:15 39:18 41:4 46:9 47:6,9 57:18 58:17

**done** 45:16 57:9

**doors** 29:11,13,17,19

**down** 23:10 29:2,12 30:15

**Dr** 56:15,18 57:1

**drive** 28:23

**duly** 4:18

**during** 27:9,18 29:19

**duties** 42:21 46:4

**E**

**each** 11:3 16:7 22:17

**earlier** 52:6

**east** 29:13

**east-west** 30:3

**Eastern** 4:2

**education** 8:15,19

**efficacy** 46:25

**effort** 37:22 40:12 50:17

**efforts** 38:6,13 42:15,17

**Egypt** 13:24 14:3,13 15:6

**either** 6:12 7:18 30:25 44:15 58:18

**else** 44:3 57:12,18

**elsewhere** 40:9

**emphasis** 8:16

**emphasize** 23:2

**employees** 29:21

**encourage** 20:14

**endorse** 47:4

**endorsed** 33:24

**endorsement** 17:10 32:4,9 35:16 47:17 56:22

**endorsing** 16:18

**energy** 45:11

**engage** 27:20 49:23

**engaging** 27:24 28:3,5

**enhance** 9:8

**enjoin** 31:22

**enjoining** 32:3

**enjoyed** 31:8

**enjoyment** 30:14

**ensure** 5:13

**entail** 27:24

**enter** 29:11,12,13,16,17

**entire** 43:22

**Episcopal** 6:22 10:2,7,9,14,23 11:1 12:1 18:25 19:1 39:25 40:3, 5 49:4,11,25

**Episcopalian** 18:23

**Episcopalian's** 10:20

**Episcopalians** 10:10,14 18:19 48:18

**equity** 28:18

**erected** 46:12

**erecting** 45:3,25

**errors** 35:21

**especially** 27:9

**espouses** 55:10

**espousing** 52:25

**establishment** 28:13

**ethical** 12:13 21:5

**event** 24:20,22,24 56:21

**events** 24:21

**ever** 5:8 30:8 31:3 34:2 38:5,12, 13,21 40:11 42:2 48:8 52:12

**every** 22:12 47:7 49:18 51:14

**everyone** 57:11

**evident** 16:15

**exactly** 52:19

**EXAMINATION** 4:20 57:20

**examined** 4:18

**example** 11:6,8 15:2 16:12 28:9 29:19 38:18 46:25 47:7,14 51:20 55:15

**except** 19:23

**exist** 24:3 26:3 41:4 46:6

**existence** 17:19 47:3 53:13

**exists** 25:20 38:9 43:25

**Exodus** 13:23

**expect** 48:2

**expending** 50:16,22

**experience** 8:20,22 25:5 54:18, 23 57:4

**expert** 5:24 6:25 7:5 8:1 25:6

**expertise** 8:14 18:7

**experts** 6:4 24:3

**experts'** 7:1

**explanation** 43:24

**explicitly** 33:23

**extension** 14:7 19:16

**extremely** 24:8

F

**face** 36:17 37:14

**fact** 12:16 43:17 52:23 54:4,5

**faith** 9:19 19:6,7,13 21:1 24:9 27:22 31:20 35:13,14 47:4 51:11

**faithfully** 44:20

**Falk** 4:8,15 26:19,24 45:2 50:20 53:16 57:14,19,21 58:16,19

**familiar** 31:13 32:12 56:1

**far** 37:4

**father** 15:2

**featuring** 40:8

**feel** 36:15,19,23 39:4,15 43:4,19 44:13 46:20 47:7,11 51:1,8 56:11

**felt** 51:18

**find** 42:8 46:19 52:21 54:8 55:6 56:13

**finds** 23:3

**fine** 45:14 57:14

**first** 4:18 5:12 13:18 14:9 21:12, 20,22 22:14 32:21 43:14,15 47:15

**five-minute** 57:11

**Fleshman** 4:12

**flow** 14:2 16:7 21:5 22:15

**focuses** 9:17

**fold** 14:8

**folks** 28:16 29:15

**follow** 10:14 36:16,24 57:12

**follow-up** 57:17

**following** 41:17,19

**follows** 4:19

**for** 4:7,8,9,23 5:23 6:10,19,20 8:16 10:12,25 11:6,8,17 14:13 15:1,9 17:21,22 18:11,12,17,19, 20,22 19:24 21:14 24:13 28:8, 12,14 29:19,20 30:11,12,13,23 32:4,21 33:9,18 38:18 39:23 42:18 44:9 46:16,17,18 47:14,18 48:17,20 51:12,19 53:17 55:15 58:24

**force** 45:16,19,24

**forced** 35:3 46:11

**forces** 44:18

**forcing** 44:23 45:4

**form** 13:6

**formation** 11:22

**former** 30:22

**forms** 9:18

**found** 42:11 57:6

**founded** 13:4

**framework** 24:2

**framing** 44:19,24 45:17

**frequently** 27:7,8,17 29:1,18,22 40:3,5 49:21

**from** 5:5 6:17,25 10:20 13:23 14:3,10 15:6,10 16:7 18:6 19:5 21:3,5,12,20 22:14,22 25:16 26:2,9 27:3 28:25 29:1,11,12,13, 17 31:9 33:20 35:10,14 43:9,12, 14 45:17 48:15 51:21 54:24 56:3

**full** 4:23 5:5 19:7 37:9

**funeral** 30:23 31:11

**further** 58:16,17

**fuss** 46:16

G

**G-R-A-Y** 4:25

**gathering** 28:2 47:14

**geared** 9:11

**general** 51:1

**generally** 32:10

**genuine** 23:11,16,24

**George** 31:13

**get** 18:1 43:2 55:3

**get all** 17:14

**getting** 17:1 33:7

**Giannini** 50:19

**give** 5:24 48:11

**given** 12:17,21 20:8 21:4,10,16 22:6,8,9,21 23:5 26:6 56:10

**giving** 5:5

**go** 5:10 29:2,12,16,20 48:3 57:23 58:2

**God** 13:24 14:2,6,12,25 15:5,9 19:6,14 21:4,6,10,16 22:1,3,4,6, 8 23:4 43:10,11 44:1

**God's** 15:5 22:22 23:4 46:17

**God-given** 23:13

**goddesses** 32:18,19

**gods** 13:20,25 14:10 21:23 32:18,19

**going** 26:19 29:4 30:6 45:9 53:16

**good** 4:22 31:20

**Google** 29:4

**government** 24:6 36:16,19 44:23 45:4,16,19,23 51:2,6,17 53:3

**Governor's** 51:21

**GRAINGER** 4:17

**Granger** 4:24

**grave** 44:7

**Gray** 4:25

**Great** 5:10,23 6:10 9:22 10:5

**Greek** 32:17

**gross** 17:23 47:12

**grounds** 15:17 17:9 25:24 26:8 27:4 30:9,12,13,16,18 31:14,24 34:4,15 37:15 46:24 49:8 50:11 54:25

**group** 51:22

**groups** 28:2

**guess** 17:2

H

**had** 25:2 58:5

**happen** 12:13

**happy** 53:22

**harm** 36:8

**harmony** 31:21

**has** 11:3 14:11 25:24 33:24 35:17 39:21 41:5,9,24 45:16

**hasn't** 53:19

**have** 4:24 5:8 7:7 8:4,8 9:25 13:1,19,25 14:9,14 15:16,19 18:3 21:23 22:2 23:16 25:2 28:7, 8 31:1,3,4 34:2,7,10,22 38:5,12, 21 40:11,17 42:14 48:8 49:24 51:10,17,21,22 52:4 57:18 58:16,17

