Library of Congress
Prints & Photographs Online Catalog

LIBRARY LIBRARY OF CONGRESS

ASK A LIBRARIAN | DIGITAL COLLECTIONS | LIBRARY CATALOGS

Search Search Loc.gov GO

Library of Congress > Prints & Photographs Reading Room > Prints & Photographs Online Catalog > Collection > Record

## Highsmith (Carol M.) Archive

Bibliographic Information

# Courtroom in the historic E. Barrett Prettyman Federal Courthouse which houses the U.S. District Court and U.S. Court of Appeals for the District of Columbia Circuit, and the U.S. Foreign Intelligence Surveillance Court. Washington, D.C.

- Digital ID: (original digital file) highsm 42418 http://hdl.loc.gov/loc.pnp/highsm.42418
- Reproduction Number: LC-DIG-highsm-42418 (original digital file)
- Repository: Library of Congress Prints and Photographs Division Washington, D.C. 20540 USA http://hdl.loc.gov/loc.pnp/pp.print

About This Item | JPEG (122kb) | JPEG (258kb) | TIFF (141.6mb) | TIFF (283.1mb)



PLAINTIFF'S EXHIBIT 10