**In the Matter Of:**

*INDIANA CIVIL LIBERTIES UNION, ET AL.*

*-v-*

*MIKE BRAUN*

---

**Patrice M. Abduallah**

*August 26, 2026*

StewartRichardson
DEPOSITION SERVICES

800.869.0873 | www.StewartRichardson.com

REPORTING DRIVEN BY EXCELLENCE – *Since 1975*

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | CHESTERTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

INDIANA CIVIL LIBERTIES UNION, et al. )
)
Plaintiffs, )
)
)
-v- ) No. 1:00-cv-00811-SEB-VSS
)
MIKE BRAUN, )
)
Defendant. )

The deposition upon oral examination of PATRICE M. ABDUALLAH, a witness produced, and sworn by me, Sandra Marchky, RMR, CRR, Notary Public, in and for the County of Marion, State of Indiana, taken remotely, on behalf of the Defendant, on August 26, 2026, at 9:00 a.m. Eastern, pursuant to the Federal Rules of Civil Procedure.

STEWART RICHARDSON & ASSOCIATES
Registered Professional Reporters
(800)869-0873

A P P E A R A N C E S

(All participants appeared via Zoom videoconference)

FOR THE PLAINTIFFS:

Kenneth J. Falk, Esq.
ACLU OF INDIANA
1031 E. Washington Street
Indianapolis, IN 46202
kfalk@aclu-in.org

FOR THE DEFENDANT:

John P. Lowrey
Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South
Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770
john.lowrey@atg.in.gov

Benjamin A. Fleshman, Esq.
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave NW
Washington, DC 20006
bfleshman@becketfund.org

# I N D E X

## EXAMINATION INDEX


| | PAGE |
|---|---|
| PATRICE M. ABDUALLAH | |
| BY MR. LOWREY | 4 |
| BY MR. FALK | 37 |
| BY MR. LOWREY | 41 |


## EXHIBIT INDEX


| IDENTIFICATION | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Amended Complaint for Declaratory and Injunctive Relief | 15 |

COURT REPORTER: Today is August 26, 2026. The time is 9:00 a.m. Eastern. My name is Sandy Marchky, in association with Stewart Richardson, Indianapolis, Indiana. This is the remote deposition of Patrice Muumba Abduallah.

Will counsel please identify themselves for the record and any persons present with you.

MR. FALK: Ken Falk for the plaintiffs, representing the deponent.

MR. LOWREY: John Lowrey for the defense. And I am with the Office of the Indiana Attorney General.

MR. FLESHMAN: Ben Fleshman with The Becket Fund for Religious Liberty, also here on behalf of the defendant.

COURT REPORTER: Does counsel agree that I may swear the witness remotely?

MR. FALK: Yes, you may.

MR. LOWREY: You may.

PATRICE M. ABDUALLAH

having been first duly sworn/affirmed, was examined and testified as follows:

EXAMINATION

BY MR. LOWREY:

Q. Good morning, Mr. Abduallah. My name is

John Lowrey. And as you just heard, I'm here representing the defendant in this case.

Would you please state your name and spell your last name for the record.

A. My name is Patrice M. Abduallah. It's spelled A-B-D-U-A-L-L-A-H, Abduallah.

Q. Would it be possible for you to speak up a little? It's hard to hear you.

A. Yes, I can.

Q. Thank you. Thank you very much. May I call you Patrice?

A. Yes, you may.

Q. Thank you, Patrice. Have you ever given a deposition before?

A. Yes, I have.

Q. And in what circumstance was that?

A. You're going to take me back a little ways. I'm not sure. I think we -- we didn't do a deposition -- there was something else that -- I was a former city councilman. So in my travels and all my responsibilities, I've had some depositions to make along the way.

Q. Do you know how long ago that was?

A. We're talking 2002.

Q. Okay. Well, since it sounds like it's

been a while then, I'm just going to refresh your memory on sort of the ground rules on how this works. This is basically an interview. I'm going to ask you questions. The court reporter is here to record your answers. I'm going to presume that you understand my questions unless you indicate that you don't understand in some way.

Is that going to work with you?

A. Yes, that would be great.

Q. And because the court reporter is recording your answers to my questions, please give verbal responses rather than nodding or gesturing or things of that nature since -- well, for example, that nod right there is not being picked up by the record.

A. Okay.

Q. Will you try to do that?

A. I will. Thank you.

Q. Thank you. And I know it's difficult especially when we're dealing with the videoconferences. But to ensure a clear record, we need to try to not talk over each other. So I will try not to interrupt you when you're answering or talk over your answers.

Would you please try not to talk over me when I

am asking my questions?

A. Okay.

MR. FALK: Can we go off the record for one second, John? Let me move the microphone.

MR. LOWREY: All right.

(Off record)

BY MR. LOWREY:

Q. Patrice, you're the star of the show this morning. So if you need a break, feel free to ask. But if we do take a break and there are any pending questions, I'll ask you to finish answering that question before we take a break.

Is that all right?

A. That's fine.

Q. Wonderful. So have you taken any medications, drugs, alcohol, any substances today that would make it difficult for you to answer my questions?

A. No, none other than my routine aspirin, you know. That's about what I started off with this morning.

Q. Understood. Is there any other reason that you would be unable to truthfully and accurately answer any questions I might have today relevant to this case?

A. No.

Q. Okay. Other than meeting with your attorneys -- I don't want to know about anything you said to Ken or any of his team -- did you do anything to prepare for this deposition?

A. I got a good night's rest.

Q. Did you read any documents?

A. Yes, I did.

Q. Which documents did you read?

A. I read the complaint that I was a part of when we presented this case.

Q. Now, when you say the complaint, are you referring to the amended complaint filed earlier this year or the original complaint filed back in the early 2000s?

A. Both.

Q. Any other documents?

A. No.

Q. And did you speak to anybody other than the attorneys concerning this case?

A. No.

Q. And I see you have some papers there in front of you. What are those papers?

A. This is basically the original --

MR. FALK: Amended.

A. -- amendment that was filed in 2002.

MR. FALK: No, it's the current one.

A. Oh, it's the current one.

MR. FALK: It's the amended complaint, John.

MR. LOWREY: Okay. Great.

BY MR. LOWREY:

Q. Do you have any other notes or documents with you?

A. No.

Q. All right. And are you being compensated for testifying today?

A. No.

Q. All right. I have to ask. Sorry.

A. Okay.

MR. FALK: You keep asking. Some day they're going to ask me to compensate them. So I'll have to talk to you about that.

BY MR. LOWREY:

Q. All right. Well, Patrice, what sort of educational background do you have?

A. I earned a Bachelor of Science Degree at Art institute, I'm a certified chef, and associate degrees, certificates, you know.

Q. And what is that Bachelor of Science in?

A. It's in technology and preparation of foods.
Q. And where was that from?
A. The Art Institute of Atlanta, Georgia, and also Art Institute of Indianapolis, Indiana, in The Pyramids.
Q. And you mentioned associate's degrees. What associate's degrees do you have?
A. I have one in baking science and then one in foods and then a certificate, food preparation.
Q. And are you currently employed?
A. No, I'm not.
Q. Are you retired?
A. Yes, about a week ago.
Q. And what did you do before you were retired?
A. I worked for the Lawrence Township schools, high school, creating meals for their lunch and some dinner programs.
Q. And when you say creating -- creating lunches and some dinner programs, were you doing that as a chef or as a meal planner? What was sort of the nature of that?
A. I was hired in as a chef. But they gave me different menus to prepare for the lunch or

special meals for after-school kids.

Q. So you were -- you weren't designing the menus, you were working from menus that someone else had designed?

A. That's correct.

Q. Okay. Are you a member of the ACLU?

A. I believe I am. It's been a while.

MR. FALK: John, we'll stipulate that he is not one of the people we are relying upon for purposes of standing.

MR. LOWREY: Okay.

MR. FALK: ACLU standing, of course. I apologize.

MR. LOWREY: I presumed.

BY MR. LOWREY:

Q. Are you a member of any other organizations?

MR. FALK: And I'll object as to the fact that he has association or rights not to disclose members -- memberships and associations. And he can answer if he wants to. But I'll interpose an objection and inform him that he can refuse to answer if he does not feel it's appropriate.

THE WITNESS: I'll stick to the substance matter.

BY MR. LOWREY:

Q. Okay. Have you ever been arrested?

A. Yes.

Q. What for?

A. Visiting a club after hours.

Q. And were you charged with any crime as a result of that?

A. No. It was thrown out of court.

Q. When you say thrown out of court, do you mean that the prosecutor chose not to bring charges or do you mean that there was some sort of court proceeding that came out in your favor?

A. Well, I assume it came out in my favor. I think everybody was dismissed. There was a lot of people taken to jail that day -- that night or that morning. But we were soon let -- we were let go about noon that day.

Q. And around what -- (inaudible)?

A. Can you repeat your question.

MR. FALK: Your question dropped off, John.

BY MR. LOWREY:

Q. What year was that?

A. He would bring that up, wouldn't he. I'm not sure what year it would be. I would say 1964,

'65, something like that.

Q. And how did you become involved with this case?

A. This particular case?

Q. Yes.

A. Basically, as a chaplain and also as a Muslim, all the community asked me to step forward and see what I thought about it.

Q. So did someone contact you and ask you to get involved in this case then?

A. Yes.

Q. Was it the ACLU that contacted you and asked you to get involved?

A. Not at first.

Q. Do you remember if you reached out to the ACLU first or they reached out to you first?

A. I think we came to each other at the same time.

Q. And you had mentioned in your response that you were a chaplain?

A. Yes, for the Marion County Sheriff's Department.

Q. And how long were you a chaplain at -- if I say MCSO, does that abbreviation make sense to you?

A. No, it doesn't.

Q. How long were you a chaplain at the Marion County Sheriff's Office?

A. Well, I started the program 2011.

Q. And when did you stop being a chaplain there?

A. It's ongoing, continuous. I just took off some time to go to other programs that the mosque identifies for me to do.

Q. When did you start taking time off?

A. I would say 2005.

Q. I'm a little confused by that response because you said you started at 2011?

A. Yeah.

Q. So if you stopped in 2005, that would mean you stopped six years prior to when you started.

A. That's correct.

Q. Okay. Can you elaborate on that a little?

A. Well, basically, my responsibility was to give the Islamic services on Fridays at the jail. And so, basically, that's what I would do is to have our Islamic services. Muslims are required to pray every Friday at five days -- five days -- five days -- five slots a day, five prayers a day, and to show them how to pray and how to recite the Koran.

Q. And that was beginning in 2011?
A. Yes.
Q. And are you still doing that or have you retired?
A. Off and on, off and on, I still do it.
Q. Is that a volunteered position or a paid position?
A. Volunteer.
(Thereupon, Exhibit No. 1 was marked for identification.)
BY MR. LOWREY:
Q. All right. I am going to share a document with you, put it up on the screen.
Can you see this document?
A. Yes, I can.
Q. I know you're sitting at a desk with a screen in front of you.
Can you read this document from where you're sitting?
A. Yes.
MR. FALK: We're on a big screen TV. But I've also supplied him with the copy of the identical document.
MR. LOWREY: All right. It just seemed like it would be unfair if I didn't confirm he could

read it before I started asking him questions about it.

MR. FALK: I think that's correct.

THE WITNESS: Correct.

BY MR. LOWREY:

Q. All right. I'm going to direct your attention down the document to paragraphs 55 through 58 on page 11 of the document.

A. Yes, I see it.

Q. And those paragraphs concern a Patrice Muumba Abduallah.

Are you the Patrice Muumba Abduallah referred to by these paragraphs?

A. Yes, I am.

Q. So number 55 states that you are an Indianapolis resident.

I don't need an address or cross streets or anything like that. But roughly where in Indianapolis do you live?

A. On the west side of Indianapolis.

Q. What was that?

A. West side of Indianapolis.

Q. And thinking about the west side, there are a number of different freeways. Notably, there's the 465 loop surrounding Indianapolis.

Are you inside the 465 loop or are you outside of the 465 loop?

A. I'm inside the loop.

Q. And about how far away from downtown would you say you are?

A. Well, about a half a mile I think it is, not far.

Q. All right. Directing your attention to paragraph 56, would you read that quietly to yourself and let me know when you're done.

A. Yes, I finished it.

Q. All right. In that paragraph, do you see that it says you frequently travel past the area where the defendant plans to post the Ten Commandments monument?

A. Yes.

Q. How often is frequently?

A. I think a lot of it has to depend on the activities of the community, how things are going, who's doing what. And, you know, I go there to visit them or either I go there to work with other chefs and outdoor events.

