**In the Matter Of:**

*INDIANA CIVIL LIBERTIES UNION, ET AL.*

*-v-*

*MIKE BRAUN*

---

**Danielle Drake**

*September 01, 2026*

---

PLAINTIFF'S EXHIBIT
16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

INDIANA CIVIL LIBERTIES UNION, et al.,

Plaintiffs,

-v-

MIKE BRAUN,

Defendant.

No. 1:00-cv-00811-SEB-VSS

The deposition upon oral examination of DANIELLE DRAKE, a witness produced, and sworn by me, Sandra Marchky, RMR, CRR, Notary Public, in and for the County of Marion, State of Indiana, taken remotely, on behalf of the Defendant, on September 1, 2026, at 1:25 p.m. Eastern, pursuant to the Federal Rules of Civil Procedure.

STEWART RICHARDSON & ASSOCIATES
Registered Professional Reporters
(800)869-0873

A P P E A R A N C E S

(All participants appeared via Zoom videoconference)

FOR THE PLAINTIFFS and DEPONENT:

Kenneth J. Falk, Esq.
ACLU OF INDIANA
1031 E. Washington Street
Indianapolis, IN 46202
kfalk@aclu-in.org

FOR THE DEFENDANT:

John P. Lowrey, Esq.
Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South
Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770
john.lowrey@atg.in.gov

I N D E X

EXAMINATION INDEX


| | |
|---|---|
| | PAGE |
| DANIELLE DRAKE | |
| BY MR. LOWREY | 4 |
| BY MR. FALK | 28 |
| BY MR. LOWREY | 30 |


(NO EXHIBITS WERE MARKED)

COURT REPORTER: Today is September 1, 2026. The time is 1:25 p.m. Eastern. My name is Sandy Marchky, in association with Stewart Richardson, Indianapolis, Indiana. This is the remote deposition of Danielle Drake.

Will counsel please identify themselves for the record and any persons present with you.

MR. FALK: Ken Falk for the plaintiffs, representing Ms. Drake.

MR. LOWREY: John Lowrey from the Office of the Indiana Attorney General, representing the defendant.

COURT REPORTER: Does counsel agree that I may swear the witness remotely?

MR. FALK: Plaintiff so agrees.

MR. LOWREY: Defendant agrees.

DANIELLE DRAKE

having been first duly sworn/affirmed, was examined and testified as follows:

EXAMINATION

BY MR. LOWREY:

Q. Well, good afternoon. As you've just heard, my name is John Lowrey and I'm here from the Office of the Indiana Attorney General.

Would you please state your name and spell your

last name for the record.
A. Yeah, I am Danielle Drake. Last name is D-R-A-K-E.
Q. Okay. And have you ever given a deposition before?
A. I have not.
Q. All right. So I'm just going to go over some ground rules then so you understand what's going on.
This is like an interview. I'm going to ask you questions, you're going to answer those questions. And the court reporter here is take down your answers. I'm going to presume when I ask a question, that you understand my question unless you indicate that you don't.
Is that all right with you?
A. That is all right.
Q. All right. And because the court reporter is recording your answers stenographically -- I noticed you were nodding a little bit earlier -- please answer verbally rather than with nods or gestures or noises of assent or things like that because those don't come out on the record and it can be difficult for the court reporter to take down.

Is that all right?

A. That's -- yep, yep, that's all right.

Q. All right. Thank you.

And I -- I know that it's difficult especially with these videoconferences. But to ensure a clear record, we need to try to not talk over each other. So I will try not to interrupt you and wait until you're done answering to ask my next question. And I would ask that you wait until I'm done asking my question before you answer.

Is that all right?

A. Yes.

Q. Okay. And you're the star of the show this afternoon. So if you need a break, feel free to ask. But if we do have to take a break, I'm going ask that you answer any questions that are currently pending before we do so.

Does that work for you?

A. Yep.

Q. Okay. So I apologize in advance if some of these questions seem -- seem invasive like this next one, which is have you taken any medications, drugs or alcohol today that would affect your ability to answer?

A. No.

Q. Okay. Is there any other reason why you would be unable to truthfully and accurately answer my questions today?

A. No.

Q. Other than meeting with your attorneys -- I don't want to know about what you've talked about with Ken, for example -- have you done anything to prepare for this deposition?

A. I have looked at the complaint that was filed.

Q. Okay. Have you looked at any other documents?

A. No, just what the complaint was.

Q. Have you spoken to anyone other than your attorneys?

A. No.

Q. All right. And it doesn't look like you have any notes in front of you on the computer screen -- based on the video screen here.

But for the record, do you have any notes or other documents with you here today?

A. No, I don't.

Q. All right. And are you being compensated for your testimony?

A. No.

Q. Okay. So as a little bit of background, what is your educational background?

A. I have a master's degree in public affairs from IU Indianapolis.

Q. And is there a bachelor's degree that goes with that?

A. Yep, bachelor's in psychology from IU Indianapolis.

Q. And what -- are you currently employed?

A. Yes, I am currently employed.

Q. And where are you currently employed?

A. At the ACLU of Indiana.

Q. And what is your job at the ACLU?

A. I am the advocacy manager.

Q. And what does an advocacy manager do?

A. They make sure that the public is aware of any legislation or any other public interest information that would concern civil liberties. And that could be doing action alerts, having meetings, convenings, making sure that folks are educated around particular issues, and that they're ready to be activated.

Q. So there were a lot of technical terms in there that I'm not sure I understood.

When you say action alert, what do you mean?

A. That is a communication that goes out to our communities about a particular legislation that we want folks to know about.

Q. Okay. So is it similar to a press release?

A. No, it is not a press release. It is asking folks to take action.

Q. And what action are you asking folks to take?

A. It depends. It could be contacting a legislator or it could be taking action in their own community like showing --

Q. Such as? Sorry.

A. Showing up to an event, you know, contacting a local lawmaker. I think, you know, it's pretty broad.

Q. Okay. Does it include requests for donations?

A. No.

Q. No. And you mentioned activating people. What's involved with activating people?

A. Asking them to come out to the Statehouse, asking folks to show up for any public meetings or asking them to make sure that their own networks are educated around issues that concern civil liberties.

Q. And when you say educated about issues, what are you referring to?
A. The main issues that we work on as an ACLU affiliate.
Q. Well, I mean educated in what way? Where are they getting this information?
A. Mostly digital. Sometimes it'll be on a pamphlet, some written materials. If we're in person with them, we can give them pamphlets and digestible information.
Q. So this is information provided by ACLU?
A. Correct.
Q. Okay. And how do you determine what issues ACLU is communicating with people about?
A. Well, we try to cover as many as possible. Civil liberties kind of reaches a broad span. In Indiana, it's a lot of what's currently happening in the state government. So that is dependent on how our state lawmakers decide what issues they want to take on.
Q. Okay. And is ACLU generally telling its -- telling people what issues they think people should be concerned about or is it receiving information from the community?
A. It's receiving information from the

community. And there's -- there's -- you know, people are signing up to the ACLU because of the issues that we work on. And so if they are signing up to hear about immigration, it's probably because we're also working on immigration.

Q. So how do you receive information from the community?

A. They opt in to our communications.

Q. Well, now when they're opting in, they're opting in to communications from ACLU, correct?

A. Correct.

Q. So is there any way other than that opt-in that people are communicating to ACLU what they think is important or what their position is?

A. I mean, I think there's going to be like a process in which they're opting in. Maybe it's not checking a box that they're opting in. But if they're following us on social media, I guess that would be them opting in to receive that information. So I don't -- I don't think that they're unwillingly receiving information.

Q. That wasn't what I was trying to get at. I was trying to get at how ACLU knows the opinions of its members?

A. Got you. Well, civil liberties is broad.

And I think they can ebb and flow through what the state is actively working on. And if it falls into that bucket of those things that we normally work on concerning civil liberties and people see that, you know, they see that we're working on that issue and then they opt in to receive communications. The communication after that opt-in could be folks telling us more about things in those buckets of work that we do and getting into more maybe a local incidents that's happening. Then they -- we have a, you know, natural conversation with them.

Q. So does ACLU ever send out communications to its members trying to find out what a member's -- what members' positions are on particular issues?

A. That wouldn't be part of my job.

Q. Okay. Are you aware of anything like that?

A. Not in this -- in this scenario, no.

Q. Okay. And moving away from your job duties, to continue getting a little bit of background, around where do you live? I don't need cross streets. I don't need anything -- an address or anything that granular. But, you know, are you in Indianapolis? If you're in Indianapolis, what area of Indianapolis? That sort of thing.

