UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA CIVIL LIBERTIES UNION, INC., *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:00-cv-00811-SEB-MKK |
| MIKE BRAUN, in his official capacity as the Governor of the State of Indiana, | ) | |
| Defendant. | ) | |

**Notice of Belated Service**

Plaintiffs, by counsel, state that undersigned counsel neglected to serve Stephen Schroeder with their Statement of Claims (Dkt. 111). Mr. Schroeder has been served today via electronic mail and counsel apologizes for his error.

WHEREFORE, plaintiffs file this Notice.

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org

Attorney for Plaintiffs

**Certificate of Service**

I hereby certify that on September 25, 2026, I electronically filed the foregoing document using the Court's CM/ECF System and served it on all ECF-registered counsel.

I also certify that on September 25, 2026, the foregoing document was served upon the following persons using U.S. mail, first-class postage.

Stephen Schroeder
112 S. Beatty St.
Columbus, IN 47201

Kenneth J. Falk
Attorney at Law