**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

FILED
10/05/2026
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

STEPHEN MICHAEL SCHROEDER )
Pro-se Plaintiff )
)
V. ) No. 1:00-cv-00811-SEB-MKK
)
MIKE BRAUN, in his official capacity )
As the Governor of the State of Indiana, )
Defendant. )

## PLAINTIFF'S OBJECTION TO DEFENDANT'S STATEMENT OF DEFENSES

Comes now the Pro-se Plaintiff, Stephen Michael Schroeder, presenting the following objections to the States most recent filing on September 21, 2026 entitled, 'Statement of Defenses' in order to preserve the integrity of the Court and accurate recording of Indiana history, by immediately correcting these 'errors' made by the State, which now are being echoed as truth. I affirm under penalty of perjury that the following statements are my own and true.

My first objection is to the States insubordination or contempt you could say when it comes to following the Courts 'Order' to start spelling my name properly, it's Stephen, not Steven, and yet there is not one Court document that I am aware of that has the proper spelling of my name, and now even after the Court **'So Ordered'** the correct spelling of my name, the State continues to either forget, or ignore or just does not respect the Courts orders which in my opinion is contempt, especially when you consider the State has had no problem in the past of committing perjury by submitting false statements to the Court, so contempt wouldn't be surprising to me…however it is kind of surprising that the State with all its resources and auto spell checking, and proof readers that they would submit to the Court such a sloppy brief…almost embarrassing…misspelling the Courts District…on the Header? FYI-Southern District is not spelled 'SOURTHERN' District (Document 75, '**ORDER**' Page 2 of 2, Page ID#282).

My 2nd objection is that the States documents never list me as a legitimate pro-se plaintiff and I can find no filing by the State that has ever documented me as a plaintiff, but always referred to as the guy you defaced the Statehouse Monument, or the vandal, but never a legitimate litigant in this case…maybe they didn't get the memo (Document 75 Filed 01/12/26 Page 2 of 2. Page ID #282) So '**ORDERED'** yet still ignored by the State, and therefore I request that the Defendant once again be reminded it is required to identify me accurately as a **pro-se plaintiff** in all future submission to the Court.

The State once again presented incorrect or false testimony to this Court in their STATEMENT OF DEFENSES, but before we get into that this would be a good time to point out the undeniable fact, that the State had intentionally lied to the Court in the previous case, by claiming that the Statehouse Monument did include the 2nd Commandment forbidding graven images, the Protestant version, which is a flat out lie…a lie that was then echoed by the 7th Circuit Court of Appeals (Cause No. IP 00-0811-C B/S) **BRIEF OF APPELLANT** Page 10, Line 05-07 Id. 13; Steele Dep. 28. ***Steele intended that this be the same text (the same 'version' of the Ten Commandments) that appeared on the 1958 Eagles monument.*** Id. At 20.27 And since this lie was not corrected in the original case with Governor Frank O'Bannon, the 7th Circuit echoed that lie, or States perjury, and now here we are decades later with Plaintiffs and Expert Witnesses all committing perjury because they are quoting case law that is a lie, and this needs addressed immediately to prevent further lies being presented as sworn truth and doing nothing but causing confusion and crimes whether intentional or not, the State should be making the correcting of their lie, or error of perjury…and apologize to the Court for causing such chaos and perpetuating the lie, because failing to do so proves my point that the State ignores this Courts orders consistently and has no respect by submitting a lie that continues to grow unchecked and unchallenged by either side in this case…and why I had no other choice but to go pro-se to bring up these very important facts that nobody else seemed to care about…not then and not now.

So I request the Court to settle this foundational issue once and for all and request that the Court

subpoena the State to produce a photo of the original Statehouse Ten Commandments Monument so that all parties involved can see for themselves, even all these 'Expert Witnesses' who none have seen the original monument or a picture of it…and that lack of evidence by the State to present all the Statehouse Monuments except the one in question points to a bigger problem of digital evidence being lost.

Don't bother asking AI Indiana, the States AI could not locate any photo of the Statehouse Monument but directed me to the Indiana Achieves, or the Indiana State Library Achieves, but neither one of them could locate it either…that fact alone should raise some questions for the State to answer, as it is in fact 'evidence' in this case, because a simple picture of the Monument would prove that what I am saying, that the Statehouse Monument did not include the 2nd Commandment forbidding graven images…but that evidence is gone, and I believe once the Court demands this digital evidence from the State, it will be revealed that this evidence has been tried to be erased, but fortunately I seem to be the only one who preserved the evidence as I have submitted to the Court in my filings.

