UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA CIVIL LIBERTIES UNION, STEPHEN MICHAEL SCHROEDER, ABDUALLAH, PATRICE MUUMBA, ARMSTRONG, KEVIN REV, JAMES A TANFORD, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:00-cv-00811-SEB-MKK |
| MIKE BRAUN, | ) | |
| Defendant. | ) | |
| FRATERNAL ORDER OF EAGLES, | ) | |
| Interested Party. | ) | |

**NOTICE TO *PRO SE* LITIGANT STEPHEN MICHAEL SCHROEDER**

Before the Court are the Motion to Strike and various miscellaneous submissions filed by Stephen Michael Schroeder ("Mr. Schroeder"), who describes himself as a *pro se* plaintiff in this litigation. Dkt. 118. Earlier this year, on January 12, 2026, the Court granted Mr. Schroeder's Motion to Discharge Counsel and Proceed Pro Se (as well as his former counsel's motion to withdraw their appearance on his behalf). Dkt. 75. Nearly eight months later, on August 13, 2026, the remaining Plaintiffs, all of whom are represented by Kenneth Falk and the American Civil Liberties Union of Indiana, filed an Amended Complaint seeking to enjoin Governor Mike Braun from installing a Ten Commandments monument on the Statehouse lawn. Dkt. 101. Notably, Mr. Schroeder is not included as a named plaintiff in the Amended Complaint, nor has he moved to

intervene and/or obtain plaintiff-party status in this litigation. As reflected in his recent filings, however, Mr. Schroeder continues to hold himself out as a plaintiff to this case.[1]

Because Mr. Schroeder is not included as a plaintiff in the Amended Complaint and because he has not otherwise been granted permission by the Court to participate as a party in this litigation, his motions and miscellaneous filings are not properly before the Court and thus will not be considered or ruled upon.

IT IS SO ORDERED.

Date: 10/19/2026

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

STEPHEN MICHAEL SCHROEDER
3345 Riverside Drive
Columbus, IN 47203

James A. Barta
Office of the Indiana Attorney General
james.barta@atg.in.gov

Joshua Bleisch
American Civil Liberties Union of Indiana
jbleisch@aclu-in.org

Joseph Charles Tucker Davis
THE BECKE FUND FOR RELIGIOUSS LIBERTY
jdavis@becketfund.org

[1] These submissions include Mr. Schroeder's Objection to Governor Braun's Statement of Defenses, dkt. 117, Motion to Strike Testimony of ACLU Plaintiff James A. Tanford, dkt. 118, and the so-called Clarification(s) of Status and Statement of Defense of the Court's Permanent Injunction, dkts. 120, 121.

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Benjamin Fleshman
The Becket Fund for Religious Liberty
bfleshman@becketfund.org

John P. Lowrey
Office of IN Attorney General
john.lowrey@atg.in.gov

Moriah O'Hare
First Liberty Institute
mohare@firstliberty.org

Stevie J. Pactor
ACLU OF INDIANA
spactor@aclu-in.org

Eric Rassbach
The Becket Fund for Religious Liberty
erassbach@becketfund.org

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org

Amanda Leigh Salz
Becket
asalz@becketfund.org

Grace Wenstrom
gwenstrom@aclu-in.org