**having** 4:18 48:20,22

**he** 31:9 48:14 53:18,19,20 56:16,21 57:2

**head** 5:20

**heals** 16:12

**Hebrew** 14:2,5 15:4 16:9 19:13, 15,19,24 20:11 22:22 43:9 44:2, 4

**held** 16:13

**Hendricks** 30:21 31:8

**here** 4:11 6:2,14 7:11 17:2 19:12 21:10,14,15,22 38:24 39:3 48:11 52:20 55:2 57:9

**high** 42:18

**highlighted** 38:7

**him** 50:22

**historical** 24:10,15,20,21,24 31:10 32:7 47:14 56:21

**history** 25:2,6 43:24

**hold** 11:21 13:19

**holistic** 44:8 48:23

**holy** 16:14 33:23 47:25 55:10

**homelessness** 28:10

**honor** 15:2

**hope** 50:2

**hopped** 52:2

**hour** 31:12 57:10

**how** 9:7,18 13:14 15:8 18:3 20:16 21:18 27:8 35:11 36:5 37:9 41:21 47:19 49:16

**human** 51:14

**husband** 23:3

I

**I'D** 57:11

**I'LL** 7:6 25:10 26:23 31:17,18 32:16 52:4

**I'M** 4:10,11 10:21 12:5 17:1,2 18:6,14,16 19:12 20:22 23:19 25:4,5 26:19,25 27:10 29:4,15, 22 30:6,14,21,22 33:2,7,13 37:3 40:18,25 41:5,17,19,21 43:21 45:22 46:15,17,24 48:11 51:4,6 52:3 53:5,16,22 54:16 55:3 56:7

**I'VE** 30:12,13 34:5 50:25 51:19

**ICLU** 6:12

**identified** 34:25

**identify** 4:6

**if** 6:11 9:6 16:3 17:1 20:14,19 21:2 22:4 23:22 26:21 30:25 33:16 35:3 36:19 39:2,7,14,19, 24 40:1 41:10,25 45:22 46:12, 19,24 48:15 50:3 51:6 52:19 55:4,20 57:4,10,12

**illusion** 33:22

**image** 47:13

**imagery** 40:9,17

**immediately** 31:16

**implications** 14:4

**implying** 36:20

**importance** 11:21

**important** 24:8 51:15

**improper** 12:12 17:11

**improperly** 13:9,15

**in** 4:3 5:24 6:2,14 7:3,8,11,18,19 8:1,3,4,5,18,21 9:6,12,13 11:20, 21 12:16 13:6,9,20 14:3,4,5 15:4,9 16:8,10,13,20 17:1 18:7,8 19:6,10,14 20:7 22:7,23 23:4,5 24:2,5,7,25 25:4,5,6,8,14,16 26:6,17 27:15,20,24 28:4,5,20 29:14 31:7 33:2,4,21 34:5,7,8, 10,20 35:6,21 37:13 38:2,8,17, 18,24 39:7 40:5,9,18 41:1 42:4 43:13,17,25 44:3,17,19 45:10, 15,21 46:14 47:2,15,23 48:13, 21,22,24 49:10,17,18,19,22 50:6 51:1,8,12 52:8 53:3,4,10 54:4 55:10 56:2,16

**include** 14:19 19:19 38:15,22

**included** 8:21 55:21 56:6 57:5

**includes** 31:18 56:16

**including** 10:1 39:2 41:23 53:4

**inclusion** 28:18

**incomplete** 44:6

**inconsistent** 57:6

**independent** 12:13 13:10,16 15:21 43:8

**Indiana** 4:4 6:6,9 27:2 31:9 32:13,14,17 34:3 40:9 41:7,14 42:12 54:25

**Indianapolis** 4:4 28:20 39:1,8

**indicate** 13:15

**indicated** 57:23 58:13

**individual** 14:23 23:24 49:5

**influence** 25:2

**infractions** 46:16

**inherent** 13:14

**inherently** 13:12 16:5 17:7 26:9

**initial** 43:18 50:19

**initially** 35:11 39:17

**injure** 35:12 37:10,11

**injured** 33:4,17 35:3,7 56:12

**injuries** 36:1 57:4

**injury** 35:23 36:10,13 37:7,12 54:14,24 55:18,24

**inscription** 31:18,19,23 55:21 56:16 57:5

**inscriptions** 31:1,6,19

**instances** 52:8

**integration** 9:20

**intend** 7:25 53:1

**intended** 20:18 44:9 47:18

**interact** 40:22 47:1

**interaction** 14:25

**interesting** 39:10,23

**internally** 46:21

**interpret** 15:14 16:4 47:2

**interpretation** 14:13 17:9 23:17 45:5

**interpreted** 16:9

**interpreting** 22:10

**interpretive** 15:15

**interrupt** 15:8

**into** 9:21 18:1 20:17 53:22

**is** 4:1,2,4 5:4,25 7:8,13,24 8:14, 18,21 9:1,3,9,14,16 10:4,9,11, 12,16,22 11:1,2,12,14 12:2,16, 20 13:4,5,12,19,23,25 14:13,15, 17 15:1,7,19,22 16:1,2,5,17,19, 22,24 17:3,4,6,8,9,13,17,19,20, 21,24 19:4,10,14,22 20:5,10,15 21:8,9,15 23:5,7,9,14,15,24 24:7,10,22 25:18,22,23,25 26:1, 7 27:2,21,23 29:4,7,14 30:2,4 31:10,25 32:4,9 33:8,9,13,18,19, 21,22 34:15,17,19 35:2,13,16 37:9,19,25 38:2,4,19,25 39:13 41:3,22 42:6,7,23 43:13,14,18, 22 44:6,7,9,11,21,22,23 45:9,23 47:5,24 48:14 49:10,17,18 50:4, 6 51:6,12 52:10,11,22,23,24 54:1,15,19 55:13 56:17 57:2,25 58:2,13

**Israel** 44:1,2

**issue** 13:9 17:3,4,6 21:9,15,21 22:12 33:4,18 34:1 38:24 39:3 52:20

**issues** 15:11 28:7,19 34:25 51:15

**it** 7:11,16 8:12,18 10:11,16 11:2 12:24,25 13:12,15,22 14:17,19, 22 15:12,19,24 16:14 17:17,19, 20,21,23 19:22 20:17 21:9,15 22:5,7,8 23:8,15 24:22 25:8,18, 20,22,25 26:7,16,23 27:13,16 28:9 31:17,25 32:4,9,15,16,21, 23 33:1,22 34:7,14,15,17,22,24 35:2,8,11,13,15,18,19 36:6,7,8, 9,11,12,15,19 37:4,5,10,12,20 38:9,17,19 39:3,7,10,15,20 41:6, 10,11,15 42:1,5 43:24,25 44:3,6, 7,8 46:5 49:17 50:4,14,24 51:9 52:12,23 54:8,12,13,15 56:13 58:2,6

**it's** 6:8 9:11 11:9 12:12 17:11 21:12 22:23 25:23 26:13 29:6 32:7 33:22 34:14,18,19 36:25 46:7 47:25 57:10

**its** 11:3 20:24 23:3 24:7 33:9,24 44:8 49:14

**itself** 34:6 44:8 45:8

**J**

**Jesus** 16:12

**Jewish** 9:24 11:17 18:14

**Jews** 18:12 24:9

**job** 51:12

**jogging** 57:23

**Josh** 4:8

**Jr** 4:17,24 56:16,24

**Judaism** 19:17

**judgments** 55:22

**just** 5:10 17:2,14 18:3 21:14,19 22:4,16 24:13 25:10 26:19 29:4, 10 39:17 40:2,20 41:3,8 43:2,23 45:8,12,15,18,21 49:3 53:17 57:11,22 58:7