Q. So it's not something that happens regularly or according to any definite plans you might have?

A. No.

Q. And you said -- and when it says travels past the area where the defendant plans to post the monument -- the Ten Commandments monument, under what -- what does it mean when you're saying you travel past the area? Are you driving by? Are you walking? What do you do?

A. Most of the time, I'm traveling in my car.

Q. And when you are driving on your -- driving in your car, what street are you driving on?

A. Capitol Avenue sometimes. Sometime it's West Street. Sometime it's Ohio. Sometime it's Washington Street.

Q. And when you are driving your car on Capitol, West Street, Ohio or Washington Street, are you paying attention to the road?

A. I should. So your answer is yes. I'm being facetious. But, yes, you have to, yes.

Q. So you're not looking at the monuments that are on the lawn as you drive by?

A. Can't help to see them. They're there.

Q. But they're not your primary focus?

A. No, until they have something on them.

Q. And moving further down the paragraph, it says that you anticipate traveling to the

Statehouse in the future to lobby and otherwise participate in the political process as a citizen of the State of Indiana.

So when do you travel to the Statehouse?

A. When there's major events coming up, like expo, different programs that seem to come to the Convention Center, something happens to come to the state office building. I'm an entrepreneur. So I go in there to pay the taxes. Go in there to look -- the state office building, go in there to look around, see what's going on.

Q. So when you say the state office building, are you referring to Government Center South?

A. North, South, I don't know. I'm not sure if it's --

Q. The larger -- the larger office buildings, rather than the Statehouse?

A. Well, I'm going there basically to pay -- state office building to go in there to pay taxes or get some -- retrieve information I need to push my business a little bit.

Q. So you're visiting agencies in the Government Center. You also mentioned the Convention Center.

What streets are the Convention Center on?

A. They're on Capitol Avenue, Maryland, West Street, Meridian.

Q. Okay. And when you are going to the Government Center or the Convention Center, where do you park?

A. Believe it or not, I'm parked right there on West Washington Street, right there across from the Hyatt Regency. I park in those handicap parking spaces.

Q. That's a long walk if you're going to the Convention Center.

A. I need the exercise.

Q. Fair enough. Do you ever go into the Statehouse itself?

A. Yes.

Q. When do you go into the Statehouse itself?

A. Basically, a lot of times I go there to meet other state representatives. There may be some issues that came up. I just want to see the county councilmen. So I try to go inside, talk a bit with them, talk to seats of the house, see what's going on, what's on the agenda.

Q. And do you have any concrete plans on when you are going to do that next?

A. No.

Q. And when you've gone in in the past to talk to representatives, where in the Statehouse have you gone?
A. Basically go to the gallery, basically where everybody is assembling. Everybody's -- you know, they take respective seats. And I go in and talk to them about different issues that they bring before the board.
Q. And do you know where in the Statehouse that gallery is?
A. As I remember it and look at it -- I'm not quite sure how to describe it. But basically, it's like right in the center of the complex itself.
Q. Near --
A. You see the gallery. You see -- I'm talking the inside, going on the inside. So I immediately see the state representatives, the senators, people I like to talk to, as well as democrats, as well as republican.
Q. So near the rotunda?
A. Yeah.
Q. And is that on the -- and do you remember what floor of the Statehouse that is?
A. I'm not sure. I think it's where the governor's office is, on the second floor I believe

it is. I'm not sure. I'm not sure.

Q. Now, when you say second floor -- I know that the Statehouse numbers things a little weirdly, and that the elevator says that the first floor is the kind of underground floor where the offices are, and then that the ground floor where the actual entrances are is actually the second floor -- are you referring to the second floor as in the floor that everyone enters on or are you referring to it as the next floor up?

A. It's the next floor up.

Q. Okay. So moving on to paragraph 57, would you please read that quietly to yourself and let me know when you are done.

A. I'm finished.

Q. All right. So the paragraph indicates that you object to the planned placement of the monument on the Statehouse lawn.

A. That's true.

Q. Do you object to the monument itself, that is to say, if the monument were not on the Statehouse lawn, would you have any objection to it?

A. Depends on where it is.

Q. So it's a matter of placement rather than substance?

A. Substance, both, because what you're placing there is now open to the community for interpretation. I want to know why you put that there.

Q. So I guess my point is that if the monument were -- would you have any objection to the monument if it were not on state property?

MR. FALK: And just to clarify, do you mean any government property, John?

MR. LOWREY: I do. I do.

A. Yes, I'd have a problem with that because that's just open to the community, open to the public, and that which is inscribed on the monument is offensive to me.

BY MR. LOWREY:

Q. So you would be --

A. But --

Q. I'm sorry. I interrupted you. Please go ahead.

A. I would have a problem with it, yeah, wherever it's sitting.

Q. Even if it were sitting outside of a private business?

A. I sure would.

Q. So is it -- strike that.

So is there anywhere that the monument could be placed whether private -- whether on private property or public property where you would not be offended by it?

A. I can't think of any as far as where you would place it other than the state office building or anywhere else. Any time that it has potential influence on me as an individual and at the same time that reflects some parts of religious text that has to do with my beliefs, then that didn't include me and it should.

Q. Are you aware that the monument also displays the Bill of Rights to the U.S. Constitution?

A. Yeah.

Q. Are you aware that it displays the preamble to the Indiana Constitution?

A. Yes.

Q. Are you aware that it replaces a prior monument from 1958?

MR. FALK: You have to answer if you're aware of it or not.

A. I'm not aware of it.

BY MR. LOWREY:

Q. Okay. I think Ken is already moving your

copy of the amended complaint. But if I could direct your attention to page 6 of the amended complaint, paragraph 29, do you see that picture there?

A. Yes.

Q. Having observed that picture -- and I'll represent to you that that is a picture of a side of the monument -- are you aware that it is replacing a prior monument?

A. No, I'm not.

Q. Okay. Does it matter to you if it's replacing a prior monument?

A. I would have some concern if there is something on the opposite side of that monument that identifies to the public or to me a religious inscription.

Q. So you'd indicated that you object to the Ten Commandments monument -- to a monument with the Ten Commandments on it no matter where it is.

Do you have a similar objection to placard -- to a placard in the rotunda of the Statehouse that says In God We Trust?

A. Yes.

Q. Are you aware there is such a placard?

A. No, I'm not.

Q. Are you aware that there is a placard containing the text of the poem Ain't God Good to Indiana in the rotunda of the Statehouse?
A. No, I'm not.
Q. Would you be offended by such a placard?
A. In theory, I think it would be.
Q. Are you aware that there is a plaque on the -- in the rotunda of the Indiana Statehouse commemorating the first Christian religious service that was performed in Indiana?
A. I think so. When you talk about God, in my religion I refer to God as Allah. So --
Q. Are you -- sorry, go ahead.
A. So when you say God, I'm thinking about the creator of the universe. But at the same time it's referred and talked to me that Allah -- himself said he is Allah. The word Allah, A-L-L-A-H, Allah, the supreme being. So when you say God, that can mean a lot of thing to different people.
Q. Referencing again that plaque commemorating the first Christian religious service in the Indiana Statehouse rotunda, are you aware of that plaque?
A. No, I'm not.
Q. Are you a -- would you be offended by that

plaque?

A. I've never read it. So I wouldn't know what the content would be to be offensive or not. I wouldn't know.

Q. Are you aware that there is a meditation room on the fourth floor of the Indiana Statehouse?

A. No, I'm not aware of it.

Q. If I told you that there is a meditation room and that there are Bibles in that meditation room, are you offended by that meditation room?

A. No.

Q. Why not?

A. Because it's there to be used by the public. So there may be some who believe in Christianity may absorb those books and use them as -- I don't see any that would be the Koran in that meditation room.

Q. Are you offended by the annual Christmas tree lighting downtown by the city?

A. No.

Q. Why not?

A. 'Cause it's just streams of light. It isn't necessarily a real tree.

Q. Would it be different if it were a real tree?

A. Well, it then has some significance of Christianity then with Christmas. There it's a lot of lights are put up to represent a tree or Christmas. But I don't celebrate Christmas.

Q. Are you offended by nativity scenes on public property?

A. Yes, absolutely.

Q. Are you aware of the Liberty Bell?

A. Yes.

Q. Are you aware that the Liberty Bell has an inscription from Leviticus 25:10 which reads, Proclaim liberty throughout all the land unto all the inhabitants thereof?

A. Excuse me. I've never read that before, nor am I aware that it was on the Liberty Bell.

Q. Are you offended by the idea of that inscription being on the Liberty Bell?

A. No.

Q. Why not?

A. 'Cause it has no really significance basically to my belief and it's before my time. So that's when it was written. And I think it's historical basically.

Q. Are you aware of the Supreme Court Building in Washington, D.C.?

A. No.
Q. Okay. Are you aware that there are various depictions of Moses with the Ten Commandments in the decorations of the Supreme Court Building?
A. Where's the Supreme Court Building? Are you talking about downtown Indianapolis?
Q. I'm talking about Washington, D.C.
A. No.
Q. Okay. are you offended if that decoration includes Moses with two tablets containing portions of the Ten Commandments in Hebrew alongside other law givers?
A. Yes, I would.
Q. Why?
A. Well, it's consistent to tell me that's what I should believe in. It didn't represent me. It wasn't inclusive of me.
Q. What if I told you that there's a decoration elsewhere on the building depicting Muhammad also as a law giver?
A. There's a lot of Muhammads. But you're not specific about dealing with the Prophet Muhammad.
Q. My understanding is it's the Prophet

Muhammad. But I'll be honest that I haven't made a study of the various historical Muhammads and can't tell the difference between them.

A. Would the stone itself be written in Arabic?

Q. I don't believe it is. I believe it's just a statue -- or a decoration on a frieze, I think it is.

A. No, I wouldn't like that.

Q. Are you aware that there are inscriptions from the Bible in the Library of Congress?

A. I'm not aware of it.

Q. Does it offend you to know that there are?

A. Yes, if it's openly displayed to the public.

Q. So we've talked a little bit about the monument not being inclusive and about it telling you what to believe.

If instead of the Ten Commandments the monument included the text of an Islamic equivalent, such as the Five Pillars of Islam or something of that nature, would that still be offensive to you?

MR. FALK: Again, just to clarify, you're talking about the monument on the Statehouse or other public property?

MR. LOWREY: Yes, I'm talking about the proposed monument on the Statehouse lawn.

A. Yes.

BY MR. LOWREY:

Q. Why is that?

A. Well, basically, you don't give people a chance to establish their own religion and their own beliefs. So, therefore, they should be schooled and trained to understand what they read or what is being read to them.

Q. So would you still be offended then if instead of either of those it were, say, the Confucian virtues?

A. Yes. I mean, the same thing applies even though you use all different types of religion to represent different people. There's a lot of different things here being said. And so, therefore, that doesn't mean that there's an understanding. You're saying by the inscriptions and putting that information there, that I must believe that way. And I say no.

Q. So I guess I'm a little confused when you say that the inscription means you must believe that way.

What about the inscription is forcing you to

believe that way?

A. Well, I wouldn't like to be forced to try to believe in anything, let alone try to believe a way of life or religious quotation. No, I wouldn't like that.

Q. Right. But I'm asking you --

A. It's written on something and to be put as a monument to remember it, no.

Q. Would you be equally offended if it listed the four cardinal virtues of citizenship from Hellenic thought?

A. I'm not -- I'm not familiar with that, sir.

Q. That's Greek philosophy like stoicism, epicureanism, that sort of thing?

A. No, I wouldn't like it.

Q. So that would be just as bad?

A. Just as bad.

Q. What if it were something purely philosophical, like quotations from John Locke or Thomas Hobbes or Karl Marx or Ann Rand or any number of other philosophers?

A. Well, I think all of that should be in its context. It never should be out to the public to say read this or absorb this as a means of belief.

Q. So that would still be a problem for you on a monument?

A. Sure.

Q. All right. Directing your attention back to the earlier paragraphs we've been looking at, paragraph 58, would you read that quietly to yourself and let me know when you're done?

A. I'm finished.

Q. Okay. So in that paragraph, it references frequent, direct and unwelcome contact.

What sort of contact are you anticipating having with this monument?

A. Seeing it.

Q. When you drive by?

A. When I drive by, when I walk by. When I'm with somebody else riding by or walking by, we're both seeing it. A number of people are seeing it.