A. I live near the Indiana State Fairgrounds.

Q. Okay. So remind me about how far away from downtown that is.

A. About eight miles.

Q. Do you have to take the freeway to get there or --

A. No.

Q. And have you been in Indiana your whole life?

A. Most. I was born in Detroit. And then I moved here when I was a couple days old.

Q. Okay. So since then?

A. Yeah, so minus a few days.

Q. Fair enough.

A. Yeah.

Q. And have you generally been in Indianapolis for that whole period?

A. No. I was raised up in the northern part of the state, near Fort Wayne. But I've lived here the last ten years.

Q. Okay. Great. So, obviously, you mentioned that you're currently employed by the ACLU.

Is that a volunteer or a paid position?

A. It's a paid position.

Q. And about how long have you been in that position?
A. Two years.
Q. Okay. Did you work with the ACLU at all before that?
A. In my personal capacity, yes.
Q. What do you mean in your personal capacity?
A. I was a supporter of the ACLU in a personal sense.
Q. Okay. So what did that involve?
A. I would do action alerts that they would send out. I would attend events that they would ask me to attend to. And I would read the information that they were sending out on issues that they worked on.
Q. So you're a member of the ACLU then?
A. I was a supporter of the ACLU.
Q. Now, is a supporter and a member -- are a supporter and a member different things?
A. They are different things, yeah.
Q. Okay. So what is a supporter and what is a member?
A. A supporter is somebody who is -- they could be a member, but maybe they haven't actually

become a member, but they still support the ACLU.

Q. Okay. And how does one become a member of the ACLU?

A. They fill out the membership form and they contribute $30 to the C4.

Q. And are you currently a member of the ACLU?

A. Yes.

Q. And how long have you been a member of the ACLU?

A. I joined this year.

Q. Okay. So at the very beginning of the year?

A. I would say end of quarter one, beginning of quarter two.

Q. And was -- is there anything else involved in becoming a member other than making that donation and filling out a form?

A. You receive a welcome information in the mail. And you receive your official card for the membership.

Q. But there aren't any other requirements for membership?

A. Not that I know of.

Q. Okay. And in your capacity as a member,

have you ever received anything from the ACLU asking you for your opinion on the issues or litigation it's pursuing?

A. No.

Q. Have you ever been arrested?

A. No.

Q. Okay. How are you involved in this case or are you involved in this case?

A. I'm involved because I don't feel that it's appropriate to have a religious monument on state property.

Q. I was -- I was more meaning are you involved at all with the work on this case, have you -- are you aware that ACLU is relying on you as one of the members that it says has standing, things of that nature?

A. Yes.

MR. FALK: She's having me do the legal work though.

MR. LOWREY: I presumed so.

BY MR. LOWREY:

Q. And how did you become involved in this case?

A. I would say the fact that I am frequently at the Statehouse, I'm asking people to go to the

Statehouse, I'm on the Statehouse grounds, and also as a just concerned citizen.

Q. Okay. But how did you find out about this case?

A. Well, the initial case actually happened I think before I was born.

MR. FALK: Okay.

A. But we -- we were notified through Ken about the case.

BY MR. LOWREY:

Q. Okay. So ACLU told you the case was happening?

A. Yeah, before it was public, yeah.

Q. And have you ever seen the monument or seen any pictures of the monument?

A. I have.

Q. Okay. Seen it in person or seen pictures of it?

A. Pictures.

Q. Okay. So how are you injured by the monument, if you're injured by the monument?

A. I just -- I find it offensive that there would be a secular monument in a public space that I would frequent, I would see, I would pass by.

Q. You'd find it offensive that there would

be a secular monument?

A. A religious monument, yes.

Q. Okay. so is it just that you might see the monument or is it knowing the monument is there or --

A. Both. I mean, seeing it would then -- I would just know that it's always there even if I'm not standing in front of it.

Q. Is there any other injury other than that offense?

A. Of being -- of seeing it?

Q. Yeah.

A. No.

Q. Are you asserting any physical or economic injuries or things like that?

A. No.

Q. Okay. Is there a reason why you wouldn't be able to bring suit in your own right?

A. I don't understand that question.

Q. Is there any reason why you were -- why you would need to rely on the ACLU to sue rather than suing yourself -- rather than suing as yourself?

A. I would guess resources.

Q. Okay. You characterized it earlier as a

religious monument.

Are you aware that the monument also displays the Bill of Rights to the U.S. Constitution?

A. I'm aware.

Q. Are you offended by that document?

A. I am not offended by that document.

Q. Are you offended by that document being in proximity to the Ten Commandments?

A. No.

Q. Are you aware that the monument also displays the preamble to the Indiana Constitution?

A. I'm aware.

Q. Are you offended by the preamble to the Indiana Constitution?

A. I am not.

Q. Are you offended by the proximity of the preamble to the Indiana Constitution to -- by the proximity of the preamble to the Indiana Constitution to the Ten Commandments?

A. No.

Q. Are you aware that the preamble to the Indiana Constitution contains a reference to God?

A. Yes.

Q. Are you offended by that reference?

A. In theory, yes. But I was not around when

it was wrote. So I don't think I had a say in the matter.

Q. So are you -- are you saying that the historical nature of a reference matters to you?

A. No. I'm saying I am here today and have knowledge of the creation of this monument. And that's why I have offense to this one.

Q. So something that had happened a long time ago is not going to be -- is not offensive to you?

A. No, I don't think that's what I'm saying. I think it's that, hypothetically, if I was around then, I also would have offense. But I wasn't around then. So I cannot pull the offense if I wasn't around.

Q. Okay. Are you offended by other references to God in the Indiana Statehouse, such as there's a plaque in the rotunda that says In God We Trust?

A. Yes.

Q. Are you offended by the plaque in the rotunda that contains the text of a poem Ain't God Good to Indiana?

A. Yes.

Q. Okay. Are you offended by the plaque in the rotunda that commemorates the first Christian

religious service that took place in Indiana?
A. Yeah.
Q. Are you aware that there's a meditation room on the fourth floor of the Statehouse?
A. I'm aware that there's a room that's available to use for different -- different uses.
Q. Are you aware that that meditation room is equipped with Bibles?
A. Yes.
Q. Are you offended by the meditation room?
A. I think it would be offensive if the only book that was available was the Bible in there.
Q. Is there any reference to God or religion by a state or federal government that would not offend you?
A. No, no. I think it's the religious aspect.
Q. And is it only Christian references that you're offended by?
A. I -- yes, but not for the sake that it's Christian.
Q. Can you break that down for me a little?
A. It's more of the fact that it's religious.
Q. So you would be equally offended by, say, the Five Pillars of Islam?

A. If it was being promoted by a government or state.

Q. When you say promoted by government or state, what do you mean?

A. Put on a monument on state property.

Q. Now, when you say on state property, are you referring to the ownership of that property or are you referring to the location -- or are you referring to what that property is in proximity to?

A. I don't understand.

Q. So, for example, the monument that is at issue in this case is currently located in front of a church in Bedford.

Do you have any offense -- are you offended by the monument where it currently is?

A. No. That's private property.

Q. If -- but you say you would be offended if it were moved onto the Statehouse lawn?

A. Yes.

Q. If the portion of the Statehouse lawn that it were being moved to were owned by a private party, would you still be offended by it?

A. If a portion of the Statehouse lawn --

Q. Assume that it had been owned by -- that it had been transferred to a private property -- to

a private party for reasons completely unrelated to this case and completely unrelated to the monument and that private party put up that monument, but it's still right there next to the Statehouse, would you still be offended?

A. I mean, it's private property at that point.

Q. So you would not be offended at that point?

A. Right.

Q. Okay. So the proximity to the Statehouse doesn't matter to you, it's a matter of ownership?

A. It's a matter of a state and a government promoting the religion.

Q. But again what I'm trying to get at is, is when that promotion happens in your point of view?

A. I don't understand the question.

Q. Okay.

A. Can you rephrase your question?

Q. Well, previously, when we've been talking, you said that if the monument were on property that was owned by a private party, completely separately from the monument -- from why the monument was placed there and that private -- and even if it's that portion of the Statehouse lawn, you would not

be offended by the monument in that circumstance. So I was trying to -- but then you had made a comment about promoting. So I was trying to understand what distinction you were trying to make.

A. I think the distinction is the decision of the government placing this monument, not a private entity.

Q. Okay. So it's a matter of who decides where the monument is put, not where it is put itself?

A. Okay. I see what you're getting at with -- with -- the decision to place the monument on a public property.

Q. Okay. And once again that offense is based on the possibility of seeing the monument and the fact that you know the monument is there?

A. Yes.

Q. And do you have any definite plans to visit the Statehouse?

A. Yes, I will be there on the 10th.

Q. For the Anonymous argument?

A. For the RFRA argument, yeah.

Q. And do you -- is that the only time you intend to visit the Statehouse?

A. No. I will probably be there in January

through May of next year for the legislative session.