Now on to examining the States 5 'Defenses'…

#1. ***"Plaintiffs lack standing to bring their claim. No plaintiff has suffered an injury recognized by law as sufficient to provide standing"*** which is a false claim, unless the State still refuses to acknowledge me as a pro-se plaintiff, ignoring the Courts order, but the truth, the fact is that this pro-se plaintiff has suffered plenty because of the Statehouse Ten Commandments monument…not as an 'Offended Observer' but as the one who was wrongfully incarcerated by the State, lost my job, defamed and even had the Indianapolis Star Editorial encouraging citizens to join with law enforcement and possibly publicly hang me…and yes this is my sworn testimony, it really happened, as well as many other related injuries of this injustice thus Article 3 establishes my standing as the pro-se plaintiff.

#2. ***"Plaintiffs fail to state a claim on which relief can be granted."*** Which is yet another false claim, that is easily disproved by the States own F.O.E. 'Expert Witness' Moriah O'Hare, Counsel for Amicus

Curiae, BRIEF OF AMICUS CURIAE THE FRATERNAL ORDER OF EAGLES IN SUPPORT OF DEFENDANT'S MOTION FOR RELIEF FROM THE FINAL JUDGEMENT AND PERMANENT INJUNCTION. (Document 79-1, Pages 15-16 of 18 Page ID#: 305) 'Lemon has been abandoned and abrogated." Kennedy, 597 U.S. at 534) Lemon no longer controls Establishment Clause analyses. In its place, the Supreme Court mandated an analysis based on history and tradition. It requires courts to look or focus towards 'Hallmarks' of religious establishments the framers sought to prohibit when they adopted the First Amendment." 597 U.S. at 537. These hallmarks look to whether a government is #1 "exerting control over the doctrine" and thus there is no need to examine this case under any of the other 6 hallmarks as both the previous (original monument) and the proposed Statehouse replacement both violate the very first hallmark, as the previous monument was the Catholics version, and the new proposed monument is the Protestants version…thus State exerting control over the doctrine by using these new SCOTUS hallmarks to test these Establishment cases, so it looks like the States own Expert Witness makes it quite easy to see the justification for the Courts Permanent Injunction, which was the proper ruling then, and even more so now with these new SCOTUS guidelines and the Permanent Injunction should remain in place, and maybe this Expert Witness of the State would like to explain how she herself listed the new SCOTUS hallmarks yet arrived at the false statement in her conclusion that ***"the Monument implicates none of the hallmarks of religious establishment our constitution was designed to prevent"*** which is a lie.
#3 & 4 does not apply to this pro-se plaintiff, and #5 is not even a defense but a poor attempt at more defamation and ignoring my station, it reads, ***"It would be inequitable to enjoin the Governor from erecting a monument to replace a monument defaced by Steven Schroeder, one of the original plaintiffs."*** Notice that the State referred to me as 'one of the original plaintiffs, but says nothing about the fact that I am currently the pro-se plaintiff in this current case as well, therefore I am requesting that the Court would grant my petitions stated herein, to correct the record and encourage the State to comply with the Courts orders and instructions moving forward. Thank you.

/s/
Stephen Michael Schroeder
Pro-se Plaintiff
112 S. Beatty St.
Columbus, IN 47201
317.427.3578
Protestantseparatist.ss@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2026, I electronically filed the foregoing document using the Court's CM/ECF System and served it on all ECF-registered counsel, but I do not plan on using U.S. mail, First class, since I cannot currently count on that system of delivery, as this STATEMENT OF DEFENSES was sent to me on September 21 via first class mail, but did not receive it until today, October the 2nd, that is 11 days, yet it only takes me an hour to drive up to Indy…and this delay in case sensitive documents and filings can cause problems, and these delays of documents arriving at an appropriate time has happened to me from both sides (see Document 116 Page 1 of 2 Page ID#:1378) just saying.

James A. Barta, Solicitor General
Office of the Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Email: James.Barta@atg.in.gov

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
kfalk@aclu-in.org
Attorney for Plaintiffs

John P. Lowrey
Deputy Solicitor General
Office of the Indiana Attorney General.
Igcs-5th floor, 302 W. Washington Street,
Indianapolis, IN 46204
John.lowrey@atg.in.gov

Moriah O'Hare
First Liberty Institute
1331 Penn. Ave. NW, Ste 1410
Washington, DC 20004
mohare@firstliberty.org

All ECF-registered counsel of record via CM/ECF