**justice** 27:21 31:20 51:13

**justice-oriented** 8:25

**K**

**keep** 16:14

**Ken** 4:8 44:25 50:20 57:18

**kill** 22:18

**kind** 25:5

**King** 56:16,18,24

**King's** 57:1

**know** 15:16 16:13 26:21 29:3 30:17,25 32:15 33:21 39:20 40:3 42:6,24 44:15 46:15,24 47:12 48:21 56:3 58:7

**L**

**lack** 17:20,22 39:12

**land** 13:24 14:13

**larger** 16:16

**later** 25:2

**lawn** 29:16 58:3,11

**lawns** 48:16

**laws** 12:17,21

**lay** 10:11

**leader** 51:12

**leadership** 9:5,13

**learned** 48:21,22 49:25

**least** 27:18 52:8

**legislation** 27:13,25 28:3,13, 15,16,17

**legislative** 27:9,18,19

**legislator** 47:1

**legislators** 28:1,5 29:21

**length** 27:16

**lent** 29:20

**Lesesne** 4:5,9,17,22,24

**less** 56:23

**Let** 53:16

**let's** 39:21

**LGBTQ** 28:16

**liabilities** 36:17

**liability** 36:17

**Liberties** 6:7,8

**Lieutenant** 51:21

**life** 15:9 21:1,5 22:21

**like** 5:19,20 34:3 36:15 51:8 52:19 57:11

**Lincoln** 30:24 56:1,5,12,25

**Lincoln's** 31:11

**line** 29:14 43:2

**list** 12:17,20 20:18 43:8

**little** 52:3

**live** 14:5 15:8 28:20

**lives** 14:5

**lobbyist** 28:1 47:1

**local** 9:13

**located** 34:14,16,17,18

**long** 29:14

**look** 50:5

**looked** 52:19

**looking** 21:14 22:17 46:16

**Lord** 13:23 14:12 55:22

**lost** 45:12

**lot** 30:3 46:9 58:5

**love** 46:17

**Luther** 56:15,24

**M**

**main** 49:22

**majority** 18:25

**make** 5:13 14:22 17:14 19:7,23 20:12 21:2 22:16 23:1,8 26:16 27:3 29:5 32:20 34:12 36:15,19, 23 37:2 39:23 40:20 43:2 49:13 53:14 54:11 58:7

**makes** 22:19 23:12 54:12 56:19

**manner** 25:16

**many** 18:1 24:21

**Maps** 29:4

**Marchky** 4:3

**mark** 57:10

**markedly** 53:18

**Market** 29:2,13 30:1

**married** 9:10

**Martin** 56:15,24

**materials** 6:20,24

**matter** 34:14

**maxim** 36:25 37:1

**maxims** 12:13 13:10,16 15:21 16:4 20:18 43:8

**may** 4:14 57:9

**me** 6:18,24 13:20,25 14:10 16:23,25 21:23,25 29:10 32:4 33:18 35:19 36:11,19 39:20 41:6,9,25 42:18 43:3 44:16 45:4, 20 46:1 47:16,24 48:11 51:16 52:22 53:16 54:12 55:9,13 56:20

**mean** 35:7 38:25 51:10,11

**meaning** 10:1 24:8 25:17 26:2, 10

**meant** 17:24

**meeting** 29:15

**member** 6:6,15 50:7

**members** 9:8 10:11 48:2,8,19 49:14,22,24

**Memorial** 56:2,5,12,25

**mention** 41:10,15

**mentioned** 37:4 38:1 41:9,24 47:6 50:6 52:7

**merely** 53:24

**Meridian** 29:6

**message** 51:2,7

**messages** 51:17,20

**metaphor** 33:22 40:17

**metaphorical** 55:8

**might** 20:13 39:23 47:1

**Mike** 4:11

**Mile** 28:14

**mind** 6:11 26:17 47:23

**minister** 46:24 47:25 56:18 57:2

**ministry** 8:5,23,24 9:13 37:24

**minor** 31:7

**misinterpretation** 17:23

**misinterpretations** 42:20 46:10

**misrepresentation** 37:23 39:5 46:22 47:8,12

**misrepresentations** 46:3 47:22

**miss** 15:1 16:4

**missing** 21:12,19

**moment** 24:14 37:17 39:23 48:11

**monetary** 35:23

**monument** 13:8,21 14:18 15:20,22 16:20 21:9,15,21 22:13 25:19,22,23 26:3,16 27:3 30:22 33:4,19 34:1,2,11 35:4 37:5,11 38:2,24 39:2,5,22,25 41:23 42:3, 8,23 43:19 44:13 45:4,16 46:1,6, 12 47:3 48:4 50:20 52:7,20 53:6, 18 54:17 55:20 56:6 58:6

**monument's** 38:7 43:15,20 50:17

**monuments** 30:18,25 40:8,15, 16 47:20 48:9,16 54:4,6

**moral** 11:22

**morality** 31:22

**more** 10:24 12:4 45:20 46:14 50:21 55:8 56:19

**Moses** 12:17,21

**most** 28:8,11

**mother** 15:2

**motions** 5:19

**Moving** 9:22 20:25 22:24 23:10

**MR** 4:8,15 26:19,24 45:2 53:16 57:14,19,21 58:16,19

**MS** 4:10,16,21 20:2,9 26:23 27:1 45:7 53:21 57:9,15,17 58:17,20, 23

**much** 27:15

**mural** 32:12,19,22 33:21 41:7, 25

**must** 12:8 18:4 20:5

**my** 4:2,11 5:6 6:24 8:16,17 12:2, 6 13:3 18:6,7,17,20,24 20:5 23:19 25:4 26:17 28:3 29:1 30:14 32:21 33:8 34:19 35:13, 14,19 36:6,7 38:25 39:16 41:5 42:16 43:15 45:10,11,12 46:11, 14 47:3,23 48:19 50:18 51:12 53:24 56:3

**myself** 18:21 43:22

**N**

**name** 4:2,23

**narrative** 8:13 9:14,16,19

**nationalist** 51:20

**nations** 31:21

**nature** 27:13 44:8 45:9 48:24

**need** 35:20 39:4,15 40:22 42:1,2 43:4,19 44:13 51:18

**needed** 50:4

**needs** 43:6,24,25 44:3

**negative** 26:20

**neighbor** 43:12

**neighborhood** 40:19

**neighbors** 15:1 46:18

**neutral** 24:10 25:11,13,25

**neutrality** 24:13

**never** 20:18 44:9 53:8

**new** 48:4

**newcomers** 38:18 49:19

**news** 6:22

**next** 22:24 23:6 43:2

**nickname** 4:25

**no** 5:7,9,17,18 10:21,25 13:1,19, 25 14:9 16:21 17:6,22 18:14 21:14,23 24:16,17 25:22 26:17, 20 27:5 31:25 32:11 34:10 35:17,24 36:25 37:12 38:11,25 39:17,18 40:13,22 41:6,9,24 45:2,14,25 48:7 52:16 53:12 56:8 58:16

**nodding** 5:20

**non-episcopalian** 11:12

**none** 21:2 40:17,24

**nonprofit** 9:7

**north** 29:19,21 30:2,3,5

**not** 6:18 10:11,21 11:2,6,7,11 12:3,5,23 13:4 14:14,22,24 15:2, 3,12,24 16:6,15,16,23 17:11 18:14 19:23 20:10,22,23 22:18, 25 23:1,7,24 24:1,9,17 25:5,9, 11,13,25 26:17 29:18 31:15,25 32:4,11 33:2,8,22 34:7,10 35:18 36:25 39:1 40:4,14,24 41:3,5,11, 13,17,19 42:14,18 43:7,22 46:15 47:5,16,17 48:11 50:25 52:10,23 53:1,5 55:9 56:8