Q. And are you claiming any injury as a result of seeing this monument other than being offended by it?

A. Can you repeat that please?

Q. Are you claiming any injury as a result of this monument other than being offended by it?

A. Yeah.

Q. What?

A. The injury is the fact that I have to absorb that as I read it to try and understand it, and then at the same time trying to -- if I'm by myself or if I'm with groups of people, do you believe that. So how it offended me, it has an effect on me, but it can have an effect on another person differently. But they could -- we could all be offended by it.

Q. But it's that sense of offense that you're claiming as your injury?

A. Yeah.

Q. And when you talk about your offense from the monument, is that only when you see the side of the monument that displays the Ten Commandments?

A. Well, once I've seen it, it's locked in. I don't see it going anywhere unless it's not there to remind me of it.

Q. So it's the knowledge that the monument exists rather than any interaction with it?

A. It's both. One without the other is not -- you know, it's not -- it has to be both.

Q. Okay. And when you say that you would have to assume an undue burden to avoid seeing the monument, what burden would you be assuming?

A. According to where I'm going. I have to

change my direction in order to avoid looking at it.

Q. Well, what --

A. Instead of coming down Capitol Avenue, I'd have to come down West Street or come down Maryland. Somewhere along the trip I'd have to alter it in order to be able to go where I want to go if I want to avoid looking at that monument and what is written on it. I have to avoid it.

Q. Even though you're looking at the road while you drive, not the monuments?

A. You'll see both.

Q. So when you visit the Statehouse, are you still parking on Washington Street like you were -- like we were talking about earlier or do you ever park anywhere else?

A. If I can get a spot there, I would prefer there 'cause it's right close to the state capitol. And it's easier to get to the elected officials.

Q. Okay. And when that -- I know those parking spaces tend to fill up quickly.

So if you can't find a parking space there, where do you end up parking?

A. Either on West Washington Street or either on Senate Avenue.

Q. And which entrance do you typically use

when you're going into the Statehouse?

A. Off of Senate Avenue in that turn-around -- that turn-about.

Q. And is that because that's the ADA accessible entrance?

A. Yes, sir.

MR. LOWREY: Okay. Why don't we take a break until about 10:00. And I'll check my notes and see if I have anything else.

MR. FALK: Great. Thank you.

(Recess taken)

BY MR. LOWREY:

Q. Well, we're back. Patrice, I'd like to remind you that you're still under oath.

And my last question is whether there's anything we haven't talked about about this case that you think we need to talk about?

MR. FALK: And I guess I will just interpose an objection before you answer the question as to that's an improper question because it imposes a duty on the witness that should be on the questioner. But you can go ahead and answer.

THE WITNESS: Repeat the question.

BY MR. LOWREY:

Q. Is there anything else you think we need

to talk about?

A. Well, we can deal with the discrepancy about when I started and quit.

MR. FALK: I have some questions to correct some stuff.

MR. LOWREY: Okay. Well, if that's all there is, then I don't have anything else. Ken?

MR. FALK: Thank you.

EXAMINATION

BY MR. FALK:

Q. We had some questions at the beginning, both Mr. Lowrey and I. You indicated that you began as a chaplain at the Marion County Sheriff's Department, but you started taking time off in 2005. Since 2005 is before 2011, I think both Mr. Lowrey and I were confused about how that is.

What year did you start taking time off?

A. Well, that would be 2016.

Q. 2016, okay.

A. 2016.

Q. And you're still available for the sheriff's department?

A. Yes.

Q. Okay. And you indicated that you live on the west side of Indianapolis inside the loop of

465.

Do you also have a house on the --

A. Eastside.

Q. Is it the Near Eastside?

A. Eastside, yeah.

Q. And do you live in both houses?

A. No, just one.

Q. What house are you living in, Eastside or west side.

A. Eastside.

Q. And is that because the west side's under construction?

A. Yes.

Q. Okay. Do you intend to go back there?

A. Yes.

Q. Okay. And since Mr. Lowrey asked you this question about the west side home, I'll ask you Eastside.

About how far are you from downtown on the Eastside?

A. I'm not that far. On the west side, I'm not that far at all.

Q. You talked about west side. But how far are you from the Eastside?

A. Quite a ways. I never really measured in

beats and all.

Q. To get to downtown, do you get onto 70?

A. Yes.

Q. And do you get on the Keystone?

A. Yeah.

Q. On the Eastside?

A. Yeah.

Q. And you live near the 70 exit of Keystone?

A. Yes. East or west, you can go east or west.

Q. Right. To go downtown, you go west?

A. Yeah.

Q. I'm sorry. And you indicated that you officially retired a week ago; is that correct?

A. Yes, I believe that's right.

Q. And in the complaint, we indicated you were already retired.

Had you already given notice to the school system that you were retiring?

A. Yes.

Q. And a week ago is when you would've started working again because that's when school would start?

A. School would start, yes.

Q. And when you go downtown to do the things

you were talking about, first place you try and park in the handicap spaces on Washington Street?

A. Yes.

Q. And those are --

A. Handicap.

Q. Because you have a placard or --

A. Placard on the car.

Q. And the handicap spaces on Washington Street we're talking about are the ones that are in front of the Statehouse but towards the entrance off of Senate; is that correct?

A. Right, entrance -- they both -- for this far, you can see Senate Avenue and you would go there. Sometimes I park there at the turn-around -- turn-about. And then already I'll be on West Washington Street.

Q. And you were asked questions about being offended about certain things being posted in front of either private or public buildings.

Do you remember those series of questions?

A. Yes.

Q. Would you be offended if a religion put a monument that was a monument -- that contained information specific to that religion if they posted that inside of their house of worship?

A. Inside their house of worship?
Q. Correct.
A. No. It would be inside. That's fine.
MR. FALK: I have no further questions.
MR. LOWREY: I just have one to follow up on that question by Ken.

RE-EXAMINATION

BY MR. LOWREY:
Q. When you were talking to Ken just now, you had indicated that you wouldn't be offended if the posting of the religious document or monument was inside the house of worship.
But you would be offended if it were outside the house of worship?
A. Yes.
MR. LOWREY: Okay. No further questions.
MR. FALK: I have none. And we'll take signature.
MR. LOWREY: Wonderful. If I can get a condensed copy, please.
MR. FALK: We'll take a copy, of course.
(Deposition concluded at 10:13 a.m.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

INDIANA CIVIL LIBERTIES )
UNION, et al. )
)
Plaintiffs, )
)
)
-v- ) No. 1:00-cv-00811-SEB-VSS
)
MIKE BRAUN, )
)
Defendant. )

Job No. 209729

I, PATRICE M. ABDUALLAH, state that I have read the foregoing transcript of the testimony given by me at my deposition on August 26, 2026, and that said transcript constitutes a true and correct record of the testimony given by me at said deposition except as I have so indicated on the errata sheets provided herein.

________________________________
PATRICE M. ABDUALLAH

STEWART RICHARDSON & ASSOCIATES
Registered Professional Reporters
One Indiana Square, Suite 2425
Indianapolis, IN 46204
(800)869-0873

STATE OF INDIANA )
) SS:
COUNTY OF MARION )

I, Sandra Marchky, a Notary Public in and for the county and state, do hereby certify that the deponent herein was by me first duly sworn to tell the truth, the whole truth, and nothing but the truth in the aforementioned matter;

That the foregoing deposition was taken on behalf of the Defendant; that said deposition was taken at the time and place heretofore mentioned between 9:00 a.m. and 10:13 a.m.;

That said deposition was taken down in stenograph notes and afterwards reduced to typewriting under my direction; and that the typewritten transcript is a true record of the testimony given by said deponent;

And thereafter presented to said witness for signature; that this certificate does not purport to acknowledge or verify the signature hereto of the deponent.

I do further certify that I am a disinterested person in this cause of action; that I am not a relative of the attorney for any of the parties.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 1st day of September, 2026.




My Commission Expires:
August 8, 2027

Job No. 209729

**Exhibits**

**Patrice Abduallah Ex 01** 3:10 15:9

**1**

**1** 15:9

**10:00** 36:8

**10:13** 41:22

**11** 16:8

**1958** 24:20

**1964** 12:25

**2**

**2000s** 8:15

**2002** 5:24 9:1

**2005** 14:11,15 37:14,15

**2011** 14:4,13 15:1 37:15

**2016** 37:18,19,20

**2026** 4:1

**25:10** 28:11

**26** 4:1

**29** 25:3

**4**

**465** 16:25 17:1,2 38:1

**5**

**55** 16:7,15

**56** 17:9

**57** 22:12

**58** 16:8 33:6

**6**

**6** 25:2

**65** 13:1

**7**

**70** 39:2,8

**9**

**9:00** 4:2

**A**

**A-B-D-U-A-L-L-A-H** 5:6

**A-L-L-A-H** 26:17

**a.m.** 4:2 41:22

**abbreviation** 13:24

**Abduallah** 4:5,20,25 5:5,6 16:11, 12

**able** 35:6

**about** 7:20 8:3 9:18 10:14 12:17 13:8 16:1,23 17:4,6 21:7 26:11,14 29:7,8,23 30:16,17,24 31:1,25 34:12 35:14 36:8,16,17 37:1,3,16 38:17,19,23 40:1,9,17,18

**absolutely** 28:7

**absorb** 27:15 32:25 34:2

**accessible** 36:5

**according** 17:24 34:25

**accurately** 7:24

**ACLU** 11:6,12 13:12,16

**across** 20:7

**activities** 17:19

**actual** 22:6

**actually** 22:7

**ADA** 36:4

**address** 16:17

**after** 12:5

**after-school** 11:1

**again** 26:20 30:23 39:22

**agencies** 19:22

**agenda** 20:22

**ago** 5:23 10:14 39:14,21

**agree** 4:16

**ahead** 23:19 26:13 36:22

**Ain't** 26:2

**alcohol** 7:16

**all** 5:20 7:5,13 9:11,14,20 13:7 15:12,24 16:6 17:8,12 22:16 28:12 31:15 32:23 33:4 34:7 37:6 38:22 39:1

**Allah** 26:12,16,17

**along** 5:22 35:5

**alongside** 29:12

**already** 24:25 39:17,18 40:15

**also** 4:14 10:5 13:6 15:22 19:23 24:12 29:21 38:2

**alter** 35:5

**am** 4:11 7:1 11:7 15:12 16:14 28:15

**amended** 8:13,25 9:4 25:1,2

**amendment** 9:1

**an** 6:3 11:21 16:15,17 19:8 24:8 28:10 30:20 31:18 34:5,6,23 36:19,20

**and** 4:7,11,22 5:1,3,16,20 6:10,19 7:10,23 8:19,22 9:11,23,25 10:1, 3,4,7,9,10,11,15,19,20,21 11:18, 20,22 12:6,18 13:2,6,8,9,12,19,23 14:5,21,24,25 15:1,3,5 16:10,23 17:4,10,20,22 18:2,9,14,24 19:1 20:3,23 21:1,6,9,11,22 22:4,6,13 23:8,13 24:8,11 25:6 26:16 27:9, 15 28:21,22 30:2,17 31:7,8,17,20, 21 32:7 33:7,10,18 34:2,3,12,22 35:7,18,19,25 36:4,8,9,15,18,22 37:3,12,16,21,24 38:6,11,16 39:1, 4,8,13,16,21,25 40:1,4,8,13,15,17 41:17

**Ann** 32:21

**annual** 27:18

**another** 34:6

**answer** 7:17,24 11:21,23 18:17 24:21 36:19,22

**answering** 6:23 7:11

**answers** 6:5,11,24

**anticipate** 18:25

**anticipating** 33:11

**any** 4:7 7:10,15,16,22,24 8:4,7,17 9:8 11:16 12:6 17:24 20:23 22:22 23:6,9 24:5,7 27:16 32:21 33:18, 22 34:19

**anybody** 8:19

**anything** 8:3,5 16:18 32:3 36:9, 16,25 37:7

**anywhere** 24:1,7 34:16 35:15

**apologize** 11:13

**applies** 31:14

**appropriate** 11:23

**Arabic** 30:5

**are** 7:10 8:12,23 9:11 10:11,13 11:6,9,16 14:22 15:3 16:12,15,24 17:1,5,19 18:6,9,10,14,15,20 19:13,25 20:3,24 22:5,7,9,14 24:12,16,19 25:8,24 26:1,7,13,22, 25 27:5,9,10,18 28:3,5,8,10,16,24 29:2,6,10 30:10,13 33:11,17,18, 22 35:12 38:8,19,24 40:4,9