Q. Now, when you say January through May, are you referring to every day during those months?

A. It would probably be three or four days of the week during those months.

Q. And what would be the -- what would be your purpose at the Statehouse during those months?

A. To witness the legislative session, provide testimony if needed, organize events where folks are being educated and activated around the issues that we work on.

Q. And when you go to the Statehouse, how do you get there?

A. Well, I leave the office and I head out on Southeastern Avenue to Washington. Washington takes me right to the front -- the south end of the Statehouse. You know, depending on the type of event, the things that I'm there, I might have materials with me, things that I need to carry into the Statehouse. So I pull into that little handicap inlet between the Statehouse and the state building, will unload stuff there, and then park either in front on the street parking or in the parking garage in the proximity.

Q. Now, when you say the parking garage, are you referring to the Government Center South parking garage or a different parking garage?
A. I'm not sure the name. It's the one that is -- goes down underneath the street.
Q. Near the mall?
A. No. It's connected to the hotel that's right across --
Q. The Hyatt?
A. I think it's the Hyatt. The one on the south end of the Statehouse.
Q. The one where all that construction was going on earlier this summer?
A. I mean, there's been so much construction.
Q. Yes, yes. It's just there are two hotels on that block. And I'm trying to figure out if you're talking about the Hyatt parking garage or the Westin parking garage because I --
A. It's the one right off Washington and right -- you turn left right even before you cross over Senate. Like it's --
Q. I think that's the Westin parking garage.
A. Okay.
Q. Okay.
A. I think the -- yeah, because I think the

Hyatt you have to go down Capitol to get to.

Q. Maybe. And when you're going into the Statehouse, what entrance are you using?

A. The west entrance.

Q. And when you're in the Statehouse -- you'd mentioned a variety of different things you did in the Statehouse -- whereabouts in the Statehouse do you go?

A. Well, I come in on the basement level because that's where the elevators are. So I can take my stuff with me. I've been on the main level floor which is technically the second floor. We have events there. The third floor we've had events there. We also do most of our committee hearings on that floor. We've been in the court building or the courtroom. And I've been up to the top floor for pictures and views that we've been able to take too.

Q. And if the monument were placed, what would you have to do to avoid it?

A. Carry a bunch of materials up some limestone stairs, park in a different location. I would have to go a different route because that's a one-way, yeah.

Q. So you'd need to go in the east entrance then?

A. Yeah.
MR. LOWREY: Ken, can we take three or four minutes just for me to check over my notes just to make sure I don't have anything else to ask?
MR. FALK: Of course. Thanks.
(Recess taken)
MR. LOWREY: I don't have anything further.
MR. FALK: Thank you. I just have a couple questions.

EXAMINATION

BY MR. FALK:
Q. You were asked at the beginning of the deposition about getting information from the community.
Do you remember those questions?
A. Yes.
Q. Do you work with organizations and groups that you describe as community partners?
A. Yes, frequently.
Q. What are community partners?
A. Organizations that work within our issue areas. They could be those that are doing direct service, they could be advocacy organizations, mostly non-profit.

Q. And are a number of them made up of our members?
A. Yes.
Q. But not necessarily?
A. Not necessarily.
Q. And you were asked about when you became a member of the ACLU of Indiana. And we checked.
It was during the second quarter of this year; is that correct?
A. Correct.
Q. And do you intend to continue to become -- to continue as a member?
A. Yes.
Q. And you talked about being at the Statehouse on the 10th of this month for an argument to the Supreme Court.
Do you remember that?
A. Yes.
Q. And is there going to be some sort of demonstration outside at that time?
A. Yes, there will be.
Q. And where will that be?
A. In the south end of the Statehouse.
Q. And is that where demonstrations that you've participated in the past have normally been?

A. Normally, yes.
Q. And how many of those demonstrations roughly have you been involved in either as a participant or --
A. Dozens.
Q. And do you anticipate that coming into the future?
A. Yes.
Q. And you testified that you go in the entrance on the west side of the Statehouse?
A. Correct.
Q. That's the one off of Senate Avenue?
A. Yes.
Q. Which we call the accessible entrance?
A. Yes.
MR. FALK: I have no further questions.

RE-EXAMINATION

BY MR. LOWREY:
Q. Just one brief one following up on your question about community partners.
Are those community partners made mostly or entirely of ACLU members?
A. I would not say entirely. Maybe a split between 50/50.
Q. How do you know how much of their

membership is made up of ACLU members?
A. Their public records that they provide for us and our membership records.
Q. So they provide you with a list of how many of their members are ACLU members?
A. How many of the partners' members are ACLU members?
Q. Correct.
A. No, these are folks that we directly work with.
Q. Now, when you say folks we directly work with, you mean that the community partners are folks you directly work with?
A. Yes, so like their staff and folks that they bring into the work that we're doing.
Q. So you don't know to what extent they represent ACLU's members?
A. They would tell us if they are members.
Q. Okay. But are these -- are these individuals or are these organizations?
A. The individuals that work at the organizations.
Q. Okay. But I guess I'm trying to figure out -- you'd mentioned they were 50/50. But I'm trying to figure out how you know what proportion of

these organization -- of the people these organizations represent or the organizations themselves are ACLU members?

A. Yeah, either they would tell us or we have -- we know who our members are.

Q. Okay. And when these organizations provide ACLU input, what sort of input do they provide?

A. What type of like ACLU input would that --

Q. Well, it sounded like when you were answering Ken's questions earlier that these organizations provided information of some sort to ACLU. I'm trying to probe what kind of information that is?

A. Yeah, it could be issues that they're experiencing in the community, work that they're working on in the Statehouse. It could be campaigns that they're currently running. But all of our conversations are aligned to the issues that we work on.

Q. So they're -- when you say aligned to the issues you're working on, what do you mean?

A. We have partners that are within, you know, the immigration space. We have partners within reproductive health spaces. So the

conversations that we have with partners depending on the issues that we both work on, then would, you know, dictate what type of information that we're gathering.

Q. And these are separate organizations with their own constituencies?

A. Yes.

MR. LOWREY: Okay. I don't have anything further.

MR. FALK: I have nothing further. We'll take signature.

MR. LOWREY: Sandy, could I get a condensed copy, please?

COURT REPORTER: Sure. Ken, you wanted a copy as well?

MR. FALK: Please.

(Deposition concluded at 2:04 p.m.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

INDIANA CIVIL LIBERTIES )
UNION, et al. )
)
Plaintiffs, )
)
)
-v- ) No. 1:00-cv-00811-SEB-VSS
)
MIKE BRAUN, )
)
Defendant. )

Job No. 210041

I, DANIELLE DRAKE, state that I have read the foregoing transcript of the testimony given by me at my deposition on September 1, 2026, and that said transcript constitutes a true and correct record of the testimony given by me at said deposition except as I have so indicated on the errata sheets provided herein.

________________________________
DANIELLE DRAKE

STEWART RICHARDSON & ASSOCIATES
Registered Professional Reporters
One Indiana Square, Suite 2425
Indianapolis, IN 46204
(800)869-0873

STATE OF INDIANA ) 
) SS:
COUNTY OF MARION )

I, Sandra Marchky, a Notary Public in and for the county and state, do hereby certify that the deponent herein was by me first duly sworn to tell the truth, the whole truth, and nothing but the truth in the aforementioned matter;

That the foregoing deposition was taken on behalf of the Defendant; that said deposition was taken at the time and place heretofore mentioned between 1:25 p.m. and 2:04 p.m.;

That said deposition was taken down in stenograph notes and afterwards reduced to typewriting under my direction; and that the typewritten transcript is a true record of the testimony given by said deponent;

And thereafter presented to said witness for signature; that this certificate does not purport to acknowledge or verify the signature hereto of the deponent.

I do further certify that I am a disinterested person in this cause of action; that I am not a relative of the attorney for any of the parties.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 3rd day of September, 2026.