**noted** 21:19

**nothing** 26:15

**notion** 21:3

**now** 14:7 15:19 25:20 38:9 46:6

**number** 8:5 12:25 13:19 22:23 23:5 57:22

**numbering** 13:3,4,5

**O**

**oath** 5:1

**object** 13:5 26:19 32:23 53:16, 17 56:11 58:9

**objected** 50:19

**objection** 13:1,3,18 15:16 34:22

**objectionable** 12:24 42:9,12 52:22 54:8 55:4,7,13,14

**objections** 17:15 43:16 52:7

**obligations** 37:13

**observe** 16:14 31:20

**obviously** 4:9 33:25

**occasional** 29:18 56:4

**occurred** 24:22

**of** 4:5,10,15,25 5:11 6:3,6,9,10, 15,21 7:13,25 8:5,12,23 9:3,5,6, 12,16,17,20 10:2,6,9,14,21,22 11:10,21 12:1,17,21 13:3,4,6,15, 21,24 14:1,4,8,12,13,14,23 15:5, 18 16:16,24 17:3,9,10,12,15,17, 20,22,23 18:1,7,16,25 19:1,6,7, 13 20:6,7,10,12,16,18 21:1,2 22:1,10,19,21 23:1,8,11,15,17, 20,24 24:7,8,20,24 25:4,5,7 26:7 27:6,10,11,12,13,15,17,19 28:3, 5,13,16,19 29:11,19,23 30:2,5,6, 17,20,21,22,25 31:19,25 32:4,9, 13,14,15 34:11 35:14,16,22 36:21 37:9,14,20,23 38:13,14, 16,23 39:12 40:18,24,25 41:7, 14,23 42:12,17,20 43:3,7,8,22, 24,25 44:1,2,3,12,19 45:5,9,13, 25 46:1,3,7,9,10,11,24 47:3,7, 12,13,17,25 48:2,8,13,19 49:2,5, 9,10,17,19 50:5,7,10,15,19,22 51:11,13,14,22,24 52:6 53:5,13 55:3,8,11,16,22,24 56:15,22 57:1,5 58:3,5,6,9

**offend** 54:13

**offended** 56:23

**offense** 33:12

**offensive** 42:22

**offer** 26:5 29:20

**offered** 56:21

**offering** 18:8 23:19 27:25 28:4 49:21

**office** 29:2 51:21

**official** 10:1 36:21

**often** 27:11,14 51:14

**Ohio** 29:7 30:4,5

**okay** 6:10 7:5 8:12 10:13 11:5 12:3,7,24 13:8,14 14:17,21 15:25 17:1,11,14 18:1,15,18,22 19:3,18,22 20:10,19,25 21:18 22:11,16 23:10,21 24:13,19 25:8,14 26:18,24 27:6 29:3,9,24 30:8,17 31:5 32:2,6,12,16 33:7 34:11,24 35:2 36:3,12,15 37:9, 16 38:12,21 39:24 40:7,20 41:2, 16,20 42:11,19,24 43:1 44:11, 17,23 45:3,12 46:2,7,13 48:2

52:2,4,12,18 53:8,13 54:3,9 55:15 56:1,10,23 57:3,9,15

**omits** 13:21

**omitted** 14:11 43:14,18

**on** 4:10 7:17 8:8,14,18 9:10,17, 25 10:5,10,11,23 11:7 13:4,6 14:14 15:17 16:12,18 17:8,18 18:10,12,19 19:1 22:12 23:23 24:6 25:2,8,24 26:3,8,14 27:4, 12,13,16,25 28:3,7,9,19 29:6,20, 21 30:6,12,13,16,18 31:14,23 32:14 33:9 34:3,15,19,22 35:4, 19 37:15,16 38:2,9 39:4,7,13,14, 22,25 40:25 42:7 43:23 44:13 46:24 48:16 49:7 50:1,10 52:9, 13,14,24 53:9,25 54:6,10,15,24 55:4,6,16 56:6 57:13,17,25 58:10

**once** 27:18

**one** 5:12 6:3 9:18 14:20,23 18:16 22:23 31:15,19 32:1 37:16 39:3 41:9,24 42:6 43:23 45:20 48:13 57:22

**one's** 9:20 41:6

**ones** 7:3 14:24 30:20 38:24

**only** 10:25 11:2 16:6 18:16 19:7 23:12 53:6

**onto** 29:16

**opinion** 5:24 7:12,17

**opinions** 7:5,25 13:2

**opposed** 56:21

**or** 5:17,18,19 6:12 7:2,18 11:9 12:13 13:23 17:9 20:11 21:14 22:1 24:10,15 25:9,25 28:23 29:1,14,25 32:13 34:15 35:17,18 36:17,18,23 38:6,13,17 40:16, 17,19 41:3 42:14 44:12,15 45:17,19,24 47:1,20 49:2,21 50:3,7,23 53:1,19 54:10,21 55:17 58:10

**order** 44:19 58:22

**organization** 6:12

**organizational** 9:5,9

**organizations** 8:25

**origin** 24:7 25:17 26:9

**original** 19:19,24 20:11

**originally** 19:13

**other** 6:25 7:1 10:20 11:10,11 12:5,6 13:20,25 14:10,21 15:11 16:7,8 17:21 21:23 22:12,15 28:2,12 29:15 30:17 31:10 35:10 38:22 39:18 40:7,16 46:10 48:9 51:17 53:8,19 54:9 58:10