**area** 17:13 18:3,6

**around** 12:18 19:11

**arrested** 12:2

**Art** 9:23 10:4,5

**as** 4:22 5:1 10:22,24 11:18 12:6 13:6 18:20 19:2 21:11,18,19 22:8, 10 24:5,8 26:12 27:16 29:21 30:20 32:7,17,18,25 33:18,22 34:2,10 36:20 37:13

**ask** 6:4 7:9,11 9:14,17 13:9 38:17

**asked** 13:7,13 38:16 40:17

**asking** 7:1 9:16 16:1 32:6

**aspirin** 7:19

**assembling** 21:5

**associate** 9:23

**associate's** 10:7,8

**association** 4:3 11:19

**associations** 11:20

**assume** 12:13 34:23

**assuming** 34:24

**at** 9:22 13:14,17,23 14:2,13,20,23 15:16 18:19 21:11 24:8 26:15 33:5 34:3 35:1,7,9 37:11,13 38:22 40:14 41:22

**Atlanta** 10:4

**attention** 16:7 17:8 18:16 25:2 33:4

**Attorney** 4:11

**attorneys** 8:3,20

**August** 4:1

**available** 37:21

**Avenue** 18:11 20:1 35:3,24 36:2 40:13

**avoid** 34:23 35:1,7,8

**aware** 24:12,16,19,22,23 25:8,24 26:1,7,22 27:5,7 28:8,10,15,24 29:2 30:10,12

**away** 17:4

## B

**Bachelor** 9:22,25

**back** 5:17 8:14 33:4 36:13 38:14

**background** 9:21

**bad** 32:17,18

**baking** 10:9

**basically** 6:3 8:24 13:6 14:19,21 19:18 20:17 21:4,12 28:21,23 31:6

**be** 5:7 6:9 7:23 12:25 15:25 20:18 23:16 24:1,3 26:5,6,25 27:3,13, 14,16,24 30:1,4,22 31:8,11 32:2, 7,9,17,23,24 33:1 34:8,21,24 35:6 36:21 37:18 40:15,22 41:3,10,13

**beats** 39:1

**because** 6:10 14:13 23:1,11 27:13 36:4,20 38:11 39:22 40:6

**Becket** 4:14

**become** 13:2

**been** 4:21 6:1 11:7 12:2 33:5

**before** 5:14 7:12 10:15 16:1 21:8 28:14,21 36:19 37:15

**began** 37:12

**beginning** 15:1 37:11

**behalf** 4:15

**being** 6:14 9:11 14:5 18:18 26:18 28:17 30:17 31:10,17 33:19,23 40:17,18

**belief** 28:21 32:25

**beliefs** 24:10 31:8

**believe** 11:7 20:6 21:25 27:14 29:17 30:6,18 31:21,23 32:1,3 34:5 39:15

**Bell** 28:8,10,15,17

**Ben** 4:13

**between** 30:3

**Bible** 30:11

**Bibles** 27:9

**big** 15:21

**Bill** 24:13

**bit** 19:21 20:20 30:16

**board** 21:8

**books** 27:15

**both** 8:16 23:1 33:17 34:20,21 35:11 37:12,15 38:6 40:12

**break** 7:9,10,12 36:8

**bring** 12:10,24 21:7

**building** 19:8,10,12,19 24:6 28:25 29:5,6,20

**buildings** 19:16 40:19

**burden** 34:23,24

**business** 19:21 23:23

**but** 6:21 7:10 10:24 11:21 12:16 15:21 16:18 18:18,22 21:12 23:17 25:1 26:15 28:4 29:22 30:1 32:6 34:6,7,9 36:22 37:14 38:23 40:10 41:13

**by** 4:24 6:14 7:7 9:7,19 11:15 12:1,22 14:12 15:11 16:5,13 18:6, 20 23:15 24:4,24 26:5,25 27:10, 13,18,19 28:5,16 31:4,19 33:14, 15,16,20,23 34:3,8 36:12,24 37:10 41:6,8

C

**call** 5:11
**came** 12:12,13 13:17 20:19
**can** 5:9 7:3 11:20,22 12:19 14:18 15:14,15,18 26:18 33:21 34:6 35:16 36:22 37:2 39:9 40:13 41:19
**can't** 18:21 24:5 30:2 35:21
**capitol** 18:11,15 20:1 35:3,17
**car** 18:8,10,14 40:7
**cardinal** 32:10
**case** 5:2 7:25 8:11,20 13:3,4,10 36:16
**cause** 27:22 28:20 35:17
**celebrate** 28:4
**center** 19:7,13,23,24,25 20:4,11 21:13
**certain** 40:18
**certificate** 10:10
**certificates** 9:24
**certified** 9:23
**chance** 31:7
**change** 35:1
**chaplain** 13:6,20,23 14:2,5 37:13
**charged** 12:6
**charges** 12:10
**check** 36:8
**chef** 9:23 10:22,24
**chefs** 17:22
**chose** 12:10
**Christian** 26:9,21
**Christianity** 27:15 28:2
**Christmas** 27:18 28:2,4
**circumstance** 5:16
**citizen** 19:2
**citizenship** 32:10
**city** 5:20 27:19
**claiming** 33:18,22 34:10
**clarify** 23:8 30:23
**clear** 6:21
**close** 35:17
**club** 12:5
**come** 19:6,7 35:4
**coming** 19:5 35:3
**Commandments** 17:15 18:4 25:18,19 29:4,12 30:19 34:14
**commemorating** 26:9,21
**community** 13:7 17:19 23:2,12
**compensate** 9:17
**compensated** 9:11
**complaint** 8:10,12,13,14 9:4 25:1,3 39:16
**complex** 21:13
**concern** 16:10 25:13
**concerning** 8:20
**concluded** 41:22
**concrete** 20:23
**condensed** 41:20
**confirm** 15:25
**Confucian** 31:13
**confused** 14:12 31:22 37:16
**Congress** 30:11
**consistent** 29:16
**Constitution** 24:14,17
**construction** 38:12
**contact** 13:9 33:10,11
**contacted** 13:12
**contained** 40:23
**containing** 26:2 29:11
**content** 27:3
**context** 32:24
**continuous** 14:7
**Convention** 19:7,24,25 20:4,11
**copy** 15:22 25:1 41:20,21
**correct** 11:5 14:17 16:3,4 37:5 39:14 40:11 41:2
**could** 15:25 24:1 25:1 34:7
**councilman** 5:20
**councilmen** 20:20
**counsel** 4:6,16
**county** 13:21 14:3 20:19 37:13
**course** 11:12 41:21
**court** 4:1,16 6:4,10 12:8,9,11 28:24 29:4,6
**creating** 10:18,20
**creator** 26:15
**crime** 12:6
**cross** 16:17
**current** 9:2,3
**currently** 10:11

D

**D.C.** 28:25 29:8
**day** 9:16 12:15,17 14:24
**days** 14:23,24
**deal** 37:2
**dealing** 6:20 29:23
**decoration** 29:10,20 30:7
**decorations** 29:4
**defendant** 4:15 5:2 17:14 18:3
**defense** 4:10
**definite** 17:24
**Degree** 9:22
**degrees** 9:24 10:7,8
**democrats** 21:19
**department** 13:22 37:14,22
**depend** 17:18
**Depends** 22:23
**depicting** 29:20
**depictions** 29:3
**deponent** 4:9

**deposition** 4:5 5:14,19 8:5 41:22
**depositions** 5:21
**describe** 21:12
**designed** 11:4
**designing** 11:2
**desk** 15:16
**did** 8:4,7,8,9,19 10:15 13:2,9 14:5,10 37:17
**didn't** 5:18 15:25 24:10 29:17
**difference** 30:3
**different** 10:25 16:24 19:6 21:7 26:19 27:24 31:15,16,17
**differently** 34:7
**difficult** 6:19 7:17
**dinner** 10:19,21
**direct** 16:6 25:2 33:10
**Directing** 17:8 33:4
**direction** 35:1
**disclose** 11:19
**discrepancy** 37:2
**dismissed** 12:14
**displayed** 30:14
**displays** 24:13,16 34:14
**do** 5:18,23 6:17 7:10 8:4 9:8,21 10:8,15 12:9,11 13:15 14:9,21 15:5 16:19 17:12 18:7 19:4 20:4, 13,16,23,24 21:9,22 22:20 23:8, 10 24:10 25:3,20 34:4 35:14,22, 25 38:2,6,14 39:2,4,25 40:20
**document** 15:12,14,18,23 16:7,8 41:11
**documents** 8:7,9,17 9:8
**does** 4:16 11:23 13:24 18:5 25:11 30:13
**doesn't** 14:1 31:18
**doing** 10:21 15:3 17:20
**don't** 6:7 8:3 16:17 19:14 27:16 28:4 30:6 31:6 34:16 36:7 37:7
**done** 17:10 22:14 33:7
**down** 16:7 18:24 35:3,4
**downtown** 17:4 27:19 29:7 38:19 39:2,11,25
**drive** 18:20 33:14,15 35:10
**driving** 18:6,9,10,14
**dropped** 12:20
**drugs** 7:16
**duly** 4:21
**duty** 36:21

**E**

**each** 6:22 13:17
**earlier** 8:13 33:5 35:14
**early** 8:15
**earned** 9:22
**easier** 35:18
**east** 39:9
**Eastern** 4:2
**Eastside** 38:3,4,5,8,10,18,20,24 39:6
**educational** 9:21
**effect** 34:6
**either** 17:21 31:12 35:23 40:19
**elaborate** 14:18
**elected** 35:18
**elevator** 22:4
**else** 5:19 11:3 24:7 33:16 35:15 36:9,25 37:7
**elsewhere** 29:20
**employed** 10:11
**end** 35:22
**enough** 20:13
**ensure** 6:21
**enters** 22:9
**entrance** 35:25 36:5 40:10,12
**entrances** 22:7
**entrepreneur** 19:8
**epicureanism** 32:15
**equally** 32:9
**equivalent** 30:20
**especially** 6:20
**establish** 31:7
**even** 23:22 31:14 35:9
**events** 17:22 19:5
**ever** 5:13 12:2 20:13 35:14
**every** 14:23
**everybody** 12:14 21:5
**Everybody's** 21:5
**everyone** 22:9
**EXAMINATION** 4:23 37:9
**examined** 4:21
**example** 6:13
**Excuse** 28:14
**exercise** 20:12
**Exhibit** 15:9
**exists** 34:19
**exit** 39:8
**expo** 19:6

**F**

**facetious** 18:18
**fact** 11:18 34:1
**Fair** 20:13
**Falk** 4:8,18 7:3 8:25 9:2,4,16 11:8,12,18 12:20 15:21 16:3 23:8 24:21 30:23 36:10,18 37:4,8,10 41:4,17,21
**familiar** 32:12
**far** 17:4,7 24:5 38:19,21,22,23 40:13
**favor** 12:12,13
**feel** 7:9 11:23
**filed** 8:13,14 9:1
**fill** 35:20
**find** 35:21
**fine** 7:14 41:3
**finish** 7:11

**finished** 17:11 22:15 33:8

**first** 4:21 13:14,16 22:4 26:9,21 40:1

**five** 14:23,24 30:21

**Fleshman** 4:13

**floor** 21:23,25 22:2,4,5,6,7,8,10, 11 27:6

**focus** 18:22

**follow** 41:5

**follows** 4:22

**food** 10:10

**foods** 10:2,10

**for** 4:7,8,10,14 5:4,7 6:13 7:3,17 8:5 9:12 10:17,18,25 11:1,9 12:4 13:21 14:9 15:9 23:2 33:1 37:21 40:12

**forced** 32:2

**forcing** 31:25

**former** 5:20

**forward** 13:7

**four** 32:10

**fourth** 27:6

**free** 7:9

**freeways** 16:24

**frequent** 33:10

**frequently** 17:13,17

**Friday** 14:23

**Fridays** 14:20

**frieze** 30:7

**from** 10:3 11:3 15:18 17:4 20:7 24:20 28:11 30:11 32:10,20 34:12 38:19,24

**front** 8:23 15:17 40:10,18

**Fund** 4:14

**further** 18:24 41:4,16

**future** 19:1

## G

**gallery** 21:4,10,15

**gave** 10:24

**General** 4:12

**Georgia** 10:4

**gesturing** 6:12

**get** 13:10,13 19:20 35:16,18 39:2, 4 41:19

**give** 6:11 14:20 31:6

**given** 5:13 39:18

**giver** 29:21

**givers** 29:13

**go** 7:3 12:16 14:8 17:20,21 19:9, 10,19 20:13,16,17,20 21:4,6 23:18 26:13 35:6 36:22 38:14 39:9,11,25 40:13

**God** 25:22 26:2,11,12,14,18

**going** 5:17 6:1,3,5,8 9:17 15:12 16:6 17:19 19:11,18 20:3,10,21, 24 21:16 34:16,25 36:1

**gone** 21:1,3

**good** 4:25 8:6 26:2

**got** 8:6

**government** 19:13,23 20:4 23:9

**governor's** 21:25

**great** 6:9 9:6 36:10

**Greek** 32:14

**ground** 6:2 22:6

**groups** 34:4

**guess** 23:5 31:22 36:18

## H

**had** 5:21 11:4 13:19 37:11 39:18 41:10

**half** 17:6

**handicap** 20:8 40:2,5,8

**happens** 17:23 19:7

**hard** 5:8

**has** 11:19 17:18 24:7,10 28:1,10, 20 34:5,21

**have** 5:13,15 7:15,24 8:22 9:8,14, 18,21 10:8,9 12:2 14:21 15:3 17:25 18:18,23 20:23 21:3 22:22 23:6,11,20 24:21 25:13,20 34:1,6, 23,25 35:4,5,8 36:9 37:4,7 38:2 40:6 41:4,5,17