Sandra Marchky
NOTARY PUBLIC SEAL
STATE OF INDIANA
Commission No. NP0721749
My Commission Expires Aug. 8, 2027

My Commission Expires:
August 8, 2027

Job No. 210041

**$**

**$30** 15:5

**1**

**1** 4:1

**10th** 24:20 29:15

**1:25** 4:2

**2**

**2026** 4:2

**2:04** 33:17

**5**

**50/50** 30:24 31:24

**A**

**ability** 6:24

**able** 18:18 27:17

**about** 7:6 9:2,3 10:1,14,23 11:4 12:8 13:2,4 14:1 17:3,9 24:3 26:17 28:14 29:6,14 30:20

**accessible** 30:14

**accurately** 7:2

**ACLU** 8:12,13 10:3,11,14,21 11:2,10,13,23 12:12 13:23 14:4, 9,17,18 15:1,3,7,10 16:1,14 17:11 18:21 29:7 30:22 31:1,5,6 32:3,7,9,13

**ACLU's** 31:17

**across** 26:8

**action** 8:19,25 9:7,8,11 14:12

**activated** 8:22 25:11

**activating** 9:20,21

**actively** 12:2

**actually** 14:25 17:5

**address** 12:22

**advance** 6:20

**advocacy** 8:14,15 28:24

**affairs** 8:3

**affect** 6:23

**affiliate** 10:4

**after** 12:7

**afternoon** 4:22 6:14

**again** 23:15 24:14

**ago** 20:9

**agree** 4:13

**agrees** 4:15,16

**Ain't** 20:21

**alcohol** 6:23

**alert** 8:25

**alerts** 8:19 14:12

**aligned** 32:19,21

**all** 5:7,16,17,18 6:1,2,3,11 7:17, 23 14:4 16:13 26:12 32:18

**also** 11:5 17:1 19:2,10 20:12 27:14

**always** 18:7

**am** 5:2 8:10,14 16:24 19:6,15 20:5

**an** 5:10 8:15 9:14 10:3 12:22 29:15

**and** 4:7,19,23,25 5:4,12,18,23 6:4,7,8,13 7:2,17,23 8:5,9,11,13, 15,18,21 9:8,20 10:1,9,13,21 11:1,3 12:1,2,4,5,9,19 13:8,10, 16 14:1,14,19,20,22 15:2,4,6,9, 16,18,20,25 16:22 17:1,14 20:5, 6 21:18 23:2,3,13,24 24:14,15, 18,23 25:7,11,13,15,22,23 26:16,19 27:2,5,16,17,18 28:18 29:1,6,7,11,14,19,22,24 30:2,6,9 31:3,14 32:6 33:5

**Anonymous** 24:21

**answer** 5:11,21 6:10,16,24 7:2

**answering** 6:8 32:11

**answers** 5:13,19

**anticipate** 30:6

**any** 4:7 6:16,22 7:1,11,18,20 8:17 9:23 11:12 15:22 17:15 18:9,14,20 21:13 22:14 24:18

**anyone** 7:14

**anything** 7:7 12:16,22,23 15:16 16:1 28:4,7 33:8

**apologize** 6:20

**appropriate** 16:10

**are** 6:16 7:23 8:9,11,20 9:8,24 10:2,6 11:2,3,13 12:14,16,23 14:19,21 15:6 16:7,8,12,14 17:20 18:14 19:2,5,7,10,13,16, 21,24 20:3,15,20,24 21:3,7,10 22:6,8,14 25:3,11 26:1,15 27:3, 10 28:21,23 29:1 30:21 31:5,6,9, 12,18,19,20 32:3,5,19,23 33:5

**area** 12:25

**areas** 28:23

**aren't** 15:22

**argument** 24:21,22 29:15

**around** 8:21 9:25 12:21 19:25 20:11,13,14 25:11

**arrested** 16:5

**as** 4:19,22 8:1 9:13 10:3,15 15:25 16:14 17:2 18:22,25 20:16 28:19 29:12 30:3 33:15

**ask** 5:10,13 6:8,9,15,16 14:13 28:4

**asked** 28:13 29:6

**asking** 6:9 9:7,8,22,23,24 16:1, 25

**aspect** 21:17

**assent** 5:22

**asserting** 18:14

**association** 4:3

**Assume** 22:24

**at** 7:9,11 8:12,13 11:22,23 14:4 15:12 16:13,25 22:11 23:6,8,15 24:11 25:8 28:13 29:14,20 31:21 33:17

**attend** 14:13,14

**Attorney** 4:11,24

**attorneys** 7:5,15

**available** 21:6,12

**Avenue** 25:16 30:12

**avoid** 27:19

**aware** 8:16 12:16 16:14 19:2,4, 10,12,21 21:3,5,7

**away** 12:19 13:2

**B**

**bachelor's** 8:5,7

**background** 8:1,2 12:21

**based** 7:19 24:15

**basement** 27:9

**be** 5:24 7:2 8:19,22 9:10,11 10:7,23 11:15,19 12:7,15 14:25 17:23 18:1,18 20:9 21:11,24 22:17,22 23:5,8 24:1,20,25 25:5, 7 28:23,24 29:19,21,22 32:15,17

**became** 29:6

**because** 5:18,23 11:2,4 16:9 26:18,25 27:10,22

**become** 15:1,2 16:22 29:11

**becoming** 15:17

**Bedford** 22:13

**been** 4:18 13:8,16 14:1 15:9 16:5 22:24,25 23:20 26:14 27:11,15,16,17 29:25 30:3

**before** 5:5 6:10,17 14:5 17:6,13 26:20

**beginning** 15:12,14 28:13

**being** 7:23 18:11 19:7 22:1,21 25:11 29:14

**between** 25:22 30:24

**Bible** 21:12

**Bibles** 21:8

**Bill** 19:3

**bit** 5:20 8:1 12:20

**block** 26:16

**book** 21:12

**born** 13:10 17:6

**both** 18:6 33:2

**box** 11:17

**break** 6:14,15 21:22

**brief** 30:19

**bring** 18:18 31:15

**broad** 9:16 10:16 11:25

**bucket** 12:3

**buckets** 12:8

**building** 25:22 27:15

**bunch** 27:20

**but** 6:5,15 7:20 11:17 12:23 13:19 14:25 15:1,22 17:3,8 19:25 20:12 21:20 22:17 23:3,15 24:2 29:4 31:19,23,24 32:18

**by** 4:21 10:11 13:22 16:21 17:10,20,21,24 19:5,6,7,13,16, 17,24 20:15,20,24 21:10,14,19, 24 22:1,3,14,21,22,24 23:22 24:1 28:12 30:18

**C**

**C4** 15:5

**call** 30:14

**campaigns** 32:17

**can** 5:24 10:9 12:1 21:22 23:19 27:10 28:2

**cannot** 20:13

**capacity** 14:6,8 15:25

**Capitol** 27:1

**card** 15:20

**carry** 25:20 27:20

**case** 16:7,8,13,23 17:4,5,9,11 22:12 23:2

**Center** 26:2

**characterized** 18:25

**check** 28:3

**checked** 29:7

**checking** 11:17

**Christian** 20:25 21:18,21

**church** 22:13

**circumstance** 24:1

**citizen** 17:2

**civil** 8:18 9:25 10:16 11:25 12:4

**clear** 6:5

**come** 5:23 9:22 27:9

**coming** 30:6

**Commandments** 19:8,19

**commemorates** 20:25

**comment** 24:3

**committee** 27:14

**communicating** 10:14 11:13

**communication** 9:1 12:7

**communications** 11:8,10 12:6,12

**communities** 9:2

**community** 9:12 10:24 11:1,7 28:15,19,21 30:20,21 31:12 32:16

**compensated** 7:23

**complaint** 7:9,13

**completely** 23:1,2,22

**computer** 7:18

**concern** 8:18 9:25

**concerned** 10:23 17:2

**concerning** 12:4

**concluded** 33:17

**condensed** 33:13

**connected** 26:7

**constituencies** 33:6

**Constitution** 19:3,11,14,17,19, 22

**construction** 26:12,14

**contacting** 9:10,15

**contains** 19:22 20:21

**continue** 12:20 29:11,12

**contribute** 15:5

**convenings** 8:20

**conversation** 12:11

**conversations** 32:19 33:1

**copy** 33:13,15

**correct** 10:12 11:10,11 29:9,10 30:11 31:8

**could** 8:19 9:10,11 12:7 14:25 28:23,24 32:15,17 33:12

**counsel** 4:6,13

**couple** 13:11 28:10

**course** 28:5

**court** 4:1,13 5:12,18,24 27:15 29:16 33:14

**courtroom** 27:16

**cover** 10:15

**creation** 20:6

**cross** 12:22 26:20

**currently** 6:17 8:9,10,11 10:17 13:22 15:6 22:12,15 32:18

## D

**D-R-A-K-E** 5:3

**Danielle** 4:5,17 5:2

**day** 25:4

**days** 13:11,13 25:5

**decide** 10:19

**decides** 24:8

**decision** 24:5,12

**defendant** 4:12,16

**definite** 24:18

**degree** 8:3,5

**demonstration** 29:20

**demonstrations** 29:24 30:2

**dependent** 10:18

**depending** 25:18 33:1

**depends** 9:10

**deposition** 4:5 5:5 7:8 28:14 33:17

**describe** 28:19

**determine** 10:13

**Detroit** 13:10

**dictate** 33:3

**did** 14:4,11 16:22 17:3 27:6

**different** 14:20,21 21:6 26:3 27:6,21,22

**difficult** 5:24 6:4

**digestible** 10:10

**digital** 10:7

**direct** 28:23

**directly** 31:9,11,13

**displays** 19:2,11

**distinction** 24:4,5

**do** 6:15,17 7:20 8:15,25 10:13 11:6 12:9,21 13:5 14:7,12 16:18 22:4,14 24:18,23 25:13 27:7,14, 19 28:16,18 29:11,17 30:6,25 32:7,22