**our** 10:16,25 11:6 14:25 15:1 19:14,16 27:12 38:18 40:4,18,19 46:18 48:21,22 49:17,19,22 51:13

**ourselves** 14:8

**out** 13:24 14:12 17:15 28:12 39:11 43:23 49:10 51:15,23

**outlined** 22:23 43:13

**outlines** 43:11

**outside** 22:19 23:1,8

**over** 5:12 29:16 49:3

**own** 9:20 10:25 11:3 12:2,6 18:17,20 25:4 30:14 35:20 39:13,16 44:20 49:6

**owner** 52:17

**P**

**p.m.** 4:2 59:2

**paper** 43:24

**paragraph** 7:11 8:4,7 9:22 11:15,20 12:7,11 19:4,10 20:25 23:10 24:5 25:14 27:6

**parish** 8:23 9:12 23:19,21 25:5 47:24

**parishioners** 28:4

**parking** 30:3

**part** 7:19 14:8 16:16 18:16 20:10 24:20,24 27:11,12,19 37:19 38:16 42:20 43:7 46:3 49:19 50:19 51:22,24 55:8

**particular** 19:5,10,18 22:20 31:12 33:19,20 35:16 41:25 42:3,8 43:12 52:25 53:6,7 54:16, 17

**particularly** 8:16 9:11 14:24 30:21 33:19 39:11 42:8 51:19 55:13

**partly** 38:25

**parts** 46:11 58:6

**passages** 16:8

**passerby** 16:3,15

**passing** 31:11

**past** 38:8 58:2

**pastor** 46:8 51:25

**pastoral** 25:5 37:21 38:6,13 40:11,19 42:15,16,21 46:4 50:16,23

**peace** 27:21 31:21 51:13

**penalties** 36:18

**people** 14:2,5 17:22 19:13,19, 24 20:11 22:23 23:5 39:12 44:1, 2,3 46:17

**people's** 15:4 43:9 46:10

**person** 23:11,24 34:7 51:11

**personal** 9:20

**personally** 32:25 35:9 54:12 55:6

**persons** 4:7 23:15

**pew** 49:18

**pews** 50:6

**photo** 34:11

**photos** 34:5

**physical** 35:25 36:8,9

**piece** 13:21 14:11 21:11,19 35:14 43:23

**pieces** 22:10 28:3 47:25

**place** 9:24 11:21 17:8 25:23 34:3

**placement** 17:17,19

**places** 35:19

**placing** 16:18 52:24

**plaintiff** 33:2,8

**plaintiffs** 4:9 5:24

**plaintiffs'** 6:3

**plaque** 30:23 47:15

**please** 4:6,23 12:19 20:1 43:3

**plenty** 52:6
**plucked** 43:23
**point** 15:1 16:5 18:10,13,19 23:23 37:16 39:11
**political** 31:7
**politically** 57:6
**position** 50:4
**positions** 8:5 9:12
**possible** 11:14
**posting** 53:24 58:9
**practical** 8:20,22 9:6,7
**practice** 49:5
**practices** 46:11
**practitioner** 23:20,22
**Prayer** 49:18 50:5
**preached** 9:25
**preacher** 56:19
**preaching** 8:23
**predecessor** 50:18
**predecessors** 50:15
**preface** 14:19 38:15 43:18
**premise** 14:1
**prepare** 6:19
**prepared** 25:4
**Presbyterian** 11:7,9
**presence** 33:24
**present** 4:7 28:15 35:14
**presented** 36:21
**presenting** 25:15 38:17
**president** 30:22 31:9
**prevent** 5:4
**previously** 34:25
**priest** 23:19,21 42:10 47:24 48:14
**priests** 9:12
**primarily** 24:22 40:15
**primary** 15:18 43:15
**principles** 9:5,10
**prior** 50:9
**priorities** 45:10
**priority** 42:18
**private** 39:4,7,13 42:10 52:9,13, 14,16
**proactive** 46:14
**probably** 33:13 50:20
**problem** 14:20
**problematic** 17:13 21:13 41:1
**problems** 14:21 15:15 16:20
**professional** 37:13
**profoundly** 11:16
**promote** 27:21
**proper** 20:17 22:7
**properly** 26:14
**property** 13:7 16:18 17:18 24:6 26:14 30:9 34:20,23 35:4 38:9 39:4,7,13,15,17,19,22,25 40:25 42:7 52:9,13,14,17,24 53:9,25 54:6,11 55:5,7,16
**proposed** 6:3,23 13:21 15:22 26:3 42:23
**proposing** 17:8 44:10
**Protestant** 11:2,10 12:4 18:16
**Protestants** 10:23 18:15
**Protestants'** 11:12
**protests** 30:13
**provided** 6:24
**psychological** 36:13 54:21,24 55:18,24 57:4
**psychologically** 56:12
**psychosocial** 36:2,3,5 37:7 54:19
**public** 8:24 17:18 28:5 37:22 40:8 52:24 53:9,10,25 54:6,11 55:5,7,16
**publication** 13:6 16:24
**published** 13:20 15:19 48:1
**publishing** 45:3 49:7
**pull** 29:4
**purpose** 44:9 47:18
**purposes** 6:10
**put** 22:7 40:2 43:23
**putting** 15:17 24:13 54:3

### Q

**question** 12:19 20:1,4 23:6 26:21,22 51:4
**questioning** 43:3
**questions** 5:6,17 7:21 57:22 58:5,16
**quite** 27:10,17 29:22 49:20
**quotation** 56:6
**quote** 32:7
**quoting** 55:21 56:17

### R

**raises** 36:7
**rather** 5:18 13:10,16 14:25 31:19
**read** 10:3 12:8 18:4 20:3,4,6,19, 20 21:7 31:3,18 43:7
**reading** 20:15 31:8
**reads** 31:20
**realize** 13:1 23:18 40:16 43:21 55:7
**really** 37:12 46:15
**reason** 14:17 42:2,6
**reasons** 58:13
**recall** 31:5,15 32:15 48:12
**recent** 28:11
**recently** 28:8
**recess** 57:16
**record** 4:7,23 5:14 53:17
**record's** 58:8
**recorded** 24:25
**recounting** 8:3

**redirect** 57:18

**refer** 6:11 11:24 12:17 19:15 25:14

**reference** 16:8 32:2 49:20 56:7, 9,10

**referred** 38:15

**referring** 11:25 12:3,5 19:12 37:19

**refresher** 50:4

**regarding** 28:15,16,17

**Regardless** 13:4

**regards** 8:24

**regular** 42:21 46:4

**regularly** 46:8

**relate** 14:25

**related** 6:23 28:13 40:12

**relationship** 14:6 15:4 21:5 22:22 23:3,4 43:10,11,13

**relevant** 33:13

**religion** 8:9 31:22 32:2,5,9 36:22 46:10 49:6 56:22

**religious** 7:13 9:4,11 11:16 13:13 15:17 16:5,17,24 17:7,10, 21,22,24 18:8,9,11 23:11,16,24 24:9,18,22 25:12,17,24 26:2,13 32:1 33:20 35:16 36:25 40:8,16, 17 41:23 44:8 45:6 47:16,19 48:24 49:7 52:25 54:9,10 55:4,6, 11 57:7 58:9

**religiousness** 13:14

**relying** 33:9

**remember** 31:10

**remind** 43:3

**remote** 4:5

**remotely** 4:14

**remove** 33:1

**removed** 14:2 15:9

**removing** 15:5

**render** 7:12,16

**renders** 21:22

**reparative** 35:21

**repeating** 43:21

**rephrase** 41:18

**reporter** 4:1,13 5:13 58:21 59:1

**reports** 7:1,2

**represent** 31:17 32:16

**representation** 31:25 49:2

**representations** 38:7 43:4 50:17

**representative** 18:25

**represents** 24:6

**require** 37:21 46:1

**required** 48:6

**requires** 35:18

**requiring** 36:16

**resources** 50:23

**respect** 17:21,22 38:22 43:20 44:11 51:13

**responsible** 35:18

**rest** 14:1

**result** 37:14

**Returning** 19:3

**Reverend** 4:5,9,22

**Reverent** 50:18

**revert** 18:3

**review** 7:1 49:18

**reviewed** 6:20,21,22,23

**Richardson** 4:4

**right** 5:25 10:22 21:5 27:22 37:2 46:6,22 57:10

**righteous** 55:23

**righteousness** 21:4

**role** 51:24

**Roman** 32:17

**roots** 19:16 23:4

**rotunda** 47:15

**rules** 5:11

**run** 30:15

**runner** 30:14

**S**

**Sabbath** 16:12,14

**sacred** 44:19

**said** 10:18 32:8 39:20 42:11 46:2 51:8 58:7

**salvific** 14:3 15:5 43:10

**Salz** 4:10,16,21 20:2,9 26:23 27:1 45:7 53:21 57:9,15,17 58:17,20,23

**same** 11:20 22:11 23:6 28:3 34:25 39:3 47:16 48:17 55:17,23 57:4

**sanctity** 22:21

**Sandy** 4:3 20:2 58:24

**saved** 14:6 15:10

**saw** 39:24

**say** 8:21 10:13 11:10,15,20 12:11 15:12,20 18:18 19:4,5 20:20 21:25 22:5,11,25 24:23 25:10 33:3,16 34:24 35:6 37:20 42:19 44:2,25 49:24 54:18,23 56:24 57:3