**haven't** 30:1 36:16

**having** 4:21 25:6 33:12

**he** 11:8,19,20,21,22,23 12:24 15:25 26:17

**hear** 5:8

**heard** 5:1

**Hebrew** 29:12

**Hellenic** 32:11

**help** 18:21

**here** 4:14 5:1 6:4 31:17

**high** 10:18

**him** 11:22 15:22 16:1

**himself** 26:16

**hired** 10:24

**his** 8:4

**historical** 28:23 30:2

**Hobbes** 32:21

**home** 38:17

**honest** 30:1

**hours** 12:5

**house** 20:21 38:2,8 40:25 41:1, 12,14

**houses** 38:6

**how** 5:23 6:2 13:2,23 14:2,25 17:4,17,19 21:12 34:5 37:16 38:19,23

**Hyatt** 20:8

## I

**I'D** 23:11 35:3,5 36:13

**I'LL** 7:11 9:17 11:18,21,24 25:6 30:1 36:8 38:17 40:15

**I'M** 5:1,18 6:1,3,5 9:23 10:12 12:24 14:12 16:6 17:3 18:8,17 19:8,14,18 20:6 21:11,15,24 22:1, 15 23:18 24:23 25:10,25 26:4,14, 24 27:7 29:8 30:12 31:1,22 32:6,

12 33:8,15 34:3,4,25 38:21 39:13

**I'VE** 5:21 15:22 27:2 28:14 34:15

**idea** 28:16

**identical** 15:23

**identification** 15:10

**identifies** 14:9 25:15

**identify** 4:6

**if** 7:9,10 11:21,23 13:15,23 14:15 15:25 19:15 20:10 22:21 23:5,7, 22 24:21 25:1,11,13 27:8,24 29:10,19 30:14,19 31:11 32:9,19 34:3,4 35:6,16,21 36:9 37:6 40:22,24 41:10,13,19

**immediately** 21:17

**imposes** 36:21

**improper** 36:20

**in** 4:3 5:2,16,20 6:7 8:14,22 9:1, 25 10:1,5,9,10,24 12:12,13 13:10, 19 14:15 15:1,17 16:18 17:12 18:8,10 19:1,2,9,10,19,22 20:8 21:1,2,6,9,13 22:8 25:21,22 26:3, 6,8,10,11,22 27:9,14,16 28:25 29:4,12,17 30:4,11 32:3,23 33:9 34:15 35:1,5 36:2 37:14 38:6,8,25 39:16 40:2,9,18

**inaudible** 12:18

**include** 24:10

**included** 30:20

**includes** 29:11

**inclusive** 29:18 30:17

**Indiana** 4:4,11 10:5 19:3 24:17 26:3,8,10,22 27:6

**Indianapolis** 4:4 10:5 16:16,19, 20,22,25 29:7 37:25

**indicate** 6:6

**indicated** 25:17 37:12,24 39:13, 16 41:10

**indicates** 22:16

**individual** 24:8

**influence** 24:8

**inform** 11:22

**information** 19:20 31:20 40:24

**inhabitants** 28:13

**injury** 33:18,22 34:1,10

**inscribed** 23:13

**inscription** 25:16 28:11,17 31:23,25

**inscriptions** 30:10 31:19

**inside** 17:1,3 20:20 21:16 37:25 40:25 41:1,3,12

**instead** 30:19 31:12 35:3

**institute** 9:23 10:4,5

**intend** 38:14

**interaction** 34:19

**interpose** 11:21 36:19

**interpretation** 23:3

**interrupt** 6:23

**interrupted** 23:18

**interview** 6:3

**into** 20:13,16 36:1

**involved** 13:2,10,13

**is** 4:1,2,4,25 5:5 6:3,4,8,10,14 7:13,22 8:24 9:25 11:9 14:21 15:6 17:6,17 18:17 21:5,10,22,23,25 22:1,4,7,21,23 23:2,5,13,14,25 24:1,25 25:7,8,13,19,24 26:1,7,17 27:5,8 29:25 30:6,8 31:5,9,25 34:1,13,20 35:7 36:4,15,25 37:7, 15,16 38:4,11 39:14,21 40:11

**Islam** 30:21

**Islamic** 14:20,22 30:20

**isn't** 27:23

**issues** 20:19 21:7

**it** 5:7,25 7:17 12:8,13,25 13:8,12 14:1 15:5,13,24,25 16:1,2,9 17:6, 11,13,18 18:2,5,24 20:6 21:11,12 22:1,9,22,23 23:7,20,22,25 24:4, 6,7,11,16,19,22,23 25:8,11,19 26:6 27:2,7,22,24 28:1,15,20,22 29:17,18 30:6,8,12,13,17 31:12 32:8,9,16,19,24 33:9,13,17,20,23 34:2,5,6,8,15,16,17,19,21 35:1,5, 8 36:21 38:4 41:3,13

**it's** 5:5,8,25 6:19 9:2,3,4 10:1 11:7,23 14:7 17:23 18:11,12 19:15 21:12,24 22:11,24 23:21 25:11 26:16 27:13,22 28:2,21,22 29:16,25 30:6,14 32:7 34:9,15,16, 18,20,21 35:17,18

**its** 32:23

**itself** 20:14,16 21:13 22:20 30:4

J

**jail** 12:15 14:20

**John** 4:10 5:1 7:4 9:5 11:8 12:21 23:9 32:20

**just** 5:1 6:1 14:7 15:24 20:19 23:8,12 27:22 30:7,23 32:17,18 36:18 38:7 41:5,9

K

**Karl** 32:21

**keep** 9:16

**Ken** 4:8 8:4 24:25 37:7 41:6,9

**Keystone** 39:4,8

**kids** 11:1

**kind** 22:5

**know** 5:23 6:19 7:20 8:3 9:24 15:16 17:10,20 19:14 21:6,9 22:2, 14 23:3 27:2,4 30:13 33:7 34:21 35:19

**knowledge** 34:18

**Koran** 14:25 27:16

L

**land** 28:12

**larger** 19:16

**last** 5:4 36:15

**law** 29:13,21

**lawn** 18:20 22:18,22 31:2

**Lawrence** 10:17

**let** 7:4 12:16 17:10 22:13 33:7

**let alone** 32:3

**Leviticus** 28:11

**liberty** 4:14 28:8,10,12,15,17

**Library** 30:11

**life** 32:4

**light** 27:22

**lighting** 27:19

**lights** 28:3

**like** 5:25 13:1 15:25 16:18 19:5 21:13,18 30:9 32:2,5,14,16,20 35:13,14 36:13

**listed** 32:9

**little** 5:8,17 14:12,18 19:21 22:3 30:16 31:22

**live** 16:19 37:24 38:6 39:8

**living** 38:8

**lobby** 19:1

**Locke** 32:20

**locked** 34:15

**long** 5:23 13:23 14:2 20:10

**look** 19:10,11 21:11

**looking** 18:19 33:5 35:1,7,9

**loop** 16:25 17:1,2,3 37:25

**lot** 12:14 17:18 20:17 26:19 28:2 29:22 31:16

**Lowrey** 4:10,19,24 5:1 7:5,7 9:6, 7,19 11:11,14,15 12:1,22 15:11, 24 16:5 23:10,15 24:24 31:1,4 36:7,12,24 37:6,12,15 38:16 41:5, 8,16,19

**lunch** 10:18,25

**lunches** 10:21

**M**

**made** 30:1

**major** 19:5

**make** 5:22 7:17 13:24

**Marchky** 4:3

**Marion** 13:21 14:2 37:13

**marked** 15:9

**Marx** 32:21

**Maryland** 20:1 35:4

**matter** 11:25 22:24 25:11,19

**may** 4:17,18,19 5:11,12 20:18 27:14,15

**MCSO** 13:24

**me** 5:17 6:25 7:4 9:17 10:25 13:7 14:9 17:10 22:13 23:14 24:8,11 25:15 26:16 28:14 29:16,17,18 33:7 34:5,6,17

**meal** 10:22

**meals** 10:18 11:1

**mean** 12:10,11 14:15 18:5 23:9 26:19 31:14,18

**means** 31:23 32:25

**measured** 38:25

**medications** 7:16

**meditation** 27:5,8,9,10,17

**meet** 20:18

**meeting** 8:2

**member** 11:6,16

**members** 11:20

**memberships** 11:20

**memory** 6:2

**mentioned** 10:7 13:19 19:23

**menus** 10:25 11:3

**Meridian** 20:2

**microphone** 7:4

**might** 7:24 17:25

**mile** 17:6

**monument** 17:15 18:4 22:18,20, 21 23:6,7,13 24:1,12,20 25:8,9, 12,14,18 30:17,19,24 31:2 32:8 33:2,12,19,23 34:13,14,18,24 35:7 40:23 41:11

**monuments** 18:19 35:10

**morning** 4:25 7:9,21 12:16

**Moses** 29:3,11

**mosque** 14:8

**Most** 18:8

**move** 7:4

**moving** 18:24 22:12 24:25

**Mr** 4:8,10,13,18,19,24,25 7:3,5,7 8:25 9:2,4,6,7,16,19 11:8,11,12, 14,15,18 12:1,20,22 15:11,21,24 16:3,5 23:8,10,15 24:21,24 30:23 31:1,4 36:7,10,12,18,24 37:4,6,8, 10,12,15 38:16 41:4,5,8,16,17,19, 21

**much** 5:10

**Muhammad** 29:21,24 30:1

**Muhammads** 29:22 30:2

**Muslim** 13:7

**Muslims** 14:22

**must** 31:20,23

**Muumba** 4:5 16:11,12

**my** 4:2,25 5:5,20,21 6:6,11 7:1, 17,19 12:13 14:19 18:8 19:20 23:5 24:10 26:12 28:21 29:25 35:1 36:8,15

**myself** 34:4

**N**

**name** 4:2,25 5:3,4,5

**nativity** 28:5

**nature** 6:13 10:23 30:22

**near** 21:14,20 38:4 39:8

**necessarily** 27:23

**need** 6:22 7:9 16:17 19:20 20:12 36:17,25

**never** 27:2 28:14 32:24 38:25

**next** 20:24 22:10,11

**night** 12:15

**night's** 8:6

**no** 7:19 8:1,18,21 9:2,10,13 10:12 12:8 14:1 15:9 18:1,23 20:25 25:10,19,25 26:4,24 27:7,11,20 28:18,20 29:1,9 30:9 31:21 32:4, 8,16 38:7 41:3,4,16

**nod** 6:14

**nodding** 6:12

**none** 7:19 41:17

**noon** 12:17

**nor** 28:15

**North** 19:14

**not** 5:18 6:14,22,23,25 10:12 11:9,19,23 12:10,25 13:14 17:7, 23 18:19,22 19:14 20:6 21:11,24 22:1,21 23:7 24:3,22,23 25:10,25 26:4,24 27:3,7,12,21 28:19 29:23 30:12,17 32:12 34:16,21 35:10 38:21,22