**document** 19:5,6,7

**documents** 7:12,21

**does** 4:13 6:18 8:15 9:17 12:12 15:2

**doesn't** 7:17 23:12

**doing** 8:19 28:23 31:15

**don't** 5:15,23 7:6,22 11:20 12:21,22 16:9 18:19 20:1,10 22:10 23:17 28:4,7 31:16 33:8

**donation** 15:17

**donations** 9:18

**done** 6:8,9 7:7

**down** 5:12,25 21:22 26:5 27:1

**downtown** 13:3

**Dozens** 30:5

**Drake** 4:5,9,17 5:2

**drugs** 6:23

**duly** 4:18

**during** 25:4,6,8 29:8

**duties** 12:20

## E

**each** 6:6

**earlier** 5:20 18:25 26:13 32:11

**east** 27:24

**Eastern** 4:2

**ebb** 12:1

**economic** 18:14

**educated** 8:20 9:25 10:1,5 25:11

**educational** 8:2

**eight** 13:4

**either** 25:23 30:3 32:4

**elevators** 27:10

**else** 15:16 28:4

**employed** 8:9,10,11 13:22

**end** 15:14 25:17 26:11 29:23

**enough** 13:14

**ensure** 6:5

**entirely** 30:22,23

**entity** 24:7

**entrance** 27:3,4,24 30:10,14

**equally** 21:24

**equipped** 21:8

**especially** 6:4

**even** 18:7 23:24 26:20

**event** 9:14 25:19

**events** 14:13 25:10 27:13

**ever** 5:4 12:12 16:1,5 17:14

**every** 25:4

**EXAMINATION** 4:20 28:11

**examined** 4:18

**example** 7:7 22:11

**experiencing** 32:16

**extent** 31:16

## F

**fact** 16:24 21:23 24:16

**Fair** 13:14

**Fairgrounds** 13:1

**Falk** 4:8,15 16:18 17:7 28:5,9,12

30:16 33:10,16

**falls** 12:2

**far** 13:2

**federal** 21:14

**feel** 6:14 16:9

**few** 13:13

**figure** 26:16 31:23,25

**filed** 7:10

**fill** 15:4

**filling** 15:18

**find** 12:13 17:3,22,25

**first** 4:18 20:25

**Five** 21:25

**floor** 21:4 27:12,13,15,16

**flow** 12:1

**folks** 8:20 9:3,7,8,23 12:7 25:11 31:9,11,12,14

**following** 11:18 30:19

**follows** 4:19

**for** 4:7,8 5:1,24 6:18 7:7,8,20,24 9:17,23 13:17 15:20,23 16:2 21:6,20,22 22:11 23:1 24:21,22 25:1 27:16 28:3 29:15 31:2

**form** 15:4,18

**Fort** 13:19

**four** 25:5 28:3

**fourth** 21:4

**free** 6:14

**freeway** 13:5

**frequent** 17:24

**frequently** 16:24 28:20

**from** 4:10,23 8:4,7 10:24,25 11:6,10 12:19 13:3 16:1 23:23 28:14

**front** 7:18 18:8 22:12 25:17,24

**further** 28:8 30:16 33:9,10

**future** 30:7

G

**garage** 25:24 26:1,3,17,18,22

**gathering** 33:4

**General** 4:11,24

**generally** 10:21 13:16

**gestures** 5:22

**get** 11:22,23 13:5 23:15 25:14 27:1 33:12

**getting** 10:6 12:9,20 24:11 28:14

**give** 10:9

**given** 5:4

**go** 5:7 16:25 25:13 27:1,8,22,24 30:9

**God** 19:22 20:16,17,21 21:13

**goes** 8:5 9:1 26:5

**going** 5:7,9,10,11,13 6:16 11:15 20:9 26:13 27:2 29:19

**good** 4:22 20:22

**Got** 11:25

**government** 10:18 21:14 22:1, 3 23:13 24:6 26:2

**granular** 12:23

**Great** 13:21

**ground** 5:8

**grounds** 17:1

**groups** 28:18

**guess** 11:18 18:24 31:23

H

**had** 20:1,8 22:24,25 24:2 27:13

**handicap** 25:21

**happened** 17:5 20:8

**happening** 10:17 12:10 17:12

**happens** 23:16

**has** 16:15

**have** 5:4,6 6:15,22 7:7,9,11,14, 18,20 8:3 12:10 13:5,8,16 14:1 15:9 16:1,5,10,13 17:14,16 20:5, 7,12 22:14 24:18 25:19 27:1,13, 19,22 28:4,7,9 29:25 30:3,16 32:5,23,24 33:1,8,10

**haven't** 14:25

**having** 4:18 8:19 16:18

**head** 25:15

**health** 32:25

**hear** 11:4

**heard** 4:23

**hearings** 27:14

**here** 4:23 5:12 7:19,21 13:11,19 20:5

**historical** 20:4

**hotel** 26:7

**hotels** 26:15

**how** 10:13,18 11:6,23 13:2 14:1 15:2,9 16:7,22 17:3,20 25:13 30:2,25 31:4,6,25

**Hyatt** 26:9,10,17 27:1

**hypothetically** 20:11

I

**I'M** 4:23 5:7,10,13 6:9,15 8:24 16:9,25 17:1 18:7 19:4,12 20:5, 10 21:5 23:15 25:19 26:4,16 31:23,24 32:13

**I'VE** 13:19 27:11,16

**identify** 4:6

**if** 6:14,15,20 10:8 11:3,17 12:2, 24 17:21 18:7 20:11,13 21:11 22:1,17,20,23 23:21,24 25:10 26:16 27:18 31:18

**immigration** 11:4,5 32:24

**important** 11:14

**in** 4:3 6:20 7:18 8:3,7,23 9:11 10:5,8,16,17 11:8,9,10,16,17,19 12:6,8,18,24 13:8,10,16,18 14:1, 6,7,9 15:17,19,25 16:7,8,22 17:17,23 18:8,18 19:7,25 20:1, 16,17,20,24 21:1,12 22:9,12,13 23:16 24:1,25 25:23,24,25 27:5, 6,7,9,15,21,24 29:23,25 30:3,9 32:16,17

**incidents** 12:10

**include** 9:17

**Indiana** 4:4,11,24 8:12 10:17 13:1,8 19:11,14,17,18,22 20:16, 22 21:1 29:7

**Indianapolis** 4:4 8:4,8 12:24,25 13:17

**indicate** 5:15

**individuals** 31:20,21

**information** 8:18 10:6,10,11, 24,25 11:6,19,21 14:14 15:19 28:14 32:12,13 33:3

**initial** 17:5

**injured** 17:20,21

**injuries** 18:15

**injury** 18:9

**inlet** 25:22

**input** 32:7,9

**intend** 24:24 29:11

**interest** 8:17

**interrupt** 6:7

**interview** 5:10

**into** 12:2,9 25:20,21 27:2 30:6 31:15

**invasive** 6:21

**involve** 14:11

**involved** 9:21 15:16 16:7,8,9, 13,22 30:3

**is** 4:1,2,4,23 5:2,10,12,16,17,19 6:1,11,22 7:1 8:2,5,13,16 9:1,4,6 10:11,14,18,21,23 11:12,14,25 12:2 13:3,24 14:19,22,24 15:16 16:14 18:3,4,9,17,20 20:9 21:7, 13,18 22:9,11,12,15 23:15 24:5, 9,14,16,23 26:5 27:12 29:9,19, 24 31:1 32:14

**Islam** 21:25

**issue** 12:5 22:12 28:22

**issues** 8:21 9:25 10:1,3,14,19, 22 11:3 12:14 14:15 16:2 25:12 32:15,19,22 33:2

**it** 5:23 7:17 9:4,6,10,11,17 10:23 12:2 16:15 17:13,17,18,22,25 18:3,4,6,8,11,25 20:1 21:11,18 22:1,15,18,21,22,24,25 24:9 25:5 27:19 29:8 32:10,15,17