**saying** 20:22,23 40:21,24 41:5 47:23 55:22

**says** 7:11,16 8:4,12 9:23 27:20 31:19

**SC** 28:9

**science** 31:7

**scratch** 25:9

**scripture** 13:22 16:10 33:20,23 47:12,25 55:10,16 56:7,9,11,17

**scriptures** 16:10 44:4 47:17

**season** 29:19

**second** 5:17

**sect** 35:17

**secular** 7:18 17:25 25:18,25

**see** 16:3 36:6 39:14 52:12 55:20 57:12

**seeing** 34:11 35:8,11 37:5,10 41:3 55:15

**seemingly** 14:25 16:18

**seen** 34:2,5,7,10 41:6 53:8,19
**Senate** 28:10 30:2
**sense** 19:7,23 20:12 21:2 22:19 23:1,8,12 56:20
**separated** 21:3
**September** 4:1
**sermons** 49:21
**served** 8:5
**service** 47:16
**session** 27:9,10,12,17,18,19
**set** 49:10
**several** 53:3
**shall** 13:19,25 14:9 16:14
**shalt** 21:22 22:18,25 23:7
**shift** 45:10
**should** 5:12,18 7:7 35:18
**side** 9:9,11
**signature** 58:19
**significance** 7:13 55:12
**significant** 13:21 25:2
**similar** 38:24 39:24 55:17
**similarly** 56:11
**sixth** 22:17
**slavery** 15:10
**so** 6:10 7:21 9:6,11 10:13 11:6,9 12:3 14:9,17 16:12 17:4,11,17 18:9,17,18 19:12,18 20:10 21:14,18 22:4,16 23:15,21 25:8, 10,18 26:1,15 27:2,16 28:18 29:12,19,22,24 30:11,14 31:8 32:2,11 33:12,13 34:7 35:11 36:9 37:4,16 38:21 40:2,22 41:10 42:2,14,19 43:17 44:6 45:8 46:12,15,19 47:19 48:6 49:16,24 50:2 51:14 52:3,6,24 53:8,20 54:3 55:16 56:19,23 57:10 58:2
**some** 11:10 14:21 52:5,8 55:8
**someone** 20:14 23:22 32:8 41:25 42:4
**something** 17:24 33:16,23 35:14 45:1 46:19 57:6
**sometimes** 29:12 30:15
**sorry** 17:1 26:25 37:16 41:17 44:25 45:12 52:2
**sort** 9:17 41:23 46:7 55:3,23
**sound** 5:15,21
**south** 29:16
**speak** 10:25 18:11,12,17,18,20, 22 19:1 25:3 39:18 48:20 51:15
**speaker** 22:1
**speaking** 22:4 28:1,4 47:24 53:5 54:16
**specialized** 28:14
**specialty** 8:12
**specific** 34:2 38:22 44:12
**specifically** 11:25
**speculate** 20:13
**speculative** 55:2
**speech** 56:20 57:2
**spend** 37:21 46:9
**spent** 38:5,13 40:11 42:14
**Spirit** 32:13
**spoken** 28:8,11,19 50:25 51:23
**Square** 28:14
**stairs** 29:22
**standards** 11:4
**standing** 33:10
**Starting** 7:5
**state** 4:23 12:7 13:7 15:16,17 16:17,18,19,23 17:8,9 20:25 23:11 24:5 25:23,24 26:14,15 32:4,9 33:24 35:16,17 40:25 44:9,17 49:6 52:23
**state's** 24:7 36:21 49:2 55:11 56:22
**state-sponsored** 44:19 45:5
**stated** 8:14 10:5,18
**Statehouse** 25:15 26:8 27:4,7 28:22,24 29:21,23 30:9,12,13, 16,18 31:14,23 32:14,20,24 34:3,15 35:4 37:15 42:7 46:25 48:3,10,16 49:7 50:11 54:25 58:3,11
**statement** 7:25 23:13 24:8 37:9
**states** 27:7
**stating** 33:23
**statue** 31:14 56:15,24 57:5
**staying** 37:3
**steal** 15:3 23:7
**stem** 19:5
**stems** 14:10 22:21 43:9,12
**Stewart** 4:3
**sticking** 35:11
**still** 34:24 52:18
**story** 9:18,20,21 16:17
**street** 29:2,6,13 30:2,3,15 57:25
**streets** 29:10,24 30:7
**stress** 35:19 36:6,8,11 37:5
**studied** 8:8 9:23
**study** 9:4,17 48:4
**Subject** 57:17
**submitted** 7:3,8
**subset** 9:16
**such** 32:19 42:20 47:4,11 56:7
**suggests** 21:25
**suing** 33:1
**suit** 50:19
**Supreme** 53:4
**sure** 17:14 22:16 29:5,11 30:1 33:15 37:2 40:20 41:24 43:2,6 57:14 58:8
**surprised** 48:15,24
**surrounded** 32:17
**swear** 4:14
**sworn/affirmed** 4:18
**symbol** 54:10
**symbols** 54:9 55:6

## T

**take** 14:23 29:10 30:16 52:4 57:11 58:19

**taken** 57:16

**talk** 25:4 39:21 50:23

**talking** 5:12 6:17 33:25 42:9

**taught** 8:8 9:25 38:21 42:14

**tax** 28:14

**teach** 38:16,18 44:20

**teaching** 6:21 8:24 37:22 38:6, 13 39:23 40:12 42:16 45:11 46:15,17 48:21 49:19 50:16

**teachings** 49:4

**tell** 5:2 6:18 50:20

**ten** 6:21 7:13,17 9:23 10:5 11:16 12:8,12,17,18,21 13:6,9,10,16 14:3 15:20 17:12 18:4 19:4,5,22 20:5,12 21:3,10,16 22:1,5 23:12, 17 24:14,19,23 25:1,7,10,15 26:8 35:4 36:16,20 38:14,16,23 39:21 40:2 44:12 45:18,21 48:22 49:2,10 50:1,10 52:8,13 53:2,8, 25 54:5 58:6,10

**tend** 46:14

**terms** 25:4 27:15 44:1

**testified** 4:19 48:14

**testify** 7:25

**testifying** 6:2,14

**testimony** 27:11,15,25 28:4

**text** 37:23 43:20 44:19,20 54:10 55:15

**texts** 54:10

**than** 5:19 12:6 13:11,17 50:21 53:18 56:24

**thank** 6:13 9:14,22 17:16 26:24 30:8 57:19 58:20,24 59:1

**thanksgiving** 15:9

**that** 4:13 5:1,4,13,15,21,25 6:11, 20,24 7:3,8,11,14,16,21,25 8:4, 7,10,14 9:4,9,17,21,23 10:3,4, 13,18,21 11:12,14,16,20,21 12:2,8,12,13,16,17,19,20,21,23 13:2,8,15,19,25 14:8,10,11,14, 15,17,19,21,24 15:1,7,11,20,22 16:2,5,6,15,16,17,19,22 17:4,8, 13,24 18:4,6,10,12,19,24 19:6, 22 20:1,3,5,14,15,20,22,23 21:1, 3,4,7,8,9,11,15,21,25 22:1,3,5, 11,14,18,19,20,21,25 23:1,2,5,7, 8,9,11,13,14,15,18,23 24:1,3,5, 10,14,19,21,23 25:3,6,9,18,22, 23,24 26:1,5,7,12,15 27:2,7,23 28:11,19 29:7 30:4,18,23 31:9, 10,15,17,18,23 32:7,16 33:3,8, 12,21,23 34:2,10,19,25 35:2,7, 10,12,15,17,18 36:6,20,23 37:2, 4,10,12,14,16,19,20,25 38:1,4,7, 14,15,16,18,20,22,23 39:5,14,22 40:7,17,18,24,25 41:1,4,8,9,11, 12,13,18,22,24 42:6,7,11,15,19 43:4,12,13,17,19,23,25 44:9,13, 18,20,21,22,24 45:3,20,23 46:1, 7,19,21 47:2,3,6,15,17,20 48:2, 9,12,14,19,20,22,23 49:1,5,9,24 50:4,5,9,10,13,17,19,21 51:6,7, 15,21,22,23,24 52:7,10,11,23 53:1,5,22,23,24 54:1,4,5,19,23 55:1,7,10,12,17,21,23 56:5,6,7, 8,10,16,18,19,21 57:3,5,6,14,23, 25 58:2,14

**that's** 8:16 9:9 14:20 16:13,23 21:12 22:4,12 27:13 30:2 32:14 33:4,16 40:1 41:2 42:18 43:1 45:14 51:4 52:4,16 54:24 56:20