**Notably** 16:24

**notes** 9:8 36:8

**notice** 39:18

**now** 8:12 22:2 23:2 41:9

**number** 16:15,24 32:21 33:17

**numbers** 22:3

**O**

**oath** 36:14

**object** 11:18 22:17,20 25:17

**objection** 11:22 22:22 23:6 25:20 36:19

**observed** 25:6

**of** 4:5,11,15 6:2,13 7:8 8:4,10,23 9:20,22,25 10:1,4,5,23 11:6,9,10, 12,16 12:7,8,9,11,14 15:17,22 16:8,20,22,24 17:2,18,19 18:8 19:2,3 20:17,21 21:13,23 22:5,17, 24 23:22 24:5,9,13,22,23 25:1,2, 7,14,21 26:2,3,8,15,19,22 27:6,7, 22 28:1,3,8,16,24 29:3,4,12,18,22 30:2,11,12,19,20,21 31:12,15,16 32:4,10,15,22,23,25 33:11,17,19, 22 34:4,9,13,17 35:3 36:2 37:25 39:8 40:10,11,19,20,25 41:1,11, 12,14,21

**off** 7:3,6,20 12:20 14:7,10 15:5 36:2 37:14,17 40:10

**offend** 30:13

**offended** 24:4 26:5,25 27:10,18 28:5,16 29:10 31:11 32:9 33:20, 23 34:5,8 40:18,22 41:10,13

**offense** 34:9,12

**offensive** 23:14 27:3 30:22

**office** 4:11 14:3 19:8,10,12,16,19 21:25 24:6

**offices** 22:5

**officially** 39:14

**officials** 35:18

**often** 17:17

**Oh** 9:3

**Ohio** 18:12,15

**okay** 5:25 6:16 7:2 8:2 9:6,15 11:6,11 12:2 14:18 20:3 22:12 24:25 25:11 29:2,10 33:9 34:22 35:19 36:7 37:6,19,24 38:14,16 41:16

**on** 4:14 6:2 14:18,20 15:5,13,21 16:8,20 17:18 18:9,10,14,20,23 19:11,25 20:1,7,22,23 21:16,22, 25 22:9,12,18,21,23 23:7,13 24:2, 8 25:14,19 26:7 27:6 28:5,15,17 29:20 30:7,24 31:2 32:7 33:2 34:6 35:8,13,23,24 36:21 37:24 38:2, 19,21 39:4,6 40:2,7,8,15 41:6

**once** 34:15

**one** 7:4 9:2,3 10:9 11:9 34:20 38:7 41:5

**ones** 40:9

**ongoing** 14:7

**only** 34:13

**onto** 39:2

**open** 23:2,12

**openly** 30:14

**opposite** 25:14

**or** 6:12,23 8:4,14 9:8 10:22,25 11:19 12:11,15 13:16 15:3,6 16:17 17:1,21,24 18:15 19:19 20:4,6 22:9 24:3,7,22 25:15 27:3 28:3 30:7,21,24 31:9 32:4,20,21, 25 33:16 34:4 35:4,14,23 38:8 39:9 40:6,19 41:11

**order** 35:1,6

**organizations** 11:17

**original** 8:14,24

**other** 6:22 7:19,22 8:2,17,19 9:8 11:16 13:17 14:8 17:21 20:18 24:6 29:12 30:25 32:22 33:19,23 34:20

**otherwise** 19:1

**our** 14:22

**out** 12:8,9,12,13 13:15,16 32:24

**outdoor** 17:22

**outside** 17:1 23:22 41:13

**over** 6:22,24,25

**own** 31:7

**P**

**page** 16:8 25:2

**paid** 15:6

**papers** 8:22,23

**paragraph** 17:9,12 18:24 22:12, 16 25:3 33:6,9

**paragraphs** 16:7,10,13 33:5

**park** 20:5,8 35:15 40:1,14

**parked** 20:6

**parking** 20:8 35:13,20,21,22

**part** 8:10

**participate** 19:2

**particular** 13:4

**parts** 24:9

**past** 17:13 18:3,6 21:1

**Patrice** 4:5,20 5:5,11,13 7:8 9:20 16:10,12 36:13

**pay** 19:9,18,19

**paying** 18:16

**pending** 7:10

**people** 11:9 12:15 21:18 26:19 31:6,16 33:17 34:4

**performed** 26:10

**person** 34:7

**persons** 4:7

**philosophers** 32:22

**philosophical** 32:20

**philosophy** 32:14

**picked** 6:14

**picture** 25:3,6,7

**Pillars** 30:21

**placard** 25:20,21,24 26:1,5 40:6, 7

**place** 24:6 40:1

**placed** 24:2

**placement** 22:17,24

**placing** 23:2

**plaintiffs** 4:8

**planned** 22:17

**planner** 10:22

**plans** 17:14,24 18:3 20:23

**plaque** 26:7,20,23 27:1

**please** 4:6 5:3 6:11,25 22:13 23:18 33:21 41:20

**poem** 26:2

**point** 23:5

**political** 19:2

**portions** 29:11

**position** 15:6,7

**possible** 5:7

**post** 17:14 18:3

**posted** 40:18,24

**posting** 41:11

**potential** 24:7

**pray** 14:22,25

**prayers** 14:24

**preamble** 24:17

**prefer** 35:16

**preparation** 10:1,10

**prepare** 8:5 10:25

**present** 4:7

**presented** 8:11

**presume** 6:5

**presumed** 11:14

**primary** 18:22

**prior** 14:16 24:19 25:9,12

**private** 23:23 24:2 40:19

**problem** 23:11,20 33:1

**proceeding** 12:12

**process** 19:2

**Proclaim** 28:12

**program** 14:4

**programs** 10:19,21 14:8 19:6

**property** 23:7,9 24:3 28:6 30:25

**Prophet** 29:23,25

**proposed** 31:2

**prosecutor** 12:10

**public** 23:13 24:3 25:15 27:14 28:6 30:15,25 32:24 40:19

**purely** 32:19

**purposes** 11:10

**push** 19:20

**put** 15:13 23:3 28:3 32:7 40:22

**putting** 31:20

**Pyramids** 10:6

**Q**

**question** 7:12 12:19,20 36:15, 20,23 38:17 41:6

**questioner** 36:22

**questions** 6:4,6,11 7:1,11,18,24 16:1 37:4,11 40:17,20 41:4,16

**quickly** 35:20

**quietly** 17:9 22:13 33:6

**quit** 37:3

**quite** 21:12 38:25

**quotation** 32:4

**quotations** 32:20

**R**

**Rand** 32:21

**rather** 6:12 19:17 22:24 34:19

**RE-EXAMINATION** 41:7

**reached** 13:15,16

**read** 8:7,9,10 15:18 16:1 17:9 22:13 27:2 28:14 31:9,10 32:25 33:6 34:2

**reads** 28:11

**real** 27:23,24

**really** 28:20 38:25

**reason** 7:22

**recess** 36:11

**recite** 14:25

**record** 4:7 5:4 6:5,15,21 7:3,6

**recording** 6:11

**refer** 26:12

**references** 33:9

**Referencing** 26:20

**referred** 16:12 26:16

**referring** 8:13 19:13 22:8,9

**reflects** 24:9

**refresh** 6:1

**refuse** 11:22

**Regency** 20:8

**regularly** 17:24

**relevant** 7:25

**religion** 26:12 31:7,15 40:22,24

**religious** 4:14 24:9 25:15 26:9, 21 32:4 41:11

**relying** 11:9

**remember** 13:15 21:11,22 32:8 40:20

**remind** 34:17 36:14

**remote** 4:4

**remotely** 4:17

**repeat** 12:19 33:21 36:23

**replaces** 24:19

**replacing** 25:8,12

**reporter** 4:1,16 6:4,10

**represent** 25:7 28:3 29:17 31:16

**representatives** 20:18 21:2,17

**representing** 4:9 5:2

**republican** 21:19

**required** 14:22
**resident** 16:16
**respective** 21:6
**response** 13:19 14:12
**responses** 6:12
**responsibilities** 5:21
**responsibility** 14:19
**rest** 8:6
**result** 12:7 33:19,22
**retired** 10:13,16 15:4 39:14,17
**retiring** 39:19
**retrieve** 19:20
**Richardson** 4:3
**riding** 33:16
**right** 6:14 7:5,13 9:11,14,20 15:12,24 16:6 17:8,12 20:6,7 21:13 22:16 32:6 33:4 35:17 39:11,15 40:12
**rights** 11:19 24:13
**road** 18:16 35:9
**room** 27:6,9,10,17
**rotunda** 21:20 25:21 26:3,8,22
**roughly** 16:18
**routine** 7:19
**rules** 6:2

**S**

**said** 8:4 14:13 18:2 26:17 31:17
**same** 13:17 24:8 26:15 31:14 34:3
**Sandy** 4:2
**say** 8:12 10:20 12:9,25 13:24 14:11 17:5 19:12 22:2,21 26:14, 18 31:12,21,23 32:25 34:22
**saying** 18:5 31:19
**says** 17:13 18:2,25 22:4 25:22
**scenes** 28:5
**school** 10:18 39:18,22,24
**schooled** 31:8
**schools** 10:18
**science** 9:22,25 10:9
**screen** 15:13,17,21
**seats** 20:21 21:6
**second** 7:4 21:25 22:2,7,8
**see** 8:22 13:8 15:14 16:9 17:12 18:21 19:11 20:19,21 21:15,17 25:3 27:16 34:13,16 35:11 36:9 40:13
**seeing** 33:13,17,19 34:23
**seem** 19:6
**seemed** 15:24
**seen** 34:15
**Senate** 35:24 36:2 40:11,13
**senators** 21:18
**sense** 13:24 34:9
**series** 40:20
**service** 26:9,21
**services** 14:20,22
**share** 15:12
**sheriff's** 13:21 14:3 37:13,22
**should** 18:17 24:11 29:17 31:8 32:23,24 36:21
**show** 7:8 14:25
**side** 16:20,22,23 25:7,14 34:13 37:25 38:9,17,21,23
**side's** 38:11
**signature** 41:18
**significance** 28:1,20
**similar** 25:20
**since** 5:25 6:13 37:15 38:16
**sir** 32:13 36:6
**sitting** 15:16,19 23:21,22
**six** 14:16
**slots** 14:24
**so** 5:20 6:22 7:9,15 9:17 11:2 13:9 14:15,21 16:15 17:23 18:17, 19 19:4,8,12,22 20:20 21:16,20 22:12,16,24 23:5,16,25 24:1 25:17 26:11,12,14,18 27:2,14 28:21 30:16 31:8,11,17,22 32:17 33:1,9 34:5,18 35:12,21
**some** 5:21 6:7 8:22 9:16 10:19,21 12:11 14:8 19:20 20:18 24:9 25:13 27:14 28:1 37:4,5,11
**somebody** 33:16
**someone** 11:3 13:9
**something** 5:19 13:1 17:23 18:23 19:7 25:14 30:21 32:7,19
**Sometime** 18:11,12
**sometimes** 18:11 40:14
**Somewhere** 35:5
**soon** 12:16
**sorry** 9:14 23:18 26:13 39:13
**sort** 6:2 9:20 10:22 12:11 32:15 33:11
**sounds** 5:25
**South** 19:13,14
**space** 35:21
**spaces** 20:9 35:20 40:2,8
**speak** 5:7 8:19
**special** 11:1
**specific** 29:23 40:24
**spell** 5:3
**spelled** 5:6
**spot** 35:16
**standing** 11:10,12
**star** 7:8
**start** 14:10 37:17 39:23,24
**started** 7:20 14:4,13,16 16:1 37:3,14 39:22
**state** 5:3 19:3,8,10,12,19 20:18 21:17 23:7 24:6 35:17
**Statehouse** 19:1,4,17 20:14,16 21:2,9,23 22:3,18,22 25:21 26:3, 8,22 27:6 30:24 31:2 35:12 36:1 40:10
**states** 16:15
**statue** 30:7
**step** 13:7

**Stewart** 4:3
**stick** 11:24
**still** 15:3,5 30:22 31:11 33:1 35:13 36:14 37:21
**stipulate** 11:8
**stoicism** 32:14
**stone** 30:4
**stop** 14:5
**stopped** 14:15,16
**streams** 27:22
**street** 18:10,12,13,15 20:2,7 35:4,13,23 40:2,9,16
**streets** 16:17 19:25
**strike** 23:25
**study** 30:2
**stuff** 37:5
**substance** 11:24 22:25 23:1
**substances** 7:16
**such** 25:24 26:5 30:20
**supplied** 15:22
**supreme** 26:18 28:24 29:4,6
**sure** 5:18 12:25 19:14 21:12,24 22:1 23:24 33:3
**surrounding** 16:25
**swear** 4:17
**sworn/affirmed** 4:21
**system** 39:19