**it'll** 10:7

**it's** 6:4 9:16 10:17,25 11:4,16 13:25 16:3,10 18:7 20:11 21:16, 20,23 23:4,6,12,13,24 24:8 26:4, 7,10,15,19,21

**its** 10:22 11:24 12:13

**itself** 24:10

**IU** 8:4,7

**J**

**January** 24:25 25:3

**job** 8:13 12:15,19

**John** 4:10,23

**joined** 15:11

**just** 4:22 5:7 7:13 17:2,22 18:3,7 26:15 28:3,9 30:19

**K**

**Ken** 4:8 7:7 17:8 28:2 33:14

**Ken's** 32:11

**kind** 10:16 32:13

**know** 6:4 7:6 9:3,14,15 11:1 12:5,11,23 15:24 18:7 24:16 25:18 30:25 31:16,25 32:5,24 33:3

**knowing** 18:4

**knowledge** 20:6

**knows** 11:23

**L**

**last** 5:1,2 13:20

**lawmaker** 9:15

**lawmakers** 10:19

**lawn** 22:18,20,23 23:25

**leave** 25:15

**left** 26:20

**legal** 16:18

**legislation** 8:17 9:2

**legislative** 25:1,9

**legislator** 9:11

**level** 27:9,11

**liberties** 8:18 9:25 10:16 11:25 12:4

**life** 13:9

**like** 5:10,22 6:21 7:17 9:12 11:15 12:16 18:15 26:21 31:14 32:9,10

**limestone** 27:21

**list** 31:4

**litigation** 16:2

**little** 5:20 8:1 12:20 21:22 25:21

**live** 12:21 13:1

**lived** 13:19

**local** 9:15 12:9

**located** 22:12

**location** 22:8 27:21

**long** 14:1 15:9 20:8

**look** 7:17

**looked** 7:9,11

**lot** 8:23 10:17

**Lowrey** 4:10,16,21,23 16:20,21 17:10 28:2,7 30:18 33:8,12

**M**

**made** 24:2 29:1 30:21 31:1

**mail** 15:20

**main** 10:3 27:11

**make** 8:16 9:24 24:4 28:4

**making** 8:20 15:17

**mall** 26:6

**manager** 8:14,15

**many** 10:15 30:2 31:5,6

**Marchky** 4:3

**master's** 8:3

**materials** 10:8 25:20 27:20

**matter** 20:2 23:12,13 24:8

**matters** 20:4

**may** 4:14 25:1,3

**maybe** 11:16 12:9 14:25 27:2 30:23

**me** 13:2 14:14 16:18 21:22 25:17,20 27:11 28:3

**mean** 8:25 10:5 11:15 14:7 18:6 22:4 23:6 26:14 31:12 32:22

**meaning** 16:12

**media** 11:18

**medications** 6:22

**meditation** 21:3,7,10

**meeting** 7:5

**meetings** 8:19 9:23

**member** 14:17,19,20,23,25 15:1,2,6,9,17,25 29:7,12

**member's** 12:13

**members** 11:24 12:13 16:15 29:2 30:22 31:1,5,6,7,17,18 32:3,5

**members'** 12:14

**membership** 15:4,21,23 31:1,3

**mentioned** 9:20 13:22 27:6 31:24

**might** 18:3 25:19

**miles** 13:4

**minus** 13:13

**minutes** 28:3

**month** 29:15

**months** 25:4,6,8

**monument** 16:10 17:14,15,21, 23 18:1,2,4 19:1,2,10 20:6 22:5, 11,15 23:2,3,21,23 24:1,6,9,12, 15,16 27:18

**more** 12:8,9 16:12 21:23

**most** 13:10 27:14

**mostly** 10:7 28:25 30:21

**moved** 13:11 22:18,21

**moving** 12:19

**MR** 4:8,10,15,16,21 16:18,20,21 17:7,10 28:2,5,7,9,12 30:16,18 33:8,10,12,16

**Ms** 4:9

**much** 26:14 30:25

**my** 4:2,23 5:14 6:8,9 7:3 12:15 14:6 27:11 28:3

### N

**name** 4:2,23,25 5:1,2 26:4

**natural** 12:11

**nature** 16:16 20:4

**near** 13:1,19 26:6

**necessarily** 29:4,5

**need** 6:6,14 12:21,22 18:21 25:20 27:24

**needed** 25:10

**networks** 9:24

**next** 6:8,22 23:4 25:1

**no** 6:25 7:4,13,16,22,25 9:6,19, 20 12:18 13:7,18 16:4,6 18:13, 16 19:9,20 20:5,10 21:16 22:16 24:25 26:7 30:16 31:9

**nodding** 5:20

**nods** 5:21

**noises** 5:22

**non-profit** 28:25

**normally** 12:3 29:25 30:1

**northern** 13:18

**not** 5:6 6:6,7 8:24 9:6 11:16 12:18 15:24 18:8 19:6,15,25 20:9 21:14,20 23:8,25 24:6,9 26:4 29:4,5 30:23

**notes** 7:18,20 28:3

**nothing** 33:10

**noticed** 5:20

**notified** 17:8

**now** 11:9 14:19 22:6 25:3 26:1 31:11

**number** 29:1

### O

**obviously** 13:21

**of** 4:5,11,24 5:22 6:13,21 7:18 8:1,12,16,23 10:16,17 11:2,24 12:3,8,15,16,20,25 13:19 14:9, 17,18 15:2,6,9,12,14,15,24 16:15 17:15,18 18:8,11 19:3,16, 18 20:4,6,21 21:4,23,25 22:7,12, 20,23 23:12,13,16,25 24:5,8,15 25:1,5,17,18 26:11 27:6,14,20 28:5,13 29:1,7,8,15,19,23 30:2, 10,12,22,25 31:1,4,5,6,25 32:1, 7,9,12,13,18 33:3

**off** 26:19 30:12

**offend** 21:15

**offended** 19:5,6,7,13,16,24 20:15,20,24 21:10,19,24 22:14, 17,22 23:5,8 24:1

**offense** 18:10 20:7,12,13 22:14 24:14

**offensive** 17:22,25 20:9 21:11

**office** 4:10,24 25:15

**official** 15:20

**Okay** 5:4 6:13,20 7:1,11 8:1 9:4, 17 10:13,21 12:16,19 13:2,12,21 14:4,11,22 15:2,12,25 16:7 17:3, 7,11,17,20 18:3,17,25 20:15,24 23:11,18 24:8,11,14 26:23,24 31:19,23 32:6 33:8

**old** 13:11

**on** 5:9,23 7:18,19 10:3,7,18,20 11:3,5,18 12:2,3,5,14 14:15,16 16:2,10,13,14 17:1 18:21 21:4 22:5,6 23:21 24:13,15,20 25:12, 15,18,24 26:10,13,16 27:9,11,14 29:15 30:10,19 32:17,20,22 33:2

**once** 24:14

**one** 6:22 15:2,14 16:14 20:7 26:4,10,12,19 30:12,19

**one-way** 27:23

**only** 21:11,18 24:23

**onto** 22:18

**opinion** 16:2

**opinions** 11:23

**opt** 11:8 12:6

**opt-in** 11:12 12:7

**opting** 11:9,10,16,17,19

**or** 5:21,22 6:23 7:20 8:17 9:11, 23 10:23 11:14 12:23 13:6,24 16:2,8 17:14,17 18:4,5,14,15 21:13,14 22:2,3,7,8 25:5,24 26:3,17 27:15 28:2 30:4,21 31:20 32:2,4