**the** 4:2,4,7,9,14,23,25 5:2,13,23 6:6,8,12,15,21,23,25 7:3,8,12, 13,17,21,25 9:6,9,10,19,23 10:1, 2,5,6,7,9,14,19,22,23 11:1,2,16, 17,25 12:1,8,18,21 13:3,4,5,6,8, 9,14,15,16,18,20,21,22,23,24,25 14:1,2,4,5,6,9,10,11,12,13,15, 17,24 15:1,4,7,8,16,18,19,20,22 16:5,8,9,10,12,14,17,19,20,23 17:1,3,4,6,8,11,12,17,18,19,20, 22,23 18:4 19:1,4,5,7,12,13,15, 18,19,20,22,24 20:5,6,7,11,12, 16,23 21:1,2,3,9,10,12,15,16,20, 21,22,25 22:1,5,7,8,12,15,17,18, 21,22,24 23:2,4,6,12,17 24:2,6, 7,14,19,23,25 25:1,6,7,10,15,23 26:5,7,9,15,16,21,22,25 27:7,9, 10,12,13,15,16,17 28:9,10,11, 13,22,24 29:10,13,14,16,17,18, 19,21,23 30:2,3,5,9,12,13,16,18, 21,22,23 31:10,13,19 32:2,12, 14,20,23 33:4,9,18,24,25 34:2,3, 5,11,15,25 35:3,10,15,17 36:15, 16,19,20,21 37:5,10,12,13,19 38:1,6,8,14,16,23,24 39:2,3,5, 11,15,21 40:2,15 41:1,7,10,14 42:2,12 43:2,4,9,13,14,17,19,20, 22 44:1,2,7,9,12,13,18,23 45:4, 8,9,15,16,17,18,19,21,23,25 46:5,7,24,25 47:2,4,15,16,21,25 48:2,3,9,13,17,19,22 49:1,2,3,6, 9,10,11,13,17,18,20,21,22,23,25 50:1,5,6,7,10,16,18,19,23 51:12, 14,18,20,21 52:8,12,16,19,23 53:2,3,4,13,17,19,25 54:4,5,15, 19,25 55:11,15,16,17,21,22,23 56:1,5,6,12,24 57:1,10 58:2,3,5, 8,10,13,24

**their** 9:8,18,24 10:1 14:5 25:16 26:2 27:15 28:5 31:5 39:13,19, 22 43:10 48:21 49:5,6 52:19

**them** 12:12,25 14:2,6,16 15:5 18:8 20:15,19,20 31:3 35:25 36:2,24 40:1,23,25 41:3,6 45:24 47:21 48:20 52:21

**themselves** 4:6 17:7 20:15

**then** 5:10,17 7:2 8:7 10:22 11:10,15,20 12:11 13:10 14:17 20:20 23:6 24:24 35:9,19 41:25

**theological** 9:4,10 15:15 18:7 48:15

**theologically** 52:21

**theology** 8:9,13 9:15,16,17

**there** 5:4 11:25 12:16,20 13:2 15:11 16:19 17:15 19:18 21:25 23:18 24:21 27:2,10,20 28:12, 17,18,23 29:9,13 39:2 40:7,16 43:18 44:4,11 50:9 51:6 52:8 56:8

**there's** 21:19 26:15 40:22 45:22 47:14 55:12 57:12

**these** 14:3,14,23 16:6,16,20 22:9 24:2 35:21 54:4

**they** 10:19 11:21 16:4,7 17:7 19:6 20:6,8,15,19,20,23 21:2 22:9 23:13 24:1,18 25:12 26:3,5, 6 31:2 39:19 40:1,4,5 41:3,4,10, 13,15 42:22 48:6 49:1 50:4,7 52:19,25 54:5 55:12

**they're** 20:22 25:12 26:1 40:24 41:11

**thing** 46:7 47:4

**think** 9:6 18:1,24 25:3,22 26:5, 20 32:11 33:12,18 35:19 37:12 39:10 41:19 47:14 48:17,19 49:1,5

**thinking** 48:11

**this** 4:4 5:24 6:10,19,23 7:3,8,9 8:1 13:9 14:18 16:3,4,5 19:4,10 20:16 22:10,16,20 25:18 26:3,24 27:3 31:22 33:2,4,19 37:9,14 39:21 41:1 42:8,23,25 43:6,8 46:12,23 47:18,24 48:4,13 50:20,25 52:7,24 53:6,18 54:16, 17 55:13 58:7

**those** 7:21 9:12 15:3,14,18 18:2 30:7,25 35:22 38:19 40:12,22 43:15 46:3 47:16 49:22 53:13,17 55:9 57:4

**thou** 21:22 22:18,25 23:7

**though** 41:13 46:19

**thought** 45:13

**thoughtful** 51:10

**threatened** 49:6

**through** 5:11 10:1 29:10 30:9 31:11

**throughout** 16:9

**time** 4:2 26:25 45:10,20 46:9 50:13,23 52:4 58:25

**times** 29:14

**timing** 27:14

**titled** 32:13

**to** 5:2,5,13,24 6:11,17,18,19,23, 24 7:6,12,16,18,25 8:1,18,24 9:22 11:15,24,25 12:3,5,7,11,12, 13,17,21,24,25 13:5,22 14:5,14, 16,23,25 15:1,2,3,9,12,16 16:3, 4,13,15,23,25 17:2,8,14 18:3 19:1,3,12,14,15,23 20:2,13,18, 20,25 22:4,16,17,24 23:10,11, 16,19,22 24:9 25:3,4,8,14,23 26:16,19,20 27:3,7,20,21,22 28:13,22,24 29:4,20 31:17 32:2, 23 33:1,13 34:3,22 35:3,11,13, 17,20,21 36:6,16,24 37:2,3,19, 21,23 38:15,19,22,24 39:5,11, 12,14,15 40:1,2,12,20,22 41:6,9, 18,21,25 42:1,2,15 43:2,5,6,17, 19,20 44:7,11,13,16,18,19,23,25 45:4,9,15,16,17,20,21,22,23,24 46:12,14,16,21 47:7,11,16,20,21 48:3,6 49:14 50:5,20,23 51:1,5, 8,10,12,13,15,18 52:7,12,16 53:16,22 55:3,7,9,13,20 56:7,9, 10,20,21 57:11,12,17 58:7,9,21