**T**

**tablets** 29:11
**take** 5:17 7:10,12 21:6 36:7 41:17,21
**taken** 7:15 12:15 36:11
**taking** 14:10 37:14,17
**talk** 6:22,24,25 9:18 20:20,21 21:2,7,18 26:11 34:12 36:17 37:1
**talked** 26:16 30:16 36:16 38:23
**talking** 5:24 21:16 29:7,8 30:24 31:1 35:14 40:1,9 41:9
**taxes** 19:9,19
**team** 8:4
**technology** 10:1
**tell** 29:16 30:3
**telling** 30:17
**Ten** 17:14 18:4 25:18,19 29:3,12 30:19 34:14
**tend** 35:20
**testified** 4:22
**testifying** 9:12
**text** 24:9 26:2 30:20
**than** 6:12 7:19 8:2,19 19:17 22:24 24:6 33:19,23 34:19
**Thank** 5:10,13 6:18,19 36:10 37:8
**that** 4:16 5:16,19,23 6:5,6,8,9,13, 14,17 7:11,13,17,23 8:10 9:1,18, 25 10:3,22,23 11:3,8,19,22 12:7, 10,11,12,15,17,23,24 13:1,12,20, 24 14:8,12,15,18 15:1,3,6 16:15, 18,21 17:9,12,13,23 18:20,25 19:6 20:19,24 21:7,10,22,23 22:3, 4,6,9,13,17,20 23:3,5,11,13,25 24:1,7,9,10,12,16,19 25:3,6,7,8, 14,17,21 26:1,7,10,16,18,20,23, 25 27:5,8,9,10,16,17 28:10,14,15, 16 29:2,10,19 30:1,9,10,13,21,22 31:5,18,20,21,23 32:1,5,12,15,17, 23 33:1,6,9,21 34:1,2,5,9,13,14, 18,22 35:7,19 36:2,3,4,14,17,21 37:12,16,18,24 38:11,21,22 39:13,14,19 40:9,11,23,24,25 41:6,10
**that's** 7:14,20 11:5 14:17,21 16:3 20:10 22:19 23:12 28:22 29:16 32:14 36:4,20 37:6 39:15,22 41:3
**the** 4:2,4,7,8,9,10,11,13,15,17 5:2,4,22 6:2,4,10,14,20 7:3,4,8 8:10,12,13,14,15,20,24 9:2,3,4 10:4,5,17,23,25 11:2,6,9,18,24 12:10 13:7,12,15,17,21 14:2,4,8, 20,25 15:13,22 16:4,7,8,12,20,23, 25 17:1,2,3,13,14,18,19 18:3,4,6, 8,16,19,20,24,25 19:1,2,3,4,6,7,9, 10,12,16,17,22,23,25 20:3,4,8,10, 12,13,16,19,21,22 21:1,2,4,8,9, 13,15,16,17,20,22,23,24,25 22:3, 4,5,6,7,8,10,11,16,17,18,20,21 23:2,5,6,12,13 24:1,6,8,12,13,16, 17 25:1,2,8,14,15,17,18,21 26:2, 3,8,9,15,17,18,21,22 27:3,6,13, 16,18,19 28:8,10,12,13,15,16,17, 24 29:3,4,6,12,20,23,25 30:2,3,4, 11,14,16,19,20,21,24 31:1,2,12, 14,19,23,25 32:10,24 33:5 34:1,3, 13,14,18,20,23 35:5,9,10,12,17, 18 36:1,4,19,21,22,23 37:2,11,13, 21,25 38:2,4,11,17,19,21,24 39:4, 6,8,16,18,25 40:2,7,8,9,10,14 41:10,11,12,14
**their** 10:18 31:7 40:25 41:1
**them** 9:17 14:25 17:21 18:21,23 20:21 21:7 27:15 30:3 31:10
**themselves** 4:6
**then** 6:1 10:9,10 13:10 22:6 24:10 28:1,2 31:11 34:3 37:7 40:15
**theory** 26:6
**there** 5:19 6:14 7:10,22 8:22 12:11,14 14:6 16:23 17:20,21 18:21 19:9,10,18,19 20:6,7,17,18 23:2,4 24:1 25:4,13,24 26:1,7 27:5,8,9,13,14 28:2 29:2 30:10,13 31:20 34:16 35:16,17,21 36:25 37:7 38:14 40:14
**there's** 16:25 19:5 29:19,22 31:16,18 36:15
**therefore** 31:8,18
**thereof** 28:13
**thereupon** 15:9
**these** 16:13
**they** 10:24 13:16 18:23 21:6,7 31:8,9 34:7 40:12,24
**they're** 9:17 18:21,22 20:1
**thing** 26:19 31:14 32:15
**things** 6:13 17:19 22:3 31:17 39:25 40:18
**think** 5:18 12:14 13:17 16:3 17:6, 18 21:24 24:5,25 26:6,11 28:22 30:8 32:23 36:17,25 37:15
**thinking** 16:23 26:14
**this** 4:4 5:2 6:2,3 7:8,20,25 8:5, 11,14,20,24 13:2,4,10 15:14,18 32:25 33:12,19,23 36:16 38:16 40:12
**Thomas** 32:21

**those** 8:23 16:10 20:8 27:15 31:12 35:19 40:4,20

**though** 31:15 35:9

**thought** 13:8 32:11

**through** 16:7

**throughout** 28:12

**thrown** 12:8,9

**time** 4:2 13:18 14:8,10 18:8 24:7, 9 26:15 28:21 34:3 37:14,17

**times** 20:17

**to** 5:7,8,17,21 6:1,4,5,8,11,17,21, 22,23,25 7:9,11,17,23,25 8:3,4,5, 13,19 9:14,17,18 10:25 11:18,19, 21,22,24 12:10,15 13:7,9,13,15, 16,17,24 14:8,9,16,19,21,22,24, 25 15:12 16:6,7,13 17:8,9,14,18, 20,21,24 18:3,16,18,21,25 19:1,4, 6,7,9,10,13,18,19,20 20:3,10,17, 19,20,21,24 21:1,2,4,7,12,18 22:8,9,12,13,17,20,21,22 23:2,3, 6,8,12,14 24:10,13,17,21 25:2,7, 11,15,17,18,20,21 26:2,12,16,19 27:3,13 28:3,21 29:16 30:13,14, 18,22,23 31:7,9,10,15,25 32:2,3, 7,8,24 33:5,6 34:1,2,3,17,21,23, 25 35:1,4,5,6,7,8,17,18,20 36:13, 17,20 37:1,4 38:14 39:2,11,18,25 40:24 41:5,9

**today** 4:1 7:16,24 9:12

**told** 27:8 29:19

**took** 14:7

**towards** 40:10

**Township** 10:17

**trained** 31:9

**travel** 17:13 18:6 19:4

**traveling** 18:8,25

**travels** 5:20 18:2

**tree** 27:19,23,25 28:3

**trip** 35:5

**true** 22:19

**Trust** 25:22

**truthfully** 7:23

**try** 6:17,22,23,25 20:20 32:2,3 34:2 40:1

**trying** 34:3

**turn-about** 36:3 40:15

**turn-around** 36:3 40:14

**TV** 15:21

**two** 29:11

**types** 31:15

**typically** 35:25

**U**

**U.S.** 24:13

**unable** 7:23

**under** 18:4 36:14 38:11

**underground** 22:5

**understand** 6:6,7 31:9 34:2

**understanding** 29:25 31:19

**Understood** 7:22

**undue** 34:23

**unfair** 15:25

**universe** 26:15

**unless** 6:6 34:16

**until** 18:23 36:8

**unto** 28:12

**unwelcome** 33:10

**up** 5:7 6:14 12:24 15:13 19:5 20:19 22:10,11 28:3 35:20,22 41:5

**upon** 11:9

**use** 27:15 31:15 35:25

**used** 27:13

**V**

**various** 29:3 30:2

**verbal** 6:12

**very** 5:10

**videoconferences** 6:21

**virtues** 31:13 32:10

**visit** 17:21 35:12

**visiting** 12:5 19:22

**Volunteer** 15:8

**volunteered** 15:6

**W**

**walk** 20:10 33:15

**walking** 18:7 33:16

**want** 8:3 20:19 23:3 35:6

**wants** 11:21

**was** 4:21 5:16,19,23 8:10 9:1 10:3,22,24 12:8,11,14,23 13:12 14:19 15:1,9 16:21 26:10 28:15, 22 40:23 41:11

**Washington** 18:13,15 20:7 28:25 29:8 35:13,23 40:2,8,16

**wasn't** 29:18

**way** 5:22 6:7 31:21,24 32:1,4

**ways** 5:18 38:25

**we** 5:18 6:21 7:3,10,12 8:11 11:9 12:16 13:17 25:22 34:7 35:14 36:7,16,17,25 37:2,11 39:16

**we'll** 11:8 41:17,21

**we're** 5:24 6:20 15:21 33:16 36:13 40:9

**we've** 30:16 33:5

**week** 10:14 39:14,21

**weirdly** 22:3

**well** 5:25 6:13 9:20 12:13 14:4,19 17:6 19:18 21:18,19 28:1 29:16 31:6 32:2,23 34:15 35:2 36:13 37:2,6,18

**were** 10:15,21 11:2,3 12:6,16 13:20,23 14:2 22:21 23:6,7,22 27:24 31:12 32:19 35:13,14 37:16 39:17,19 40:1,17 41:9,13

**weren't** 11:2

**west** 16:20,22,23 18:12,15 20:1,7 35:4,23 37:25 38:9,11,17,21,23 39:9,10,11 40:15

**what** 5:16 7:20 8:23 9:20,25 10:8, 15,22 12:4,18,23,25 13:8 14:21 16:21 17:20 18:5,7,10 19:25 21:23 23:1 27:3 29:17,19 30:18

31:9,25 32:19 33:11,25 34:24 35:2,7 37:17 38:8

**what's** 19:11 20:21,22

**when** 6:20,23,25 8:11,12 10:20 12:9 14:5,10,16 17:10 18:2,5,9,14 19:4,5,12 20:3,16,23 21:1 22:2,14 26:11,14,18 28:22 31:22 33:7,14, 15 34:12,13,22 35:12,19 36:1 37:3 39:21,22,25 41:9

**where** 10:3 15:18 16:18 17:14 18:3 20:4 21:2,5,9,24 22:5,6,23 24:3,5 25:19 34:25 35:6,22

**Where's** 29:6

**wherever** 23:21

**whether** 24:2 36:15

**which** 8:9 23:13 28:11 35:25

**while** 6:1 11:7 35:10

**who** 27:14

**who's** 17:20

**why** 23:3 27:12,21 28:19 29:15 31:5 36:7

**will** 4:6 6:17,18,22 36:18

**with** 4:3,7,11,13 6:8,20 7:20 8:2 9:9 12:6 13:2 15:13,16,22 17:21 20:20 23:11,20 24:10 25:18 28:2 29:3,11,23 32:12 33:12,16 34:4, 19 37:2

**without** 34:20

**witness** 4:17 11:24 16:4 36:21, 23

**Wonderful** 7:15 41:19

**word** 26:17

**work** 6:8 17:21

**worked** 10:17

**working** 11:3 39:22

**works** 6:3

**worship** 40:25 41:1,12,14

**would** 5:3,7 6:9,25 7:17,23 12:24,25 14:11,15,21 15:25 17:4, 9 22:12,22 23:6,16,20,24 24:3,6 25:13 26:5,6,25 27:3,16,24 29:14 30:4,22 31:11 32:9,17 33:1,6 34:22,24 35:16 37:18 39:23,24 40:13,22 41:3,13

**would've** 39:21

**wouldn't** 12:24 27:2,4 30:9 32:2, 4,16 41:10

**written** 28:22 30:4 32:7 35:8

**Y**

**yeah** 14:14 21:21 23:20 24:15 33:24 34:11 38:5 39:5,7,12

**year** 8:14 12:23,25 37:17

**years** 14:16

**yes** 4:18 5:9,12,15 6:9 8:8 10:14 12:3 13:5,11,21 15:2,15,20 16:9, 14 17:11,16 18:17,18 20:15 23:11 24:18 25:5,23 28:7,9 29:14 30:14 31:1,3,14 36:6 37:23 38:13,15 39:3,9,15,20,24 40:3,21 41:15