**organization** 32:1

**organizations** 28:18,22,24 31:20,22 32:2,6,12 33:5

**organize** 25:10

**other** 6:6 7:1,5,11,14,21 8:17 11:12 15:17,22 18:9 20:15

**our** 9:2 10:19 11:8 27:14 28:22 29:1 31:3 32:5,18

**out** 5:23 9:1,22 12:12,13 14:13, 15 15:4,18 17:3 25:15 26:16 31:24,25

**outside** 29:20

**over** 5:7 6:6 26:21 28:3

**own** 9:11,24 18:18 33:6

**owned** 22:21,24 23:22

**ownership** 22:7 23:12

## P

**p.m.** 4:2 33:17

**paid** 13:24,25

**pamphlet** 10:8

**pamphlets** 10:9

**park** 25:23 27:21

**parking** 25:24 26:1,2,3,17,18,22

**part** 12:15 13:18

**participant** 30:4

**participated** 29:25

**particular** 8:21 9:2 12:14

**partners** 28:19,21 30:20,21 31:12 32:23,24 33:1

**partners'** 31:6

**party** 22:22 23:1,3,22

**pass** 17:24

**past** 29:25

**pending** 6:17

**people** 9:20,21 10:14,22 11:2, 13 12:4 16:25 32:1

**period** 13:17

**person** 10:9 17:17

**personal** 14:6,7,10

**persons** 4:7

**physical** 18:14

**pictures** 17:15,17,19 27:17

**Pillars** 21:25

**place** 21:1 24:12

**placed** 23:24 27:18

**placing** 24:6

**Plaintiff** 4:15

**plaintiffs** 4:8

**plans** 24:18

**plaque** 20:17,20,24

**please** 4:6,25 5:21 33:13,16

**poem** 20:21

**point** 23:7,9,16

**portion** 22:20,23 23:25

**position** 11:14 13:24,25 14:2

**positions** 12:14

**possibility** 24:15

**possible** 10:15

**preamble** 19:11,13,17,18,21

**prepare** 7:8

**present** 4:7

**press** 9:4,6

**presume** 5:13

**presumed** 16:20

**pretty** 9:16

**previously** 23:20

**private** 22:16,21,25 23:1,3,6,22, 24 24:6

**probably** 11:4 24:25 25:5

**probe** 32:13

**process** 11:16

**promoted** 22:1,3

**promoting** 23:14 24:3

**promotion** 23:16

**property** 16:11 22:5,6,7,9,16,25 23:6,21 24:13

**proportion** 31:25

**provide** 25:10 31:2,4 32:7,8

**provided** 10:11 32:12

**proximity** 19:8,16,18 22:9 23:11 25:25

**psychology** 8:7

**public** 8:3,16,17 9:23 17:13,23 24:13 31:2

**pull** 20:13 25:21

**purpose** 25:8

**pursuing** 16:3

**put** 22:5 23:3 24:9

## Q

**quarter** 15:14,15 29:8

**question** 5:14 6:8,10 18:19 23:17,19 30:20

**questions** 5:11,12 6:16,21 7:3 28:10,16 30:16 32:11

## R

**raised** 13:18

**rather** 5:21 18:21,22

**RE-EXAMINATION** 30:17

**reaches** 10:16

**read** 14:14

**ready** 8:21

**reason** 7:1 18:17,20

**reasons** 23:1
**receive** 11:6,19 12:6 15:19,20
**received** 16:1
**receiving** 10:23,25 11:21
**recess** 28:6
**record** 4:7 5:1,23 6:6 7:20
**recording** 5:19
**records** 31:2,3
**reference** 19:22,24 20:4 21:13
**references** 20:16 21:18
**referring** 10:2 22:7,8,9 25:4 26:2
**release** 9:5,6
**religion** 21:13 23:14
**religious** 16:10 18:2 19:1 21:1, 16,23
**rely** 18:21
**relying** 16:14
**remember** 28:16 29:17
**remind** 13:2
**remote** 4:5
**remotely** 4:14
**rephrase** 23:19
**reporter** 4:1,13 5:12,18,24 33:14
**represent** 31:17 32:2
**representing** 4:9,11
**reproductive** 32:25
**requests** 9:17
**requirements** 15:22
**resources** 18:24
**RFRA** 24:22
**Richardson** 4:4
**right** 5:7,16,17,18 6:1,2,3,11 7:17,23 18:18 23:4,10 25:17 26:8,19,20
**Rights** 19:3
**room** 21:4,5,7,10
**rotunda** 20:17,21,25
**roughly** 30:3
**route** 27:22
**rules** 5:8
**running** 32:18

**S**

**said** 23:21
**sake** 21:20
**Sandy** 4:3 33:12
**say** 8:25 10:1 15:14 16:24 20:1 21:24 22:3,6,17 25:3 26:1 30:23 31:11 32:21
**saying** 20:3,5,10
**says** 16:15 20:17
**scenario** 12:18
**screen** 7:19
**second** 27:12 29:8
**secular** 17:23 18:1
**see** 12:4,5 17:24 18:3 24:11
**seeing** 18:6,11 24:15
**seem** 6:21
**seen** 17:14,15,17
**Senate** 26:21 30:12
**send** 12:12 14:13
**sending** 14:15
**sense** 14:10
**separate** 33:5
**separately** 23:22
**September** 4:1
**service** 21:1 28:24
**session** 25:2,9
**She's** 16:18
**should** 10:23
**show** 6:13 9:23
**showing** 9:12,14
**side** 30:10
**signature** 33:11
**signing** 11:2,3
**similar** 9:4
**since** 13:12
**so** 4:15 5:7,8 6:7,14,17,20 8:1, 23 9:4 10:11,18 11:3,6,12,20 12:12 13:2,12,13,21 14:11,17,22 15:12 16:20 17:11,20 18:3 20:1, 3,8,13 21:24 22:11 23:8,11 24:2, 3,8 25:21 26:14 27:10,24 31:4, 14,16 32:21,25
**social** 11:18
**some** 5:8 6:20 10:8 27:20 29:19 32:12
**somebody** 14:24
**something** 20:8
**Sometimes** 10:7
**Sorry** 9:13
**sort** 12:25 29:19 32:7,12
**sounded** 32:10
**south** 25:17 26:2,11 29:23
**Southeastern** 25:16
**space** 17:23 32:24
**spaces** 32:25
**span** 10:16
**spell** 4:25
**split** 30:23
**spoken** 7:14
**staff** 31:14
**stairs** 27:21
**standing** 16:15 18:8
**star** 6:13
**state** 4:25 10:18,19 12:2 13:1,19 16:11 21:14 22:2,4,5,6 23:13 25:22
**Statehouse** 9:22 16:25 17:1 20:16 21:4 22:18,20,23 23:4,11, 25 24:19,24 25:8,13,18,21,22 26:11 27:3,5,7 29:15,23 30:10 32:17
**stenographically** 5:19

**Stewart** 4:3

**still** 15:1 22:22 23:4,5

**street** 25:24 26:5

**streets** 12:22

**stuff** 25:23 27:11

**such** 9:13 20:16

**sue** 18:21

**suing** 18:22

**suit** 18:18

**summer** 26:13

**support** 15:1

**supporter** 14:9,18,19,20,22,24

**Supreme** 29:16

**sure** 8:16,20,24 9:24 26:4 28:4 33:14

**swear** 4:14

**sworn/affirmed** 4:18

**T**

**take** 5:12,24 6:15 9:7,9 10:20 13:5 27:11,17 28:2 33:11

**taken** 6:22 28:6

**takes** 25:16

**taking** 9:11

**talk** 6:6

**talked** 7:6 29:14

**talking** 23:20 26:17

**technical** 8:23

**technically** 27:12

**tell** 31:18 32:4

**telling** 10:21,22 12:8

**ten** 13:20 19:8,19

**terms** 8:23

**testified** 4:19 30:9

**testimony** 7:24 25:10

**text** 20:21

**than** 5:21 7:5,14 11:12 15:17 18:9,22

**Thank** 6:3 28:9

**Thanks** 28:5

**that** 4:13 5:14,15,16,17,22 6:1,4, 9,11,16,18,23 7:9 8:5,6,16,18, 19,20,21,24 9:1,2,24,25 10:3,18 11:3,12,13,17,18,19,20,22 12:3, 4,5,7,9,15,17,23,25 13:3,17,22, 24 14:1,5,11,12,13,15 15:17,24 16:9,14,15,16,24 17:22,23,25 18:3,7,9,15,19 19:2,5,6,7,10,21, 24 20:3,8,11,17,21,25 21:1,3,5, 7,12,14,18,20,22,23 22:7,9,11, 20,24 23:3,6,8,16,21,24,25 24:1, 14,16,23 25:12,19,20,21 26:4, 12,16 27:15,17 28:19,22,23 29:9,17,20,22,24 30:6,9 31:2,9, 12,14,15,21 32:9,11,14,15,16, 18,19,23 33:1,2,3

**that's** 6:2 12:10 20:7,10 21:5 22:16 26:7,22 27:10,22 30:12

**the** 4:2,4,7,8,10,11,14,23,24 5:1, 12,18,23,24 6:13 7:9,13,18,19, 20 8:12,13,14,16 9:22 10:3,18, 24,25 11:2,6,23 12:1,6 13:1,5, 18,19,20,22 14:4,9,14,17,18 15:1,3,4,5,6,9,12,19,20 16:1,2, 13,15,18,24,25 17:1,5,9,11,14, 15,20,21 18:4,21 19:2,3,8,10,11, 13,16,17,18,19,21 20:1,3,6,13, 16,17,20,21,24,25 21:4,10,11, 12,16,20,23,25 22:7,8,11,15,18, 20,23 23:2,4,11,14,17,21,23,25 24:1,5,6,9,12,15,16,19,20,21,22, 23,24 25:1,6,7,8,9,11,13,15,17, 18,19,21,22,24,25 26:1,2,4,5,6, 7,9,10,11,12,17,19,22,25 27:2,4, 5,7,9,10,11,12,13,15,16,18,24 28:13,14 29:7,8,14,15,16,23,25 30:6,9,10,12,14 31:6,12,15,21 32:1,2,16,17,19,21,24,25 33:2