**today** 4:1 5:5 19:20,25 20:12 42:9 53:5 54:16

**together** 12:14

**took** 48:15

**topics** 8:8 18:2

**toward** 31:20

**towards** 9:11

**tradition** 9:25 12:2,5 17:10,21, 23 18:8,16,17 19:14,15 20:7,17 25:7 32:1 33:21 44:21 55:11

**traditions** 11:18

**train** 30:23 31:11 45:13

**training** 18:7

**translation** 44:12

**translations** 44:16

**travel** 27:7 29:9

**true** 37:3 47:5 48:17 55:22

**truth** 5:2

**truthfully** 5:5

**trying** 17:2 33:13 41:21 45:22 55:3

**turning** 12:7,11

**two** 15:14,18 57:22

**typically** 30:15

## U

**U.S.** 53:4

**uh-huh** 5:19

**uncomfortable** 32:20 34:12 53:14 54:11,12

**under** 5:1 22:9

**understand** 5:1 12:12 16:16 17:2 22:5 33:7,14 38:19 40:20 41:21 45:22 50:3 56:18 57:1

**understanding** 9:19 19:16 20:23 24:2 33:8 34:19 47:3 49:2 53:24 55:11

**unified** 12:8 13:11,17 14:18,22 15:12 18:5 43:7

**Union** 6:7,9

**universally** 51:7

**unless** 55:1

**Until** 41:15

**up** 7:7 16:23 28:8 29:4 40:1 41:6 42:5 51:15 52:16 57:12

**us** 46:17

**use** 6:20 13:22 25:7 30:6

**using** 9:1 33:19

## V

**variations** 5:19

**varies** 27:16

**variety** 13:5 28:19 29:11 42:17

**various** 16:10 54:5

**varying** 13:2

**venue** 53:10

**verbal** 5:18

**version** 13:20 44:12 50:10

**very** 38:23 45:9,25 50:18 55:12

**vice** 30:22 31:9

**view** 14:18 19:22 20:5 21:9,15 22:2 23:7,15,19 25:8,18 26:1,7 27:3 33:12 36:21 45:6 49:9 51:24 52:25

**viewed** 15:12 57:5

**viewing** 54:24

**views** 10:5,17,18,20 11:11,12 12:25 18:24 23:18 49:25

**visits** 56:4

**vocational** 35:20 37:13 45:10

**vocationally** 35:9

## W

**walk** 28:23,24,25 29:1,10,25 30:8

**walls** 32:14

**wandering** 46:16

**want** 6:18 17:14 22:4 37:2 39:12 40:1 41:18 44:25 58:7,21

**warrant** 47:20

**warrants** 46:20

**was** 4:18 20:16,17 22:1,3,8,21 28:9,11 31:7,9 36:16 44:8 50:9, 10,13,14,19 53:24 56:8,18

**Washington** 30:1,15 31:14 56:2 57:25

**water** 52:5

**way** 14:4 16:19 17:4 41:1 51:8

**ways** 16:11 49:22 54:5

**we** 5:12 7:7 10:25 11:6 12:17,21 14:7 15:8 28:8 29:17,20 38:16, 18 41:8 43:2 49:18,20 52:6 58:5

**we'll** 18:1 58:19

**we're** 38:17 42:9 57:10

**we've** 28:11,12,14,17,19 33:25 52:2

**wears** 27:12

**Wednesday** 29:20

**weeds** 17:2

**week** 27:18

**well** 4:22 5:10 13:18 14:23 21:11 31:17 36:13 43:21 47:2 53:23 56:10

**were** 5:23 6:24 7:3,12,16 16:3 20:6,8,14 21:4,10,16 22:6,8,9 23:22 35:3 36:20,21 39:2,3,7,14 46:12 55:20 56:5

**west** 29:17 58:2

**what** 6:19 8:21 9:1,14 14:21 15:7,14 17:3 18:15 20:13,15 22:8 24:7 25:4 27:24 28:7 30:11 31:18 33:7,18 35:20 39:12,19,24 41:7 43:4 45:20 47:23 49:3 51:5, 17 52:22 54:9,15 55:3,20 56:15

**whatever** 30:2 54:21

**when** 11:24 28:22 29:9 35:17 38:17 42:22 44:2 47:25 49:21

**where** 28:25 29:3 30:6 34:14,15, 17,18 37:20 44:3

**wherever** 13:22

**whether** 7:17 11:9 52:25

**which** 6:18 7:6 13:5,23 14:1,4 16:1 17:9 20:6,7,16 22:8,9 24:2, 3 26:6 29:14,24 30:20 36:7 47:5, 19 49:18,22 52:8 53:20 56:16

**While** 11:1

**who** 9:12 13:24 14:6,12 16:15 19:10 20:10 28:2 48:14

**whole** 7:18 20:23 43:7,8

**whom** 19:13 47:1

**why** 15:7 16:2,22 22:5,8 24:17 39:21 40:14 42:14 43:25 58:13

**Why's** 26:12

**widely-held** 10:16

**wife** 23:3

**will** 4:6 5:10 29:15 30:16 35:20 37:14 46:1,5,11 48:3 53:20 57:14

**William** 4:17,24

**wishing** 25:23

**with** 4:3,7,11 5:18,19 7:5 8:10, 24,25 9:5,8,10 10:6,19 11:11 12:23 14:6 15:1,5 17:22 18:9 19:13 21:5 22:22 23:16,22 28:1, 2,4,15,17 29:15 31:13,21 32:12 33:19 35:15 38:21 39:19 40:22 43:10,11,20 44:11 46:23 47:1,2 49:23 50:25 51:3,7,20 52:19 54:3 56:1 57:7,11

**within** 9:24 19:7,17 20:6 21:1 32:20,23 38:20 39:16 40:3,4,19 43:18 44:20

**without** 21:11 35:14 48:1

**witness** 4:14 28:6 58:24

**witnesses** 6:25 48:13

**woman** 32:17

**word** 54:19

**work** 8:24 27:11,12,15 44:18,24 45:17 46:5,25 51:2,9,12,18

**working** 28:3

**world** 9:7

**worries** 45:14

**would** 5:4 8:10,21 10:13 11:6,7, 10,11 12:25 13:18 15:8,11,14,18 16:4,15 18:18,24 19:19 20:1,14, 15 21:25 22:5,11,24 23:2,23 24:1,14,19,23 26:8 29:24 30:4,5 32:11,19,23 33:1,3,16 34:3,24 35:3,10,12,22,25 36:2,5,9,11,12, 15,19,23 37:4,5,10,11,20 39:4,6, 10,15 41:1,11,21 42:1,2,3,8,19, 20 43:19 44:16 45:4,12 46:3,20 47:4,19 48:14,17,24 49:1,6,22, 24 50:2 52:9,10,12,18,21 53:25 54:6,10,13,18,23 55:4,15,17,23 56:11,13,23 57:3 58:9

**wouldn't** 12:24 32:21

**written** 20:7,16 55:10

**wrong** 20:20,22

### Y

**yeah** 20:2 36:4 41:9,19 54:22

**years** 8:23 18:7 23:20

**Yep** 37:18

**yes** 4:16 5:3,16,17,18,22 6:1,5, 13,16 7:4,10,15,20,23 8:11,16 10:8,16 12:2,10,20 13:12,18 14:20 15:23 19:21 21:14,17,24 22:14 24:25 25:21 26:4,11 27:23 29:8 30:5 32:25 33:6,11 34:13 35:1,5,9 36:14 37:6,8 38:4 39:9 40:10 41:24 42:23 46:23 48:5 49:12,15 50:2,12 51:11 52:1,15 53:15 54:2,8,21 55:3,19,25 56:3, 14 57:8,24 58:4,12,15,23

**you** 4:7 5:1,4,8,23 6:2,6,11,13, 14,18,19 7:1,8,11,16,25 8:4,7, 10,21 9:6,14,22 10:13,18 11:10, 15,20,24,25 12:7,11,16,19,20 13:8,19,22,24,25 14:9,12,18 15:8,11,16 16:13,14 17:16 18:3, 10,12,18,22 19:3,5 20:1,2,20,25 21:21,25 22:2,5,11,17,24 23:10, 19,22,23 24:5,14,19,23 25:1,10, 14 26:20,22,24 27:7 28:7,20,22, 25 29:9,10,25 30:8,11,17,20,25 31:3,5,13,17,24 32:3,12,20,23 33:1,3,9,16,21 34:2,7,12,18,24, 25 35:2,3,6,7,12,22,25 36:5,9, 12,15,16,23 37:4,10,11,19,20,21 38:1,5,12,15,21 39:4,14,15,20,

24 40:2,7,11 41:3,13,17,21 42:2,6,11,14,19 43:3,4,19 44:13,15,17,18,23,25 45:17,23,24 46:2,7,15,19,20,23 47:6,12,19 48:2,9,17,21 49:1,3,9,24 50:5,9,15,21,22 51:1,2,7,8,17,24 52:7,10,12,18 53:2,14 54:1,7,11,13,18,23 55:1,17,20 56:1,3,5,11,23 57:3,4,6,19,22,23 58:2,7,9,20,21,24 59:1

**you'd** 35:7

**you're** 5:1 12:3 27:19 33:8 40:21 47:23 48:23 51:5

**you've** 9:23 38:7 42:24 53:8 58:13

**your** 4:23 5:5,20 6:3,14,17 7:5,6,21,24 8:3,12,14,19 9:1,23 10:5,18 11:10 12:25 13:24 14:12 15:2,8 17:3,15 19:3,22 21:9,15 23:7,15,16 25:8,18 26:1,7 27:3,6,20,22 29:3 33:12 35:6 37:3,20,23 38:13 40:21 41:2,22 42:3,4,20 44:17,20 46:3,20 48:3,8 49:13,24 50:4,13,15 51:24 52:4,6 57:7,18 58:24