**you** 4:7,18,19 5:1,3,7,8,10,11,12, 13,23 6:4,5,6,8,17,18,19,23,25 7:9,11,15,17,20,23 8:3,4,7,9,12, 19,22,23 9:8,9,11,16,18,21,24 10:7,8,11,13,15,20,21 11:2,3,6,16 12:2,6,9,11,19 13:2,9,12,13,15, 16,19,20,23,25 14:2,5,10,13,15, 16,18 15:3,13,14,17,18 16:12,15, 19 17:1,5,9,12,13,20,24 18:2,5,6, 7,9,10,14,16,18,20,25 19:4,12,13, 23 20:3,5,13,16,23,24 21:3,5,9, 15,22 22:2,8,9,13,14,17,20,22 23:3,6,8,16,18 24:3,5,12,16,19,21 25:3,7,8,11,17,20,24 26:1,5,7,11, 13,14,18,22,25 27:5,8,10,18 28:5, 8,10,16,24 29:2,7,10,19 30:10,13, 18,22 31:6,11,15,22,23,25 32:6,9 33:1,6,11,14,18,21,22 34:4,12,13, 21,22,24 35:10,12,13,14,21,22,25 36:10,14,17,19,22,25 37:8,12,14, 17,24 38:2,6,8,14,16,17,19,23,24 39:2,4,8,9,11,13,16,18,19,21,25 40:1,6,13,17,20,22 41:9,10,13

**you'd** 25:17

**You'll** 35:11

**you're** 5:17 6:23 7:8 15:16,18 17:10 18:5,19 19:22 20:10 23:1 24:21 29:22 30:23 31:19 33:7 34:9 35:9 36:1,14 37:21

**you've** 21:1

**your** 5:3 6:1,5,11,24 8:2 12:12, 19,20 13:19 16:6 17:8 18:9,10,14, 17,22 24:25 25:2 33:4 34:10,12

**yourself** 17:10 22:13 33:7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA CIVIL LIBERTIES UNION, INC., INDIANA CIVIL LIBERTIES UNION FOUNDATION, INC., together d/b/a the American Civil Liberties Union of Indiana; JAMES A. TANFORD; REV. KEVIN ARMSTRONG; PATRICE MUUMBA ABDUALLAH, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:00-cv-00811-SEB-MKK |
| MIKE BRAUN, in his official capacity as the Governor of the State of Indiana, | ) | |
| Defendant. | ) | |

**Amended Complaint for Declaratory and Injunctive Relief**

**Introduction**

1. In 2000, then-Governor O'Bannon announced that he was going to be placing on the lawn of the Indiana Statehouse a large limestone monument inscribed with, among other things, a version of the Ten Commandments. This newly created monument was never placed at the Statehouse because this Court entered a preliminary injunction, affirmed by the Seventh Circuit, and then a final judgment and permanent injunction preventing the placement as violative of the First Amendment. The monument has sat in front of a church in Bedford, Indiana for more than two decades.



Abduallah Exhibit 1 8/26/26

2. Governor Braun has now announced that he is planning to move the monument from its long-standing placement on private property to the Statehouse lawn. Although Establishment Clause jurisprudence has certainly changed since the early years of this century, this planned placement of a new Ten Commandments monument still violates the First Amendment's Establishment Clause. The plaintiffs are therefore entitled to declaratory relief and a continuation of the permanent injunction preventing the monument's erection at the Statehouse.

**Jurisdiction, venue, and cause of action**

3. This Court has jurisdiction of this case pursuant to 28 U.S.C. § 1331.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391.

5. Declaratory relief is authorized pursuant to Rule 57 of the Federal Rules of Civil Procedure and 28 U.S.C. §§ 2201 and 2202.

6. This action is brought pursuant to 42 U.S.C. § 1983 to redress the deprivation under color of state law of rights secured by the United States Constitution.

**Parties**

7. The Indiana Civil Liberties Union, Inc. and the Indiana Civil Liberties Union Foundation, Inc., are two Indiana nonprofit corporations, housed in Indianapolis, which are known popularly as the American Civil Liberties Union of Indiana or the ACLU of Indiana and will be referred to in this complaint as the ACLU of Indiana.

8. James A. Tanford is an adult resident of Bloomington, Indiana.

9. Rev. Kevin Armstrong is an adult resident of the Indianapolis, Indiana.

10. Patrice Muumba Abduallah is an adult resident of Indianapolis, Indiana.

11. Mike Braun is the duly elected Governor of the State of Indiana and is sued in his official capacity.

**Facts**

12. Indianapolis is the capital of the State of Indiana.

13. The Indiana Statehouse is the seat of the government of the State and contains the offices of the Governor and other members of the Executive Branch, the Indiana General Assembly, and the Indiana Supreme Court and Court of Appeals.

14. The Statehouse is located in downtown Indianapolis on a plot of land that stretches between Washington and Ohio Streets in a North-South direction and between Capitol and Senate Avenues in an East-West direction.

15. On the plot of land there is a lawn area that stretches from the south entrance of the Statehouse to Washington Street.

16. This lawn area measures 1.93 acres.

17. The Statehouse and its grounds are public property owned and controlled by the State of Indiana.

18. Washington Street is U.S. Highway 40, a major east-west highway that stretches across Indianapolis.

Case 1:00-cv-00801-SEB-MKK Document 101-1 Filed 08/19/25 Page 4 of 13 PageID #: 955

19. In March of 2000, then-Governor O'Bannon announced that around July 1, 2000, the State of Indiana would place a limestone monument containing, among other things, a version of the Ten Commandments, in the western part of the lawn area described above, near Senate Avenue.

20. The monument was to be donated to the State of Indiana by the Indiana Limestone Institute, which created the monument.

21. A prior Ten Commandments monument had been placed on the Statehouse grounds from 1958 to 1991, when it was vandalized, toppled, and not replaced.

22. The earlier monument was given to the State of Indiana by the Fraternal Order of Eagles as part of a national campaign. After it was repaired it was placed at the Eagles Lodge in Anderson, Indiana.

23. The monument was designed by the Indiana Limestone Institute and was constructed, although it was never placed on the Statehouse grounds.

24. Including its base, the monument is seven feet tall, rectangular in shape, with two large sides and two smaller ones. It is six feet and seven inches wide at its widest point and is more than four feet deep.

25. The monument is shaped in the familiar tablet shape that is frequently used for representations of the Ten Commandments.

26. The monument, with its base, weighs approximately 11,500 pounds.

27. One of the surfaces of the monument, as constructed, depicts the following:




(Dkt. 59-7 at 3).

28. The other large tablet side of the monument contains the text of the Bill of Rights in much smaller lettering than the text of the Ten Commandments.




(Dkt. 59-7 at 4).

29. One small side of the monument is as follows.



(Dkt. 59-7 at 4).

30. The other small side of the monument contains the text of the Preamble to the 1851 Indiana Constitution.




(Dkt. 59-7 at 6).

31. The Ten Commandments are derived from the Old Testament, Exodus 20: 2-17 and Deuteronomy 5: 6-21.

32. Jewish tradition maintains that God gave the Ten Commandment to Moses on Mt. Sinai.

33. The Ten Commandments are a religious document that is deemed to be sacred by many Christians and Jews.

34. However, there are at least three versions of the Ten Commandments: Jewish, Protestant and Catholic. Among other things, the Jewish version indicates that a person

may not "murder" and the Catholic version has no reference to a prohibition on graven images.

35. The Ten Commandments displayed on the monument is neither the Jewish nor Catholic version.

36. The original complaint in this case was filed before the monument was placed on the Statehouse lawn.

37. On July 28, 2000, this Court issued a preliminary injunction preventing the placement of the monument on the Statehouse lawn. 110 F. Supp. 2d 842 (S.D. Ind. 2000) (Dkt. 59-4). The Seventh Circuit affirmed the decision. 259 F.3d 766 (7th Cir. 2001), *cert. denied*, 534 U.S. 1162 (2002).

38. On April 24, 2002, this Court entered final judgment and a permanent injunction prohibiting the placement of the monument on the Statehouse. (Dkt. 59-6).

39. Following the preliminary injunction in this case the monument was briefly placed on public property in front of the Lawrence County Courthouse, but after separate litigation challenging that placement in 2000, it was moved to the property of a church in Bedford. It has remained in that location ever since.

40. Governor Braun has announced that he intends to move the monument from the church property where it has sat for more than two decades to the Statehouse.

41. The ACLU of Indiana is the Indiana affiliate of the American Civil Liberties Union and has as its purpose ensuring that the constitutional rights of Indiana residents are preserved and protected.

42. The ACLU of Indiana has more than 14,000 members. Of these, more than 3,000 reside in Marion County, Indiana, where Indianapolis is located.

43. A fundamental purpose of the ACLU of Indiana is to preserve religious liberty and to protect against violations of the Establishment Clause, a key provision of the First Amendment.

44. Because of the desire to preserve religious freedom, the ACLU of Indiana opposes government action that violates or threatens rights safeguarded by the Establishment Clause.

45. The ACLU of Indiana has among its members persons who regularly travel to or by the Statehouse in the course of their lives and therefore will be forced to come into direct and unwelcome contact with the monument if is placed on the grounds as it will be a state-sponsored religious display in violation of the principles of separation of church and state that are so important to the ACLU of Indiana and its members.

46. For these persons to alter their routines to avoid seeing the monument would impose an undue burden.

47. James A. Tanford is a retired law professor and past member of the Board of Directors of the ACLU of Indiana.

48. He is a frequent visitor to and by the Statehouse. Among other things, in the last year he has travelled to the Statehouse to hear an appeal argued. His stepfather created some of the stained glass in the Statehouse and he will go the building to admire the glass. Additionally, he regularly attends Indianapolis Colts games and will walk to the stadium down Capitol Avenue, past the Statehouse.

49. He strongly objects to the posting of the Ten Commandments since he believes that it represents the establishment of religion by the State of Indiana.

50. If the monument is displayed he will be forced to come into frequent direct and unwelcome contact with the monument in the course of his life as a citizen of the State of Indiana and to alter his routine to avoid viewing the monument would cause an undue burden.

51. Rev. Kevin Armstrong is a retired ordained United Methodist minister.

52. Rev. Armstrong lives in downtown Indianapolis and regularly travels by the Statehouse in the course of his normal activities.

53. Rev. Armstrong believes that the Ten Commandments are profoundly sacred. He believes that they should not be displayed on the grounds of the Statehouse as it is a religious document and such posting is an establishment of religion and religious belief by the State of Indiana. It is inappropriate for the State to put a monument with such a religious meaning on the grounds of the Statehouse.

54. Rev. Armstrong will therefore be forced to come into frequent, direct, and unwelcome contact with the Ten Commandments if the monument is allowed to be displayed on the grounds of the Statehouse. He would have to alter his routine to avoid viewing the monument and this would cause an undue burden.

55. Patrice Muumba Abduallah is an Indianapolis resident.

56. Mr. Abduallah frequently travels past the area where the defendant plans to post the Ten Commandments monument. He is recently retired and is active in his community and anticipates travelling to the Statehouse in the future to lobby and otherwise participate in the political process as a citizen of the State of Indiana.

57. Mr. Abduallah is Muslim and objects to the planned placement of the monument on the Statehouse lawn as it is a religious document that, among other things, excludes Islam.

58. He will therefore be forced to come into frequent, direct, and unwelcome contact with the Ten Commandments if it is posted as planned by the defendant. To avoid seeing the monument he would have to assume an undue burden.

59. The planned monument would be, as noted, a new monument on the lawn of the Statehouse.

60. There is no longstanding historical practice or tradition of posting the Ten Commandments on public property.

61. The ACLU of Indiana and individual plaintiffs believe that posting the Ten Commandments at the seat of government power and authority in Indiana will represent a religious statement by the State of Indiana and will represent the establishment of religion.

62. The ACLU of Indiana, its members, and the individual plaintiffs are being caused irreparable harm for which there is no adequate remedy at law.

63. At all times defendant has acted under color of state law.

**Claim for relief**

64. The planned Ten Commandments monument on the Statehouse grounds violates the Establishment Clause of the First Amendment to the United States Constitution as incorporated and made applicable to Indiana by the Fourteenth Amendment to the United States Constitution.

**Request for relief**

WHEREFORE, plaintiffs request that this Court:

a. accept jurisdiction of this cause and set for hearing at the earliest opportunity;

b. declare that defendant's planned placement of the Ten Commandments on the grounds of the Statehouse violates the United States Constitution for the reasons specified above;

c. enter a preliminary, to be followed by a permanent, injunction preventing the defendant from placing the Ten Commandments monument on the grounds of the Statehouse;

d. award plaintiffs their costs and reasonable attorneys' fees;

e. award all other proper relief.

Kenneth J. Falk
Stevie J. Pactor
Joshua T. Bleisch
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
spactor@aclu-in.org
jbleisch@aclu-in.org

Attorneys for Plaintiffs