**their** 9:11,24 11:14 30:25 31:2, 5,14 33:6

**them** 9:22,24 10:9 11:19 12:11 29:1

**themselves** 4:6 32:3

**then** 5:8 12:6,10 13:10,12 14:17 18:6 20:12,13 24:2 25:23 27:25 33:2

**theory** 19:25

**there** 7:1 8:5,23,24 11:12 13:6 15:16,22 17:22,25 18:4,7,9,17, 20 21:12,13 23:4,24 24:16,20,25 25:14,19,23 26:15 27:13,14 29:19,21

**there's** 11:1,15 20:17 21:3,5 26:14

**these** 6:5,21 31:9,19,20 32:1,6, 11 33:5

**they** 8:16 10:6,19,22 11:3,8,13 12:1,5,6,10 14:12,13,15,21,24, 25 15:1,4 28:23,24 31:2,4,15,16, 18,24 32:4,7

**they're** 8:21 11:9,16,17,18,20 32:15,16,18,21

**thing** 12:25

**things** 5:22 12:3,8 14:20,21 16:15 18:15 25:19,20 27:6

**think** 9:15 10:22 11:14,15,20 12:1 17:6 20:1,10,11 21:11,16 24:5 26:10,22,25

**third** 27:13

**this** 4:4 5:10 6:14,21 7:8 10:6,11 12:18 15:11 16:7,8,13,22 17:3 20:6,7 22:12 23:2 24:6 26:13 29:8,15

**those** 5:11,23 12:3,8 25:4,6,8 28:16,23 30:2,21

**though** 16:19

**three** 25:5 28:2

**through** 12:1 17:8 25:1,3

**time** 4:2 20:8 24:23 29:20

**to** 5:7,10,11,13,24 6:5,6,7,8,15, 24 7:2,6,7,14 8:21 9:1,3,4,7,8, 14,22,23,24 10:2,15,19 11:2,4,8, 10,13,15,19,22,23 12:6,13,20 13:5 14:14 15:5 16:10,25 18:18, 21 19:3,8,11,13,17,18,19,21,22 20:4,7,9,16,22 21:6,13 22:7,8,9, 21,25 23:1,2,4,11,12,15 24:2,3, 4,12,18,24 25:4,9,13,16,17,20 26:2,7,16 27:1,16,17,19,22,24 28:3,4 29:11,12,16,19 31:16,23, 25 32:12,13,19,21

**today** 4:1 6:23 7:3,21 20:5

**told** 17:11

**too** 27:17

**took** 21:1

**top** 27:16

**transferred** 22:25

**Trust** 20:18

**truthfully** 7:2

**try** 6:6,7 10:15

**trying** 11:22,23 12:13 23:15 24:2,3,4 26:16 31:23,25 32:13

**turn** 26:20

**two** 14:3 15:15 26:15

**type** 25:18 32:9 33:3

## U

**U.S.** 19:3

**unable** 7:2

**underneath** 26:5

**understand** 5:8,14 18:19 22:10 23:17 24:4

**understood** 8:24

**unless** 5:14

**unload** 25:23

**unrelated** 23:1,2

**until** 6:7,9

**unwillingly** 11:20

**up** 9:14,23 11:2,4 13:18 23:3 27:16,20 29:1 30:19 31:1

**us** 11:18 12:8 31:3,18 32:4

**use** 21:6

**uses** 21:6

**using** 27:3

## V

**variety** 27:6

**verbally** 5:21

**very** 15:12

**video** 7:19

**videoconferences** 6:5

**view** 23:16

**views** 27:17

**visit** 24:19,24

**volunteer** 13:24

## W

**wait** 6:7,9

**want** 7:6 9:3 10:19

**wanted** 33:14

**was** 4:18 7:9,13 11:22,23 13:10, 11,18 14:9,18 15:16 16:12 17:6, 11,13 19:25 20:1,11 21:12 22:1 23:22,23 24:2,3 26:12 29:8

**Washington** 25:16 26:19

**wasn't** 11:22 20:12,14

**way** 10:5 11:12

**Wayne** 13:19

**we** 6:6,15,17 9:3 10:3,9,15 11:3 12:3,9,10 17:8 20:17 25:12 27:12,14 28:2 29:7 30:14 31:9, 11 32:4,5,19,23,24 33:1,2

**We'll** 33:10

**we're** 10:8 11:5 12:5 31:15 33:3

**we've** 23:20 27:13,15,17

**week** 25:6

**welcome** 15:19

**well** 4:22 10:5,15 11:9,25 17:5 23:20 25:15 27:9 32:10 33:15

**were** 5:20 8:23 14:15 17:8 18:20 22:18,21 23:21 24:4 27:18 28:13 29:6 31:24 32:10

**west** 27:4 30:10

**Westin** 26:18,22

**what** 7:6,13 8:2,9,13,15,25 9:8 10:2,5,13,19,22 11:13,14,22 12:1,13,14,24 14:7,11,22 20:10 22:4,9 23:15 24:4,11 25:7 27:3, 18 28:21 31:16,25 32:7,9,13,22 33:3

**what's** 5:8 9:21 10:17

**when** 5:13 8:25 10:1 11:9 13:11 19:25 22:3,6 23:16,20 25:3,13 26:1 27:2,5 29:6 31:11 32:6,10, 21

**where** 8:11 10:5 12:21 22:15 24:9 25:10 26:12 27:10 29:22,24

**whereabouts** 27:7

**which** 6:22 11:16 27:12 30:14

**who** 14:24 24:8 32:5

**whole** 13:8,17

**why** 7:1 18:17,20 20:7 23:23

**will** 4:6 6:7 24:20,25 25:23 29:21,22

**with** 4:3,7 5:16,21 6:5 7:5,7,21 8:6 9:21 10:9,14 12:11 14:4 16:13 21:8 24:12 25:20 27:11 28:18 31:4,10,12,13 33:1,5

**within** 28:22 32:23,25

**witness** 4:14 25:9

**work** 6:18 10:3 11:3 12:3,9 14:4 16:13,19 25:12 28:18,22 31:9, 11,13,15,21 32:16,19 33:2

**worked** 14:16

**working** 11:5 12:2,5 32:17,22

**would** 4:25 6:9,23 7:2 8:18 11:19 14:12,13,14 15:14 16:24 17:23,24,25 18:6,7,21,24 20:12 21:11,14,24 22:17,22 23:4,8,25 25:5,7 27:19,22 30:23 31:18 32:4,9 33:2

**wouldn't** 12:15 18:17

**written** 10:8

**wrote** 20:1

## Y

**yeah** 5:2 13:13,15 14:21 17:13 18:12 21:2 24:22 26:25 27:23 28:1 32:4,15

**year** 15:11,13 25:1 29:9

**years** 13:20 14:3

**yep** 6:2,19 8:7

**yes** 6:12 8:10 14:6 15:8 16:17 18:2 19:23,25 20:19,23 21:9,20 22:19 24:17,20 26:15 28:17,20 29:3,13,18,21 30:1,8,13,15 31:14 33:7

**you** 4:7,25 5:4,8,11,14,15,16,20

6:3,7,9,10,14,16,18,22 7:1,7,11, 14,17,18,20,21,23 8:9,11,25 9:8, 14,15,20 10:1,2,13 11:1,6,25 12:4,11,16,21,23 13:5,8,16,21 14:1,4,7 15:6,9,19,20 16:1,2,5,7, 8,12,13,14,22 17:3,11,14,20 18:3,14,17,20,21,25 19:2,5,7,10, 13,16,21,24 20:3,4,9,15,20,24 21:3,7,10,15,22,24 22:3,4,6,7,8, 14,17,22 23:5,8,12,19,21,25 24:2,4,16,18,23 25:3,4,13,14,18 26:1,2,20 27:1,3,6,8,19 28:9,13, 16,18,19 29:6,11,14,17 30:3,6,9, 25 31:4,11,12,13,16,25 32:10, 21,22,23 33:2,14

**you'd** 17:25 27:5,24 31:24

**you're** 5:11 6:8,13 12:24 13:22 14:17 17:21 21:19 24:11 26:17 27:2,5 32:22

**you've** 4:22 7:6 29:25

**your** 4:25 5:13,19 6:23 7:5,14, 24 8:2,13 12:19 13:8 14:7 15:20, 25 16:2 18:18 23:16,19 25:8 30:19

**yourself** 18:22,23